**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-80101-CR-CANNON/REINHART**

IN RE: SEALED INDICTMENT

_____/

**MOTION TO UNSEAL**

The Special Counsel, by and through the undersigned Assistant Special Counsel, moves to unseal the Indictment and docket in this case. The conditions supporting the Court's sealing order no longer prevail and unsealing the Indictment is in the public interest.

Respectfully submitted,

JACK SMITH
SPECIAL COUNSEL

BY:   s/Karen E. Gilbert
      Karen E. Gilbert
      Assistant Special Counsel
      Florida Bar No. 771007
      950 Pennsylvania Avenue NW
      Room B-206
      Washington, D.C. 20530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80101-CR-CANNON/REINHART

IN RE: SEALED INDICTMENT
_____/

**ORDER TO UNSEAL**

The Special Counsel, having applied to this Court for an Order unsealing the Indictment and the docket in this case, for the reason that conditions supporting the Court's sealing order no longer prevail and unsealing the Indictment is in the public interest, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment and docket in this case shall be unsealed.

**DONE AND ORDERED** in chambers at Miami, Florida, this 9th day of June 2023.

_____
HON. EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE