UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-80101-CR-CANNON/REINHART

IN RE: SEALED INDICTMENT
_____/

*ORDER UNSEALING CASE*

This matter comes before the Court on the Special Counsel's Motion to Unseal that represents that the conditions supporting the Court's sealing order no longer prevail and unsealing the Indictment is in the public interest. The Court finds good cause to vacate the Court's Order sealing the returned indictment. The Clerk is therefore DIRECTED to unseal the indictment and the action.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of June, 2022.

EDWIN G. TORRES
United States Magistrate Judge