UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA,

    Defendants.
_____/

## NOTICE OF PERMANENT APPEARANCE

Christopher M. Kise ("Counsel") files this notice of appearance for the above-named Defendant, President Donald J. Trump. Counsel agrees to represent President Trump for trial, all proceedings in the District Court, and on appeal.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the Defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Date: June 13, 2023
                                                Respectfully submitted,

                                                *s/ Christopher M. Kise*
                                                Christopher M. Kise
                                                Florida Bar No. 855545
                                                ckise@continentalpllc.com
                                                CONTINENTAL PLLC
                                                255 Alhambra Circle, Suite 640
                                                Coral Gables, Florida, 33134
                                                (305) 677-2707
                                                *Counsel for President Donald J. Trump*