UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA,

    Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Todd Blanche of the law firm of Blanche Law, 99 Wall Street, Suite 4460, New York, NY 10005, (212) 716-1250, for purposes of appearance as co-counsel on behalf of President Donald J. Trump in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Todd Blanche to receive electronic filings in this case, and in support thereof states as follows:

    1.    Todd Blanche is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York.

    2.    Movant, Christopher M. Kise, Esquire, of the law firm of CONTINENTAL PLLC, 255 Alhambra Circle, Suite 640, Coral Gables, Florida, 33134, (305) 677-2707, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may

readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Todd Blanche has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Todd Blanche, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Todd Blanche at email address: toddblanche@blanchelaw.com.

WHEREFORE, Christopher M. Kise, moves this Court to enter an Order for Todd Blanche, to appear before this Court on behalf of President Donald J. Trump, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Todd Blanche.

Date: June 13, 2023                                          Respectfully submitted,

*s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida, 33134
(305) 677-2707
*Counsel for President Donald J. Trump*