**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 23-80101-CR-CANNON/REINHART**

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA,

    Defendants.
_____/

**<u>CERTIFICATION OF TODD BLANCHE</u>**

    Todd Blanche, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the State of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                    *s/ Todd Blanche*
                                                    Todd Blanche