**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 23-80101-CR-CANNON/REINHART**

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Todd Blanche, Consent to Designation, and Request to Electronically Receive Notices of Electronic

Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and

Discipline of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion

and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Todd Blanche may appear and participate in this action on

behalf of Donald J. Trump.  The Clerk shall provide electronic notification of all electronic filings

to Todd Blanche, at toddblanche@blanchelaw.com.

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ___ day of June, 2023.

_____
Hon. Aileen M. Cannon
United States District Judge

Copies furnished to: All Counsel of Record