2 Defendants

# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

Wilkie D. Ferguson, Jr. Courthouse - Courtroom 13-3    Date: 6/13/23    Time 3:00 p.m.

| | |
|---|---|
| **Defendant:** 1) DONALD J. TRUMP | **J#:** Summons    **Case #:** 23-80101-CR-CANNON |
| **AUSA:** David Harbach, Jay Bratt, & Julie Edelstein | **Attorney:** Todd Blanche (Pro hac vice) & Christopher Kise (PERM) |
| **Violation:** Willful Retention of Natl Defense Info, Consp to Obstruct Justice, Withholding a Document or Record | **Surr:** 6/13/23    **YOB:** 1946 |
| **Proceeding:** Initial Appearance/ Arraignment | **CJA Appt:** |
| **Bond/PTD Held:** ☐ Yes ☐ No | **Recommended Bond:** |
| **Bond Set at:** STIP-Personal Recognizance Release | **Co-signed by:** |

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

**Language:** English

**Disposition:**
Brady Order given. Defense Counsel stated in open court that they will be filing a permanent appearance in the case. **Defendant Arraigned.** Reading of Indictment Waived. Not Guilty plea entered. Jury Trial demanded. Standing Discovery Order requested. Both sides stipulate to a Personal Recognizance Release- Standard Conditions of the Bond 1 & 5 imposed. Special Condition: Fact witnesses on the list provided by the Government – No Communication about the facts of the case, except through counsel.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

**Stephanie McCarn, Court Reporter**    Time in Court: **35 mins.**

s/Jonathan Goodman    Magistrate Judge