# MINUTE ORDER

Page 2

## Magistrate Judge Jonathan Goodman

Wilkie D. Ferguson, Jr. Courthouse – Courtroom 13-3      Date: 6/13/23      Time 3:00 p.m.

| | |
|---|---|
| Defendant: | 2) WALTINE NAUTA      J#: Summons      Case #: 23-80101-CR-CANNON |
| AUSA: | David Harbach, Jay Bratt, & Julie Edelstein      Attorney: Stanley Woodward |
| Violation: | Consp to Obstruct Justice, Witholding a Document or Record, Corruptly Concealing a Document or Record      Surr Date: 6/13/23      YOB: 1983 |
| Proceeding: | Initial Appearance      CJA Appt: |
| Bond/PTD Held: | ☐ Yes  ☐ No      Recommended Bond: |
| Bond Set at: | STIP- Personal Recognizance Release      Co-signed by: |

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: **English**

Disposition:
Brady Order given. Defense Counsel requested a continuance for Arraignment and Report Re: Counsel. Counsel is to file a Pro Hac Vice motion. Both sides stipulate to a Personal Recognizance Release- Standard Conditions of the Bond 1 & 5 imposed. Special Condition: Fact witnesses on the list provided by the Government – No Communication about the facts of the case, except through counsel.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: **6/27/2023 at 9:45am before Chief Magistrate Judge Torres**
PTD/Bond Hearing:
Arraignment: **6/27/2023 at 9:45am before Chief Magistrate Judge Torres**
Status Conference RE:

**Stephanie McCarn, Court Reporter**      Time in Court: **14 mins.**

s/**Jonathan Goodman**      Magistrate Judge