UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA,

    Defendants.
_____/

## NOTICE OF COMPLIANCE

    Christopher M. Kise of the law firm Continental PLLC and Todd Blanche of the Blanche Law Firm (collectively "Counsel") file this Notice of Compliance pursuant to the Court's Paperless Order entered June 15, 2023 (the "Order"), which requires "all attorneys of record and forthcoming attorneys of record [to] contact the Litigation Security Group of the U.S. Department of Justice . . . to expedite the necessary clearance process for all team members anticipated to participate in this matter, and thereafter file a Notice of Compliance no later than June 20, 2023." (ECF No. 20).

    This Notice is to certify that Counsel has contacted the Litigation Security Group of the U.S. Department of Justice for the purpose of obtaining the necessary security clearance for team members anticipated to participate in this matter in compliance with the Order.

| | |
|---|---|
| Date: June 16, 2023 | Respectfully submitted, |
| *s/ Todd Blanche* | *s/ Christopher M. Kise* |
| Todd Blanche | Christopher M. Kise |
| Admitted Pro Hac Vice | Florida Bar No. 855545 |
| toddblanche@blanchelaw.com | ckise@continentalpllc.com |
| BLANCHE LAW FIRM | CONTINENTAL PLLC |
| 99 Wall Street, Suite 4460 | 255 Alhambra Circle, Suite 640 |
| New York, New York, 10005 | Coral Gables, Florida, 33134 |
| (212) 716-1250 | (305) 677-2707 |
| *Counsel for President Donald J. Trump* | *Counsel for President Donald J. Trump* |