UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON-REINHART

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP and
WALTINE NAUTA**,

    Defendants.

_____/

## NOTICE OF APPEARANCE

The government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

    Respectfully submitted,

    JACK SMITH
    SPECIAL COUNSEL

By:    /s/ *Julie A. Edelstein*
    Julie A. Edelstein
    Senior Assistant Special Counsel
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    Special Bar ID # A5502949

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Julie A. Edelstein*
Julie A. Edelstein
Senior Assistant Special Counsel