**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON-REINHART**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**DONALD J. TRUMP and
WALTINE NAUTA**,

       Defendants.

_____/

## NOTICE OF APPEARANCE

       The government hereby gives notice that the undersigned attorney of the Special Counsel's

Office is appearing on behalf of the United States in the above-captioned matter.

       Respectfully submitted,

       JACK SMITH
       SPECIAL COUNSEL

By:    /s/ *Karen E. Gilbert*
       Karen E. Gilbert
       Assistant Special Counsel
       950 Pennsylvania Avenue, NW
       Washington, D.C. 20530
       Fla. Bar # 771007

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


/s/ *Karen E. Gilbert*
Karen E. Gilbert
Assistant Special Counsel