UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP and
WALTINE NAUTA**,

    Defendants.
_____/

## **ORDER**

Before the Court is the government's motion for a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA"). The Court having considered the government's motion and the points and authorities offered in support thereof, hereby **GRANTS** the motion. The parties shall appear at _____ on _____, 2023 at _____ for a CIPA Section 2 pretrial conference.

In its motion, the government also sought the appointment of a Classified Information Security Officer ("CISO") to assist the Court, Court personnel, and the defense in the handling of any motions and orders pursuant to CIPA, as well as to provide secure facilities for the Court and defense counsel to store and process classified information. The Court hereby **GRANTS** this request and further **GRANTS** the government's request that the Order appointing the CISO be filed under seal.

**DONE AND ORDERED** this _____ day of _____, 2023.

_____
Honorable Aileen M. Cannon
United States District Judge