UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP and
WALTINE NAUTA**,

    Defendants.
    _____/

**GOVERNMENT'S MOTION TO IMPLEMENT SPECIAL CONDITION OF RELEASE**

On June 13, 2023, Magistrate Judge Goodman presided over initial appearances for defendants Donald J. Trump and Waltine Nauta. At the hearing, Judge Goodman orally ruled that, as a special condition of release, both defendants be prohibited from communicating with certain witnesses about the facts of the case except through counsel. *See* Transcript of June 13, 2023, Initial Appearance and Arraignment (ECF No. 31) at 23-25, 28-29. The court further ordered that the government provide counsel for defendants with a list of the witnesses to whom this prohibition would apply. *Id*. at 23. On June 22, 2023, the government provided counsel with the list of these witnesses.[1] In order to implement Judge Goodman's special condition of release, the government hereby moves to file the list of witnesses subject to the prohibition under seal with the Court.[2] The

---

[1] This list does not comprise all of the witnesses the government might call at trial.

[2] The government has conferred with counsel for Defendant Trump and Defendant Nauta about this motion. They have authorized government counsel to represent the following: "Defense counsel takes no position on the government's motion to seal the list of witnesses, but the defense reserves the right to object to the special condition and the manner in which it was implemented by the government by providing a list of 84 witnesses in purported compliance with

government also requests that each defendant sign an acknowledgement that he has been provided the list and has read it. Last, the government requests that counsel for defendants provide the government with copies of the executed acknowledgments. A proposed acknowledgement form is submitted as Attachment A to the proposed order being filed with this motion.

                                                Respectfully submitted,

                                                JACK SMITH
                                                Special Counsel

By:    */s/ Jay I. Bratt*_____
        Jay I. Bratt
        Counselor to the Special Counsel
        Special Bar ID #A5502946
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530

        Julie A. Edelstein
        Senior Assistant Special Counsel
        Special Bar ID #A5502949

        David V. Harbach, II
        Assistant Special Counsel
        Special Bar ID #A5503068

---

the court's order." Counsel for defendant Nauta, Stanley Woodward, has not yet been admitted *pro hac vice* or entered an appearance, but the government is providing him a courtesy copy of this pleading.

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                   /s/ *Jay I. Bratt*
                   Jay I. Bratt
                   Counselor to the Special Counsel