UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP and
WALTINE NAUTA**,

    Defendants.
_____/

**ORDER**

    Before the Court is the government's Motion to Implement Special Condition of Release. On June 13, 2023, at the defendants' initial appearances, Magistrate Judge Goodman ordered as a special condition of release that both defendants be prohibited from communicating with certain witnesses about the facts of the case except through counsel. As Judge Goodman further ordered, the government has provided counsel for the defendants with a list of witnesses to whom this special condition of release applies.

    The government's motion is hereby **GRANTED**. The government shall file the list of witnesses under seal. In addition, each defendant shall sign the attached form acknowledging that he has received and reviewed the list of witnesses. Counsel for defendants shall provide the

government with copies of the signed forms.

**DONE AND ORDERED** this _____ day of June, 2023.

_____
Honorable Aileen M. Cannon
United States District Judge

## **ATTACHMENT A**

I, _____, acknowledge that I have received a copy of the list of witnesses with whom I shall not communicate about the facts of the case except through counsel. I further acknowledge that I have read the list.

_____