## EXHIBIT B

The government proposes the below schedule for CIPA litigation in this case:

| Date | Event |
| --- | --- |
| No later than July 10, 2023 (assuming timely interim clearance of defense counsel) | Government's initial production of classified discovery |
| August 14, 2023 | Deadline for filing of government's first CIPA Section 4 Motion, if necessary |
| September 5, 2023 | Deadline for all defense discovery requests |
| September 12, 2023 | Deadline for any notice under CIPA Section 5 |
| September 19, 2023, or seven days after defendant's initial CIPA Section 5 Motion, whichever is later | Deadline for government's initial Rule 16 expert disclosures and CIPA Section 10 notice |
| October 3, 2023, or 21 days after defendant's initial CIPA Section 5 Motion, whichever is later | Deadline for government to file initial CIPA Section 6(a) Motion<br><br>Defense Rule 16 expert disclosures due |
| October 17, 2023, or fourteen days after government's initial CIPA Section 6(a) Motion, whichever is later | Deadline for defense to file response to government's CIPA Section 6(a) Motion<br><br>Government's supplemental Rule 16 expert disclosures due |
| October 24, 2023, or seven days after defendant's response to government's initial CIPA Section 6(a) Motion, whichever is later | Deadline for government to file reply on its CIPA Section 6(a) Motion |
| October 31, 2023, or within seven days after government's reply on its CIPA Section 6(a) Motion, whichever is later | CIPA Section 6(a) Hearing |

| | |
|---|---|
| November 14, 2023, or fourteen days from filing of a final written Order on government's initial CIPA Section 6(a) Motion, whichever is later | Deadline for any government CIPA Section 6(c) Motion, if necessary |
| November 21, 2023, or seven days from filing of government's CIPA Section 6(c) Motion, whichever is later | Deadline for defendant's response to government's CIPA Section 6(c) Motion, if necessary |
| November 28, 2023, or seven days from filing of defendant's response to government's CIPA Section 6(c) Motion, whichever is later | Deadline for government's reply in support of its CIPA Section 6(c) Motion, if necessary |
| December 5, 2023, or seven days after the government's reply on any CIPA Section 6(c) Motion, whichever is later | Hearing to address any remaining CIPA issues, including CIPA Section 6(c), if necessary |
| December 11, 2023 | Trial (jury selection begins) |