UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP and
WALTINE NAUTA**,

    Defendants.
_____/

## PROPOSED ORDER

The Court has received the government's Motion for Continuance and Proposed Revised Scheduling Order (ECF No. __), as well as the accompanying Declaration of Jay I. Bratt. Having reviewed the Motion, the accompanying Declaration, and all other relevant submissions of the parties, it is hereby

**ORDERED** that trial in this matter is continued until December 11, 2023, on which date jury selection will begin; and it is further

**ORDERED** that the delay resulting from the continuance of trial is excluded from the speedy trial calculation in this case, because the ends of justice served by continuing the trial date outweigh the best interests of the public and the defendants in a speedy trial; and it is further

**ORDERED** that Calendar Call for trial is continued until December 5, 2023; and it is further

**ORDERED** that any pretrial motions to be filed under Federal Rule of Criminal Procedure 12(b)(3) must be filed no later than July 31, 2023; and it is further

1

**ORDERED** that all other pretrial motions and motions *in limine* must be filed no later than November 20, 2023; and it is further

**ORDERED** that all provisions of this Court's Omnibus Order Setting Trial Date and Establishing Pretrial Instructions and Sentencing Procedures (ECF No. 28) that are not modified by this Order remain in full force and effect.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this _____ day of _____, 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**