UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

      v.                                    Case No.: 23-cr-80101-AMC

DONALD J. TRUMP, et al.,

    Defendants.
_____/

**CERTIFICATION OF MAXWELL S. MISHKIN**

Maxwell S. Mishkin, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member of the bar in good standing in Maryland and the District of Columbia and admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Third, Fourth, Sixth, and District of Columbia Circuits, and the U.S. District Courts for the District of Columbia and the District of Maryland; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

_____
Maxwell S. Mishkin