UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    v.          Case No.: 23-cr-80101-AMC

DONALD J. TRUMP, et al.,

  Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

  THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Maxwell S. Mishkin, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

  ORDERED AND ADJUDGED that:

  The Motion is GRANTED.  Maxwell S. Mishkin may appear and participate in this action on behalf of Cable News Network, Inc., Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Bloomberg L.P., CBS Broadcasting, Inc. o/b/o CBS News, Cox Enterprises, Inc. d/b/a The Atlanta Journal-Constitution, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gray Media Group, Inc., Los Angeles Times Communications LLC, publisher

of The Los Angeles Times, National Public Radio, Inc., National Cable Satellite Corporation d/b/a C-SPAN, NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, POLITICO LLC, Radio Television Digital News Association, Reuters News & Media Inc., TEGNA Inc., Telemundo Network Group LLC d/b/a Noticias Telemundo, Univision Network & Studios, Inc., and WP Company LLC d/b/a The Washington Post.  The Clerk shall provide electronic notification of all electronic filings to Maxwell S. Mishkin at mishkinm@ballardspahr.com.

   DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record