UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 23-cr-80101-AMC

DONALD J. TRUMP, et al.,

Defendants.
_____/

**CERTIFICATION OF MATTHEW S.L. CATE**

Matthew S.L. Cate, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member of the bar in good standing in California and the District of Columbia and admitted to practice before the U.S. Court of Appeals for Ninth and District of Columbia Circuits and the U.S. District Courts for the Northern, Eastern, and Central Districts of California, the District of Columbia and the District of Maryland; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

_____
Matthew S.L. Cate