UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

      v.                          Case No.: 23-cr-80101-AMC

DONALD J. TRUMP, et al.,

    Defendants.

_____/

**CERTIFICATION OF LAUREN RUSSELL**

Lauren Russell, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the District of Columbia, Delaware, North Carolina, and Maryland; and am admitted to practice before the U.S. District Courts for the District of Columbia, Delaware, Northern District of New York, Eastern District of North Carolina, Western District of North Carolina; and the U.S. Court of Appeals for the D.C. Circuit; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*[signature]*

Lauren Russell