UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**DONALD J. TRUMP and
WALTINE NAUTA,**

      Defendants.
_____/

ORDER GRANTING UNOPPOSED MOTION
FOR PRETRIAL CONFERENCE PURSUANT TO
SECTION 2 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

**THIS CAUSE** comes before the Court upon the Government's Motion for a Pretrial Conference Pursuant to the Classified Information Procedures Act (the "Motion") [ECF No. 32], filed on June 23, 2023. The Motion requests that the Court schedule a "pretrial conference to consider matters relating to classified information that may arise in connection with the prosecution" pursuant to Section 2 of the Classified Information Procedures Act ("CIPA") [ECF No. 32 p. 2 (quoting 18 U.S.C. app. 3 § 2)]. The Motion also requests the appointment of a Classified Information Security Officer ("CISO"), to be designated in a sealed order, "to assist the Court, Court personnel, and the defense in the handling of any motions and orders pursuant to CIPA" [ECF No. 32 p. 2]. Defendants do not oppose the relief requested [ECF No. 32 p. 2 n.1]. Following review, the Court **GRANTS** the Government's request for a Section 2 CIPA hearing and for the appointment of a CISO as indicated below. The Court expresses no view on the other matters addressed in the Government's Motion.

CASE NO. 23-80101-CR-CANNON

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Government's Motion for a Pretrial Conference Pursuant to the Classified Information Procedures Act [ECF No. 32] is **GRANTED**.

2. A pretrial conference pursuant to Section 2 of the CIPA is scheduled for **July 14, 2023, 10:00 A.M**. in the Fort Pierce Division. Defendants are not required to be present.

3. The Government's additional request to appoint a CISO is **GRANTED**, with a CISO to be designated by separate sealed order.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 26th day of June 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record