# COURT MINUTES

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5  Date: **6/27/23**  Time: **9:45 a.m.**

Defendant: **Waltine Nauta**  J#: **Bond**  Case #: **23-80101-CR-CANNON**
AUSA: Jay Bratt, David Harbach  Attorney: Stanley Woodward, (Notice not filed)
Violation: Consp to Obstruct Justice, Withholding a Document or Record, Corruptly Concealing a Document
Proceeding: **Report Re: Counsel, Arraignment**  CJA Appt:
Bond/PTD Held: ☐ ☐  Recommended Bond:
Bond Set at: **Personal Recognizance**  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: **English**

Disposition:
*Brady given on 6/13/23*
Defendant's flight cancelled – not in attendance. Stanley Woodward is requesting a continuance of the Report Re: Counsel and Arraignment, no objection from the Government

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| *Report RE Counsel:* | *7/6/23* | 10:00 | *Miami Duty* | |
| PTD/Bond Hearing: | | | | |
| *Arraignment:* | *7/6/23* | 10:00 | *Miami Duty* | |
| Status Conference RE: | | | | |

D.A.R. **9:45:48**  Time in Court: **8**