UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

       Plaintiff,

vs.

**DONALD J. TRUMP** and
**WALTINE NAUTA,**

       Defendants.
_____/

**SEALED ORDER GRANTING
MOTION TO FILE DOCUMENTS UNDER SEAL**

**THIS CAUSE** comes before the Court upon the Government's Motion to File Documents Under Seal (the "Motion") [ECF No. 45], filed on June 28, 2023. The Motion requests that the Court permit the Government to file a Notice and Conflicts Hearing Motion [ECF No. 45 p. 2]. The Government simultaneously filed its Notice [ECF No. 46] and Conflicts Hearing Motion [ECF No. 46-1] under seal. Upon review of the Motion, Notice, and accompanying exhibit, the Motion [ECF No. 45] is **GRANTED** under the particular circumstances presented in the Motion. Moving forward, the Court will evaluate each request for sealing on an independent basis and will require the parties to strictly adhere to the requirements for requesting to file documents under seal. *See* S.D. Fla. L.R. 5.4(a), (c). General submissions about the "need for secrecy" will not be sufficient.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Government's Motion to File Documents Under Seal [ECF No. 45] is **GRANTED**.

CASE NO. 23-80101-CR-CANNON

2. The Motion [ECF No. 45], Notice [ECF No. 46], and accompanying exhibit [ECF No. 46-1] shall remain under **SEAL** until further Court order.

3. **This Order shall be filed under seal.**

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 29th day of June 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2