# COURT MINUTES

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5    Date: 7/6/23    Time 11:00

**Defendant:** Waltine Nauta    **J#:** Bond    **Case #:** 23-80101-CR-CANNON

**AUSA:** Jay Bratt, David Harbach, Michael Thakur    **Attorney:** Sasha Dadan and Stanley Woodward

**Violation:** Conspiracy to Obstruct Justice, Withholding a Document or Record, Corruptly Concealing a Document

**Proceeding:** Report Re: Counsel, Arraignment    **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☒ No    **Recommended Bond:**

**Bond Set at:** Personal Recognizance    **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**

Sasha Dadan has filed a **PERMANENT** Notice of Appearance. A Motion for *Pro Hac Vice* is filed on behalf of Stanley E. Woodward. **The Court directs The Clerk of Court to accept any ECF Filings from Ms. Dadan immediately with an expiration date of 14 days. Anything Ms Dadan needs to do to update her registration can be done without interfering with the process before Judge Cannon in the interim period.** **Defendant Arraigned**

*Reading of Indictment Waived - Not Guilty Plea Entered*

*Jury Tral Demanded- Standing Discovery Order Requested*

**Due Process Protections Act Order Issued (BRADY)**

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:01:39    Time in Court: 4