UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA

Defendants.
_____/

FILED BY_____D.C.
JUL 06 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF PERMANENT APPEARANCE

COMES NOW, SASHA DADAN and hereby files this appearance as counsel for the Defendant, WALTINE NAUTA. Counsel agrees to represent the defendant for:

TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Attorney: Sasha Dadan, Esq.
Florida Bar Number: 109069
Street Address: 201 S. 2nd St. Suite 202
City/State/Zip Code: Fort Pierce, FL 34950
Email: Sasha@dadanlawfirm.com
Telephone: 772-579-0347

July 6, 2023

I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

_____
Defendant, WALTINE NAUTA