

FILING FEE
PAID $200.00
Pro hac Vice FLS 271854
Angela E. Noble, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA
Defendants.
_____/

FILED BY _____ D.C.
JUL 06 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stanley E. Woodward, Jr of the Brand Woodward Law, LP, 400 Fifth Street, Northwest Suite 300, Washington, DC 20001 (202) 996-7447, for purposes of appearance as co-counsel on behalf of Waltine Nauta, Defendant in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stanley E. Woodward, Jr. to receive electronic filings in this case, and in support thereof states as follows:

1. Stanley E. Woodward, Jr is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of Washington DC and Maryland.

2. Movant, Sasha Dadan, of Dadan Law Firm, PLLC, 201 S. 2nd St. Suite 202, Fort Pierce, FL 34950; (772) 579-0347, is a member in good standing of The Florida Bar and the United States

District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stanley E. Woodward, Jr has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Stanley E. Woodward, Jr, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stanley E. Woodward, Jr. at email address: stanley@brandwoodwardlaw.com

WHEREFORE, Sasha Dadan, moves this Court to enter an Order for Stanley E. Woodward, Jr, to appear before this Court on behalf of Waltine Nauta, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stanley E. Woodward Jr.

Date: July 6, 2023

Respectfully submitted,

DADAN LAW FIRM, PLLC
201 S. 2nd St. Suite #202
Fort Pierce, FL 34950
Telephone: (772) 579-0347
Facsimile: (772) 264-5766
Email: sasha@dadanbonnalaw.com
By:/s/ *Sasha Dadan*

SASHA DADAN, ESQ.
Florida Bar No. 109069
*Counsel for Waltine Nauta*