UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA
v.
DONALD J. TRUMP and
WALTINE NAUTA,
Defendants.
_____/

### CERTIFICATION OF STANLEY E. WOODWARD, JR.

Stanley E. Woodward, Jr. Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of Washington DC and Maryland; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

_____
Stanley E. Woodward, Jr.