UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA,

Defendants.
_____/



**NOTICE OF CONVENTIONAL FILING**

Please take notice that the foregoing documents listed below are being filed conventionally:

1. Notice of Permanent Appearance

2. Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

The following documents listed above are being filed because the CMECF credentials have not been made available at this time.

July 6, 2023

>Respectfully submitted,
>
>DADAN LAW FIRM, PLLC
>201 S. 2nd St. Suite #202
>Fort Pierce, FL 34950
>Telephone: (772) 579-0347
>Facsimile: (772) 264-5766
>Email: sasha@dadanbonnalaw.com
>By:/s/  Sasha Dadan
>  SASHA DADAN, ESQ.
>  Florida Bar No. 109069
>  *Counsel for Waltine Nauta*