# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA,

    Defendants.

_____/

## ORDER GRANTING PROVISIONAL ECF ACCESS

For the reasons explained at the arraignment of Defendant Waltine Nauta, good cause exists to Direct the Clerk of the Court to promptly grant ECF access to Defendant's counsel, Sasha Dadan, (sasha@dadanbonnalaw.com), in order to allow immediate participation of counsel in the action. Counsel is directed to promptly take all necessary steps to complete her registration on the ECF system in accordance with the Court's Local Rules on CM/ECF access. This immediate temporary access shall expire within fourteen days.

**DONE AND ORDERED** at Miami, Florida, this 6th day of July, 2023.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
Chief Magistrate Judge