UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80101-CR-CANNON-REINHART

**UNITED STATES OF AMERICA**

       **Plaintiff,**

vs.

**DONALD J. TRUMP and
WALTINE NAUTA,**

       **Defendants.**
_____/

## GOVERNMENT'S SUPPLEMENTAL RESPONSE
## TO THE STANDING DISCOVERY ORDER

The United States of America, by and through the Special Counsel's Office, in response to the Standing Discovery Order issued in this case, files this response. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

On June 21, 2023, per the protective order issued in this case (ECF No. 27), the government provided to Defendant Donald J. Trump its first production of unclassified discovery ("Production 1"). *See* ECF No. 30. Now that Defendant Waltine Nauta has been arraigned, and counsel for Defendant Nauta (Stanley Woodward and Sasha Dadan) have entered an appearance, the government has provided Production 1 to counsel for Defendant Nauta. The government's

responses to the Standing Discovery Order otherwise remain the same as set forth in ECF No. 30.

                                            Respectfully submitted,

                                            JACK SMITH
                                            Special Counsel

By:    */s/ Jay I. Bratt*_____
          Jay I. Bratt
          Counselor to the Special Counsel
          Special Bar ID #A5502946
          950 Pennsylvania Avenue, NW
          Washington, D.C. 20530

          Julie A. Edelstein
          Senior Assistant Special Counsel
          Special Bar ID #A5502949

          David V. Harbach, II
          Assistant Special Counsel
          Special Bar ID #A5503068

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>s/ Julie A. Edelstein</u><br>
Julie A. Edelstein<br>
Senior Assistant Special Counsel