UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA
    Defendants.
_____/

**[PROPOSED] ORDER**

Upon consideration of Defendant Waltine Nauta's Motion to Continue, it is this ___ day of July, 2023, hereby:

**ORDERED** that Defendant Nauta's Motion is **GRANTED**; and it is further

**ORDERED** that on or before July 13, 2023, the parties shall meet and confer and provide the Court with five (5) [days / Fridays] they are available for a pretrial CIPA conference.

A further Order setting the continued pretrial CIPA conference shall promptly follow.

**SO ORDERED.**

_____
The Honorable Aileen M. Cannon
United States District Court Judge