**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. 23-80101-CR-CANNON/RIENHART

v.
DONALD J. TRUMP
WALTINE NAUTA
    Defendants.
_____/

**Notice of Change of Address and Contact Information**

    **COMES NOW,** the undersigned counsel, Sasha Dadan, Esq. and provides her following updated information:

NAME: Sasha Dadan, Esq.

NAME OF FIRM: Dadan Law Firm, PLLC

MAILING ADDRESS: 201 S. 2nd St. Suite 202 Fort Pierce, FL 34950

PHONE NUMBER: 772-579-0347

EMAIL ADDRESS: sasha@dadanlawfirm.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing was electronically filed through the clerk of court using CM/ECF on July 11, 2023.

                                                                    **DADAN LAW FIRM, PLLC**
                                                                    Attorney for the Defendant
                                                                    201 S. 2nd Street Suite 202
                                                                    Fort Pierce, FL 34950
                                                                    Telephone: (772) 579-2771
                                                                    Facsimile: (772) 264-5766
                                                                    Email:sasha@dadanlawfirm.com

                                                                    By:/*s*/  Sasha Dadan
                                                                    SASHA DADAN, ESQ.
                                                                    Florida Bar No. 109069
                                                                    *Counsel for Waltine Nauta*