```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                      Case No. 23-80101-CR-AMC

UNITED STATES OF AMERICA,       )
                                )
     GOVERNMENT,                )
                                )
     -v-                        )
                                )
WALTINE NAUTA,                  )
                                )
     DEFENDANT.                 )   Miami, Florida
                                )   July 6, 2023
_____)


       TRANSCRIPT OF REPORT RE: COUNSEL AND ARRAIGNMENT

       PROCEEDINGS BEFORE THE HONORABLE EDWIN G. TORRES

                 UNITED STATES MAGISTRATE JUDGE



Appearances:

(On Page 2.)


Reporter                    Stephen W. Franklin, RMR, CRR, CPE
(561)313-8439               Official Court Reporter
                            500 West Capitol Avenue
                            Little Rock, AR 72201
                            E-mail:  SFranklinUSDC@aol.com

      Proceedings recorded by Digital Audio Recording, and
transcript prepared utilizing computer-aided transcription.
```

```
 1   Appearances:

 2   FOR THE GOVERNMENT              Jay I. Bratt, ESQ.
                                     Counterintelligence and Export
 3                                   Control Section
                                     National Security Division
 4                                   U.S. Department of Justice
                                     950 Pennsylvania Avenue, Northwest
 5                                   Washington, DC 20530
     -and-
 6                                   David Harbach, ESQ.
                                     U.S. Department of Justice
 7                                   Office of Special Counsel
                                     950 Pennsylvania Avenue, Northwest
 8                                   Washington, DC 20530
     -and-
 9                                   Michael Thakur, ESQ.
                                     U.S. Attorney's Office
10                                   Southern District of Florida
                                     99 Northeast 4th Street
11                                   Miami, FL 33132

12   FOR THE DEFENDANT               Stanley E. Woodward, ESQ.
                                     Brand Woodward Law, L.P.
13                                   400 Fifth Street, Northwest
                                     Suite 300
14                                   Washington, DC 20001
     -and-
15                                   Sasha Dadan, ESQ.
                                     SafeSpace
16                                   P.O. Box 7321
                                     Port St. Lucie, FL 34985
17
                                 * * * * *
18

19

20

21

22

23

24

25
```

```
 1
 2        (Call to the order of the Court at 11:01 a.m.)
 3            THE COURTROOM DEPUTY:  Calling case United States
 4   versus Waltine Nauta, Case Number 23-80101-CRIMINAL, Judge
 5   Cannon.
 6            Counsel, your appearances for the record.
 7            MR. BRATT:  Good morning, Your Honor.  Jay Bratt and
 8   David Harbach and Michael Thakur from the Special Counsel's
 9   office on behalf of the United States.
10            THE COURT:  Good morning.
11            MR. WOODWARD:  Good morning, Your Honor.  Stanley
12   Woodward on behalf of Mr. Nauta, who is also present, and I'm
13   pleased to introduce to the Court Sasha Dadan.
14            MS. DADAN:  Good morning.
15            THE COURT:  Good morning.  I'm very glad to see you
16   here.
17            MS. DADAN:  Thank you.
18            THE COURT:  Good morning, everybody.  This is a
19   continuation of the arraignment from last week.  I should note
20   for the record that the matter was set before the duty judge
21   but the duty judge was going to recuse, so therefore I took it
22   back.  That's the reason I'm handling this in my role as
23   chief.
24            We were set for report re: counsel and arraignment.
25            Mr. Woodward, in terms of counsel, let me let you
```

