**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

UNITED STATES OF AMERICA,        **Case No. 23-80101-CR-**
                                     **CANNON/REINHART**
        Plaintiff,

vs.

DONALD J. TRUMP and
WALTINE NAUTA,

        Defendants.

---

## CERTIFICATION OF STEPHEN H. WEISS

Stephen H. Weiss, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                     *s/ Stephen H. Weiss*
                                     Stephen H. Weiss