UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD J. TRUMP and
WALTINE NAUTA,

    Defendants.

Case No. 23-80101-CR-CANNON/REINHART

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Stephen H. Weiss, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Stephen H. Weiss may appear and participate in this action on behalf of Donald J. Trump. The Clerk shall provide electronic notification of all electronic filings to Stephen H. Weiss, at stephen.weiss@blanchelaw.com.

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ____ day of July, 2023.

                                                  Hon. Aileen M. Cannon
                                                United States District Judge

Copies furnished to: All Counsel of Record