# MINUTE ORDER

Page 1

## Chief Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 7/31/23 | Time: 10:30 a.m. |
|---|---|---|

| Defendant: Carlos De Oliveira | J#: Bond | Case #: 23-80101-CR-CANNON(s) |
|---|---|---|

AUSA: Jay Bratt, Michael Thakur    Attorney: John Irving, Temporary Counsel

Violation: Consp to Obstruct Justice, Altering, Destroying an Object, Corrupting Altering an Objection, False Statements    Surr: 7/31/23    YOB:

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set: **$100,000 personal surety**    Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs* **w/i 48 hrs**   Language: English
- [x] *Report to PTS as directed*/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] *Travel restricted to:* SD/FL*
- [x] Other: ***

**Disposition:**
The Court **GRANTS** the ore tenus motion for John Irving to appear as Temporary Counsel of record. Local counsel has not yet been retained. The Court sets bond.
*Any travel must be approved in advance by The Court.*
****The defendant is to have no communication with the fact witnesses on the list provided by the Government, about the facts of the case, except through counsel*

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: 8/10/23    10:00    Fort Pierce Duty Magistrate Judge

PTD/Bond Hearing:

Arraignment:    8/10/23    10:00    Fort Pierce Duty Magistrate Judge

Status Conference RE:

D.A.R. 10:33:34    Time in Court: 10

s/Edwin G. Torres    Chief Magistrate Judge