IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.  23-80101-CR-CANNON

v.

DONALD J. TRUMP

_____
Defendant

## WAIVER OF APPEARANCE FOR ARRAIGNMENT

I _____Donald J. Trump_____ am charged by indictment with an offense or offenses under the United States Code.

I have received a copy of the indictment and the plea is **NOT GUILTY** to the charged offense(s).

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment. I waive my right to appear in court at my arraignment.

Aug 4/23
Date

_[signature]_
Defendant  (Original Signature)

4 Aug 2023
Date

_[signature]_
Counsel for Defendant  (Signature)

☐ Waiver Approved
☐ Waiver Denied

_____
Date

_____
Judicial Officer  (Signature)