UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES**,

       Plaintiff,

vs.

**DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,**

       Defendants.
_____/

**SEALED ORDER REQUIRING SEALED WRITTEN SUBMISSIONS**

**THIS MATTER** comes before the Court upon news reports of allegations of potential misconduct related to the investigation of this case and related reports of a review by the United States District Court for the District of Columbia. The Court refers herein to reported allegations raised by Stanley E. Woodward, counsel for Waltine Nauta, against Jay I. Bratt, Counselor to the Special Prosecutor, concerning statements made by Mr. Bratt to Mr. Woodward regarding a judicial application submitted by Mr. Woodward. In service of the Court's independent obligation to protect the integrity of this judicial proceeding, and to promote transparency in the Court's oversight of this case, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **August 11, 2023**, Counsel for Waltine Nauta shall file under seal with the Court a complete and current account of the accuracy, substance, and status of the reported allegations, and shall attach to the submission any pertinent written materials

    on the subject, including any materials submitted to the United States District Court for the District of Columbia.

2. Similarly, on or before the same date of **August 11, 2023**, the Special Counsel shall file under seal with the Court a complete and current report on the status of the referenced allegations, attaching any written materials on the subject in the possession or custody of the Special Counsel or the United States Department of Justice.

3. This Order shall be filed under seal and shall remain sealed until further Court order.[1]

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 7th day of August 2023.

                                                                                    **AILEEN M. CANNON**
                                                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] This Order may be shared with a judicial officer if necessary to comply with this Order.