# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S .Courthouse (FTP) Courtroom 4074**   Date: 8/10/2023   Time: 10:00 a.m.

**Defendant:** Donald J. Trump   **J#:** 63675-510   **Case #:** 23-80101-CR-CANNON/REINHART(s)

**AUSA:** Jay Bratt and David Harbach   **Attorney:** Todd Blanch (PHV), Christopher Kise (Permanent)

**Violation:** Willful Retention of Natl Defense Info, Consp to Obstruct Justice, Withholding a Document or Record   **Surr/Arrest Date:**   **YOB:**

**Proceeding:** Arraignment on Superseding Indictment   **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:**

**Bond Set at:** STIP-Personal Recognizance Release   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

**Language:** English

Defendant waived his appearance for his arraignment. Defendant pleads not guilty, demands a trial by jury, and the Standing Discovery Order entered on June 13, 2023 remains in effect.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**

**PTD/Bond Hearing:**

**Prelim/Arraign or Removal:**

**Status Conference RE:**

**D.A.R.** Court Reporter-Diane Miller   **Time in Court:** 4 Minutes

s/Shaniek Maynard                                              Magistrate Judge