# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S .Courthouse (FTP) Courtroom** 4074    Date: 8/10/2023    Time: 10:00 a.m.

**Defendant:** Waltine Nauta    **J#:** 63672-510    **Case #:** 23-80101-CR-CANNON/ REINHART(s)

**AUSA:** Jay Bratt and David Harbach    **Attorney:** Sasha Dadan(Permanent), Stanley Woodward(PHV)

**Violation:** Conspiracy to Obstruct Justice, Withholding a Document or Record, Corruptly Concealing a Document    **Surr/Arrest Date:**    **YOB:**

**Proceeding:** Arraignment on Superseding Indictment    **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No    **Recommended Bond:**

**Bond Set at:** STIP-Personal Recognizance Release    **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

**Language:** English

Defendant present in court for his arraignment. Defendant pleads not guilty, demands a trial by jury, and the Standing Discovery Order entered on July 6, 2023 remains in effect.

**NEXT COURT APPEARANCE**  Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. Court Reporter-Diane Miller    Time in Court: 2 Minutes

s/Shaniek Maynard                    Magistrate Judge