# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S .Courthouse (FTP) Courtroom 4074**   Date: 8/10/2023   Time: 10:00 a.m.

**Defendant:** Carlos De Oliveira   **J#:** 70743-510   **Case #:** 23-80101-CR-CANNON/ REINHART(s)

**AUSA:** Jay Bratt and David Harbach   **Attorney:** Donnie Murrell and John Irving (Temporary)

**Violation:** Consp to Obstruct Justice, Altering, Destroying an Object,   **Surr/Arrest Date:**   **YOB:**

**Proceeding:** Report re Counsel/ Arraignment on Superseding Indictment   **CJA Appt:**

**Bond/PTD Held:** ☐ Yes   ☐ No   **Recommended Bond:**

**Bond Set at:** $100K PSB   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

**Language:** English

Defendant present in Court for his hearings. Counsel for the Defendant has not been finalized. Report re Counsel and Arraignment on superseding indictment hearings reset for Tuesday, August 15, 2023, at 10 a.m.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:** Tuesday, August 15, 2023, at 10 a.m. FTP Duty

**PTD/Bond Hearing:**

**Prelim/Arraign or Removal:** Tuesday, August 15, 2023, at 10 a.m. FTP Duty

**Status Conference RE:**

**D.A.R.** Court Reporter-Diane Miller   **Time in Court:** 5 Minutes

s/Shaniek Maynard   Magistrate Judge