UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CR-80101-CANNON

UNITED STATES OF AMERICA,

vs.

CARLOS DE OLIVEIRA,
           Defendant.
_____/

### CERTIFICATION OF JOHN S. IRVING, ESQ.

John S. Irving, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of U.S. District Court for District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s John S. Irving*
_____
**JOHN S. IRVING, ESQ.**