

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## JOHN  S.  IRVING

was, on the ___18th___ day of ___November___ A.D. ___2022___ admitted to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this ___9th___ day of ___August___

A.D. ___2023___.



*[signature]*
**ANGELA D. CAESAR,** Clerk of Courts

By: ___MarquiaLangford___
**Deputy Clerk**