UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CR-80101-CANNON

UNITED STATES OF AMERICA,

vs.

CARLOS DE OLIVEIRA,
              Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Motion to Appear *Pro Hac Vice* for John S. Irving, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is GRANTED. John S. Irving, Esq., may appear and participate in this action on behalf of Carlos De Oliveira. The Clerk shall provide electronic notification of all electronic filings to John S. Irving, Esq., at John.Irving@earthandwatergroup.com.

**DONE AND ORDERED** in Chambers at Ft. Pierce, Florida, this __ day of August, 2023.

                                                    _____
                                                    **UNITED STATES DISTRICT JUDGE**

Copies furnished to: All Counsel of Record