FILED BY _____MB_____ D.C.

**Aug 10, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.   23-80101-CR-CANNON

v.

DONALD J. TRUMP
_____,
Defendant

## WAIVER OF APPEARANCE FOR ARRAIGNMENT

I _____Donald J. Trump_____ am charged by indictment with an offense or offenses under the United States Code.

. I have received a copy of the indictment and the plea is **NOT GUILTY** to the charged offense(s).

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment. I waive my right to appear in court at my arraignment.

Aug 4/23
Date

[Signature]
Defendant   (Original Signature)

4 Aug 2023
Date

[Signature]
Counsel for Defendant   (Signature)

☒ Waiver Approved
☐ Waiver Denied

August 10, 2023
Date

[Signature] Shannon Maynard
Judicial Officer   (Signature)