SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

FILED UNDER SEAL

FILED BY __Cos__ D.C.

AUG 1 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## SUPPLEMENTAL REPORT IN RESPONSE TO THE COURT'S SEALED ORDER ON AUGUST 7, 2023

    Earlier today, the Government filed under seal a Report in Response to the Court's Sealed Order on August 7, 2023. After the Government had transmitted that Report for filing under seal, the Government received from the United States District Court for the District of Columbia a copy of the docket sheet in sealed matter 23-gj-38. The District of Columbia Court directed that the docket sheet for that matter be provided to this Court, and the Government attaches it hereto as Exhibit A.

    Respectfully submitted,

    JACK SMITH
    Special Counsel
    N.Y. Bar No. 2678084

By:   /s/ *David V. Harbach, II*
David V. Harbach, II
Assistant Special Counsel
Special Bar ID # A5503068
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Jay I. Bratt
Counselor to the Special Counsel
Special Bar ID # A5502946

Julie A. Edelstein
Senior Assistant Special Counsel
Special Bar ID #A5502949

Michael E. Thakur
Assistant Special Counsel
Florida Bar No. 1011456

August 11, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I caused the foregoing document to be filed with the Clerk of the Court by hand delivery. I also certify that the foregoing document is being served this day on all counsel of record via email.

/s/ *David V. Harbach, II*
David V. Harbach, II