SEALED
# EXHIBIT A

U.S. District Court
District of Columbia (Washington, DC)
CIVIL DOCKET FOR CASE #: 1:23-gj-00038-JEB *SEALED*
Internal Use Only

| | |
|---|---|
| GRAND JURY SUBPOENA GJ42-17 and GJ42-69<br>Assigned to: Chief Judge James E. Boasberg<br>Cause: Civil Miscellaneous Case | Date Filed: 06/15/2023 |

**In Re**
**GRAND JURY SUBPOENA**
**GJ42-17 and GJ42-69**

**Interested Party**

**UNITED STATES OF AMERICA**     represented by     **Cecil Woods VanDevender**
DOJ-USAO
Special Counsel's Office
Department of Justice
950 Pennsylvania Avenue NW,
Room B-206
Washington, DC 20530
202-305-4605
Email: cwv@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Pearce**
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
APPELLATE SECTION
Department of Justice, Criminal
Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
(202) 532-4991
Fax: (202) 305-2121
Email: james.pearce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Pellettieri**
Special Counsel's Office
950 Pennsylvania Avenue NW
Rm. B-206

                                            Washington, DC 20530
                                            202-714-3913
                                            Email: jmp@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Interested Party**
DONALD J. TRUMP               represented by  **Stanley Edmund Woodward , Jr.**
                                                          BRAND WOODWARD LAW, LP
                                                          400 Fifth Street, Northwest
                                                          Washington, DC 20001
                                                          202-996-7447
                                                          Fax: 202-996-0113
                                                          Email:
                                                          stanley@brandwoodwardlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**
WALTINE NAUTA               represented by  **Stanley Edmund Woodward , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/11/2023 | . | MINUTE ORDER: Given the Government's 9 RESPONSE re 8 MOTION for Disclosure, the Court will GRANT 8 Motion for Disclosure as unopposed. The Court ORDERS copies of government's August 7, 2024 ex parte motion as well as a copy of the docket sheet in these matters to both defense counsel, counsel for former President Trump, and Judge Cannon. Signed by Chief Judge James E. Boasberg on 8/11/2023. Counsel has been notified electronically.(znbn) (Entered: 08/11/2023) |
| 08/11/2023 | 9 | RESPONSE re 8 MOTION for Disclosure filed by UNITED STATES OF AMERICA. (zstd) (Entered: 08/11/2023) |
| 08/11/2023 | . | MINUTE ORDER: The Court ORDERS that the Government shall respond to Defendant Nauta's 8 Motion for Disclosure by August 14, 2023. So ORDERED, by Chief Judge James E. Boasberg on 8/11/2023. Counsel has been notified electronically.(znbn) (Entered: 08/11/2023) |
| 08/11/2023 | 8 | MOTION for Disclosure by WALTINE NAUTA. (zstd) (Entered: 08/11/2023) |

| Date | Doc # | Description |
|---|---|---|
| 08/08/2023 | 7 | (Ex Parte) ORDER GRANTING 6 MOTION for Order Authorizing Disclosure. Signed by Chief Judge James E. Boasberg on 8/8/2023. Counsel has been notified electronically.(znbn) (Entered: 08/08/2023) |
| 08/07/2023 | 6 | (Ex Parte) MOTION for Order Authorizing Disclosure by UNITED STATES OF AMERICA. (Attachments: # 1 A- Sealed Order, # 2 Text of Proposed Order Authorizing Disclosure)(zstd) (Entered: 08/08/2023) |
| 06/27/2023 | . | MINUTE ORDER GRANTING 5 Motion for Admission *Pro Hac Vice* of Todd Blanche. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. So ORDERED by Chief Judge James E. Boasberg on 6/27/2023. Counsel has been notified electronically.(lcjeb2) (Entered: 06/27/2023) |
| 06/27/2023 | . | (Court only) Motion(s) terminated: 1 MOTION for Disclosure filed by DONALD J. TRUMP. (znbn) (Entered: 06/27/2023) |
| 06/27/2023 | . | MINUTE ORDER: In response to the parties' 4 Joint Status Report, the Court ORDERS that the Amended 1 Motion for Disclosure is DENIED WITHOUT PREJUDICE as moot. So ORDERED, by Chief Judge James E. Boasberg on 6/27/2023. Counsel has been notified electronically.(znbn) (Entered: 06/27/2023) |
| 06/26/2023 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Todd Blanche, by DONALD J. TRUMP. (Attachments: # 1 Declaration of Todd Blanche, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(zstd) (Entered: 06/27/2023) |
| 06/21/2023 | 1 | AMENDED MOTION for Disclosure of Grand Jury Materials by DONALD J. TRUMP. (zstd) (Entered: 06/27/2023) |
| 06/20/2023 | 4 | JOINT STATUS REPORT by UNITED STATES OF AMERICA. (zstd) (Entered: 06/27/2023) |
| 06/16/2023 | 3 | Memorandum in opposition to re 1 Amended Motion for Disclosure of Grand Jury Materials filed by UNITED STATES OF AMERICA. (zstd) (Entered: 06/27/2023) |
| 06/15/2023 | . | MINUTE ORDER : In light of the recent indictment of former President Trump, the Court ORDERS that the parties shall file a Joint Status Report by June 20, 2023, indicating whether that development changes either side's position on the Motion. So ORDERED, by Chief Judge James E. Boasberg on 6/15/2023. Counsel has been notified electronically.(znbn) (Entered: 06/27/2023) |
| 06/15/2023 | 2 | (Ex Parte) Memorandum in opposition to re 1 Amended Motion for Disclosure of Grand Jury Materials filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A- Woodward Letter, |

| | | # 2 Exhibit B- Judicial Nomination Commission Webpage)(zstd) (Entered: 06/27/2023) |
|---|---|---|