**SEALED**

Per Local Rule 5.4(d), the matter(s) shall remain sealed:

____ years; _____ (specific date);

☐ permanently; _____ (other).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

☐ SEALED

☐ NOT SEALED

UNITED STATES OF AMERICA

v.

WALTINE NAUTA

Defendants.
_____/

### [PROPOSED] ORDER

Upon consideration of Defendant Waltine Nauta's Motion to Continue, it is this ___ day of _____, 2023, hereby:

**ORDERED** that Defendant Nauta's Motion is **GRANTED**; and it is further

**ORDERED** that the time within which Defendant Nauta shall file a response to the Court's August 7, 2023, Order shall be extended to today, August 14, 2023, *nunc pro tunc.*

**SO ORDERED.**

_____
The Honorable Aileen M. Cannon
United States District Court Judge