# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S .Courthouse (FTP) Courtroom** 4074    **Date:** 8/15/2023   **Time:** 10:00 a.m.

**Defendant:** Carlos De Oliveira    **J#:** 70743-510    **Case #:** 23-80101-CR-CANNON/REINHART

**AUSA:** Michael Thakur    **Attorney:** Larry Donald Murrell (Permanent)

**Violation:** Consp to Obstruct Justice/Altering, Destroying an Object/False Statements and Representations    **Surr/Arrest Date:**    **YOB:**

**Proceeding:** Report re Counsel/Arraignment    **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No    **Recommended Bond:**

**Bond Set at:** $100K PSB    **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

**Language:** English

Defendant present in court. Larry Donald Murrell filed his Permanent Notice of Appearance on 8/10/2023. Order granting the Motion to Appear *Pro Hac Vice* for Attorney John S. Irving filed 8/10/2023. Defendant waives formal reading of the Superseding Indictment and enters a plea of not guilty, demands a trial by jury, and requests entry of Standing Discovery Order. Due Process Protections Act (BRADY) Order entered.

**NEXT COURT APPEARANCE**    **Date:**    **Time:**    **Judge:**    **Place:**

**Report RE Counsel:**

**PTD/Bond Hearing:**

**Prelim/Arraign or Removal:**

**Status Conference RE:**

**D.A.R.** Court Reporter-Diane Miller    **Time in Court:**

s/Shaniek Maynard                            Magistrate Judge