UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

        Plaintiff,

**v.**

**DONALD J. TRUMP,**
**WALTINE NAUTA,** and
**CARLOS DE OLIVEIRA,**

        Defendants.
_____/

## ORDER SCHEDULING SEALED HEARING
## ON CIPA SECTION 3 PROTECTIVE ORDER

A sealed hearing on the Special Counsel's Renewed Motion for Protective Order Pursuant to Section 3 of the Classified Information Protection Act (CIPA) [ECF No. 84] will take place at a designated time and place to discuss sensitive, security-related issues concerning classified discovery.

1. Any forthcoming motion for a CIPA Section 3 Protective Order as to Defendant De Oliveira shall be filed on or before **August 22, 2023**, following meaningful conferral, to permit the Court's collective consideration of all CIPA Section 3 issues at the sealed hearing.

2. Defendants are not required to appear at the sealed hearing.

3. There will be no hearing on August 25, 2023, as previously reserved in the Court's Scheduling Order [ECF No. 83].

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 17th day of August 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:counsel of record