UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.23-80101-CR-CANNON

UNITED STATES OF AMERICA

v.

CARLOS DE OLIVEIRA
        Defendant.
_____/

# INITIAL SPEEDY TRIAL REPORT
# BY DEFENDANT CARLOS DE OLIVEIRA

Pursuant to Local Rule 88.5 and the Court's Omnibus Order Setting Trial Date and Establishing Pretrial Instructions and Sentencing Procedures (ECF No. 28), both of which require the filing of Speedy Trial Reports, Defendant Carlos De Oliveira hereby files this Initial Speedy Trial Report regarding the status of his case under the Speedy Trial Act of 1984, 18 U.S.C. §§ 3161 *et seq.* ("Speedy Trial Act").[1]

Mr. De Oliveira agrees that in its July 21, 2023, Order Granting in Part Government's Motion to Continue Trial and Resetting Deadlines (ECF No. 83), the Court excluded all of the time between the date of that Order and the trial date of May 20, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A); and that by Order dated August 21, 2023 (ECF No. 128), the Court extended its earlier Order to Defendant De Oliveira.

However, the Court's July 21, 2023, Order predated the superseding indictment in this case, which the Government filed on July 27, 2023 (ECF No. 85). Mr. De Oliveira initially appeared on July 31, 2023 (ECF No. 89), and he was arraigned on August 10, 2023 (ECF No. 109).

---

[1] The Government requested that counsel for Mr. De Oliveira file his own Speedy Trial Report if they disagree with the representations in the Government's Third Speedy Trial Report (ECF No. 130).

Mr. De Oliveira has not filed any motions in this case. He does not concede that the interests of justice require a delay in his trial, and he asserts his right to a speedy trial within 70 days of his first appearance on July 31, 2023. By undersigned counsel's calculations, that would be October 9, 2023.

Dated: August 22, 2023

                                            Respectfully Submitted

                                            */s Larry Donald Murrell, Jr.*
LARRY DONALD MURRELL, JR.
FLORIDA BAR NO: 326641
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL 33401
Telephone: 561.686.2700
Facsimile: 561.686.4567
Email: ldmpa@bellsouth.net

         */s John S. Irving, IV*
JOHN S. IRVING, IV
D.C. Bar No 460068 (Admitted Pro Hac Vice)
E&W Law
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
Telephone: 301-807-5670
Email: john.irving@earthandwatergroup.com

Attorneys for Defendant Carlos De Oliveira

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s Larry Donald Murrell, Jr.*
_____
**LARRY DONALD MURRELL, JR., ESQ.**

## SERVICE LIST

**U.S.A. vs. CARLOS DE OLIVEIRA**
**CASE NO: 23-CR-80101-CANNON**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Jay I. Bratt
Counselor to the Special Counsel
950 Pennsylvania Avenue, NW
Washington, D.C.  20530

David V. Harbach, II
Assistant Special Counsel

Julie A. Edelstein
Senior Assistant Special Counsel

Karen E. Gilbert, Esq.
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL  33132

Michael E. Thakur, Esq.
United States Attorney's Office
99 N.E. 4th Street
Miami, FL  33132

Attorneys for Plaintiff, USA
Via Notice of Electronic Filing
Generated by CM/ECF