UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

WALTINE NAUTA

Defendants.
_____/

**[PROPOSED] ORDER**

Upon consideration of Defendant Waltine Nauta's Motion, it is this ___ day of _____, 2023, hereby:

**ORDERED** that Defendant Nauta's Motion is **GRANTED**.

.

**SO ORDERED.**

                                                                         _____
                                                                         The Honorable Aileen M. Cannon
                                                                         United States District Court Judge