UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA,** and
**CARLOS DE OLIVEIRA,**

      Defendants.
_____/

## SEALED ORDER

**THIS CAUSE** comes before the Court upon Defendant Waltine Nauta's Ex Parte Motion for Leave to Reference Discovery in Sur-Reply in Response to Special Counsel's Motion for *Garcia* Hearing [ECF No. 138; *see* ECF No. 97], filed on the docket on August 31, 2023. An ex parte telephonic hearing will be held on the Motion at 11:00 AM on September 1, 2023. Defendant Nauta's deadline to file the subject Sur-Reply is hereby extended to September 5, 2023. Order to follow. **This Order shall be filed under seal.**

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 1st day of September 2023.

                                                              AILEEN M. CANNON
                                                             UNITED STATES DISTRICT JUDGE

cc:    counsel of record