# EXHIBIT B

* **THIS PAGE LEFT INTENTIONALLY BLANK** *

**SEALED MATTER ENCLOSED**

**AUTHORIZED PERSONS ONLY**

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

IN RE:                              Grand Jury
GRAND JURY SUBPOENA                 No. 23-GJ-00046 (JEB)
GJ42-67

UNITED STATES OF AMERICA,           July 5, 2023
        Interested Party,
                                    Washington, D.C.
Trump Employee 4
        Interested Party,

WALTINE NAUTA,
        Interested Party..
------------------------------------------------------------

                    SEALED PROCEEDING
            BEFORE THE HONORABLE JAMES E. BOASBERG
            UNITED STATES DISTRICT COURT CHIEF JUDGE

APPEARANCES:

FOR THE UNITED STATES:      John Pellettieri, Esquire
                            Anne McNamara, Esquire
                            Michael Thakur, Esquire
                            Special Counsel's Office
                            950 Pennsylvania Avenue Northwest
                            Room B-206
                            Washington, D.C. 20530

FOR  Trump Employee 4       Stanley E. Woodward, Esquire
and WALTINE NAUTA:          Brand Woodward Law, LP
                            400 Fifth Street Northwest
                            Washington, D.C. 20001

    For Trump Employee 4    First Assistant Federal Public Defender  Esquire




REPORTED BY:                Tammy Nestor, RMR, CRR
                            Official Court Reporter
                            333 Constitution Avenue Northwest
                            Washington, D.C. 20001
```

```
 1   The following proceedings began at 11:31 a.m.:
 2           THE COURTROOM DEPUTY:  We are here today for a motion
 3   hearing In Re: Grand Jury Subpoena GJ42-67, Interested Party,
 4   the United States of America, Case 23-GJ-46.
 5           Beginning with the government, please state your name
 6   for the record.
 7           MR. PELLETTIERI:  Good morning, Your Honor.  John
 8   Pellettieri for the United States.  And also present is Anne
 9   McNamara and Michael Thakur.
10           THE COURTROOM DEPUTY:  Thank you.  Welcome to you
11   folks.
12           MR. WOODWARD:  Good morning, Your Honor.  Stanley
13   Woodward, and for now I'm with [Trump Employee 4]
14           THE COURT:  Thank you, Mr. Woodward.
15           [Trump Employee 4] can you see and hear me okay?
16           [Trump Employee 4]  Yes, Your Honor.
17           THE COURT:  Good morning.
18           And then [First Assistant Federal Public Defender]
19   [First Assistant Federal Public Defender]  Good morning, Your Honor. [First Assistant Federal Public Defender]
20           also here on behalf of [Trump Employee 4]
21           THE COURT:  Great.  Thanks so much.
22           All right.  So we continued this to permit
23   [Trump Employee 4] to have further discussions with [First Assistant Federal Public Defender] and
24   for [        ] to consider how he wished to proceed.
25           So, [First Assistant Federal Public Defender] do you want to give me an update on
```

```
 1   what's transpired since we last were together?
 2              [First Assistant Federal Public Defender]  Yes, Your Honor.  [Trump Employee 4] has
 3   indicated that he would like the Court to appoint counsel.  And
 4   in particular, he has asked if the Court would appoint me to
 5   represent him solely for the purposes of this grand jury
 6   appearance.  And while it normally would require us to go
 7   through the process of providing a financial affidavit and
 8   everything else, because this is such a short proceeding, it is
 9   not expected to drag on, we would ask that the Court simply
10   appoint me to represent him.
11              THE COURT:  Okay.  [Trump Employee 4] is it your desire that
12   I appoint [First Assistant Federal Public Defender] to represent you in this matter?
13              [Trump Employee 4]  Yes, Your Honor.
14              THE COURT:  Okay.  Mr. Woodward, any reason that you
15   can think of that I shouldn't go ahead and do that?
16              MR. WOODWARD:  No, sir.  In our view, [Trump Employee 4] is
17   marrying up, if you will.
18              THE COURT:  Well, I don't want to comment.  I will say
19   only that [First Assistant Federal Public Defender] is an excellent lawyer, but I will not
20   cast any aspersions on you that you haven't cast upon yourself.
21              Mr. Pellettieri, any reason I shouldn't so proceed?
22              MR. PELLETTIERI:  None, Your Honor.
23              THE COURT:  I hereby appoint [First Assistant Federal Public Defender] to represent
24   [Trump Employee 4] in this grand jury matter.  If this proceeds beyond
25   a grand jury matter, then we will -- I think I will require
```

```
 1    some financial analysis, [Trump Employee 4] to make sure you qualify
 2    for court-appointed counsel.
 3             But I will appoint [First Assistant Federal Public Defender]  And I think that
 4    concludes this matter, which was only for a conflicts hearing.
 5             Mr. Pellettieri, anything else that we need to address
 6    in this particular matter?
 7             MR. PELLETTIERI:  No, Your Honor.  We agree that
 8    resolves all outstanding matters in the motion we filed.
 9             THE COURT:  Thank you, everybody.  Appreciate your
10    availability, particularly on such short notice on Friday.
11             And, [First Assistant Federal Public Defender] if there is any paperwork that you
12    require my signature on, let me know, but I think this oral
13    order should suffice.
14             [First Assistant Federal Public Defender]  That's correct, Your Honor.
15             THE COURT:  Okay.  Thanks, everyone.
16             (The hearing concluded at 11:35 a.m.)
17                              - - -
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2
 3           I hereby certify that the foregoing is an
 4   accurate transcription of the proceedings in the
 5   above-entitled matter.
 6
 7
 8   8/29/23                    s/ Tammy Nestor
                                Tammy Nestor, RMR, CRR
 9                              Official Court Reporter
                                333 Constitution Avenue NW
10                              Washington, D.C. 20001
                                ████████████████████████
11   Type text here
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```