UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, **and
CARLOS DE OLIVEIRA,**

    Defendants.

_____/

## NOTICE OF APPEARANCE

The Government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

                                                  Respectfully submitted,

                                                  JACK SMITH
                                                  Special Counsel
                                                  N.Y. Bar No. 2678084

                             By:     /s/ *John M. Pellettieri*
                                           John M. Pellettieri
                                           Assistant Special Counsel
                                           Special Bar ID #A5503076
                                           950 Pennsylvania Avenue, NW
                                           Washington, D.C. 20530

September 7, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

                                             /s/ *John M. Pellettieri*
                                             John M. Pellettieri