UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

    The Government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

                      Respectfully submitted,

                      JACK SMITH
                      Special Counsel

By:    */s/ David Raskin*_____
        David Raskin
        Assistant Special Counsel
        Special Bar ID #A5503069
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530

September 14, 2023

## **CERTIFICATE OF SERVICE**

      I certify that on September 14, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                    */s/ David Raskin*
                                    David Raskin