UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

The Government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

                                Respectfully submitted,

                                JACK SMITH
                                Special Counsel

By:    */s/ Brett C. Reynolds*_____
        Brett C. Reynolds
        Assistant Special Counsel
        Special Bar ID #A5503067
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530

September 14, 2023

## **CERTIFICATE OF SERVICE**

I certify that on September 14, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Brett C. Reynolds*
Brett C. Reynolds
