UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA, and**
**CARLOS DE OLIVEIRA,**

    Defendants.

_____/

## NOTICE OF FILING

The Government hereby gives notice that it filed the Government's Notice Pursuant to Section 10 of the Classified Information Procedures Act under seal with the Court by delivering it to the Classified Information Security Officer. The cover sheet for the Notice is attached hereto.

                            Respectfully submitted,

                            JACK SMITH
                            Special Counsel

            By:    */s/ Brett C. Reynolds*_____
                            Brett C. Reynolds, Assistant Special Counsel
                            Special Bar ID #A5503067
                            Jay I. Bratt, Counselor to the Special Counsel
                            Julie A. Edelstein, Senior Assistant Special Counsel
                            David V. Harbach, II, Assistant Special Counsel
                            David Raskin, Assistant Special Counsel
                            950 Pennsylvania Avenue, N.W.
                            Washington, D.C. 20530

September 14, 2023

## CERTIFICATE OF SERVICE

I certify that on September 14, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Brett C. Reynolds
Brett C. Reynolds