*Filed with the Classified Information Security Officer*
CISO _____
Date 9/14/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

FILED IN CAMERA AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE

## GOVERNMENT'S NOTICE PURSUANT TO SECTION 10 OF THE CLASSIFIED INFORMATION PROCEDURES ACT