**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON(s)**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP**,
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

    Defendants.
_____/

FILED IN CAMERA AND UNDER
SEAL WITH THE CLASSIFIED
INFORMATION SECURITY OFFICER
OR DESIGNEE

**[PARTIALLY REDACTED VERSION 1]**
**GOVERNMENT'S NOTICE PURSUANT TO SECTION 10**
**OF THE CLASSIFIED INFORMATION PROCEDURES ACT**