UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP**,
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

    Defendants.

_____/

<u>FILED IN CAMERA AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE</u>

[PARTIALLY REDACTED VERSION 2]
<u>GOVERNMENT'S NOTICE PURSUANT TO SECTION 10 OF THE CLASSIFIED INFORMATION PROCEDURES ACT</u>