UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   23-CR-80101-CANNON

UNITED STATES OF AMERICA,

vs.

CARLOS DE OLIVEIRA,
        Defendant.
_____/

## DEOLIVERA'S NOTICE OF INTENT TO ADOPT CO-DEFENDANT NAUTA'S SUPPLEMENTAL BRIEFING RE: CLASSIFIED INFORMATION PROCEDURES ACT

Defendant, Carlos DeOliveria, hereby files this Notice of intent to adopt and rely on Co-Defendant Waltine Nauta's Supplemental Briefing Re: Classified Information Procedures Act. (DE 163).

*/s Larry Donald Murrell, Jr.*
_____
**LARRY DONALD MURRELL, JR., ESQ.**
**FLORIDA BAR NO:  326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL  33401
Telephone:  561.686.2700
Facsimile:   561.686.4567
Email:  ldmpa@bellsouth.net

*/s/ John S. Irving, IV*
JOHN S. IRVING, IV
D.C. Bar No 460068 (Admitted Pro Hac Vice)
E&W Law
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
Telephone: 301-807-5670
Email: john.irving@earthandwatergroup.com

Attorneys for Defendant Carlos De Oliveira

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

*/s/ Larry Donald Murrell, Jr.*
**LARRY DONALD MURRELL, JR., ESQ.**