UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CAROLOS DE OLIVEIRA,

    Defendants.

_____/

**CERTIFICATION OF EMIL BOVE**

    Emil Bove, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the State of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                          *s/ Emil Bove*
                                                          Emil Bove