UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CAROLOS DE OLIVEIRA,

    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Emil Bove, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED.   Emil Bove, may appear and participate in this action on behalf of Donald J. Trump.  The Clerk shall provide electronic notification of all electronic filings to Emil Bove, at emil.bove@blanchelaw.com.

    DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ___ day of October, 2023.

                                                       Hon. Aileen M. Cannon
                                                     United States District Judge

Copies furnished to: All Counsel of Record