**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP, *et al.*,

       Defendants.

**Case No. 23-80101-CR**
**CANNON/REINHART**

**UNOPPOSED MOTION FOR REMOTE APPEARANCE**

    President Donald J. Trump, through undersigned counsel, respectfully files this unopposed motion seeking permission for Christopher M. Kise to attend the hearing scheduled for November 1, 2023, remotely:[1]

    1.    On October 19, 2023, this Court scheduled a hearing on pending scheduling motions for November 1, 2023, through a paperless notice (ECF 190).

    2.    As the Court may be aware, the undersigned counsel for President Trump, Christopher M. Kise, is unable to attend the November 1st hearing in person because he is engaged at trial in New York State Supreme Court, *People v. Trump, et al.*, Index No. 452564/2022 (Sup. Ct. N.Y. County), another case wherein he represents, *inter alia*, President Trump.

    3.    Given this conflict, the undersigned respectfully requests that this Court allow him to attend the November 1, 2023, hearing telephonically. Allowing such participation telephonically will not prejudice any party in this action, cause undue delay, or otherwise hinder the administration of justice. Moreover, co-counsel for President Trump, Todd Blanche, will appear in person at the hearing.

---

[1] No party to this action opposes the instant Motion.

-2-

    4.       The undersigned has conferred with the Office of Special Counsel and all other defense counsel and is authorized to represent none oppose the relief requested in this motion. The CISO takes no position on the motion as this will be a public hearing.

    5.       WHEREFORE, for the reasons herein set forth, the undersigned, Christopher M. Kise, respectfully requests that the Court allow him to attend the November 1st, 2023, hearing telephonically.

Dated: October 30, 2023

Respectfully submitted,

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*/s/ Todd Blanche*
Todd Blanche
Admitted Pro Hac Vice
ToddBlanche@blanchelaw.com
Emil Bove
Admitted Pro Hac Vice
Emil.Bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*Counsel for President Donald J. Trump*