UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        Defendants.
_____/

NOTICE OF DEFENDANT'S MOTION TO STAY
PROCEEDINGS IN THE DISTRICT OF COLUMBIA

        Yesterday, the Court conducted a hearing on the defendants' motion to adjourn trial, in which defendant Trump claimed that trial in this matter should be delayed in part because "[t]he March 4, 2024 trial date in the District of Columbia, and the underlying schedule in that case, currently require President Trump and his lawyers to be in two places at once."  ECF 167 at 1. Defendant Trump's counsel reiterated that argument during the hearing yesterday.  However, defendant Trump's counsel failed to disclose at the hearing that they were planning to file – and yesterday evening did file – the attached motion to stay the proceedings in the District of Columbia until their motion to dismiss the indictment based on presidential immunity is "fully resolved." *See United States v. Donald J. Trump*, No. 23-cr-257-TSC, ECF No. 128 at 1 (D.D.C. Nov. 1, 2023), attached as Exhibit 1.   As the Government argued to the Court yesterday, the trial date in the District of Columbia case should not be a determinative factor in the Court's decision whether to modify the dates in this matter.  Defendant Trump's actions in the hours following the hearing

in this case illustrate the point and confirm his overriding interest in delaying both trials at any cost.  This Court should allow itself to be manipulated in this fashion.

                                      Respectfully submitted,

                                      JACK SMITH
                                      Special Counsel

By:    */s/ Jay I. Bratt*
         Jay I. Bratt
         Counselor to the Special Counsel
         Special Bar ID #A5502946
         950 Pennsylvania Avenue, NW
         Washington, D.C. 20530

         David V. Harbach, II
         Assistant Special Counsel
         Special Bar ID #A5503068

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay I.Bratt
Jay I. Bratt
Counselor to the Special Counsel