**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

Plaintiff,

v.

*EX PARTE*

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.
_____/

Per Local Rule 5.4(d), the matter(s) shall remain sealed:
____ years; _____ (specific date);
☐ permanently; _____ (other).

☐ SEALED
☐ NOT SEALED

This matter is before the Court on the Government's *Ex Parte* Motion to Exceed Page Limits. By its Motion, the Government requested that the Court permit it to exceed Local Rule 7.1(c)(2)'s 20-page limit for its upcoming filing, pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), up to 85 pages for a motion and accompanying memorandum of law. For the reasons stated in the Government's Motion, the Motion is **GRANTED**, and the page limit is hereby enlarged from 20 pages to 85 pages.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day of November 2023.

_____
HON. AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE