UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.23-80101-CR-CANNON

UNITED STATES OF AMERICA

v.

CARLOS DE OLIVEIRA
        Defendant.
_____/

### [PROPOSED] ORDER

Upon consideration of Defendant Carlos De Oliveira's Motion to Travel filed on December 6, 2023, it is this ___ day of December, 2023, hereby:

**ORDERED** that the Motion is Granted; and it is

**FURTHER ORDERED** that the defendant shall provide his Probation Officer with details of his travel prior to his departure.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day of December, 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**