UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)


UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.

_____/

## NOTICE OF FILING

The Government hereby gives notice that it filed three *Ex Parte, In Camera*, Under Seal

Motions for an Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1)—one for each of

the three defendants—under seal with the Court by delivering them to the Classified Information

Security Officer ("CISO") on December 6, 2023.  Unclassified cover sheets for the three motions

are attached hereto.

<div style="margin-left:40%">

Respectfully submitted,

JACK SMITH
Special Counsel

</div>

By:    */s/ Julie A. Edelstein*_____
        Jay I. Bratt, Counselor to the Special Counsel
        Julie A. Edelstein, Senior Assistant Special Counsel
        David V. Harbach, II, Assistant Special Counsel
        David Raskin, Assistant Special Counsel
        Brett C. Reynolds, Assistant Special Counsel
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530

December 6, 2023

**CERTIFICATE OF SERVICE**

I certify that on December 6, 2023, I electronically filed the foregoing document with the

Clerk of Court using CM/ECF.


/s/ *Julie A. Edelstein*
Julie A. Edelstein