UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**CARLOS DE OLIVEIRA**

      Defendant.

_____/

**ORDER GRANTING MOTION TO TRAVEL**

**THIS CAUSE** comes before the Court upon Defendant Carlos De Oliveira's Unopposed Motion to Travel [ECF No. 234].   Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   Defendant is permitted to travel to the Middle District of Florida on December 17, 2023, and January 8, 2024, as specified in the Motion.   Defendant shall comply with all requirements imposed by the U.S. Probation Officer regarding his travel.   U.S. Probation is advised to notify the Court of any issues of non-compliance expeditiously so the Court may take appropriate action.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of December 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        U.S. Probation Office