**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP, *et al.*,

Defendants.

**Case No. 23-80101-CR**
**CANNON/REINHART**

## DEFENDANT DONALD J. TRUMP'S NOTICE OF FILING

President Donald J. Trump hereby gives notice that he filed a Classified Supplement to Defendants' January 16, 2024 Motions to Compel Discovery under seal with the Court by delivering it to the Classified Information Security Officer on January 16, 2024. The unclassified cover sheet for the filing is attached hereto as Exhibit 1.

Dated: January 17, 2024

Respectfully submitted,

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*/s/ Todd Blanche*
Todd Blanche
Admitted Pro Hac Vice
ToddBlanche@blanchelaw.com
Emil Bove
Admitted Pro Hac Vice
Emil.Bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*Counsel for President Donald J. Trump*