# EXHIBIT 1

Filed with Classified
Information Security Officer

CISO _____

Date 01/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

Case No. 23-80101-CR
CANNON/REINHART

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.

---

**(U) CLASSIFIED SUPPLEMENT TO DEFENDANTS'
JANUARY 16, 2024 MOTIONS TO COMPEL DISCOVERY**