# EXHIBIT 1

Filed with Classified Information Security Officer

CISO _Julian Campbell_

Date _01/16/2024_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.

Case No. 23-80101-CR
CANNON/REINHART

**President Donald J. Trump's Challenge To The Prosecution's CIPA § 4 Motion**