UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 23-80101-CR
CANNON/REINHART

### DEFENDANT DONALD J. TRUMP'S NOTICE OF NON-*EX PARTE* FILING

President Donald J. Trump gives Notice that, on January 16, 2024, he filed under seal a Challenge to the Prosecution's CIPA § 4 Motion.  *See* ECF No. 264.  This Notice confirms that President Trump did not intend the CIPA § 4 Challenge to be *ex parte*.  In the CIPA § 4 Challenge, he requests an *ex parte* conference with the Court, at the appropriate time, to further discuss certain defenses for the purpose of informing the Court as it considers the various positions of the parties.

Dated: January 18, 2024

Respectfully submitted,

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250


*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for President Donald J. Trump*