UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

The government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

    Respectfully submitted,

    JACK SMITH
    Special Counsel
    N.Y. Bar No. 2678084

By:    /s/ *J.P. Cooney*
    J.P. Cooney
    Deputy Special Counsel
    Special Bar ID #A5503071
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

January 30, 2024

## CERTIFICATE OF SERVICE

  I hereby certify that on January 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

               /s/ *J.P. Cooney*
               J.P. Cooney