UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.
_____/

## NOTICE OF FILING

The Government hereby gives notice that it has filed the Government's Response to Trump's Challenge to the Government's CIPA Section 4 Motion under seal with the Court by delivering it to the Classified Information Security Officer ("CISO") on January 30, 2024. An unclassified cover sheet for the Response is attached hereto.

Respectfully submitted,

JACK SMITH
Special Counsel

By:    /s/ Brett C. Reynolds
Jay I. Bratt, Counselor to the Special Counsel
Julie A. Edelstein, Senior Assistant Special Counsel
David V. Harbach, II, Assistant Special Counsel
David Raskin, Assistant Special Counsel
Brett C. Reynolds, Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

January 30, 2024

## CERTIFICATE OF SERVICE

I certify that on January 30, 2024 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                  */s/ Brett C. Reynolds*
                                                  Brett C. Reynolds