# EXHIBIT E

## APM2 (JSPT)

| | |
|---|---|
| **From:** | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Sent:** | Tuesday, October 31, 2023 10:44 AM |
| **To:** | APM2 (JSPT); 'John Irving' |
| **Cc:** | 'Donnie Murrell'; 'Sasha Dadan'; 'Todd Blanche'; ▉▉▉▉▉▉▉; DVH (JSPT); JAE (JSPT); JIB (JSPT) |
| **Subject:** | RE: [EXTERNAL] RE: MAL Video Issues |

Anne – I'm already using 7zip, so that won't resolve the issue.

I think the problem with unzipping the data to a drive other than the RAID box is that I don't have a second drive large enough to house all that data.  What I can do is run a test to extract some of the data to a separate drive and see if that meaningfully speeds things up and report back.

Thanks,

Stanley

**From:** APM2 (JSPT) ▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Tuesday, October 31, 2023 10:42 AM
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; 'John Irving' ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Cc:** 'Donnie Murrell' ▉▉▉▉▉▉▉▉▉▉▉▉▉▉; 'Sasha Dadan' ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; 'Todd Blanche' ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; JAE (JSPT) ▉▉▉▉▉▉▉▉▉▉; JIB (JSPT) ▉▉▉▉▉▉▉▉▉
**Subject:** RE: [EXTERNAL] RE: MAL Video Issues

Good Morning John and Stanley-

FBI provided us with some additional suggestions for expediting the unzipping process for the CCTV files, and we wanted to pass them along in case you find them helpful.  They apply regardless of whether you are using the SCO loaner laptops or other computers to review the discovery.

- First, FBI noted that by default, the Windows operating system has a program to unzip files. However, that program isn't the most efficient.  They suggest that you can download and install a program called 7zip.  The program is free and available online for download and installation. In their experience, this will lead to an increase in speed with regards to extracting the zip files.
- Second, FBI noted that based on the screenshot you sent John, it appears that you are extracting the zipped files from the RAID box and also saving the uncompressed data back to the RAID box.  They suggest that you unzip them directly to another drive from the RAID, which will speed up the decompression process by allowing for the system to work in parallel rather than sequentially.

Please let us know if you'd like to set up a call to discuss, or as offered last week, to walk through any specific issues you may be having.

Thanks,


Anne P. McNamara
Assistant Special Counsel
Special Counsel's Office

1

U.S. Department of Justice



**From:** APM2 (JSPT)
**Sent:** Thursday, October 26, 2023 5:24 PM
**To:** █████████████████████
**Cc:** 'Donnie Murrell' █████████████; 'Sasha Dadan' █████████████████; 'Todd Blanche' ████████████; 'John Irving' ██████████████████████; ████████████; DVH (JSPT) █████████████; JAE (JSPT) █████████; JIB (JSPT) █████████
**Subject:** RE: [EXTERNAL] RE: MAL Video Issues

Stanley,

We will plan to also bring a loaner laptop to Florida for you to use in your review, should you want to. In the interim, please let us know if you'd like to set up a call to walk through any specific issues you may be having.

Thank you,

Anne P. McNamara
Assistant Special Counsel
Special Counsel's Office
U.S. Department of Justice
█████████████

**From:** ████████████████████████████████████████
**Sent:** Thursday, October 26, 2023 11:11 AM
**To:** APM2 (JSPT) █████████████; 'John Irving' █████████████████████
**Cc:** 'Donnie Murrell' █████████████; 'Sasha Dadan' █████████████████; 'Todd Blanche' ████████████; ███████████; █████████; DVH (JSPT) █████████████; JAE (JSPT) █████████; JIB (JSPT) █████████
**Subject:** RE: [EXTERNAL] RE: MAL Video Issues

I'll happily try a different computer and report back on whether that makes any difference. As I mentioned this morning, I'm not using a tablet and have tried several high-performance computers.

I would only need the one loaner (and would plan to return it promptly assuming I have the same issues).

Thanks,

Stanley

**From:** APM2 (JSPT) █████████████████
**Sent:** Thursday, October 26, 2023 11:06 AM
**To:** █████████████████████; 'John Irving' █████████████████████
**Cc:** 'Donnie Murrell' █████████████; 'Sasha Dadan' █████████████████; 'Todd Blanche' ████████████; ███████████; █████████; DVH (JSPT) <█████████████>; JAE (JSPT) <█████████>; JIB (JSPT) <█████████>
**Subject:** RE: [EXTERNAL] RE: MAL Video Issues

John: As discussed this morning, the unzipping speed and other issues you raised regarding the CCTV footage are likely a result of your use of a tablet rather than a laptop or desktop computer. You had asked if SCO would be willing to loan

you a computer with the necessary specifications to improve the speed of unzipping the footage. To ensure that you have access a computer that will allow you to view and process the data faster, SCO will provide two loaner laptops for you and your team to use to view discovery. I will get back to you later today as to details for delivery and any necessary paperwork.

Stanley: As we understand that you are having similar issues to John, we can also provide you two loaner laptops for the same purpose. Please let us know if you would like us to do so, and if so, I will also get back to you later today regarding any necessary information.

Thank you,

Anne P. McNamara
Assistant Special Counsel
Special Counsel's Office
U.S. Department of Justice

---

**From:** JAE (JSPT)
**Sent:** Thursday, October 26, 2023 9:24 AM
**To:** ▉▉▉▉; 'John Irving' ▉▉▉▉; JIB (JSPT) <▉▉▉▉>
**Cc:** 'Donnie Murrell' ▉▉▉▉; 'Sasha Dadan' ▉▉▉▉; 'Todd Blanche' ▉▉▉▉; DVH (JSPT) ▉▉▉▉; APM2 (JSPT) ▉▉▉▉
**Subject:** RE: [EXTERNAL] RE: MAL Video Issues

Thanks, Stanley -- understood. And thanks for the additional information, John. We'll talk to you soon.
Best,
Julie

---

**From:** ▉▉▉▉
**Sent:** Thursday, October 26, 2023 9:14 AM
**To:** 'John Irving' ▉▉▉▉; JAE (JSPT) ▉▉▉▉; JIB (JSPT) ▉▉▉▉
**Cc:** 'Donnie Murrell ▉▉▉▉ 'Sasha Dadan ▉▉▉▉; 'Todd Blanche' ▉▉▉▉; DVH (JSPT) ▉▉▉▉; APM2 (JSPT) ▉▉▉▉
**Subject:** [EXTERNAL] RE: MAL Video Issues

John / SCO counsel – I'm having the same issues and have tried with multiple fairly high-end workstations. I've also reviewed the system requirements for every software product Milestone distributes and none have all that onerous of system requirements. I can't join the call this morning because I'm in trial, but will circle back with John afterwards.

Thanks,

Stanley

---

**From:** John Irving ▉▉▉▉
**Sent:** Thursday, October 26, 2023 9:07 AM
**To:** JAE (JSPT) ▉▉▉▉; JIB (JSPT) ▉▉▉▉
**Cc:** Donnie Murrell ▉▉▉▉; Sasha Dadan ▉▉▉▉; Todd Blanche ▉▉▉▉; DVH (JSPT)