UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, **and**
Carlos De Oliveira

    Defendants.

_____/

## NOTICE OF FILING

The Government hereby gives notice that it has filed the Government's Opposition to the Classified Supplement to Defendant Donald J. Trump's Motion to Compel Discovery under seal with the Court by delivering it to the Classified Information Security Officer ("CISO") on February 2, 2024. An unclassified cover sheet for the notice is attached hereto.

    Respectfully submitted,

    JACK SMITH
    Special Counsel

By:    */s/ Jay I. Bratt*
    Jay I. Bratt
    Counselor to the Special Counsel
    Special Bar ID #A5502946
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

    David V. Harbach, II
    Assistant Special Counsel
    Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

I, Jay I. Bratt, certify that on February 2, 2024, I served the foregoing document on all parties via electronic mail.

*/s/ Jay I. Bratt*
Jay I. Bratt