Filed with Classified
Information Security Officer

CISO /s/ Judson Campbell
Date 2/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA, )
)
)
v. )   Filed with the Classified
)   Information Security Officer
DONALD J. TRUMP, )
WALTINE NAUTA, and )
CARLOS DE OLIVEIRA, )
)
         Defendants. )

### GOVERNMENT'S OPPOSITION TO THE CLASSIFIED SUPPLEMENT TO DEFENDANT DONALD J. TRUMP'S MOTION TO COMPEL DISCOVERY