UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**DONALD J. TRUMP,
WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

    Defendants.
    _____/

**ORDER GRANTING IN PART SPECIAL COUNSEL'S SEALED
MOTION FOR PERMISSION TO FILE SEALED AND REDACTED DOCUMENTS**

**THIS CAUSE** comes before the Court upon the Special Counsel's Sealed Motion for Permission to File Sealed and Redacted Documents (the "Motion") [ECF No. 278]. The Motion seeks permission to file a redacted public version of the Special Counsel's Response in Opposition to Defendants' Motions to Compel Discovery [ECF No. 277], and redacted or sealed versions of exhibits attached thereto [ECF No. 278 pp. 1–2].[1] In support of these requests, the Special Counsel incorporates the position it took in a prior filing [ECF No. 278 p. 1 (referencing ECF No. 267)]. For the reasons set forth in the Court's February 6, 2024, Order [ECF No. 283], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 278] is **GRANTED IN PART**.

---

[1] Contemporaneously with the public Response [ECF No. 277], the Special Counsel filed under seal (1) unredacted versions of its Response and accompanying exhibits [ECF No. 279]; and (2) a classified Opposition to Defendants' Classified Supplement to Motions to Compel Discovery [ECF No. 280].

CASE NO. 23-80101-CR-CANNON

2. The Special Counsel is directed to comply with the redaction instructions in the Court's February 6, 2024, Order [ECF No. 283 pp. 5–8].

3. On or before **February 9, 2024**, the Special Counsel shall file under seal a proposed public version of the Response in Opposition to Defendants' Motions to Compel and associated attachments.

4. Upon finding that the redactions are consistent with the Court's February 6, 2024, Order and no greater than necessary, the Court shall direct the Clerk to unseal that filing.

5. The Clerk is directed to **UNSEAL** the Special Counsel's Motion for Permission to File Sealed and Redacted Documents [ECF No. 278].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of February 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record