UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## PROPOSED ORDER

**THIS CAUSE** comes before the Court upon the Government's Motion for Leave to File Exhibit Ex Parte and Under Seal [ECF No. ___]. The Court has reviewed the Motion, and upon due consideration, the Motion is **GRANTED**. It is hereby

**ORDERED** that the Government shall file the exhibit in question *ex parte* and under seal; and it is further

**ORDERED** that the Clerk of Court docket the exhibit as a sealed entry; and it is further

**ORDERED** that when the investigation to which the exhibit relates is either closed or resolved by adjudication of any resultant charges, the Government shall so advise the Court; and it is further

**ORDERED** that the exhibit shall remain sealed until further order of the Court.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ___ day of February, 2024.

                                                                      **AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**