UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

v.

**DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,**

　　　　Defendants.
_____/

## NOTICE OF FILING

　　　The Government hereby gives notice that it has filed the Government's Classified *Ex Parte*, *In Camera*, Under Seal Supplement to Motions for an Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) with the Court by delivering it to the Classified Information Security Officer ("CISO") in Fort Pierce, Florida on February 8, 2024.  An unclassified cover sheet for the Supplement is attached hereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JACK SMITH
　　　　　　　　　　　　　　　　　　Special Counsel

　　　　　　　　　　By:　　*/s/ Julie A. Edelstein*
　　　　　　　　　　　　　　Jay I. Bratt, Counselor to the Special Counsel
　　　　　　　　　　　　　　Julie A. Edelstein, Senior Assistant Special Counsel
　　　　　　　　　　　　　　David V. Harbach, II, Assistant Special Counsel
　　　　　　　　　　　　　　David Raskin, Assistant Special Counsel
　　　　　　　　　　　　　　Brett C. Reynolds, Assistant Special Counsel
　　　　　　　　　　　　　　950 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I certify that on February 8, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

　　　　　　　　　　　　　　　　　　　　*/s/ Julie A. Edelstein*　　　　
　　　　　　　　　　　　　　　　　　　　Julie A. Edelstein