Filed with Classified Information Security Officer

CISO _____

Date 02/08/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DONALD J. TRUMP, | ) Filed *Ex Parte, In Camera*, and |
| WALTINE NAUTA, and | ) Under Seal with the Classified |
| CARLOS DE OLIVEIRA, | ) Information Security Officer |
| | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL SUPPLEMENT TO MOTIONS FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**