# Appendix 1

| Exhibit | Proposed redactions |
|---|---|
| 25 | - the FBI code name of an unrelated investigation, ¶ 27<br>- the names of three witnesses, ¶ 28, 29, 35, 37, including the name of a witness this letter describes as having provided a recording to the Government, ¶ 29<br>- Grand Jury activity involving a witness, ¶ 37 |
| 27 | - names of witnesses whose electronic devices were searched by the Government, ¶ 5<br>- name of a witness who provided documents to the Government, ¶ 11rr |
| 29 | - name of a private searcher hired by the defense, whose name prior counsel for the defendant has asked remain sealed from the public, ¶ 22a<br>- name of a witness which the letter indicates produced electronic devices to the government, ¶ 22f<br>- name of a witness who provided documents to the Government and who is on a recording, ¶ 22i<br>- name of a witness, which the letter indicates had text-message communications with the Government ¶ 22k<br>- name of a witness who produced documents to the Government, ¶ 22m<br>- names of witnesses who provided documents to the Government, ¶ 22n<br>- names of witnesses about whom the Government sought toll records, ¶ 22o<br>- name of witness who provided documents to the Government, ¶ 22u<br>- name of witness who provided documents to the Government, ¶ 22dd<br>- name of witness interviewed, ¶ 22ff<br>- name of witness interviewed, ¶ 22gg |