# EXHIBIT A

(*Ex Parte* and Under Seal)