Filed with Classified
Information Security Officer

CISO ⟨signature⟩

Date 02/09/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

　　　　Defendants.

Case No. 23-80101-CR
CANNON/REINHART

(U) CLASSIFIED SUPPLEMENT TO DEFENDANTS'
FEBRUARY 9, 2024 REPLY IN FURTHER SUPPORT OF
MOTIONS TO COMPEL DISCOVERY