UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

 Plaintiff,

v.

**DONALD J. TRUMP**,
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

 Defendants.
_____/

## GOVERNMENT'S NOTICE OF STRIKING

The United States, through undersigned counsel, submits this notice of striking the filing at ECF No. 302, the Government's Conditional Motion for Leave to File a Surreply to Defendants' Reply in Support of Their Motion to Compel Discovery. The Government files this notice to correct a login/signature block violation.

             Respectfully submitted,

             JACK SMITH
             Special Counsel
             N.Y. Bar No. 2678084

By:  /s/ *John M. Pellettieri*
    John M. Pellettieri
    Assistant Special Counsel
    Special Bar ID #A5503076

February 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

                                        /s/ *John M. Pellettieri*
                                        John M. Pellettieri