UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

     Defendants.
_____/

## NOTICE OF FILING

The Government hereby gives notice that it has filed the Government's Third Classified *Ex Parte*, *In Camera*, Under Seal Supplement to Motions for an Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) with the Court by delivering it to the Classified Information Security Officer ("CISO") in Fort Pierce, Florida on February 23, 2024. An unclassified cover sheet for the Supplement is attached hereto.

    Respectfully submitted,

    JACK SMITH
    Special Counsel

By:    */s/ Julie A. Edelstein*
    Jay I. Bratt, Counselor to the Special Counsel
    Julie A. Edelstein, Senior Assistant Special Counsel
    David V. Harbach, II, Assistant Special Counsel
    David Raskin, Assistant Special Counsel
    Brett C. Reynolds, Assistant Special Counsel
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I certify that on February 23, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Julie A. Edelstein*_____
Julie A. Edelstein