Filed with Classified
Information Security Officer

CISO _____

Date 2/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA )
)
v. )
) Filed *Ex Parte*, *In Camera*, and
DONALD J. TRUMP, ) Under Seal with the Classified
WALTINE NAUTA, and ) Information Security Officer
CARLOS DE OLIVEIRA, )
)
)
Defendants. )

**GOVERNMENT'S THIRD CLASSIFIED *EX PARTE*, *IN CAMERA*, UNDER SEAL SUPPLEMENT TO MOTIONS FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**