UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

    Defendants.
_____/

## MOTION FOR LEAVE TO FILE OUT OF TIME

In its paperless Minute Order of February 20, 2024, the Court directed "any party wishing to seal/redact anything in the pre-trial motions shall file a consolidated motion for leave on or before February 27, 2024, specifying the particular legal and factual bases for shielding pre-trial filings." ECF No. 320. Last night, February 27, 2024, the Government sought to file its Motion for Sealing and Redaction of Defense Filings and Exhibits. ECF No. 342. It appears an error occurred when the Government was converting the Word version of the Motion to .pdf format for filing, which the Government did not discover until early this morning. Accordingly, the Government seeks leave to file the attached Motion and accompanying exhibit forthwith. The Government will also promptly consult with the Clerk's Office to properly arrange for striking the erroneous filing at ECF No. 342. Counsel for the defendants consent to this Motion.

Respectfully submitted,

JACK SMITH
Special Counsel

By:    /s/ Jay I. Bratt
        Jay I. Bratt
        Counselor to the Special Counsel
        Special Bar ID #A5502946
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530

        David V. Harbach, II
        Assistant Special Counsel
        Special Bar ID #A5503068

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

        /s/ David V. Harbach, II
        David V. Harbach, II