**GOVERNMENT'S POSITION ON REDACTIONS AND SEALING FOR MOTIONS TRANSMITTED BY EMAIL**
**(PER THE COURT'S PAPERLESS ORDER, ECF No. 320)**

**1 - "President Trump's Motion for Relief Relating to the Mar-a-Lago Raid and Unlawful Piercing of Attorney-Client Privilege"**

**MOTION:**

Proposed redactions in red boxes, on pp. i, 2-3, 6-10, 14-17, 19-24.  Rationale: Potential witness safety / witness names; references to non-public substance of potential witness testimony; references to content of sealed documents.

**EXHIBITS:**

| Ex. No. | Redact / Seal / None | Justification | Additional Notes |
|---|---|---|---|
| 1 | None | | |
| 2 | Redact | PII; potential witness safety/witness names; Jencks Act material for potential Government witness; details of potential witness testimony | Government requests substitution of judicially-approved public-facing redacted version of SDFL Mar-a-Lago Search Warrant (22-mj-8332). |
| 3 | Redact | PII; potential witness safety/witness names; list of FBI personnel involved in Mar-a-Lago search; sensitive non-public law-enforcement information | |
| 4 | Seal | Jencks Act material for potential Government witness; sensitive non-public details about the Mar-a-Lago search unrelated to proposition for which defense cites to exhibit | |
| 5 | Redact | Potential witness safety/witness names | |
| 6 | Redact | PII only | |
| 7 | Redact | PII only | |
| 8 | Seal | Potential witness safety/witness names; details potential witness testimony; Jencks Act material for potential Government | |

1

| | | | |
|---|---|---|---|
| | | witness; ancillary names; Rule 6(e); references other non-public potential Government witness names and testimony | |
| 9 | Seal | Jencks Act material for potential Government witness; potential witness safety/witness names; references other non-public potential Government witness names and testimony | |
| 10 | Seal | Potential witness safety/witness names; potential witness testimony; Jencks Act material for potential Government witness; ancillary names; Rule 6(e); references other non-public potential Government witness names and testimony | |
| 11 | Redact | PII; potential witness safety/witness names; ancillary names | |
| 12 | Redact | PII; potential witness safety/witness names; Rule 6(e) | |
| 13 | Redact | Potential witness safety/witness names; ancillary names; Rule 6(e) | |
| 14 | Redact | PII; potential witness safety/witness names; Rule 6(e) | |
| 15-19 | Seal | Potential witness safety/witness names; potential witness testimony; ancillary names; Rule 6(e) | All currently under seal in D.C. The Government is moving D.C. court for limited unsealing, to yield redacted public versions. If permission is granted, the Government will propose substituting the redacted versions for these exhibits as the public-facing versions here. |
| 20 | Redact | Potential witness safety and/or ancillary names | |

**2 – Defendant Nauta's "Motion for a Bill of Particulars"**

**MOTION:**

Proposed redactions in red boxes, on pp. 3, 5, and 6.  Rationale: Potential witness safety / witness names; potential witness testimony.

**EXHIBITS:**

| Ex. No. | If No Exhibit Number Provided, Exhibit Description | Redact / Seal / None | Justification | Requested Action |
|---|---|---|---|---|
| None | Nauta FBI Interview Transcript | Redact | Potential witness names / witness safety; references other non-public potential Government witness names and testimony; Jencks Act material for potential Government witness; remainder of transcript unrelated to proposition for which defense cites to exhibit | Limit exhibit to specific pages and portions related to proposition for which defense cites to exhibit, incorporating the Government's proposed redactions to those pages. |
| None | Nauta GJ Transcript | Redact | Potential witness names / witness safety; references other non-public potential Government witness names and testimony; Rule 6(e); remainder of transcript unrelated to proposition for which defense cites to exhibit | Limit exhibit to specific pages and portions related to proposition for which defense cites to exhibit, incorporating the Government's proposed redactions to those pages. |

**3 – Defendant Nauta's "Motion to Dismiss" (1512/Vagueness)**

**MOTION:**

Proposed redactions in red boxes, on p. 3.  Rationale: Potential witness safety / witness names; potential witness testimony.

