UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## NOTICE OF FILING

In accordance with this Court's February 27, 2024 Order Granting Special Counsel's CIPA § 4 Motions As To Defendants Nauta and De Oliveira (ECF No. 340), the Government attaches to this Notice the unclassified stand-alone version of its Section 4 Motions as to Defendants Nauta and De Oliveira, previously submitted *ex parte* and under seal as an attachment to the Government's Third Classified Supplement to CIPA § 4 Motions.

                    Respectfully submitted,

                    JACK SMITH
                    Special Counsel

By:   */s/ Julie A. Edelstein*
       Jay I. Bratt, Counselor to the Special Counsel
       Julie A. Edelstein, Senior Assistant Special Counsel
       David V. Harbach, II, Assistant Special Counsel
       David Raskin, Assistant Special Counsel
       Brett C. Reynolds, Assistant Special Counsel
       950 Pennsylvania Avenue, N.W.
       Washington, D.C.  20530

## **CERTIFICATE OF SERVICE**

      I certify that on February 23, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                            */s/ Julie A. Edelstein*
                                            Julie A. Edelstein