UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80-1010-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVIERA,

**Defendants.**
_____/

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Leave to Disclose Discovery, it is this ___ day of _____, 2024, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

ORDERED that the Defendants shall comply with the redaction instructions in the Court's February 6, 2024, Order (ECF No. 283 pp. 5-8); and it is further

**ORDERED** that on or before February 16, 2024, the Defendants shall file under seal a proposed public version of their Supplement to their Reply in Support of their Motion to Compel (Feb. 9, 2024) (ECF No. 272); and it is further

**ORDERED** that upon finding that the redactions are consistent with the Court's February 6, 2024, Order and no greater than necessary, the Court shall direct the Clerk to unseal that filing.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day February 2024.

.

The Honorable Aileen M. Cannon
United States District Court Judge
