UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## GOVERNMENT'S PROPOSED SCHEDULE

Attached to this pleading is the Government's proposed schedule for going forward, culminating in a new trial date of July 8, 2024.

A feature the Government has built into its schedule is monthly status conferences. These will permit the Court to ensure the parties are meeting the deadlines the Court sets.

The schedule does not yet set a date for filings by the parties in support of their positions on the draft jury questionnaire or a date for the Clerk's Office to mail the questionnaires. The Court will be in a better position to assess the timing of the former after reviewing the parties' joint filing from February 28. The Court can then set briefing on the questionnaire concurrently with one of the other briefing schedules in the Government's attachment.

                                  Respectfully submitted,

                                  JACK SMITH
                                Special Counsel

                By:    */s/ Jay I. Bratt*

Jay I. Bratt
Counselor to the Special Counsel
Special Bar ID #A5502946
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Julie A. Edelstein
Senior Assistant Special Counsel
Special Bar ID #A5502949

David V. Harbach, II
Assistant Special Counsel
Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

I, Julie A. Edelstein, certify that on February 29, 2024, I served the foregoing document on all parties via electronic mail.

*/s/ Julie A. Edelstein*
Julie A. Edelstein