UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        Defendants.

Case No. 23-80101-CR
CANNON/REINHART

## DEFENDANTS' RESPONSE TO THE MOTION FOR REDACTIONS BY THE SPECIAL COUNSEL'S OFFICE

President Donald J. Trump, on behalf of all of the Defendants, respectfully submits this response to the February 28, 2024 motion by the Special Counsel's Office requesting the redaction or sealing to certain portions of President Trump's and Mr. Nauta's pretrial motions. ECF No. 348; *see also* ECF No. 339.

The Defendants take no position on any particular request for redaction of certain information. However, similar to earlier failed attempts by the Special Counsel's Office to redact or seal public materials in this case, *see* ECF No. 283, the Office offers only sparse information and generalized arguments in support of the most recent sealing motion. These cursory references to broad classes of information that the Office claims raise hypothetical concerns do not "set forth 'the factual and legal basis for departing from' the court's open-access policy." *United States v. Maurival*, 795 F. App'x 725, 726 (2019) (quoting S.D. Fla. L.R. 5.4(c)(1)).

The Special Counsel's Office has added the baseless assertion that "the defendants take no responsibility for the safety and security of witnesses." ECF No. 343-1 at 5. This is not so. The Defendants are following the law, something the Special Counsel's Office has routinely failed to

do as it relates to their obligations to allow for public access to criminal proceedings. It is absurd for the Office to suggest that because the Defendants can point to no compelling reason to redact information in our filings we therefore do not care about the safety and security of witnesses. Accordingly, the Court should redact or seal information in the public-facing pretrial motions only if the Special Counsel's Office carries its "heavy burden" to justify sealing under First Amendment principles.

Dated: February 29, 2024

Respectfully submitted,

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I, Christopher M. Kise, certify that on February 29, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Christopher M. Kise*
Christopher M. Kise