UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON-REINHART

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

    *Defendants.*

ORDER GRANTING MOTION BY
FORMER ATTORNEY GENERAL EDWIN MEESE III,
LAW PROFESSORS STEVEN CALABRESI AND GARY LAWSON,
CITIZENS UNITED, AND CITIZENS UNITED FOUNDATION
TO FILE BRIEF AS *AMICI CURIAE* SUPPORTING MOTION TO DISMISS

THIS CAUSE having come before the Court on the Motion for Leave to File Brief by Former Attorney General Edwin Meese III, Law Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation as *Amici Curiae* in Support of Defendant President Trump's Motion to Dismiss [ECF No. 326] (the "Motion"), it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  The brief of Former Attorney General Edwin Meese III, Law Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation as *Amici Curiae* in Support of Defendant President Trump's Motion to Dismiss is ordered to be filed.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____, 2024.

                                                _____
                                                AILEEN M. CANNON
                                                UNITED STATES DISTRICT JUDGE