UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, **and
CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

    The Government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

                          Respectfully submitted,

                          JACK SMITH
                          Special Counsel
                          N.Y. Bar No. 2678084

          By:    /s/ *James I. Pearce*
                          James I. Pearce
                          Assistant Special Counsel
                          Special Bar ID #A5503077
                          950 Pennsylvania Avenue, NW
                          Washington, D.C. 20530

March 6, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

/s/ *James I. Pearce*
James I. Pearce