## GOVERNMENT'S POSITION ON REDACTIONS AND SEALING FOR RESPONSES TO FOUR RULE 12 MOTIONS TO BE TRANSMITTED BY EMAIL (PER THE COURT'S PAPERLESS ORDERS (ECF Nos. 320, 365)

**1 - Government's Opposition to Donald J. Trump's Motion for Dismissal or Suppression of Evidence Obtained from Mar-a-Lago or His Attorneys**

**RESPONSE TO MOTION:** Proposed redactions in red boxes, on pp. 13-17, 22-24.  Rationale: Potential witness safety / witness identifying information; references to non-public substance of potential witness testimony; references to content of sealed documents.

**GOVERNMENT CITATIONS TO DEFENSE EXHIBITS OR EXHIBITS FROM OTHER FILINGS WHERE GOVERNMENT HAS PROPOSED TO REDACT OR SEAL:** Def. Exs. 16-19 (Gov't Response. at 16, 24) – Seal all.  *See* ECF No. 348-1, at 2.

**GOVERNMENT EXHIBITS:**

| Gov't Ex. No. | Description | Redact / Seal / None | Justification |
|---|---|---|---|
| 1 | SDFL Mar-a-Lago Search Warrant (22-mj-8332) | Redact | Potential witness safety; names and identifying information for witnesses and ancillary persons. |
| 2 | Excerpt of Potential Witness's Transcribed Notes 1 | Seal | This exhibit is part of a sealed matter in the District of Columbia that the Government will be moving for transfer pursuant to Rule 6(e)(3)(G); potential witness safety/witness names; integrity of trial testimony; potential trial exhibits; information for witnesses and ancillary persons; Rule 6(e). |
| 3 | Excerpt of Potential Witness's Transcribed Notes 2 | Seal | This exhibit is part of a sealed matter in the District of Columbia that the Government will be moving for transfer pursuant to Rule 6(e)(3)(G); potential witness safety/witness names; integrity of trial testimony; potential trial exhibits; information for witnesses and ancillary persons; Rule 6(e). |
| 4 | Excerpt of Grand Jury Transcript of a Potential Witness | Seal | Potential witness safety/witness names; integrity of trial testimony; information for witnesses and ancillary persons; Rule 6(e). |
| 5 | Excerpt of Grand Jury Transcript of a Potential Witness | Seal | Potential witness safety/witness names; integrity of trial testimony; information for witnesses and ancillary persons; Rule 6(e). |

**2 - Government's Opposition to Defendant Waltine Nauta's Motion to Suppress Evidence**

**RESPONSE TO MOTION:** No proposed redactions to Government's response, thus filed on CM/ECF (ECF No. 381).

**GOVERNMENT CITATIONS TO DEFENSE EXHIBITS OR EXHIBITS FROM OTHER FILINGS WHERE GOVERNMENT HAS PROPOSED TO REDACT OR SEAL:** N/A.

**GOVERNMENT EXHIBITS:**

| Gov't Ex. No. | Description | Redact / Seal / None | Justification |
|---|---|---|---|
| 1 | SDFL Search Warrant for Nauta car and phones (22-mj-8547) | Redact | PII; potential witness safety; names and identifying information for witnesses and ancillary persons. |
| 2 | Unexecuted SDFL Search Warrant for Nauta car and phones (22-mj-8548) | Redact | PII; potential witness safety; names and identifying information for witnesses and ancillary persons. |
| 3 | Unexecuted SDFL Search Warrant for Nauta residence and phones (22-mj-8549) | Redact | PII; potential witness safety; names and identifying information for witnesses and ancillary persons. |
| 4 | SDFL Search Warrant for Nauta Microsoft 45 Office Email (22-mj-8533) | Redact | PII; potential witness safety; names and identifying information for witnesses and ancillary persons. |
| 5 | SDFL Search Warrant for Nauta personal Apple iCloud (22-mj-8489) | Redact | PII; potential witness safety; names and identifying information for witnesses and ancillary persons. |
| 6 | SDFL Search Warrant for Nauta work Apple iCloud account (22-mj-8550) | Redact | PII; potential witness safety; names and identifying information for witnesses and ancillary persons. |
| 7 | DC Search Warrant for Nauta Google location data (SW-32) | Redact | PII; potential witness safety; names and identifying information for witnesses and ancillary persons. |
| 8 | DC Search Warrant for Nauta Verizon cell site data (SW-34) | Redact | PII; potential witness safety; names and identifying information for witnesses and ancillary persons. |

