UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, **and
CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF FILIING

Pursuant to Court's paperless Orders at ECF Nos. 320 and 365, the Government hereby gives notice that it submitted to Chambers and to defense counsel via email the following pleadings:

1. Government's Opposition to Defendant Donald J. Trump's Motion to Dismiss the Indictment Based on Prosecutorial Misconduct and Due Process Violations;
2. Government's Opposition to Defendant Donald J. Trump's Motion for Dismissal or Suppression of Evidence Obtained from Mar-a-Lago or His Attorneys; and
3. Government's Opposition to Waltine Nauta's Motion to Dismiss the Indictment Based on Selective and Vindictive Prosecution

The Government also submitted via email to Chambers and defense counsel the exhibits to its Opposition to Waltine Nauta's Motion to Suppress Evidence. Because the Opposition itself (ECF No. 381) does not require redactions or implicate any sealing or redaction concerns, the Government has filed it publicly. *See* ECF No. 320 ("Pre-trial motions that do not implicate potential sealing/redaction concerns shall be filed publicly . . . ").

Respectfully submitted,

JACK SMITH
Special Counsel

By: */s/ Jay I. Bratt*
Jay I. Bratt
Counselor to the Special Counsel
Special Bar ID #A5502946
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Anne P. McNamara
Assistant Special Counsel
Special Bar ID #A5501847

David V. Harbach, II
Assistant Special Counsel
Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

I, Jay I. Bratt, certify that on March 7, 2024, I served the foregoing document on all parties via CM/ECF.

*/s/ Jay I. Bratt*_____
Jay I. Bratt