**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON-REINHART**

UNITED STATES OF AMERICA,

   *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

   *Defendants*.

**CERTIFICATION OF GENE C. SCHAERR**

  Gene C. Schaerr, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the District of Columbia, and am admitted to practice before the United States Courts of Appeal for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, District of Columbia, and Federal Circuits, and the United States District Courts for the District of Columbia and Maryland, and the United States Tax Court; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

Dated: March 11, 2024

                     */s/ Gene C. Schaerr*
                     Gene C. Schaerr