Filed with Classified Information Security Officer

CISO _____

Date 2/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP, WALTINE
NAUTA, and CARLOS DE OLIVEIRA,

    Defendants.
_____/

## SEALED *EX PARTE* ORDER FOLLOWING FEBRUARY 12–13, 2024 CIPA SECTION 4 HEARINGS