Filed with the Classified Information Security Officer
CISO
Date 3/4/24

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP, WALTINE NAUTA, and CARLOS DE OLIVEIRA,

    Defendants.

_____/

## SEALED *EX PARTE* ORDER FOLLOWING SPECIAL COUNSEL'S THIRD CLASSIFIED SECTION 4 SUPPLEMENT