UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP**,
**WALTINE NAUTA**, **and**
**CARLOS DE OLIVEIRA**,

    Defendants.

_____/

## THIRTEENTH SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5 and the Court's Omnibus Order Setting Trial Date and Establishing Pretrial Instructions and Sentencing Procedures (ECF No. 28), both of which require the filing of Speedy Trial Reports, the United States hereby files this Speedy Trial Report regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161 *et seq.* ("Speedy Trial Act").[1]

In its July 21 Order Granting in Part Government's Motion to Continue Trial and Resetting Deadlines (ECF No. 83), the Court excluded all of the time between the date of that Order and the trial date of May 20, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A).  By Order dated August 21, 2023 (ECF No. 128), the Court extended its earlier Order to Defendant De Oliveira.  Last, by Order dated September 13, 2023 (ECF No. 154), the Court confirmed that the same Speedy Trial clock

---

[1]     Counsel for Defendants Trump, Nauta, and De Oliveira have reviewed this filing and have authorized the Government to represent that they concur with it.

applies to each defendant, that it has been tolled until May 20, 2024, and that 70 days remain on the Speedy Trial clock.

           Respectfully submitted,

           JACK SMITH
           Special Counsel

By: */s/ Jay I. Bratt*
   Jay I. Bratt
   Counselor to the Special Counsel
   Special Bar ID #A5502946
   950 Pennsylvania Avenue, N.W.
   Washington, D.C.  20530

   Julie A. Edelstein
   Senior Assistant Special Counsel
   Special Bar ID #A5502949

   David V. Harbach, II
   Assistant Special Counsel
   Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

I, Jay I. Bratt, certify that on March 19, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Jay I. Bratt*
Jay I. Bratt