Filed with Classified
Information Security Offic

CISO _____

Date _03/19/2024_____

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

#### CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.

_____/

### SEALED *EX PARTE* ORDER GRANTING IN PART AND RESERVING RULING ON
### PART OF SPECIAL COUNSEL'S CIPA § 4 MOTION AS TO DEFENDANT TRUMP