UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        Defendants.

Case No. 23-80101-CR
CANNON/REINHART

**PRESIDENT DONALD J. TRUMP'S NOTICE REGARDING
FILING OF CERTAIN REPLY BRIEFS**

President Donald J. Trump respectfully submits this notice pursuant to the Court's February 20, 2024 Order, ECF No. 320, after conferring with the Special Counsel's Office, in order to provide public notice that President Trump is submitting three unredacted reply briefs to the Court and counsel of record via email this evening. The three reply briefs relate to the following pretrial motions, which have not yet been docketed:

1. Motion to dismiss the Superseding Indictment based on selective and vindictive prosecution;

2. Motion to dismiss the Superseding Indictment, and in the alternative to suppress the "15 Boxes," based on prosecutorial misconduct resulting in due process violations, impermissible pre-indictment delay, and grand jury abuses; and

3. Motion to (a) suppress evidence seized during the raid at Mar-a-Lago and obtained in violation of President Trump's attorney-client privilege, and (b) dismiss the Superseding Indictment based on prejudice from this privilege violation.

*See* ECF No. 328 at 1-2. Separately, President Trump filed publicly via ECF two reply briefs in further support of two publicly filed pretrial motions. *See* ECF No. 324, 326, 414, 415.

<table>
<tr><td>Dated: March 24, 2024</td><td>Respectfully submitted,</td></tr>
</table>

/s/ Emil Bove
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

/s/ Christopher M. Kise
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I, Christopher M. Kise, certify that on March 24, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Christopher M. Kise*
Christopher M. Kise