UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 23-80101-CR
CANNON/REINHART

## PRESIDENT TRUMP'S NOTICE OF TRIAL DATE

President Donald J. Trump respectfully submits this Notice regarding the scheduled trial date in *People v. Trump*, Indictment No. 71543-2023 (Supreme Court N.Y. Cnty.), which may impact the Court's consideration of the proposed schedules set forth at ECF Nos. 356 and 357. On March 25, 2024, the judge presiding over *People v. Trump* scheduled jury selection to commence on April 15, 2024. While the exact end date of any trial cannot be known with certainty, because of jury selection, religious observances, and the anticipated schedule of the trial, we anticipate President Trump will be on trial in *People v. Trump* from April 15, 2024, through the end of May 2024. Our initial proposed schedule anticipated a March 25 trial date in *People v. Trump*, and therefore the dates that we proposed to the Court, particularly in late May and early June 2024, are no longer workable for President Trump in light of the adjourned trial date.

As the Court is aware, the schedule in New York consists of jury trial Monday, Tuesday, Thursday and Friday from the start of the trial until its conclusion.

President Trump will apprise the Court of any new information regarding further scheduling changes.

Dated: March 27, 2024

Respectfully submitted,

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for President Donald J. Trump*