**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA WEST PALM BEACH DIVISION**

**CASE NO.: 23-80101-CR-CANNON-REINHART**

UNITED STATES OF AMERICA,

      *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

      *Defendants.*

      /

**CERTIFICATION OF MATTHEW SELIGMAN**

Matthew Seligman, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of California (No. 288980); and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days. Dated: March 29, 2024

                                                              /s/ *Matthew Seligman*
                                                              Matthew Seligman