UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA WEST PALM BEACH DIVISION

**CASE NO.: 23-80101-CR-CANNON-REINHART**

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

        *Defendants*.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Matthew Seligman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Matthew Seligman, may appear and participate in this action on behalf of non-parties *amici curiae* Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action. The Clerk shall provide electronic notification of all electronic filings to Matthew Seligman, at mseligman@stris.com.

    DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

 

                                          _____
                                          AILEEN M. CANNON
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record