**EXHIBIT B: APRIL 2, 2024 PROPOSED VERDICT FORM [SCENARIO (a)]**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 23-80101-CR
CANNON/REINHART

# VERDICT FORM

We the jury unanimously return the following verdict:

**Count 1**:

    Question 1: Did the government prove beyond a reasonable doubt that the document associated with Count 1 is a "Presidential record"? If not, mark "No" and proceed to Count 2. If the government met its burden of proof, mark "Yes" and proceed to Question 2 for Count 1.

No _____   Yes _____

    Question 2: Did the government prove beyond a reasonable doubt the seven elements of Count 1? If not, mark "Not Guilty." If the government met its burden of proof, mark "Guilty."

Not Guilty _____   Guilty _____

[. . .]