UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.

_____/

## VERDICT FORM

We, the jury, unanimously find as follows:

    For **DEFENDANT DONALD J. TRUMP**:

    **COUNTS 1-32 (Willful Retention of National Defense Information)**

1. As to **Count 1** of the Superseding Indictment:

   _____ Guilty       _____ Not Guilty

2. As to **Count 2** of the Superseding Indictment:

   _____ Guilty       _____ Not Guilty

3. As to **Count 3** of the Superseding Indictment:

   _____ Guilty       _____ Not Guilty

4. As to **Count 4** of the Superseding Indictment:

   _____ Guilty       _____ Not Guilty

5. As to **Count 5** of the Superseding Indictment:

   _____ Guilty       _____ Not Guilty

6. As to **Count 6** of the Superseding Indictment:

   _____ Guilty       _____ Not Guilty

7. As to **Count 7** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

8. As to **Count 8** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

9. As to **Count 9** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

10. As to **Count 10** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

11. As to **Count 11** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

12. As to **Count 12** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

13. As to **Count 13** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

14. As to **Count 14** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

15. As to **Count 15** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

16. As to **Count 16** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

17. As to **Count 17** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

18. As to **Count 18** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

19. As to **Count 19** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

20. As to **Count 20** of the Superseding Indictment:

    _____ Guilty         _____ Not Guilty

21. As to **Count 21** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

22. As to **Count 22** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

23. As to **Count 23** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

24. As to **Count 24** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

25. As to **Count 25** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

26. As to **Count 26** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

27. As to **Count 27** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

28. As to **Count 28** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

29. As to **Count 29** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

30. As to **Count 30** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

31. As to **Count 31** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

32. As to **Count 32** of the Superseding Indictment:

    _____ Guilty        _____ Not Guilty

**SO SAY WE ALL:**

Signed and dated at the United States Courthouse, Fort Pierce, Florida, this \_\_\_\_\_ day of _____ 2024.

_____        _____
FOREPERSON'S SIGNATURE                              FOREPERSON'S PRINTED NAME