**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 23-80101-CR-CANNON-REINHART

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

DONALD J. TRUMP, et al.,

*Defendants.*

**ORDER GRANTING MOTION BY *AMICI CURIAE* CONSTITUTIONAL LAWYERS, FORMER GOVERNMENT OFFICIALS, AND STATE DEMOCRACY DEFENDERS ACTION TO FILE BRIEF AS *AMICI CURIAE* OPPOSING DEFENDANT DONALD J. TRUMP'S MOTION TO DISMISS**

THIS CAUSE having come before the Court on the Motion for Leave to File Brief by Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action as *amici curiae* in Opposition to Defendant Trump's Motion to Dismiss [ECF No. 326] (the "Motion"), it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. The brief of Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action as *amici curiae* in Opposition to Defendant Trump's Motion to Dismiss is ordered to be filed.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____, 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE