UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80-1010-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVIERA,

**Defendants.**
_____ /

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Leave to Disclose Discovery, it is this ___ day of _____, 2024, hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

ORDERED that a Non-Evidentiary Hearing on the Motions identified in the Court's April 8, 2024, Notice (ECF No. 434) shall be held on April ___, 2024.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day April, 2024.

.
                                                    _____
                                                    The Honorable Aileen M. Cannon
                                                    United States District Court Judge