# EXHIBIT B

# EXHIBIT REDACTED

# TO BE FILED UNDER SEAL PURSUANT TO COURT ORDER