UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    **Defendants.**
_____/

## NOTICE OF PERMANENT APPEARANCE

Lazaro P. Fields ("Counsel") files this appearance as counsel on behalf of President Donald J. Trump for all proceedings in the District Court and on appeal. Counsel states that this appearance is in conformity with requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

| | |
|---|---|
| Dated: April 11, 2024. | Respectfully submitted, |
| | **CONTINENTAL PLLC**<br>101 N. Monroe Street., Suite 750<br>Tallahassee, FL 32301<br>Telephone: (850) 332-0702 |
| | By: */s/ Lazaro P. Fields*<br>Lazaro P. Fields (FBN 1004725)<br>lfields@continentalpllc.com |

CONTINENTAL PLLC
Miami – Tallahassee – Washington D.C.