UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

United States of America

V                                                             9:23-cr-80101-AMC

Donald J Trump , et al

_____/

FILED BY_____D.C.
APR 1 8 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CONSENT BY PRO SE LITIGANT
## TO RECEIVE NOTICES OF ELECTRONIC FILING

The undersigned , pro se litigant consents to receive notices electronically in the above case. In doing so, he consents to the Court and opposing counsel using my email address, as listed below, for the purpose of sending him electronic notification of orders, notices, and other documents that are filed in the case.

He understands that hard (paper) copies will no longer be sent by the Court or opposing counsel. By consenting to electronic notice, he understands that he responsible for maintaining a current email address with the Court.

Mr Perez hereby certifies that: (a) he has provided and will maintain a current email address and mailing address with the Court. He will file a Notice of Change of Address Form conventionally (i.e., mail or in person) immediately if the email or mailing address changes while the above case is pending. He is responsible for

maintaining an email account sufficient to receive notifications, on a daily basis, from the Court and opposing counsel. He also understands that electronic mail filter software (SPAM filters) may interfere with the receipt of email notifications and will ensure that any such software installed on my computer or network will not filter out messages from cmecfautosender@flsd.uscourts.gov.

Mr. Perez is responsible for managing his email account and is also responsible for others who many have access to hus email account. He has already registered for a PACER account , to wit Account Number 5362427.

He understands that when documents are entered in CM/ECF, a Nottice of Electronic Filing (NEF) will be sent to his email address, which will contain a hyperlink to the document in PACER. He also understands that pursuant to PACER's policy, he will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look", normal PACER fees will apply.

He also understands that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first. He is responsible for maintaining my PACER account while the above case is pending, including any incurred fees.

He understands and will comply with the following computer hardware and software requirements necessary to receive electronic notices via the CM/ECF

system: Windows or Macintosh operation system; Javascript enabled browser; and Internet Explorer or Firefox browser supported by CM/ECF . He also understands that high speed internet access is strongly recommended over dial-up internet service, which will reduce the amount of time to download lengthy documents.

He further understands that receiving of Notices of Electronic Filings (NEF) is a privilege, not a right, and may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S mail.

Wherefore, the undersigned hereby agrees to the above conditions and elects to electronically receive Notices of Electronic Filing (NEF) to the email address listed below while the above case is pending.

Jose A Perez
2128 William Street #273
Cape Girardeau, MO 63703
347-552-2881
theaesculapius@gmail.com

Date: March 18, 2024