UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON/Reinhart

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

    Defendants.
_____/

## ORDER FOLLOWING HEARING

**THIS MATTER** comes before the Court following a hearing held on April 12, 2024, during which the Court heard argument on the need for continued sealing of certain grand jury materials [ECF Nos. 451, 455]. Consistent with the instructions provided to the parties during the hearing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Regarding the transcript of Defendant Nauta's grand jury testimony taken on June 21, 2022—which is attached in support of two of Defendant Nauta's pretrial Motions [ECF Nos. 446-2, 448-2 (sealed)]—and in light of the parties' representations during the April 12, 2024, hearing [ECF No. 455 pp. 75, 82, 85], **on or before April 24, 2024**, Defendant Nauta shall:

    a. Redact from the grand jury transcript (a) names of potential government witnesses and ancillary names, replacing those names as applicable with the anonymized labels provided in the Index [ECF No. 454-1 (sealed)], and (b) any personal identifying information [*see* ECF No. 438 p. 16]; and

    b. Publicly file the grand jury transcript with the redactions described above as a

CASE NO. 23-80101-CR-CANNON/Reinhart

separate entry on the docket, making sure to note in the docket text of that filing the corresponding ECF Nos. to which it applies.[1]

2. **On or before April 26, 2024,** the Special Counsel shall file under seal, but not *ex parte*, a status report on the landscape of grand jury materials and proceedings implicated in this case. As described at the April 12, 2024, hearing, this report shall clearly identify:

   a. Grand jury materials attached to or referenced in Rule 12(b) motions or other filings in this proceeding—including those submitted with in camera filings;

   b. Grand jury materials that have been produced in discovery in this proceeding;

   c. Pending petitions in any other district for authorization to use or disclose grand jury materials in this proceeding (with attachment(s));

   d. The Rule 6(e)-specific need, if any, for continued sealing of grand jury materials filed in support of substantive Rule 12(b) motions under the circumstances;

   e. Any orders authorizing the Special Counsel to quote from Defendant Nauta's June 21, 2022, grand jury transcript in a public filing in this case (with attachment(s)) [*See* ECF No. 381 p. 19 n.7; ECF No. 455 pp. 76–77, 87]; and

   f. Any other grand-jury related matters requiring the Court's attention.

3. Defendants may respond to anything in the status report within two days of its filing.

4. **On or before May 3, 2024,** Defendant Nauta shall file under seal the petition referenced in his prior filing [*See* ECF No. 441 p. 5], in addition to any responses and/or replies. To the extent that ancillary litigation complicates timely compliance with this instruction, the parties shall notify the Court in a sealed filing.

---

[1] The Court denied Defendant Nauta's Motions filed at ECF Nos. 446 and 448 [ECF No. 462].

CASE NO. 23-80101-CR-CANNON/Reinhart

5. If a sealed hearing or telephonic conference is necessary to discuss any of these grand jury issues, the Special Counsel shall notify the Court promptly.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of April 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**