UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, **and
CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF FILIING

Pursuant to Court's paperless Orders at ECF Nos. 320 and 365, the Government hereby gives notice that it submitted to Chambers and to defense counsel via email the Government's Surreply to Defendant Waltine Nauta's Motion to Dismiss for Selective and Vindictive Prosecution, which includes three exhibits, and its proposed "red box" redactions of the same.

Respectfully submitted,

JACK SMITH
Special Counsel

By:   */s/ Jay I. Bratt*
      Jay I. Bratt
      Counselor to the Special Counsel
      Special Bar ID #A5502946
      950 Pennsylvania Avenue, N.W.
      Washington, D.C.  20530

      David V. Harbach, II
      Assistant Special Counsel
      Special Bar ID #A5503068

## CERTIFICATE OF SERVICE

I, Jay I. Bratt, certify that on April 18, 2024, I served the foregoing document on all parties via CM/ECF.

*/s/ Jay I. Bratt*
Jay I. Bratt