# EXHIBIT G

## APM2 (JSPT)

| | |
|---|---|
| **From:** | APM2 (JSPT) |
| **Sent:** | Wednesday, January 24, 2024 12:34 PM |
| **To:** | ███████████████████████; 'John Irving' |
| **Cc:** | JAE (JSPT); 'Emil Bove'; 'Stephen Weiss'; 'Todd Blanche'; 'Sasha Dadan'; 'Donnie Murrell' |
| **Subject:** | RE: [EXTERNAL] RE: Video access |

Stanley –

Thank you for providing this information. I've consulted with FBI, and we identified where you went wrong. Based on what you sent, you did everything right through Step 4. Step 5 is where the issue is. It appears you opened the "client.exe" file, rather than the "player.exe" file. You'll want to open the latter. Once you open the "player.exe" file, which is Step 1 of the Array Viewing Instructions included in the production letter, just follow the remaining steps as written.

Also, just in case there's any confusion about where to find the "player.exe" file, go to the folder that was created when you installed Milestone (*Note:* the specific location is also captured in the fourth screenshot you sent). In that folder, one of the files with the logo is "client.exe," another is "player.exe." Open player.exe.

Finally, in case you are a more visual person, here is a write-up with screenshots from the Milestone website about how to use the XProtect Smart Client Player.

Please let us know if this doesn't solve problem, or if you'd like to set up a call to discuss further,

Anne


Anne P. McNamara
Assistant Special Counsel
Special Counsel's Office
U.S. Department of Justice
████████



**From:** ████████████████████████████████████████████ >
**Sent:** Wednesday, January 24, 2024 10:05 AM
**To:** APM2 (JSPT) <████████████>; 'John Irving' <██████████████████████>
**Cc:** JAE (JSPT) ██████████████ 'Emil Bove' █████████████████████; 'Stephen Weiss' <██████████████████>; 'Todd Blanche' <████████████████>; 'Sasha Dadan' <████████████████>; 'Donnie Murrell' █████████████ >
**Subject:** [EXTERNAL] RE: Video access

Hi Anne – here are the steps I've taken to access the video, pursuant to your July 6, 2023, Production Cover Letter.

First, I connected the array to my computer using a high speed USB3 port.

Second, I extracted the video archives using 7-Zip. As you know, this took hundreds of hours on multiple computers. I will acknowledge that the process was slowed, in part, by the fact that I extracted the data to the same drive, but that was because I did not have a storage medium large enough to house the data.

1

Third, I extracted the Milestone proprietary video player from the 1B19 folder.  The extracted folder includes the below contents:



Fourth, I attempted to install the Milestone proprietary player.  Below are screenshots of each step after double clicking (running) the installer:

2











Fifth, I navigated to the Milestone XProtect Smart Client 2021 app that had been installed. The launch screen, as I had previously shared is as follows:



When I click connect, whether with or without a password, I get the following error message:

8



When I click allow, I get the following error message:



Please let me know if you need any additional information.

Thanks,

Stanley

**From:** APM2 (JSPT) <​​​​​​​​​​​​​​​​>
**Sent:** Monday, January 22, 2024 5:34 PM
**To:** Stanley Woodward <​​​​​​​​​​​​​​​​>; John Irving <​​​​​​​​​​​​​​​​>
**Cc:** JAE (JSPT) <​​​​​​​​>; Emil Bove <​​​​​​​​​​​​​​​​>; Stephen Weiss <​​​​​​​​​​​​​​​​>; Todd Blanche <​​​​​​​​​​​​​​​​>; Sasha Dadan <​​​​​​​​​​​​​​​​>; Donnie Murrell <​​​​​​​​​​​​​​​​>
**Subject:** RE: Video access

Good Evening Stanley-

Thank you for bringing this to our attention. Have you been able to resolve the issue yet? If not, in order to best assist you, it would be helpful for SCO/FBI to have more details. Can you please let us know what steps you took to arrive at