# EXHIBIT 2

FD-597 (Rev. 4-13-2015)                                                                 Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: WF-3644696

On (date) 11/29/2022

item(s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) WALTINE NAUTA

(Street Address) [redacted]

(City) [redacted], FL

Description of Item(s): (1) Apple iPhone 12 Pro Max, IMEI [redacted]

(1) Apple iPhone 13 Pro Max, IMEI [redacted]

FBI 21A

FBI 21A

Received By: FBI 21A                                Received From: _____
                                                                        (Signature)
Printed Name/Title: FBI 21A /FBI                   Printed Name/Title: _____