# EXHIBIT 3

| | |
|---|---|
| **From:** | Thakur, Michael (USAFLS) |
| **To:** | Stanley Woodward |
| **Cc:** | Raskin, David (USAMOW); Edelstein, Julie (NSD) |
| **Subject:** | RE: [EXTERNAL] Re: Nauta phone SW |
| **Date:** | Tuesday, November 29, 2022 12:55:15 PM |
| **Attachments:** | Warrant-22-mj-8547.pdf |
| | Receipt of property-11-29-22.pdf |

Stanley,

Attached are the warrant and return for Nauta's phones. We have a filter protocol in place. The phones will be downloaded and reviewed by a filter team for attorney-client privilege before anything is shared with the case team. We can have the filter team send you a copy of the contents when it's downloaded so that you can generate a filter log for attorney-client privilege.

Michael Thakur
Assistant United States Attorney
U.S. Attorney's Office, Southern District of Florida
███████████████
███████████████@usdoj.gov

**From:** Stanley Woodward ████████@brandwoodwardlaw.com>
**Sent:** Tuesday, November 29, 2022 10:57 AM
**To:** Thakur, Michael (USAFLS) ████████@usa.doj.gov>
**Cc:** Raskin, David (USAMOW) ████████@usa.doj.gov>; Edelstein, Julie (NSD) ████████@usdoj.gov>
**Subject:** [EXTERNAL] Re: Nauta phone SW

Would you please send me the warrant and the return as soon as possible? We would also ask that Mr. Nuata's devices not be searched until we can agree on a filter protocol for any applicable privileges. if the Department is not amenable to such a request please so advise so we can seek appropriate temporary relief from the Court.

Stanley

Sent from my iPhone

**Brand | Woodward**
www.brandwoodwardlaw.com

███████████ (o)
███████████ (m)
███████████ (f)

On Nov 29, 2022, at 10:40 AM, Thakur, Michael (USAFLS) <███████████@usdoj.gov> wrote:

Stanley,

I just tried calling your cell. The FBI executed a SW this morning for Nauta's cell phones. He has asked to speak with you. You can call the agent, FBI 21A at ███████████ to speak with your client. The agents would like to ask him for his phone passwords.

Please call me at ███████████.

Thanks,
Mike


Get [Outlook for iOS](#)