# EXHIBIT 4

**From:** Stanley Woodward
**To:** DAR (JSPT)
**Subject:** Re: Walt Nauta
**Date:** Monday, May 8, 2023 11:53:30 PM

David - I'd be honored. I have a doctor's appointment at 10 and witness prep beginning at 2. If you're planning to be by the courthouse, I could meet anytime between 11:30am and 1pm. I have to confess that I drink Nespresso from a machine under my desk, but welcome any recommendation you may have for venue.

If it's easier for me to come out to your office, I could meet between 11:30am and 12:30pm and again am flexible as to venue.

Thanks,

Stanley

Sent from my iPhone

**Brand | Woodward**
www.brandwoodwardlaw.com


(o)
(m)
(f)

On May 8, 2023, at 6:07 PM, DAR (JSPT) @usdoj.gov> wrote:

Hi Stanley — Would be good to have a chat. You have any time tomorrow to grab a coffee or something? Spot of your choosing! Thanks David

**David Raskin**
Assistant Special Counsel
Cell