# EXHIBIT 5

| | |
|---|---|
| **From:** | Stanley Woodward |
| **To:** | DAR (JSPT) |
| **Subject:** | Re: [EXTERNAL] Re: Walt Nauta |
| **Date:** | Tuesday, May 9, 2023 10:53:04 AM |

Sorry, I responded earlier, but my desktop email isn't working. See you there.

Thanks,

Stanley

Sent from my iPhone

**Brand | Woodward**
www.brandwoodwardlaw.com
█████████ (o)
█████████ (m)
█████████ (f)

On May 9, 2023, at 7:19 AM, DAR (JSPT) █████@usdoj.gov> wrote:

Excellent. Let's meet at 1130 at Compass coffee on F between 6th and 7th. Probably not as good as your Nespresso, but I'll try to make good company.

**David Raskin**
Assistant Special Counsel
Cell █████████

**From:** Stanley Woodward █████@brandwoodwardlaw.com>
**Sent:** Monday, May 8, 2023 11:53:19 PM
**To:** DAR (JSPT) <█████@usdoj.gov>
**Subject:** [EXTERNAL] Re: Walt Nauta

David - I'd be honored. I have a doctor's appointment at 10 and witness prep beginning at 2. If you're planning to be by the courthouse, I could meet anytime between 11:30am and 1pm. I have to confess that I drink Nespresso from a machine under my desk, but welcome any recommendation you may have for venue.

If it's easier for me to come out to your office, I could meet between 11:30am and 12:30pm and again am flexible as to venue.

Thanks,

Stanley

Sent from my iPhone

**Brand | Woodward**
www.brandwoodwardlaw.com
 (o)
(m)
(f)

On May 8, 2023, at 6:07 PM, DAR (JSPT) <@usdoj.gov> wrote:

Hi Stanley — Would be good to have a chat. You have any time tomorrow to grab a coffee or something? Spot of your choosing! Thanks David

**David Raskin**
Assistant Special Counsel
Cell