# EXHIBIT 7

| | |
|---|---|
| **From:** | JPC (JSPT) |
| **To:** | ███@brandwoodwardlaw.com |
| **Subject:** | Letter |
| **Date:** | Wednesday, May 24, 2023 12:45:37 AM |
| **Attachments:** | Letter to Stanley Woodward-05.23.2023.pdf |

Stanley:

Please see attached letter regarding your client, Waltine Nauta. I apologize for the late hour of delivery. You can reach me at this email address and the below phone number.

J.P. Cooney
Deputy Special Counsel
████████