# EXHIBIT 9

| | |
|---|---|
| **From:** | JIB (JSPT) |
| **To:** | Stanley Woodward |
| **Cc:** | DVH (JSPT); Stan Brand |
| **Subject:** | RE: [EXTERNAL] Re: Summons |
| **Date:** | Friday, June 9, 2023 5:11:39 PM |

We just wanted to advise what we know concerning logistics. We've spoken with the Trump attorneys, and if Mr. Nauta will be arriving with the former president, we understand that the Secret Service is arranging the details with the U.S. Marshals service. If you do not have a security clearance, we hope to have the information for you to start the process on Monday. Have you engaged a local counsel yet? That person or persons will likely need clearances, too. Last, we expect to send a draft protective order to you and Trump counsel in a bit. We may want to discuss it on Sunday.

Thank you.

Jay

**From:** Stanley Woodward ███████@brandwoodwardlaw.com>
**Sent:** Friday, June 9, 2023 3:38 PM
**To:** JIB (JSPT) ███@usdoj.gov>
**Cc:** DVH (JSPT) ████@usdoj.gov>; Stan Brand ████████@gmail.com>
**Subject:** [EXTERNAL] Re: Summons

Received, thanks. I'm camping with intermittent service so can't talk at 4pm. I've copied Mr. Brand if it's urgent. Otherwise I will make myself available on Sunday if it's still helpful to connect. Thanks

Sent from my iPhone


**Brand | Woodward**
www.brandwoodwardlaw.com

███████ (o)
███████ (m)
███████ (f)


> On Jun 8, 2023, at 6:29 PM, JIB (JSPT) ███@usdoj.gov> wrote:
>
> Stanley:
>
> Attached please find a judicial summons for Mr. Nauta requiring him to appear at the Wilkie D. Ferguson Federal Courthouse in Miami for an initial appearance and arraignment on Tuesday, June 13, 2023, at 3:00 p.m.

May we set up a time tomorrow for a call to discuss logistics? David Harbach and I will be traveling during the first part of the day. Would 4:00 p.m. work?

Thanking you in advance.

Jay

Jay I. Bratt
Counselor to the Special Counsel
███████████

David V. Harbach
Assistant Special Counsel
███████████