# EXHIBIT REDACTED
TO BE FILED UNDER SEAL PURSUANT TO COURT ORDER