1  announce on the record what you've learned in the interim
2  period.
3           MR. WOODWARD:  Yes, Your Honor.
4           Ms. Dadan entered an appearance in this case this
5  morning, and she also filed a motion for pro hac vice on my
6  behalf.  So we are prepared to proceed with the arraignment.
7  I'm not sure that the Court has ruled on the motion for pro
8  hac vice, and so not wanting to overstep here, but either way
9  we're prepared to proceed with the arraignment, Your Honor.
10          THE COURT:  Very well.  For purposes of today, you
11 can make the appearance for Mr. Nauta.  I'll let Judge Cannon
12 rule on the motion --
13          MR. WOODWARD:  Yes, sir.
14          THE COURT:  -- technically.  She may want to do
15 that, but obviously if you wish to proceed with the
16 arraignment now that counsel is present.  I understand there
17 was a registration issue.  Has that been cured?
18          MR. WOODWARD:  No, I don't believe so, Your Honor.
19 I think it's just a timing, question of timing.
20          THE COURT:  Okay.  Well, because there are pending
21 proceedings that I think Judge Cannon is waiting on, I'm going
22 to issue an order that directs the clerk to accept any ECF
23 filing from Ms. Dadan immediately, and with an expiration
24 period of 14 days, and then that way anything that she needs
25 to do to update her registration, they can be done without

1   interfering with the process before Judge Cannon in the
2   interim period.
3           MR. WOODWARD:  Thank you, Your Honor.  We appreciate
4   that.
5           THE COURT:  Okay.  All right.  With that, then,
6   anything the government needs to add before I proceed with the
7   arraignment?
8           MR. BRATT:  No, Your Honor.
9           THE COURT:  Okay.  Very well.  We're ready to
10  proceed, then, with the arraignment for Mr. Nauta.
11          Mr. Nauta, have you had a full opportunity to review
12  the indictment filed against you and review your case with
13  counsel?
14          THE DEFENDANT:  Yes, Your Honor.
15          THE COURT:  Very well.
16          MR. WOODWARD:  Your Honor, we would waive formal
17  reading of the indictment and ask to enter a plea of not
18  guilty as to all counts, and of course we'll reserve all
19  rights.  We also would request a jury trial.
20          THE COURT:  Very well.  I should have also asked
21  counsel, both counsel, are you making an appearance only
22  through trial in the case, Mr. Woodward?
23          MR. WOODWARD:  Yes, Your Honor, at this time.
24          THE COURT:  Ms. Dadan?
25          MS. DADAN:  Yes.

1                 THE COURT:  All right.  Very well.  Mr. Nauta, you
2     understand your lawyers are appearing on your behalf only
3     through trial, which means if it were necessary for you to
4     obtain the services of an appellate lawyer, those services
5     will have to be retained separately.  Do you understand that,
6     Mr. Nauta?
7                 THE DEFENDANT:  Yes, Your Honor.
8                 THE COURT:  Very well.  The request for jury trial
9     for Mr. Nauta will be entered on the court record.  The
10    standing discovery order will be signed in his case as of
11    today's date, together with an order compelling the government
12    to comply with all Brady obligations, failing which sanctions
13    would follow.
14                So the arraignment is complete.  Anything further
15    that we need to do for Mr. Nauta?
16                MR. WOODWARD:  Not for defense counsel, Your Honor.
17                THE COURT:  Okay.  On behalf of the government?
18                MR. BRATT:  Not for the government, Your Honor.
19                THE COURT:  I'll go ahead and issue that ECF order
20    for today, and then the matter will be referred to Judge
21    Cannon for disposition.
22                MR. WOODWARD:  Thank you, Your Honor.
23                THE COURT:  Thank you for your appearance.
24           (Proceedings concluded.)
25                              * * * * *

```
 1                         * * * * *

 2                         I N D E X

 3     Report Re: Counsel and Arraignment                  3

 4                         * * * * *

 5                        E X H I B I T S

 6     (None.)

 7                         * * * * *

 8                         CERTIFICATE

 9         I, Stephen W. Franklin, Registered Merit Reporter, and

10     Certified Realtime Reporter, certify that the foregoing is a

11     correct transcript, to the best of my ability, from the

12     DIGITAL AUDIO RECORDING of proceedings in the above-entitled

13     matter.

14         Dated this 11th day of JULY, 2023.

15

16         /s/Stephen W. Franklin
           _____
17         Stephen W. Franklin, RMR, CRR

18

19

20

21

22

23

24

25
```

Stephen W. Franklin, RMR, CRR, CPE
United States Court Reporter
stephen_franklin@ared.uscourts.gov (501)604-5145