**EXHIBITS:**

| Ex. No. | If No Exhibit Number Provided, Exhibit Description | Redact / Seal / None | Justification | Requested Action |
|---|---|---|---|---|
| None | Nauta FBI Interview Transcript | Redact | Potential witness names / witness safety; references other non-public potential Government witness names and testimony; Jencks Act material for potential Government witness; remainder of transcript unrelated to proposition for which defense cites to exhibit | Limit exhibit to specific pages and portions related to proposition for which defense cites to exhibit, incorporating the Government's proposed redactions to those pages. |
| None | Nauta GJ Transcript | Redact | Potential witness names / witness safety; references other non-public potential Government witness names and testimony; Rule 6(e); remainder of transcript unrelated to proposition for which defense cites to exhibit | Limit exhibit to specific pages and portions related to proposition for which defense cites to exhibit, incorporating the Government's proposed redactions to those pages. |

4

**4 – Defendant Nauta's "Motion to Suppress Evidence and for Return of Property and Request for Evidentiary Hearing and *Franks* Hearing"**

**MOTION:**

Proposed redactions in red boxes on pp. 2, 3, 6-8, 10, 15, 17, 20, 22.  Rationale: Potential witness safety / witness names; substance of potential Government witness trial testimony; potential trial exhibit(s).

**EXHIBITS:**

| Ex. Letter | If No Exhibit Letter Provided, Exhibit Description | Redact / Seal / None | Justification | Additional Notes/Requested Action |
|---|---|---|---|---|
| A | | Redact | PII; potential witness names / witness safety; references other non-public potential Government witness names and testimony | Government requests substitution of judicially-approved public-facing redacted version of SDFL Search Warrant for Nauta phones (22-mj-8547). |
| B | | Redact | PII; potential witness names / witness safety; references other non-public potential Government witness names and testimony | Government requests substitution of judicially-approved public-facing redacted version of SDFL Search Warrant for Nauta car and phones (22-mj-8548). |
| C | | Redact | PII; potential witness names / witness safety; references other non-public potential Government witness names and testimony | Government requests substitution of judicially-approved public-facing redacted version of SDFL Search Warrant for Nauta residence and phones (22-mj-8549). |
| D | | Redact | PII; potential witness names / witness safety; references other non-public potential Government witness names and testimony | Government requests substitution of judicially-approved public-facing redacted version of SDFL Search Warrant for Nauta Microsoft 45 Office Email (22-mj-8533). |

| | | | | |
|---|---|---|---|---|
| E | | Redact | PII; potential witness names / witness safety; references other non-public potential Government witness names and testimony | Government requests substitution of judicially-approved public-facing redacted version of SDFL Search Warrant for Nauta Apple iCloud (22-mj-8489). |
| F | | Seal | PII; potential witness names / witness safety; references other non-public potential Government witness names and testimony | Currently under seal in D.C.  The Government is moving the D.C. court for limited unsealing, to yield a redacted public version.  If permission is granted, the Government will propose substituting the redacted version for this exhibit as the public-facing version here. |
| G | | Seal | PII; potential witness names / witness safety; references other non-public potential Government witness names and testimony | Currently under seal in D.C.  The Government is moving the D.C. court for limited unsealing, to yield a redacted public version.  If permission is granted, the Government will propose substituting the redacted version for this exhibit as the public-facing version here. |
| None | Nauta FBI Interview Transcript | Redact | Potential witness names / witness safety; references other non-public potential Government witness names and testimony; Jencks Act material for potential Government witness; remainder of transcript unrelated to proposition for which defense cites to exhibit | Limit exhibit to specific pages and portions related to proposition for which defense cites to exhibit, incorporating the Government's proposed redactions to those pages. |
| None | Nauta GJ Transcript | Redact | Potential witness names / witness safety; references other non-public potential Government witness names and testimony; Rule 6(e); remainder of transcript unrelated to proposition for which defense cites to exhibit | Limit exhibit to specific pages and portions related to proposition for which defense cites to exhibit, incorporating the Government's proposed redactions to those pages. |

**5 – "Defendant Waltine Nauta's Motion to Dismiss the Superseding Indictment for Selective and Vindictive Prosecution"**

**MOTION:**

Proposed redactions in red boxes on pp. 12-13.  Rationale: Potential witness safety / witness names; substance of potential Government witness testimony, Rule 6(e).

**EXHIBITS:**

| Ex. No. | If No Exhibit Number Provided, Exhibit Description | Redact / Seal / None | Justification | Requested Action |
|---|---|---|---|---|
| 1 | | Redact | PII; potential witness names / witness safety; references other non-public potential Government witness names and testimony | Government requests substitution of judicially-approved public-facing redacted version of SDFL Search Warrant for Nauta phones (22-mj-8547). |
| 2 | *Per defense counsel, no longer an exhibit* | | | |
| 3 | | Redact | PII only | |
| 4 | | Redact | PII only | |
| 5 | | Redact | PII only | |
| 6 | *Per defense counsel, no longer an exhibit* | | | |
| 7 | | Redact | PII only | |
| 8 | *Per defense counsel, no longer an exhibit* | | | |
| 9 | | Redact | PII only | |