| | | | |
|---|---|---|---|
| 9 | Excerpt of Nauta FBI Interview Transcript | Redact | Potential witness safety/witness name / witness identifying information; remainder of transcript is unrelated to proposition for which exhibit is cited. |
| 10 | Excerpt of Nauta Grand Jury Transcript | Redact | Potential witness safety/witness name / witness identifying information; remainder of transcript is unrelated to proposition for which exhibit is cited; Rule 6(e). |

**3 - Government's Opposition to Defendant Donald J. Trump's Motion for Dismissal Based on Alleged Misconduct and Due Process Violations**

**RESPONSE TO MOTION:** Proposed redactions in red boxes on pp. 7, 9, 20, 23-24.  Rationale: Potential witness safety / witness names; protects integrity of potential Government witness testimony; Rule 6(e); references matters under seal.

**GOVERNMENT CITATIONS TO DEFENSE EXHIBITS OR EXHIBITS FROM OTHER FILINGS WHERE GOVERNMENT HAS PROPOSED TO REDACT OR SEAL:** Def. Ex. 2 (Gov't Response. at 7) – Seal.  *See* ECF No. 348-1, at 9.  Def. Ex. 7 to Mot. to Compel (Gov't Response at 9) – Redact.  *See* ECF No. 267, at 3 and at Attachment B (sealed).

**GOVERNMENT EXHIBITS:**

| Gov't Ex. No. | Description | Redact / Seal / None | Justification |
|---|---|---|---|
| 1 | FBI 302 for Interview of a Potential Witness | Redact | Ancillary names; potential witness safety/witness names. . |
| 2 | Excerpt of a Grand Jury Transcript | Seal | Rule 6(e); potential witness safety/witness names. |

3

**4 - Government's Opposition to Waltine Nauta's Motion to Dismiss the Indictment Based on Selective and Vindictive Prosecution**

**RESPONSE TO MOTION:** Proposed redactions in red boxes on p. 8. Rationale: Potential witness safety / witness identifying information; protects integrity of potential Government witness testimony; Rule 6(e).

**GOVERNMENT CITATIONS TO DEFENSE EXHIBITS OR EXHIBITS FROM OTHER FILINGS WHERE GOVERNMENT HAS PROPOSED REDACTIONS OR SEALING:** Def. Ex. 7 (Government Response at 4, 10) – Redact for PII only. *See* ECF No. 348-1, at 7. Def. Exs. 4-5 (Government Response at 9) – Redact for PII only. *See* ECF No. 348-1, at 7.

**GOVERNMENT EXHIBITS:**

| Gov't Ex. No. | Description | Redact / Seal / None | Justification |
|---|---|---|---|
| 1 | SDFL Mar-a-Lago Search Warrant (22-mj-8332) | Redact | Potential witness safety; names and identifying information for witnesses and ancillary persons |
| 2 | Excerpt of FBI Interview Transcript of a Potential Witness | Seal | Potential witness safety/witness names / witness identifying information; Jencks Act material for potential Government witness; details of potential witness testimony; references other non-public potential Government witness names and testimony; Rule 6(e) |
| 3 | Excerpt of Grand Jury Transcript of a Potential Witness | Seal | Potential witness safety/witness names / witness identifying information; Jencks Act material for potential Government witness; details of potential witness testimony; references other non-public potential Government witness names and testimony; Rule 6(e) |