| | | | | |
|---|---|---|---|---|
| 10 | | Seal | Nauta FBI 302, cited solely for the general proposition that he was interviewed by the FBI on 5/26/22; Jencks Act material for potential Government witness; potential witness safety/witness names; references other non-public potential Government witness names and testimony | |
| 11 | | Redact | Nauta GJ Transcript, cited solely for the general proposition that he testified in GJ on 6/21/22; potential witness names / witness safety; references other non-public potential Government witness names and testimony; Rule 6(e) | Limit exhibit to transcript cover page, incorporating the Government's proposed redaction to the ancillary name. |
| None | GJ Transcript of a Potential Witness | Seal | Potential witness safety/witness names; Jencks; potential witness testimony; references other non-public potential Government witness names and testimony; Rule 6(e); references other non-public potential Government witness names and testimony | |
| None | FBI Interview Transcript of a Potential Witness | Seal | Potential witness safety/witness names; Jencks Act material for potential Government witness; potential witness testimony; references other non-public potential Government witness names and testimony; Rule 6(e) | |
| None | FBI 302 for Interview of a Potential Witness | Seal | Potential witness safety/witness names; Jencks Act material for potential Government witness; potential witness testimony; references other non-public potential Government witness names and testimony; Rule 6(e) | |
| None | 12/16/22 GJS for CCTV | Redact | PII only | |

**6 - "President Trump's Motion to Dismiss the Indictment Based on Prosecutorial Misconduct and Due Process Violations"**

**MOTION:**

Proposed redactions in red boxes on pp. 4-8 and 20-21.  Rationale: Potential witness safety / witness names; substance of potential Government witness testimony; Rule 6(e).

**EXHIBITS:**

| Ex. No. | Redact / Seal / None | Justification | Additional Notes |
|---|---|---|---|
| 1 | Redact | PII; potential witness safety/witness names; Jencks Act material for potential Government witness; potential witness testimony; references other non-public potential Government witness names and testimony; ancillary names | |
| 2 | Seal | PII; potential witness safety/witness names; Jencks Act material for multiple potential Government witness; potential witness testimony; references multiple other non-public potential Government witness names and testimony | |
| 3 | Redact | PII only | |
| 4 | OK as is | | |
| 5 | OK as is | | |
| 6 | Redact | PII only | |
| 7 | Redact | PII only | |
| 8 | Redact | PII only | |
| 9 | Redact | Potential witness safety/witness names; potential witness testimony; Jencks Act material for potential Government witness; references multiple other non-public potential Government witness names and testimony | |

| 10 | Redact | PII only | |
|---|---|---|---|
| 11 | Seal | Grand jury transcript; Rule 6(e); Potential witness safety/witness names; Jencks; potential witness testimony | |
| 12 | Seal | 86-page *ex parte* memorandum opinion, which defense attaches for the limited purpose of citing to a single footnote on a single page; potential witness names / witness safety; potential witness testimony; references multiple other non-public potential Government witness names and testimony | Currently under seal in D.C. The Government is moving the D.C. court for limited unsealing, to yield a redacted public version. If permission is granted, the Government will propose substituting the redacted version for this exhibit as the public-facing version here. |
| 13 | Seal | FBI 302 reflecting matter occurring before the grand jury that will not come out at trial; PII | |
| 14 | Redact | Potential witness safety/witness names; references names of potential Government witnesses who produced documents to the Government; references names of potential Government witnesses whose electronic devices were searched by the Government | |
| 15 | Redact | Potential witness safety/witness names; references names of potential Government witnesses who produced documents to the Government; references the FBI code-name of a separate investigation; references names of potential Government witnesses who were interviewed by the Government; references Grand Jury activity involving a witness | |

**7 - "President Trump's Motion to Dismiss the Indictment Based on Selective and Vindictive Prosecution"**

**MOTION:**

Proposed redactions in red boxes on p. 19.  Rationale: Potential witness safety / witness names; substance of potential Government witness testimony.

**EXHIBIT:**

| Ex. No. | Redact / Seal / None | Justification | Requested Action |
|---|---|---|---|
| 1 - 11 | None | | |
| 12 | Redact | PII; Potential witness safety/witness names | |
| 13 | Redact | PII; Potential witness safety/witness names; potential witness testimony; Jencks Act material for potential Government witness; references other non-public potential Government witness names and testimony | |

**8 – Nauta's "Defendants' Motion to Dismiss the Indictment"**

**MOTION:**

Proposed Redactions to Motion: None.

**EXHIBITS:**

Proposed Redactions to Exhibits: N/A