# EXHIBIT 13

1

2

3

4

5

6                         RECORDED INTERVIEW BETWEEN

7    SPECIAL AGENT FBI 21A          , SPECIAL AGENT FBI 41         , AUSA

8         MICHAEL THAKUR, Per. 10                , and JOHN IRVING,

9

10                        File: 220113_1110.mp3

11

12                        Date:  January 13, 2023

13

14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

```
 1                    R E C O R D I N G

 2      (00:00:00)

 3             SA  FBI 21A :  Now there are obviously questions and

 4      we've done this too, where some people for comfort may ask

 5      us just to temporarily turn off the recording to tell us

 6      something.  That's fine, we can do that too.  But yeah, just

 7      let us know if that's the case.

 8             MR. THAKUR:  Right.  And obviously if you need to

 9      confer with your attorney, we'll stop at -- we'll take it

10      out of the room and we'll leave the room as well.

11             MR. IRVING:  Yeah I just want to nail a couple

12      things down though, right?  So first of all, this is a

13      voluntary interview, --

14             MR. THAKUR:  Yes.

15             MR. IRVING:  -- right?  So if you want to talk to

16      me about this recording, we can do that, you know?  I --

17      people go both ways on recordings.  It's a voluntary

18      interview, so you don't have to be here at all.  The -- am I

19      correct in understanding that you -- you,    Per. 10  , as a

20      witness in this matter --

21             SA  FBI 21A :  Yes.

22             MR. THAKUR:  Yes.

23             ▮  Per. 10 :  (Indiscernible 0:00:56.9)

24             MR. IRVING:  Does P.10 cross into subject, or --

25             MR. THAKUR:  No.
```

Subject to Protective Order                                    USA-00817430

1    (00:01:00)

2              SA FBI 21A:  No.

3              MR. IRVING:  Okay.  All right.  That's fair.  Um.

4    Okay.  That's really all I got for comment.

5              MR. THAKUR:  Okay.

6              SA FBI 21A:  Okay.

7              MR. THAKUR:  All right.  Well, we thank you, given

8    that this is a voluntary interview, for coming back in and

9    talking with us.  We certainly appreciate it.  As we kind of

10   mentioned last time, a primary importance is being truthful

11   here today.  I think Special Agent FBI 21A mentioned in your

12   previous interview, you know, it is so serious that it's a

13   federal violation if you make a false statement.  You know,

14   it's not a gotcha game, though.  If there's anything you

15   need clarified let us know.  You know, if it's, uh, if you

16   say look I don't know, I'm guessing, that's fine to tell us.

17   But if you say you don't know and you truly do know

18   something or say you don't remember something when you truly

19   do remember something, you know, that too is, is a false

20   statement.  So we just want to emphasize that and hopefully

21   there are no issues.  Do you have any questions before we

22   begin?

23              Per. 10:  I don't think so.

24              MR. THAKUR:  Okay.  All right.

25              SA FBI 21A:  Okay.  So one of the things that --

Subject to Protective Order                                    USA-00817431

1    (00:02:24)

2         SA [FBI 21A]:  -- we wanted to kind of get to know,

3    we've seen -- we've seen, like, your LinkedIn and we've seen

4    a little bit of your background and everything, but can you

5    just walk us through how you essentially became a staff

6    member within the President Trump administration?

7              [Per. 10]:  ████████████████████████████

8    ████████████████████  ████████████████  ████████████████

9    ██████████████████████████████████████

10   ████████████████████

11        SA [FBI 21A]:  Um-hmm.

12             [Per. 10]:  █ ██████████████████████████

13   ██████████████  ████████████████████████████████████████

14   ████████████████

15        SA [FBI 21A]:  Okay.  What's your degree in?

16             [Per. 10]:  Political science.

17        SA [FBI 21A]:  Okay.  So you were able to kind of

18   follow that, that, that line of, of those interests and, and

19   such.  Do you still have a passion for it?

20             [Per. 10]:  Uh, I guess.

21        SA [FBI 21A]:  Yes?  Okay.

22             [Per. 10]:  Yes.

23        SA [FBI 21A]:  I'm just kind of curious, do you -- do

24   you see yourself kind of trying to work for other campaigns

25   in the future?  Or, or because I know right now you're --

Subject to Protective Order                                      USA-00817432

```
 1    (00:03:24)

 2            SA FBI 21A:  -- working for the office, but I just

 3    didn't know, like, long term what were you thinking?

 4            MR. IRVING:  You don't have to answer them.

 5            SA FBI 21A:  You don't.

 6            Per. 10:  Okay.

 7            SA FBI 21A:  You don't.  Or and if you don't know,

 8    that's also, like, I never thought about it, that's fine.

 9            MR. IRVING:  And I don't mean offense.  I just,

10    again, and I respect what you all are doing on that side of

11    the table, you know.  And I'm not here to be an

12    obstructionist either.  But I also know that, you know, once

13    people start getting into details, and then they're accused

14    of lying when in fact it was just a mistake and whatever.

15    So I do want to kind of keep this --

16            SA FBI 21A:  Yeah.

17            MR. IRVING:  -- you know, narrow to the realm of

18    the facts.

19            SA FBI 21A:  And for what it's worth, just like

20    Mike said that we're only worried about, like, substantial

21    things that people intentionally mislead us on.  If you --

22    if you thing someone was wearing a blue shirt but it was

23    purple, I don't care.  Like, that -- like I couldn't even

24    tell you what I had for dinner two nights ago.  Like it

25    just -- that's just the way it is.  I'm not -- I'm not --
```

Subject to Protective Order                                    USA-00817433

1    (00:04:21)

2            SA [FBI 21A]:  -- trying to -- I'm not expecting

3    perfect memories and things.  So I know we get the

4    reputation for the gotcha games, and you know, and I can't

5    speak to it.  I know for me, I've never -- I've never worked

6    a case where I've actually had to charge somebody for a

7    misleading statement.  And I can't tell you how many times

8    people have told me things that don't exactly line up

9    because memories are kind of faulty, right?  It's just not

10   something I -- I put my efforts in.  So, but, you know,

11   that's -- it's easy for me to say.  I guess you got to earn

12   the trust in this so we'll, we'll just keep moving through

13   and I think you will, you'll -- I think you'll see in this

14   interview that I'm not trying to -- I'm not trying to trick

15   anybody.

16           One of the things I wanted to talk about, if you

17   remember sometime after the administration ended, GSA had

18   approximately six pallets of items, boxes I believe, that

19   were stored in Virginia.  And at some point -- I guess there

20   were maybe a time limit, I'm not entirely sure -- they

21   contacted the office of 45 to inform them that, you know,

22   they have to go.  They -- someone has to pick them up, or

23   they have to be shipped, or something to that effect.  Does

24   this ring a bell at all with you?

25           [Per. 10]:  Yes.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817434

1    (00:05:31)

2           SA FBI 21A:  Okay.  What can you tell me about

3    that?

4           Per. 10:  The correspondence director was

5    managing getting the transition items down to Florida.

6           SA FBI 21A:  Okay.  And what were in these items?

7           Per. 10:  I'm not entirely sure.

8           SA FBI 21A:  Okay.  Do you know where these items

9    came from?

10          Per. 10:  Uh, the transition office.

11          SA FBI 21A:  The transition office.  Is that a —

12   is that a separate government entity?  Or an entity within

13   the White House?  How -- what is that transition office?

14          Per. 10:  I never, like, been there

15          SA FBI 21A:  Okay.

16          Per. 10:  I've only heard people --

17          SA FBI 21A:  Okay.

18          Per. 10:  -- refer to it.

19          MR. IRVING:  Do you know that these came from the

20   transition office?

21          Per. 10:  Well, I never saw them there.

22          MR. IRVING:  But what makes you say they were from

23   the transition office?

24          Per. 10:  I heard people say that, but I

25   don't -- I guess I don't know for a fact --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                        USA-00817435

8

1    (00:06:21)

2          SA [FBI 21A]:   Okay.

3          [    ] [Per. 10]:   -- that they were from there, so I

4    can't say that.

5          SA [FBI 21A]:   That's fair.  When, when did these

6    items end up coming -- or being shipped out?  And I'm

7    assuming they came to Florida?

8          [    ] [Per. 10]:   I don't really remember.

9          SA [FBI 21A]:   Okay.  Do you have a memory of maybe a

10   general time period, whether it's fall, spring, summer, or

11   what year?  And if you don't then you don't, that's fine.

12         [    ] [Per. 10]:   Sometime in 2021.

13         SA [FBI 21A]:   Okay.

14         [    ] [Per. 10]:   Probably.

15         SA [FBI 21A]:   Where did the items go?

16         [    ] [Per. 10]:   To the storage units.

17         SA [FBI 21A]:   And we're talking about the Life

18   Storage off of, uh, was it Belvedere?

19         [    ] [Per. 10]:   Yes.

20         SA [FBI 21A]:   Okay.  All right.

21         MR. THAKUR:  Did all of them go there?

22         [    ] [Per. 10]:   Um.

23         MR. THAKUR:  Because we had saw -- we saw that

24   some them were destined for Mar-a-Lago and some were for

25   Life Storage, but we're not sure if you know, I guess --

Subject to Protective Order                                          USA-00817436

1    (00:07:19)

2              MR. THAKUR:  -- exactly where they ended up.

3              ▮ Per. 10 :  I -- there may have been one that

4    went to Mar-a-Lago --

5              MR. THAKUR:  Okay.

6              ▮ Per. 10 :  -- and one or two that ended up at

7    Life Storage.

8              MR. THAKUR:  Okay.  And the one that went to

9    Mar-a-Lago, did anyone talk about why it was staying in

10   Mar-a-Lago or what it might have had?

11             ▮ Per. 10 :  (Indiscernible 0:07:39.8).

12             MR. THAKUR:  Okay.

13             MR. IRVING:  We're talking about pallet not just a

14   single box, right?

15             MR. THAKUR:  A pallet, right, right.

16             MR. IRVING:  Yeah.

17             MR. THAKUR:  And the pallet had -- what did the

18   pallet have?  Did it have boxes within it?

19             ▮ Per. 10 :  It had boxes on it

20             MR. THAKUR:  Okay.  And do you remember what kind

21   of boxes?  We're they brown boxes, banker's boxes?

22             ▮ Per. 10 :  Uh, banker's --

23             MR. THAKUR:  Okay.

24             ▮ Per. 10 :  -- boxes, I -- and brown boxes.

25             MR. THAKUR:  Okay.  Any label that you remember --

Subject to Protective Order                                    USA-00817437

1   (00:08:08)

2          MR. THAKUR:  -- or that sticks out to you?

3          ▆ Per. 10 :  No.

4          MR. THAKUR:  Okay.  Okay.  And no one had said,

5   you know, this is staying here because it's from the former

6   president?  Or this is going because it's the first lady's

7   or anything like that?

8          SA FBI 41 :  (No audible response.)

9          MR. THAKUR:  Okay.

10         SA FBI 21A :  And just to clarify, I couldn't

11  remember if I said six pallets or one pallet.  Like, how

12  many were there?  Do you remember?

13         ▆ Per. 10 :  I don't remember --

14         SA FBI 21A :  Okay.

15         ▆ Per. 10 :  -- how many total there were.

16         SA FBI 21A :  Okay.  And we'll run that down then.

17  I don't know if you remember this, but when we first -- when

18  we first met, you told me that there was a storage room in

19  the bottom level of Mar-a-Lago.  Did you ever help Per. 34

20  ▆▆▆▆  with taking a box, maybe one or two at a time or

21  what not, and then -- to drop them off in Pine Hall?

22         ▆ Per. 10 :  Sorry.  I'm trying to think.

23         MR. IRVING:  I'm not familiar with Pine Hall.

24  What is that?

25         SA FBI 21A :  I can clarify that.  So the --

Subject to Protective Order                    USA-00817438

1    (00:09:26)

2              SA FBI 21A:   -- president has his private quarters

3    at Mar-a-Lago, but the entrance to the Pine Hall is actually

4    through an anteroom, known -- or the, I'm sorry, the

5    entrance to his residence is through this anteroom known as

6    Pine Hall.  So it's like the room before the room.

7              MR. IRVING:  Okay.  Thanks.

8              SA FBI 21A:  Yeah.

9              Per. 10:  I don't remember, but it's possible

10   that I did, I helped Per. 34.

11             SA FBI 21A:  Okay.  So is it fair to say that that

12   if I then to ask when you would have done it, you wouldn't

13   remember?

14             Per. 10:  (Indiscernible 0:09:56.1).

15             SA FBI 21A:  Okay.  Okay.  So it's possible.  All

16   right.

17             MR. THAKUR:  How about Walt Nauta?  Did you help

18   him move anything from that storage room?

19             Per. 10:  Same thing.  I don't really remember.

20             MR. THAKUR:  Okay.

21             SA FBI 21A:  And you do --

22             Per. 10:  I mean --

23             SA FBI 21A:  I'm sorry.  You were going to say

24   something?

25             Per. 10:  No.  I just don't remember entirely.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817439

```
 1      (00:10:19)

 2              SA FBI 21A:  And we are talking about the same

 3      storage room with the gold door that's on that bottom --

 4              ▮ Per. 10 :  Um-hmm.

 5              SA FBI 21A:  -- bottom level.  Okay.  Have you

 6      ever, on your own or for anyone else, ever had a reason to

 7      grab boxes from the storage room.

 8              (00:10:34 Phone ringing.)

 9              ▮ Per. 10 :  Yes.

10              SA FBI 21A:  Okay.  What, what would -- what do you

11      remember about those instances?

12              ▮ Per. 10 :  I went in there to grab gifts and

13      bring them up to the office.

14              SA FBI 21A:  Okay.  About how many times, if you

15      had to guess, I understand it's a guess, would you say you

16      had to go down to that storage room?

17              ▮ Per. 10 :  I don't entirely know.  A handful of

18      times maybe.

19              SA FBI 21A:  Okay.  So when we say a handful, is

20      it -- is it safe to say somewhere, like, maybe, maybe five

21      but give or take a few?  Like, just no more than ten, more

22      than -- or is -- you just, just want to say a handful?

23              ▮ Per. 10 :  It's somewhere probably in that

24      range, but that's a guess.

25              SA FBI 21A:  It's a guess.
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                          USA-00817440

1    (00:11:22)

2              ▮ Per. 10 :  So I don't know that it's

3    (indiscernible 0:11:23.6).

4              SA FBI 21A :  Okay.  Yeah.  I get we're kind of

5    going down memory lane here, so we got to dust off some

6    cobwebs.

7              MR. IRVING:  Let me -- and I don't mean to

8    interrupt your flow.  When was -- do you remember when the

9    last time you went into that room?

10             ▮ Per. 10 :  No.

11             MR. IRVING:  Has it been, like, days, weeks,

12   months?

13             ▮ Per. 10 :  Probably a year at least.

14             SA FBI 21A :  A year.  Okay.

15             ▮ Per. 10 :  At a minimum --

16             MR. IRVING:  Okay.

17             SA FBI 41 :  -- I think.

18             SA FBI 21A :  The last time you went to that room,

19   was there a lock?

20             ▮ Per. 10 :  Yes.

21             SA FBI 21A :  How many?

22             ▮ Per. 10 :  I don't remember

23             SA FBI 21A :  Okay.  How many keys did you use to

24   open it?

25             ▮ Per. 10 :  One.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                        USA-00817441

```
 1    (00:12:05)
 2              SA FBI 21A:   Okay.  So in this case, it would have
 3    been one lock?
 4              SA FBI 41:   (No audible response.)
 5              SA FBI 21A:   Okay.  And you said it was about a
 6    year ago when -- we're talking about January, maybe January
 7    of 2022 year ago or?
 8              Per. 10:   I think before then.
 9              SPEAKER 1:   Okay.  So maybe sometime in 2021?
10              Per. 10:   Yeah.
11              SPEAKER 1:   Okay.  Anything that could spark a
12    memory.  I'm just -- that's the reason why I'm asking five
13    different ways, just in case -- sometimes people will
14    remember based on something I ask.  But was it, like the
15    holiday season or people dress around in Halloween costumes?
16    Anything that kind of would spark a memory?
17              Per. 10:   I don't think so.
18              SA FBI 21A:   Nothing.  Okay.  So sometime in 2021?
19              Per. 10:   Yeah.
20              SA FBI 21A:   Okay.  I appreciate it and I -- we're
21    going to have a lot of questions that are going to be
22    probably difficult and I expect that you're probably not
23    going to remember a lot of it.  It's fair.  Just so you know
24    I don't want you to feel bad.
25              MR. IRVING:   I'm sorry to --
```

Subject to Protective Order

```
1    (00:12:59)

2            SA FBI 21A:   Yeah.

3            MR. IRVING:  -- interrupt again, but, um, have you

4    been near that door in the -- in the last -- since the -- I

5    mean, we've been talking about you actually going into that

6    room.

7                 Per. 10 :   Um-hmm.

8            MR. IRVING:  Have you been anywhere around it

9    since then?

10                Per. 10 :   It's potential in the spring of 2022

11   I would have gone in the basement for something, but not in

12   that room.  I went to, like, get flowers one time, which are

13   housed down there.  But since then, I don't think I've been

14   in the basement at all.

15           MR. IRVING:  Okay

16           SA FBI 21A:   And in the -- you said sometime in

17   2021 you were in that storage basement room.

18                Per. 10 :   Um-hmm.

19           SA FBI 21A:   Do you remember bringing a box to, as

20   we called it, Pine Hall at that time?  Or what was your

21   memory of kind of going to the storage room and what you

22   were doing then?

23                Per. 10 :   Most of the times I went in the

24   storage room was to get gifts because he had, like, gifts

25   meaning special, like, keys or medallions or things.
```

Subject to Protective Order                                    USA-00817443

```
1    (00:14:06)

2              SA  FBI 21A :   Um-hmm.

3                   Per. 10 :   And I would bring those brown boxes

4    back to the office, or things from those boxes back to the

5    office.

6              SA  FBI 21A :   Okay.  So that seems like it was most

7    of the time you're bringing it to the office.  So it would

8    have been I guess unusual, for you at least, to bring

9    anything to Pine Hall?

10                  Per. 10 :   Yeah.

11             SA  FBI 21A :   Okay.

12                  Per. 10 :   I typically didn't go in there at

13   that time.

14             SA  FBI 21A :   Um, so since it would be atypical, I

15   guess, do you remember ever bringing anything to Pine Hall?

16                  Per. 10 :   Like a box or?

17             SA  FBI 21A :   Like a box, yeah.

18                  Per. 10 :   I don't remember

19             SA  FBI 21A :   Do you remember anyone else kind of

20   bringing boxes or talking about bringing boxes to Pine Hall?

21                  Per. 10 :   I don't think so, people bringing

22   things to Pine Hall.

23             SA  FBI 21A :   (Indiscernible 0:15:00.7) regularly?

24                  Per. 10 :   Yeah.

25             SA  FBI 21A :   Okay.  Who, who typically brings --
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817444

```
1    (00:15:06)

2              SA FBI 21A:  -- things to Pine Hall?

3              Per. 10:  Now or then?

4              SA FBI 21A:  I guess then.

5              Per. 10:  Um.  The front office staff and the

6    personal aides.

7              SA FBI 21A:  And the personal aides, like, they're

8    not part of -- you -- I guess the front office staff, I know

9    that they're -- you sometimes will work there, but mostly at

10   the Flagler office, at least then?

11             Per. 10:  Yeah.

12             SA FBI 21A:  All right.  There's Per. 64   ?

13             Per. 10:  Um-hmm.

14             SA FBI 21A:  Per. 34   ?

15             Per. 10:  Um-hmm

16             SA FBI 21A:  Who else would be in the front office

17   staff?

18             Per. 10:  Per. 34 and Per. 64 are the two, like,

19   consistent front office staffers

20             SA FBI 21A:  All right.  Then who would be the

21   aides?

22             Per. 10:  Personal aides?

23             SA FBI 21A:  Um-hmm.

24             MS. HARRIS:  Um.  Back then that was Walt and Per. 3

25   and Per. 71 helped.
```

Subject to Protective Order

USA-00817445

```
 1    (00:16:02)

 2            SA [FBI 21A]:   Okay.   And now?   It's -- so now who

 3    works at the front office?

 4            [ ] [Per. 10]:   [ ]   [Per. 64],  [Per. 35]   --

 5            SA [FBI 21A]:   Um-hmm.

 6            [ ] [Per. 10]:   Um.

 7            SA [FBI 21A]:   And then the aides?

 8            [ ] [Per. 10]:   Walt and [Per. 11].

 9            SA [FBI 21A]:   [Per. 11].   Okay.   Who's -- what's [Per. 11]'s

10    name -- full name?

11            [ ] [Per. 10]:   [Per. 11].

12            SA [FBI 21A]:   Oh.   Okay.   All right.   And by

13    [Per. 35], I'm assuming you mean [Per. 35]?

14            [ ] [Per. 10]:   Yes.

15            SA [FBI 21A]:   Okay.   All right.   Would -- last time

16    when we spoke, you mentioned thinking that the boxes that

17    were kept in the, the storage room on the bottom level were,

18    were personal items.   Would there be any reason for -- or

19    would, would an employee ever go to the storage room and

20    remove boxes without being told?   For work.

21            [ ] [Per. 10]:   I'm not sure.

22            SA [FBI 21A]:   Okay.   Would there -- would any other

23    employee have stored personal items in that storage room?

24            [ ] [Per. 10]:   No

25            SA [FBI 21A]:   Okay.
```

Subject to Protective Order

1    (00:17:17)

2              MR. IRVING:  Hold on a minute.

3              ██ [Per. 10]:  (Indiscernible 0:17:19.7).

4              MR. IRVING:  Are we talking about the president's

5    personal items or the employee's personal items

6              SA [FBI 21A]:  Oh, actually, let's clarify that.  You

7    mentioned you thought they were personal items.  Did you

8    believe that they were the president's personal items?

9              ██ [Per. 10]:  Considered personal items, but, like

10   gifts aren't technically his personal items.

11             SA [FBI 21A]:  Okay.

12             ██ [Per. 10]:  So.

13             SA [FBI 21A]:  But I guess you meant to say that --

14   or it's -- I guess I want to clarify so I'm recording this

15   the correct way that these are items that were considered

16   important for the president?

17             MR. IRVING:  Considered by whom?

18             SA [FBI 21A]:  By the president.  I guess -- well I

19   guess I want to figure out, when you said that these -- I

20   think when we spoke last time you said that you thought that

21   they were -- they were personal items.  And I just -- I just

22   kind of want to figure out, like, what do you mean by

23   personal items?  Who considered them personal?

24             ██ [Per. 10]:  When things were sent from the White

25   House --

Subject to Protective Order

USA-00817447

1    (00:18:11)

2            SA FBI 21A:  Okay.

3            ▮▮ Per. 10:  There were things that were labeled

4    personal sent to Mar-a-Lago, and things that were labeled

5    for storage.

6            SA FBI 21A:  Okay.  And is it -- and the kind of

7    stuff that was kept in this storage room I want to ask

8    about.  For instance, would there have been a reason why,

9    like, another employee -- whether it was you, Walt, Per. 34,

10   Per. 64,  Per. 35 , anybody -- would store their own personal --

11   or store their own stuff in this storage room?

12           ▮▮ Per. 10:  No.

13           SA FBI 21A:  No.  Okay.  And if an employee decided

14   one day they were just going to go downstairs to the storage

15   room and take a bunch of things out without being told by

16   their boss, by the president, would that happen?

17           MR. IRVING:  You know, you mean --

18           ▮▮ Per. 10:  What do you mean by boss?

19           SA FBI 21A:  Like, could someone just go down and

20   say you know what, I'm just going to move this to a

21   different room.

22           MR. IRVING:  I want to bring this out of the world

23   of hypothetical and fantasy, right?

24           SA FBI 21A:  Um-hmm.

25           MR. IRVING:  So like, I mean, do you recall --

Subject to Protective Order                              USA-00817448

1    (00:19:19)

2           MR. IRVING:  -- ever knowing of a situation where

3    someone took something out of that room without being

4    directed to?  Is that fair?

5           SA FBI 21A:  Yeah, that --

6           MR. IRVING:  Okay.  I don't mean to be --

7           SA FBI 21A:  -- that's much better wording.

8           MR. IRVING:  -- you know, again.

9           SA FBI 21A:  I can get so into the weeds, so I

10   appreciate you kind of helping me speak English.

11          MR. IRVING:  And I'm also -- I'm also, like, 3

12   days into this.  So I'm doing my best.

13          SA FBI 21A:  That could be a benefit.

14          Per. 10:  My question is directed by who?

15   Like, you --

16          MR. IRVING:  Okay.  And to --

17          Per. 10:  You may take something out of

18   there --

19          SA FBI 21A:  Um-hmm.

20          Per. 10:  -- like, because you're moving gifts.

21   But, like, the president wouldn't have told you to do that.

22   You would just go in and do that.

23          SA FBI 21A:  Okay.  So you can do it on your own.

24   Okay.  There are situations where you -- a person could do

25   it without being directed by the president?

Subject to Protective Order                                          USA-00817449

```
1    (00:20:09)

2              ■ Per. 10 :  Yes.

3              SA FBI 21A :  Okay.  Now in your case, you're

4    talking about specific gifs.  Would it be normal if someone

5    went in there and removed dozens of boxes?  Would that have

6    been normal to be -- for something like that to happen

7    without being directed?

8              MR. IRVING:  Again, I'm --

9              SA FBI 21A :  Yeah, help me out.

10             MR. IRVING:  I mean, so like, normal to --

11   according to whom, and directed by whom?  I mean have you

12   ever taken anything out -- back up.  So we're talking about

13   the, the gold door storage room basement thing, right?

14             SA FBI 21A :  Yeah.

15             MR. IRVING:  Okay.  So have you ever taken -- you

16   yourself, have you ever taken anything out of that room

17   without being directed by the president to do that?

18             ■ Per. 10 :  Yes.

19             MR. IRVING:  Okay.  Are you aware of other people

20   having done the same?

21             ■ Per. 10 :  Likely.  I mean I don't know for a

22   fact.

23             SA FBI 21A :  Okay.

24             ■ Per. 10 :  For certain.  But --

25             SA FBI 21A :  All right.
```

Subject to Protective Order

USA-00817450

1    (00:21:11)

2          MR. IRVING:  Okay.

3          SA FBI 41 :  If I may.  So independent of whether

4    you were aware of any direction from the president or from

5    any superior employee.  Are you aware of any employee, I

6    know it wouldn't have been you because you would have

7    recalled, but moving a dozen boxes out of the storage unit?

8    Did you ever see somebody moving a bunch of boxes?

9          ███ Per. 10 :  No.

10         SA FBI 41 :  Okay.  Did you ever hear anybody

11   talking about somebody moving a bunch of boxes?

12         ███ Per. 10 :  No.

13         SA FBI 41 :  Okay.  Thank you.

14         SA FBI 21A :  So I'm going to paint, like, um, like

15   a scenario here.

16         ███ Per. 10 :  Okay.

17         SA FBI 21A :  And if, if you think it's a dumb

18   question just stomp on my foot or something.  But I mean,

19   you've seen the media reporting about the investigation.

20   And you're aware of the search and so forth.  And let's just

21   say, hypothetically, you needed to have an attorney to go

22   through the storage room to review, um, a lot of box --

23   like, everything that's in there for anything that might be

24   potentially classified.

25         ███ Per. 10 :  Um-hmm.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1    (00:22:11)

2            SA FBI 21A:  So that it can be returned, reported

3    to the government and returned to the government.  Days

4    before that happens, if an employee went down there and

5    removed 50 boxes, and then only returned a smaller subset of

6    that, a much smaller subset of that, and then escorted the

7    attorney to that room to review, like -- I'm talking about a

8    scenario, would there be any reason why -- would that seem

9    normal to you?  And we can talk about what normal means, but

10   just off the top of your head, like, if --

11            ██ Per. 10:  I don't know

12            SA FBI 21A:  You don't know?  Okay.

13            MR. IRVING:  What -- do we know what's in the

14   boxes?

15            SA FBI 21A:  Um-hmm.

16            MR. IRVING:  Like, are they gifts and, you know,

17   swag and other junk as opposed to, like, documents or --

18            SA FBI 21A:  We can assume that they're documents

19   based on, like, everything else that's -- supposedly the 15

20   boxes that were given to the national archives came from

21   this room, but I wasn't there so I couldn't speak to what

22   was in there.

23            MR. IRVING:  Okay

24            SA FBI 21A:  But I just -- I'm just kind of

25   wondering, if someone were to take a large number of --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1    (00:23:25)

2         SA FBI 21A:   -- boxes out of this room prior to an

3    attorney going into the room to review supposedly the

4    holding of these boxes to make sure there's nothing

5    classified in there, would that have -- would an employee do

6    that on their own accord or would they have to be directed?

7    Based on what you understand about the office culture.

8         MR. IRVING:   I'm just not comfortable with that.

9    There's too many hypotheticals in there.

10         SA FBI 21A:   Okay.

11         MR. IRVING:   Are you aware of anybody taking a

12    substantial number of boxes out of that room prior to when

13    the lawyers -- I guess the lawyers went in there and looked

14    in there, I don't --

15         SA FBI 21A:   Um-hmm.

16         MR. IRVING:   So I mean -- so that everyone --

17    (indiscernible 0:24:04.8), right?  Did the lawyers go in and

18    look in the storage room?

19         SA FBI 21A:   Right.  That was -- that was reported,

20    so I -- that's -- I guess I'm just trying to understand --

21         MR. IRVING:   Okay.  So do you recall there being a

22    time when lawyers went in to the -- that gold door basement

23    storage room?

24         Per. 10:   No.

25         SA FBI 21A:   Okay.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817453

1    (00:24:22)

2              Per. 10 :   I saw in the media that that

3    happened.

4              MR. IRVING:  Okay.  Were you present when that

5    happened at Mar-a-Lago?

6              Per. 10 :   No.

7              MR. IRVING:  Where were you?

8              Per. 10 :   Are we talking about May

9         SA FBI 21A :  Late May, early June.

10             MR. THAKUR:  Early June of --

11             Per. 10 :   I was on vacation.

12             MR. IRVING:  Okay.

13        SA FBI 21A :  Okay.  Where to?

14             Per. 10 :   Uh,                    .

15        SA FBI 21A :  Okay.  All right.  And that was for

16    the whole month of May or?

17             Per. 10 :   I think the last week of May, first

18    week of June.

19        SA FBI 21A :  Okay.  All right.  How about the

20    week --

21             Per. 10 :   Right after our interview.

22        SA FBI 21A :  Okay.  And before you went on

23    vacation, did you help anyone with moving boxes out of the

24    storage room?  Or know of anyone moving boxes out of the

25    storage room?

Subject to Protective Order                                        USA-00817454

1  (00:25:10)

2       ███ Per. 10 :  No.

3       SA FBI 21A :  Okay.  I think -- and I know we're

4  talking -- or I'm talking around it for, for a reason.  But

5  I think I'm just trying to see that, like, we know boxes

6  were taken out of the storage room, right?  Um.  I don't

7  have anything to think it was you.  I'm just asking you

8  because you're in front of me.  But boxes were taken out of

9  the storage room and my understanding thus far was that

10  these items essentially belonged to the former president.

11  So if someone goes down there and removes dozens and dozens

12  of boxes on the -- could they do that on their own?  Or is

13  it -- you know how I'm trying to ask it, I just don't know

14  the right way to ask it.  It's kind of like --

15       MR. IRVING:  Yeah.  I mean --

16       SA FBI 21A :  Like, who does that?

17       MR. IRVING:  My problem is that you're asking P. 10

18  to speculate about whether or not it happened.  And you're

19  asking P. 10 whether --

20       SA FBI 21A :  Yeah.

21       MR. IRVING:  You know, whether some other person

22  would do such a thing without direction.  So that -- I mean

23  that's -- sorry about being lawyer about it, but, like --

24       SA FBI 21A :  No.  That's what we need.  I think --

25  I think what I -- what I'm wondering about is, like, I --

Subject to Protective Order                                          USA-00817455

1    (00:26:15)

2            SA FBI 21A:  -- don't -- I don't want you to have

3    to speculate.  Like, if someone decides to be a criminal

4    about it, then sure.  I think I'm trying to think, like,

5    would that be normal with the rules that are established in

6    the office?

7            MR. IRVING:  Would you do such a thing?

8            Per. 10:  No.

9            MR. IRVING:  Go take dozens of boxes out of the

10   storage room without someone asking you to do that?

11           Per. 10:  That storage room or just storage in

12   general?

13           SA FBI 21A:  That storage room.

14           Per. 10:  Probably not.

15           SA FBI 21A:  Okay.  When you say --

16           MR. IRVING:  What's a scenario where you might do

17   that?

18           Per. 10:  I don't know.  If you need -- I don't

19   know.  Like, if you said you knew lawyers were coming and

20   you need to bring the boxes to a different spot for the

21   lawyers to, like, look at them.

22           MR. IRVING:  Okay.

23           SA FBI 21A:  Okay.

24           Per. 10:  Like if --

25           SA FBI 21A:  In that situation.

Subject to Protective Order                          USA-00817456

1    (00:27:13)

2          **Per. 10** :   Like if they're going to spread out,

3    you can't spread out in there.

4         MR. IRVING:  But let me try that -- could you --

5    would you -- had you ever taken boxes out of the storage

6    room in order -- so that they would not be there when the

7    lawyers went into the storage room?

8          **Per. 10** :   No.

9         MR. IRVING:  Would you ever do that?

10          **Per. 10** :   No.

11         MR. IRVING:  Do you know anyone else who did that?

12          **Per. 10** :   No.

13         MR. THAKUR:  And other than challenge coins, have

14    you removed any other boxes from the storage room?

15          **Per. 10** :   I don't think so.  It's possible.

16         MR. THAKUR:  Okay.  So nothing that anyone said or

17    that was apparent from the label that it had any kind of

18    documents in it?

19          **Per. 10** :   Not to my recollection.

20         SA **FBI 21A**:  And after, after the attorney came,

21    kind of beginning of June, was there any discussion in the

22    office about what happened?

23          **Per. 10** :   No.  We saw it on the news so we

24    talked about it, but not, not an office discussion about it

25         SA **FBI 21A**:  But the news would have happened --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order          USA-00817457

1    (00:28:31)

2          SA FBI 21A:  much later as to that, right?  I think

3    the news on that probably didn't happen until --

4          MR. THAKUR:  After the August search.

5          SA FBI 21A:  Right, after the August search.

6          MR. THAKUR:  Yeah.

7          SA FBI 21A:  But --

8          Per. 10:  Whenever it broke in the news is when

9    we --

10         SA FBI 21A:  Okay.

11         Per. 10:  -- talked about it.

12         SA FBI 21A:  Okay.

13         Per. 10:  I don't remember when it broke in the

14   news.

15         SA FBI 21A:  Okay.  And what was -- what was said,

16   I guess, once it actually broke in the news?  What was the

17   discussion within the office?

18         MR. IRVING:  Do you recall any specific discussion

19   with some -- one or more specific people about that news?

20         Per. 10:  Just did you see what happened on the

21   news last night.  Did this really happen.

22         MR. IRVING:  Did you recall hearing that?

23         Per. 10:  Yeah.

24         MR. IRVING:  But who were you -- did you -- who

25   said that?

Subject to Protective Order                                    USA-00817458

1    (00:29:24)

2           [Per. 10]:  [Per. 58]  and I in the office in

3  Flagler.

4          MR. IRVING:  Okay.

5          SA [FBI 21A]:  Okay.

6          MR. IRVING:  (Indiscernible 0:29:35.3).

7          SA [FBI 21A]:  And I won't hide the ball here, I

8  think what we're kind of wondering is if -- did you hear any

9  kind of gossip or watercooler talk, like hey, I heard

10  there's actually more classified there.  Or did you know

11  this, you know, something that's actually -- that could be

12  beneficial for us to know for the investigation.  Had -- did

13  you hear any kind of discussions?

14           [Per. 10]:  No.

15          SA [FBI 21A]:  Okay.  All right.  Was that a fair way

16  to ask?

17          MR. IRVING:  That's okay.  Yeah

18          SA [FBI 21A]:  You mentioned that you're now working

19  at the front office of Mar-a-Lago now.  And I think when you

20  mentioned who's currently there, you, you didn't mention

21  [Per. 34].  So there's been some changes in, in staffing, right?

22  So what are your responsibilities now?

23           [Per. 10]:  I am                .

24          SA [FBI 21A]:  Okay.  So what duties does that

25  comprise of?

Subject to Protective Order        USA-00817459

```
1    (00:30:29)

2              ███ Per. 10 :  Making phone calls, managing

3    paperwork, printing notes, managing his schedule.

4              SA FBI 21A :  Okay.

5              ███ Per. 10 :  Managing the office

6              SA FBI 21A :  And then you mentioned -- well making

7    calls and scheduling.  Is there a weekly conference call

8    that happens for the 45 Office?

9              ███ Per. 10 :  Yes.

10             SA FBI 21A :  Okay.  Do you schedule that?

11             ███ Per. 10 :  Yes.

12             SA FBI 21A :  All right.  Who all attends those?

13             ███ Per. 10 :  Right now or prior?

14             SA FBI 21A :  We'll start with prior and then -- and

15   then we'll talk about right now.

16             ███ Per. 10 :  Prior to when?

17             SA FBI 21A :  Prior to the search, the August

18   search.

19             ███ Per. 10 :  Me, Per. 34 , Per. 49 , Per. 69 , P. 26 , Walt,

20   P. 71 , Per. 3 , Per. 59 , Per. 57 .  I think -- oh, Per. 58 , oh,

21   Per. 15 .

22             MR. IRVING:  Those were people that had -- that

23   were invited to attend the meeting?

24             ███ Per. 10 :  Um-hmm.

25             MR. IRVING:  Do you know whether or not they --
```

Subject to Protective Order

USA-00817460

1    (00:32:15)

2           MR. IRVING:  -- all attended all of the meetings?

3           ▮ Per. 10 S:  Yeah.  No one ever attended all the

4    meetings.

5           MR. IRVING:  Yeah.

6           SA FBI 21A :  So they were probably more -- I think

7    it's fair to say they're just more of the consistent people.

8    It doesn't mean that they were always there every time.  But

9    they were, like, the consistent --

10          ▮ Per. 10 :  They were the people that were

11   usually invited.

12          SA FBI 21A :  That's fair.  Okay.  And now who, I

13   mean aside from Per. 34 because you said Per. 34 not there

14   anymore, but who, who attends them now?

15          ▮ Per. 10 :  Right now we don't have one

16          SA FBI 21A :  Okay.  When did that stop?

17          ▮ Per. 10 :  When the campaign was announced,

18   mostly.

19          SA FBI 21A :  Oh.  Okay.  In these -- in any of

20   these meetings that we're talking about, the conference call

21   meetings, do you recall any time where classified documents

22   were ever discussed?

23          ▮ Per. 10 :  No.

24          SA FBI 21A :  Okay.  Even after our search, did they

25   ever come up?

Subject to Protective Order                                    USA-00817461

1    (00:33:14)

2         ██ Per. 10 :  They told us obviously you've seen

3    what's, what's in the news.  Don't speak about it.  We're

4    not going to speak about it.

5         SA FBI 21A :  Okay.

6         ██ Per. 10 :  No one talks to the media.

7         SA FBI 21A :  Okay.  And in -- and I, I'm

8    anticipating there might be a possible discussion between

9    the two of you.  But as far as the not speaking about it, I

10   just want to -- I just want to -- or see how that reconciles

11   with, uh, with our discussion today, to the questions that

12   we're asking.  Is it, is that direction you got from work

13   going to be in conflict with the -- with the questions that

14   we're asking?

15        I just don't know if P. 34 bosses at work said don't

16   speak about it and then we're asking questions about it, I

17   just want to make sure that we're all on the same page.

18        MR. IRVING:  Oh, no.  Fair enough.  When whoever

19   it was said we're not speaking about it, don't speak about

20   it, were they talking about publically with the press or was

21   there some instruction not to talk to the government about

22   it?

23        ██ Per. 10 :  No, publically to the press.

24        SA FBI 21A :  Okay.

25        ██ Per. 10 :  And then don't gossip about it in --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1    (00:34:21)

2                  ▉ Per. 10 :   the office.

3              SA FBI 21A :   Okay.   Thank you.

4              SA FBI 41 :   Forgive me if you said -- when you

5    said they told us, do you remember who that was?

6                  ▉ Per. 10 :   Yes.

7              SA FBI 41 :   Who was it?

8                  ▉ Per. 10 :   Per. 49 .

9              SA FBI 41 :   Okay.

10             SA FBI 21A :   Per. 49 .   Okay.

11         MR. IRVING:   But just to be clear, P. 49 -- well,

12    I'll ask it open-ended.   Did P. 49 ever tell you not to -- not

13    to cooperate with the government, not to answer questions

14    by, you know, by an agent or a prosecutor?

15                  ▉ Per. 10 :   No.

16         MR. IRVING:   Okay.

17             SA FBI 21A :   Okay.   Any questions about the

18    conference?

19         MR. THAKUR:   Did the former president ever attend

20    these conferences?

21                  ▉ Per. 10 :   No.

22         MR. THAKUR:   And did you have any discussions with

23    him about, about the boxes that were in the storage room?

24                  ▉ Per. 10 :   No.

25         MR. THAKUR:   Okay.   Any discussions about the --

Subject to Protective Order                                    USA-00817463

1    (00:35:22)

2           MR. THAKUR:  -- the news, either after the news

3    about the NARA boxes that went, uh, in January of last year

4    or after the, the search?

5           ▮ Per. 10 :  Which search?

6           MR. THAKUR:  The August search.

7           MR. IRVING:  (Indiscernible 0:29:37.1).

8           MR. THAKUR:  Like any conversations with the

9    former president specifically about the search or about the

10   boxes that went to NARA?

11          ▮ Per. 10 :  Not the boxes that went to NARA.  Um,

12   I don't recall any specific conversations about the search,

13   just general.

14          MR. THAKUR:  Okay.  How often do you talk to the

15   former president?

16          ▮ Per. 10 :  Every day.

17          MR. THAKUR:  And does he know you're here today?

18          ▮ Per. 10 :  No.

19          MR. THAKUR:  Okay.  Who else have you told that

20   you're here today?

21          ▮ Per. 10 :  Per. 49 .

22          MR. THAKUR:  Anyone else?

23          ▮ Per. 10 :  ▮▮▮▮▮▮▮.

24          MR. THAKUR:  Okay.  And what did Per. 49 say about

25   coming here today?

Subject to Protective Order                                                    USA-00817464

1    (00:36:25)

2                    ███ Per. 10 :  I just told P. 49 that I was coming

3    here --

4              MR. THAKUR:  Did P. 49 ask why you were coming here?

5                    ███ Per. 10 :  No.

6              MR. THAKUR:  Okay.

7                    ███ Per. 10 :  P. 49 was just asking about, like, the

8    lawyer.

9              MR. THAKUR:  Okay.  And what did ███ ask about the

10   lawyer?

11                   ███ Per. 10 :  (Indiscernible 0:36:51.0).

12             MR. IRVING:  They're not trying to get into

13   discussions with lawyers.  So I think I can short circuit

14   this -- or short cut this a little bit.  Did you -- you were

15   represented before, right?

16                   ███ Per. 10 :  Yeah.

17             MR. IRVING:  When you spoke with the government?

18             MR. THAKUR:  Right.

19                   ███ Per. 10 :  Um-hmm.

20             MR. IRVING:  And then, um, did there come a time

21   when you -- well obviously I'm sitting here, so, I --

22   there's another lawyer.

23                   ███ Per. 10 :  It was in that conversation that P. 49

24   knew I was coming here, I think.

25             MR. IRVING:  Right.  So Per. 49 was aware of --

Subject to Protective Order                                    USA-00817465

```
 1    (00:37:28)

 2            MR. IRVING:   -- the fact that --

 3         ███ Per. 10 :   I was switching lawyers.

 4            MR. IRVING:   That I was starting to work with us.

 5         ███ Per. 10 :   Yeah.

 6            MR. THAKUR:   Okay.

 7            MR. IRVING:   Okay.

 8         ███ Per. 10 :   And that's what happened.  So ████

 9    knew, too, that I was going to be here.

10            MR. THAKUR:   Okay.  Right.

11         ███ Per. 10 :   (Indiscernible 00:37:41)

12            MR. THAKUR:   Did P. 49 make any suggestions about

13    your attorney?

14            MR. IRVING:   Which one?

15            MR. THAKUR:   Well, either, I guess, so --

16         ███ Per. 10 :   Um.

17            MR. IRVING:   Well how about this.  Um, you and I

18    had never talked before --

19         ███ Per. 10 :   Um-hmm.

20            MR. IRVING:   -- this came up, right?

21         ███ Per. 10 :   Um-hmm.

22            MR. IRVING:   So do you know how I was introduced

23    to you?

24         ███ Per. 10 :   Yes, kind of.

25            MR. IRVING:   Okay.  Do you know whether or not --
```

Subject to Protective Order                                    USA-00817466

1    (00:38:31)

2            MR. IRVING:  -- Per. 49 or anyone else spoke with me

3    and had me contact you?

4                Per. 10 :  Yes.

5            MR. IRVING:  Okay.  So who was that?  What -- and

6    just from what you're -- what you are aware of.

7                Per. 10 :  I mean I assumed Per. 49 and Per. 5

8    talked to you.

9            MR. IRVING:  Okay.  Do you know whether Per. 49 or

10   Per. 5 talked to me?

11               Per. 10 :  No, because I wasn't part of that --

12           MR. IRVING:  Okay.

13               Per. 10 :  -- conversation.

14           MR. IRVING:  Who told -- I don't even remember,

15   did I call you or did you call me?  I can't remember.

16               Per. 10 :  You called me.

17           MR. IRVING:  Oh.  Okay.  I don't know if that was

18   where you were going with that.

19           MR. THAKUR:  Yeah, just to learn a little bit.

20   Obviously because there was a quick switch and to what

21   extent Per. 49 was involved with that.

22           So I guess, because of this did Per. 49 basically

23   say, you know, you should go with this attorney?

24               Per. 10 :  P. 49 didn't tell me which attorney to

25   go to.  P. 49 just recommended that I pick someone who's --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817467

```
1    (00:39:42)

2              ███ Per. 10 :  -- been involved with these types of

3    things before.

4         MR. THAKUR:  Okay.  And you mentioned  Per. 5 .  This

5    is  Per. 5          ?

6              ███ Per. 10 :  Yes.

7         MR. THAKUR:  Okay.  And P.5  has never been your

8    attorney, right?

9              ███ Per. 10 :  No.

10        MR. THAKUR:  Okay.

11             ███ Per. 10 :  And what conversations with  Per. 5  did

12   you have?

13        MR. IRVING:  About a lawyer switch?

14        MR. THAKUR:  About this, yeah.  First about this

15   then we can talk about --

16             ███ Per. 10 :  Um.

17        MR. THAKUR:  -- other things.

18             ███ Per. 10 :  That P.5  was looking, helping, like,

19   four other lawyers for me to look at.

20        MR. THAKUR:  Okay.  Did he say why?

21             ███ Per. 10 :  I don't know if P.5  did.  Because the

22   same reason as  Per. 49 .

23        MR. THAKUR:  Okay.  And what other conversations

24   have you had with  Per. 5 , sort of related to this

25   investigation?
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817468

```
1    (00:40:49)

2          MR. IRVING:  Well --

3          MR. THAKUR:  Considering that P.5 has not been your

4    attorney.

5          MR. IRVING:  Well, but P.5 is an attorney for the

6    organization and P.49 's an employee of the organization.  So

7    I'm going to ask P.49 about that.  (Indiscernible 0:41:01.1).

8          SPEAKER 2:  Okay.

9          MR. IRVING:  Without discussing it with the other

10   lawyers first and whatever, I want to be sitting there

11   talking about, you know, if there are discussions between

12   any of the Trump organization lawyers and the Trump

13   organization -- I know there's different entities depending

14   on the transition and whatever there's like three different

15   entities.  But if you want to hear about those kinds of

16   discussions, then I'd need to know exactly what you want to

17   talk about and then, you know, talk about it with them or

18   something.

19         MR. THAKUR:  Okay.  Okay.  I guess I'll ask this

20   question.  Have you received any instructions from Per. 5

21   about talking to the FBI or anyone related to this case?

22         ▮ Per. 10 :  No.

23         MR. THAKUR:  Okay.  Okay.

24         SA FBI21 A :  Did you ever travel to Bedminster or

25   Trump Tower in New York during this past summer?
```

Subject to Protective Order                                    USA-00817469

```
 1    (00:42:06)

 2              ███  Per. 10 :  Yes.

 3         SA  FBI 21A :  Okay.  Uh, when?

 4              ███  Per. 10 :  Got to New York in June

 5         SA  FBI 21A :  Okay.  And in Bedminster?

 6              ███  Per. 10 :  All summer.

 7         SA  FBI 21A :  All summer?  Okay.  You did the whole

 8    summer up there?

 9              ███  Per. 10 :  (No audible response.)

10         SA  FBI 21A :  Okay.  I always thought there was a

11    smaller period where you turn out or, you know, you'd switch

12    out with another employee and you do, maybe 2 weeks on.

13              ███  Per. 10 :  That's how we did it the first

14    summer.

15         SA  FBI 21A :  Oh.  Okay.  All right.  Was it better

16    doing it straight through the whole summer, or --

17              ███  Per. 10 :  (No audible response.)

18         SA  FBI 21A :  No?  Probably miss home after a while?

19              ███  Per. 10 :  Yes.

20         SA  FBI 21A :  Okay.

21         MR. IRVING:  The city smells in the summer.

22         SA  FBI 21A :  That does not go into the report, just

23    so you know.

24         MR. IRVING:  It's on the audio.

25         SA  FBI 21A :  Yeah, but no one's going to --
```

Subject to Protective Order                                        USA-00817470

1    (00:42:48)

2              SA [FBI 21A]:  -- listen to it.  They expect me just

3    to write a summary.

4              MR. IRVING:  It does.  I went to school there for

5    4 years.  Summer's nasty.

6              SA [FBI 21A]:  All right.  Um, what were your

7    responsibilities while, um -- this past summer while you

8    were in Bedminster?

9              [____] [Per. 10]:  Manage the office, do calls, do

10   notes, do meetings, do the schedule.

11             SA [FBI 21A]:  Okay.  Did you ever schedule a meeting

12   between -- or for the former president with a [Per. 67]

13   named [Per. 67]?

14             [____] [Per. 10]:  I don't think so.

15             SA [FBI 21A]:  [Per. 67], I don't know, or [____]

16   [____], or something to that extent if that rings a bell.

17             [____] [Per. 10]:  That name doesn't sound familiar.

18             SA [FBI 21A]:  Okay.  How about for [Per. 27]?

19             [____] [Per. 10]:  I don't think recently.

20             SA [FBI 21A]:  And not at all during the whole

21   summer?

22             [____] [Per. 10]:  Not that I recall.

23             SA [FBI 21A]:  Okay.  How about the previous summer?

24             [____] [Per. 10]:  I wasn't involved in scheduling

25   previously.

Subject to Protective Order                                      USA-00817471

1   (00:43:47)

2           SA **FBI 21A**:   Oh.   Okay.   I just want to -- have you

3   ever heard, and this could either have been directly or

4   through another person, that the former president mentioned

5   having invasion plans?

6           **Per. 10**:   No.

7           SA **FBI 21A**:   Nothing like that?   Or showing a

8   document that had classification markings?   Have you heard

9   even gossip or anything like that?   Understanding if it's

10   gossip, it's gossip, but it gives us a start.

11           **Per. 10**:   No.

12           SA **FBI 21A**:   No?   Nothing like that?   Okay.

13           MR. IRVING:   Just invasion plans?

14           SA **FBI 21A**:   That's all we got.

15           MR. IRVING:   Okay.

16           SA **FBI 21A**:   Yeah.

17           MR. IRVING:   We'll leave it at that.

18           SA **FBI 21A**:   Yeah.   I'm going to show you a copy of

19   an email and just give you a second to read over it.   And

20   then I'm just going to ask you some questions about it.

21   It's not anything that I think you have to worry about, I

22   just wanted to make sure that you're -- you know what I'm

23   asking.

24           MR. IRVING:   (Indiscernible 00:44:51).   I've gone

25   blind.   I'm going --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                          USA-00817472

1    (00:44:59)

2              ▮ Per. 10 :   It starts — this is the beginning of

3    the email.

4              SA FBI 21A :   It's the gas stoves messing with your

5    eyesight.

6              MR. IRVING: Yeah.  Okay.  And that's, that's from

7    you to P. 24 .

8              ▮ Per. 10 :   Yeah.

9              MR. IRVING: Okay.  And P. 24 saying, no.  Okay

10             SA FBI 21A :   Okay.  That was just to kind of

11   refresh the memory.  And I can leave it here for while I'm

12   asking the questions.

13             MR. IRVING: Yeah.

14             SA FBI 21A :   So what was the purpose of this

15   meeting, or this invitation?

16             ▮ Per. 10 :   I don't know.  All of the lawyers

17   were having a meeting at Bedminster.

18             SA FBI 21A :   When you say all of the lawyers, who

19   do you mean?

20             ▮ Per. 10 :   Like ten lawyers.

21             SA FBI 21A :   Okay.  Do you remember their names?

22             ▮ Per. 10 :   Some of them, not all of them.

23             SA FBI 21A :   kay.  Which ones do you remember?

24             ▮ Per. 10 :   I see P. 24 was invited.

25             SA FBI 21A :   Um—hmm.

Subject to Protective Order                                    USA-00817473

```
1    (00:45:58)
2              [Per. 10]:  [Per. 5] was invited.  [    ] was
3    invited.  [    ] was invited.  [    ] was invited.
4              MR. IRVING:  What was the one before [    ]?
5              [Per. 10]:  [    ]y.
6              MR. IRVING:  [            ].
7              [Per. 10]:  Kise came too.
8              SA [FBI 21A]:  Okay.  Was [Per. 60] invited?
9              [Per. 10]:  Yes.
10             SA [FBI 21A]:  Okay.  How about [Per. 18]?
11             [Per. 10]:  Yes.
12             SA [FBI 21A]:  Okay.  I'm not sure if there's any
13   other names that come up.
14             MR. THAKUR:  I don't think -- so there was a
15   reference to [Per. 5]'s note.  Do you recall what that note was
16   about?
17             [Per. 10]:  No.  I think [Per. 5] talked to them
18   before I emailed them.
19             SA [FBI 21A]:  Okay.  And seeing as this is
20   probably -- I'm sure their discussions for this meeting with
21   the former president is definitely in a privileged realm,
22   but from what you understood based on what information that
23   you were given, what did you believe that the topic of the
24   discussion was going to be about?  Whatever's safe to say,
25   with that caveat in there.
```

Subject to Protective Order

USA-00817474

```
 1    (00:47:12)

 2           MR. IRVING:  Did you know what the topic of the --

 3    this -- well, did you know what they were going to discuss?

 4           ███ Per. 10 :  I don't think they told me what they

 5    were going to discuss.

 6           SA FBI 21A :  Okay.  All right.  And the only reason

 7    why we're asking is because when we saw, like, a reference

 8    to a note, I -- in my mind I envisioned that maybe you were

 9    given something with more information.  And I was just

10    trying to see if you remembered what that could be.

11           ███ Per. 10 :  No.

12           SA FBI 21A :  Okay.

13           ███ Per. 10 :  To my knowledge, Per. 5  spoke to them

14    and then asked me to coordinate that meeting.

15           SA FBI 21A :  Okay.  All right.  Thank you.

16           Some, some people you mentioned.  So Per. 35      ,

17    what does she do?

18           ███ Per. 10 :  Per. 35 a research assistant.

19           SA FBI 21A :  Research assistant.  Okay.  And this

20    is going to sound like a dumb question, but what does P. 35

21    research?

22           ███ Per. 10 :  News articles.

23           SA FBI 21A :  Okay.  So just media?

24           ███ Per. 10 :  Basically.

25           SA FBI 21A :  Any, any particular focus?
```

Subject to Protective Order                                    USA-00817475

1      (00:48:09)

2              MR. IRVING:  I'm sorry.  I don't have a problem

3      with the question.  I -- you don't -- I don't know if you

4      know that I represent Per. 35 .

5              SA FBI 21A :  Okay.

6              MR. IRVING:  So --

7              SA FBI 21A :  How do you want to work this then?

8              MR. IRVING:  Well I mean if you're talking about,

9      you know, basic --

10             SA FBI 21A :  Um-hmm.

11             MR. IRVING:  -- questions about P. 35 duties and

12     whatever, --

13             SA FBI 21A :  That's fine?

14             MR. IRVING:  That's fine with me.

15             SA FBI 21A :  Okay.  Yeah, I don't -- I actually

16     just don't know anything about P. 35 , so --

17             MR. IRVING:  Oh, yeah (indiscernible 00:48:35).

18             SA FBI 21A :  -- I might ask both of you, then.

19     Like what can you tell me about P. 35 ?  I -- because P. 35

20     wasn't mentioned last time.

21             MR. IRVING:  No, that's right.

22             SA FBI 21A :  I think P. 35 's a new hire.  So when

23     P. 35   P. 35 does research -- or for news articles --

24             MR. IRVING:  How about this.  I'm sorry again.  If

25     there's -- if you're about to say something about Per. 35  --

Subject to Protective Order                                      USA-00817476

```
 1    (00:48:55)
 2              MR. IRVING:  -- doing something illegal --
 3         ███ Per. 10 :  Um-hmm.
 4              MR. IRVING:  -- or, you know, wrong, or anything
 5    like that -- I can't imagine that's the case.  If there's --
 6    if an honest answer to one of their questions is, you know,
 7    might be a problem for  Per. 35 , just raise your hand first.
 8    And then we'll --
 9         ███ Per. 10 :  Okay.
10              MR. IRVING:  Then we'll deal with it.
11         ███ Per. 10 :  Okay.
12              SA FBI 21A :  Yeah.  And like I said, we can step
13    out of the room if you two need to huddle.
14              MR. IRVING:  Is that a fair way to deal with that?
15              MR. THAKUR:  That's fair, that's --
16              SA FBI 41 :  Very fair.
17              MR. IRVING:  I mean, I don't think this is going
18    to be a problem.
19              MR. THAKUR:  No, I don't think it will be either.
20              SA FBI 21A :  You're the first person I've had
21    that's actually considered that possibility.
22              (00:49:28 Cross-talk)
23              SA FBI 21A :  I always kind of wondered what happens
24    in that situation.
25              MR. IRVING:  You never know what somebody's --
```

Subject to Protective Order                                    USA-00817477

1    (00:49:33)

2          MR. IRVING:  -- going to say until they say it,

3    you know?

4          MR. THAKUR:  Right.

5          SA FBI 41 :  Do you give that disclaimer for

6    everybody or just Per. 35 ?  What's going on?

7          MR. THAKUR:  But I think it's -- actually it's,

8    it's a good (indiscernible 0:49:39).

9          MR. IRVING:  Well there are others.

10         SA FBI 41 :  I'm giving you a hard time.

11         MR. THAKUR:  Yeah.  No I've dealt with in other

12   cases where, you know, multiple people, witnesses within the

13   same case were represented by the same attorney.

14         MR. IRVING:  Right.

15         MR. THAKUR:  It's sometimes not a good thing, you

16   know, so.

17         MR. IRVING:  Well as long as they don't start

18   pointing --

19         MR. THAKUR:  Right, right.

20         MR. IRVING:  -- fingers at each other and then

21   it's like --

22         MR. THAKUR:  Even when they do --

23         MR. IRVING:  Yeah.  And I need to get out of this,

24   you know (indiscernible 0:49:58).

25             (00:49:58 Cross-talk.)

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                    USA-00817478

1    (00:49:58)

2          MR. THAKUR:  But thank you for, for raising that,

3    I guess.  That's a good thing.

4          MR. IRVING:  Sure.

5          SA ▨FBI 21A▨:  Yeah.  This -- definitely I don't have

6    anything bad or anything derogatory on ▨Per. 35▨.  So I really

7    just don't know anything about ▨P. 35▨.  So I'm not going to try

8    to ask those questions.  Unless you know ▨P. 35▨ stole a candy

9    bar when ▨P. 35▨ was six, we'd need to know about that.  That's

10   a joke, you don't have to write that.  You're writing it

11   anyways.

12         MR. IRVING:  No.

13         SA ▨FBI 21A▨:  So, um.  Okay.  So I guess I'm trying

14   to understand.  So ▨P. 35▨ does research.  ▨P. 35▨ focuses on news

15   articles.  Is it, like, what is the focus on the news

16   articles on?  I'm sure ▨P. 35▨'s not looking at gas stoves no

17   longer being allowed, right?  Like, what is ▨P. 35▨ focus?

18         ▨ ▨Per. 10▨:  Anything with his name in it.

19         SA ▨FBI 21A▨:  Anything within what?

20         ▨ ▨Per. 10▨:  With his name in it.

21         SA ▨FBI 21A▨:  Okay.  Okay.  Just anything to do with

22   the -- with the president.  Gotcha.

23         Okay.  All right.  Is ▨P. 35▨ -- was ▨P. 35▨ hired as --

24   to basically support the campaign, or, or is, is that the

25   reason?

Subject to Protective Order                      USA-00817479

1    (00:50:54)

2              ███ Per. 10 :   P. 35  was hired by Save America.

3              SA FBI 21A :   Save America.  Okay.  Was it after

4    the campaign was announced?

5              ███ Per. 10 :   No.

6              SA FBI 21A :   No. It was before?

7              ███ Per. 10 :   Yes.

8              SA FBI 21A :   Okay.  Do you remember what -- when

9    ███ joined?

10             ███ Per. 10 :   The first time I saw P. 35 was April --

11             SA FBI 21A :   Okay.

12             ███ Per. 10 :   -- 2022.

13             SA FBI 21A :   Okay.  And when did -- when did Per. 34

14   leave?

15             ███ Per. 10 :   What do you mean by leave?

16             SA FBI 21A :   P. 34 's not in the office anymore.  Does

17   P. 34 still work for Save America?

18             ███ Per. 10 :   Not to my knowledge?

19             SA FBI 21A :   Where does P. 34 work now?

20             ███ Per. 10 :   P. 34 -- to my knowledge P. 34 doesn't

21   work.

22             SA FBI 21A :   Okay.  And what -- so when did that

23   transition happen?

24             ███ Per. 10 :   Throughout the summer.

25             SA FBI 21A :   Okay.  All right.  So, so it wasn't --

Subject to Protective Order                                    USA-00817480

1    (00:51:47)

2              SA FBI 21A:  -- like, 2 weeks' notice, P.34 just

3    kind of dragged -- hen you say throughout the summer, like,

4    P.34 worked less hours, less hours until ultimately it was --

5    it was final and -- is that what you mean?

6              ▉ Per. 10:  Yeah.

7              SA FBI 21A:  Okay.  All right.  What was P.34 reason

8    for leaving that you know?

9              ▉ Per. 10:  Per. 34  Per. 34

10   ▉

11             SA FBI 21A:  Okay.  All right.  And is that -- and

12   is it because P.34 doing that that you have the position you

13   have today?  Okay.

14             ▉ Per. 10:  Yes.

15             SA FBI 21A:  All right.  Let me backtrack here.

16             SA FBI 41:  I forget if you told these guys

17   already, I know we're just meeting today.  When did you

18   become ▉?  I know P.34 was kind of

19   getting phased out over the summer.

20             ▉ Per. 10:  I got promoted when P.34 said that,

21   and then we transitioned throughout the summer

22   (indiscernible 0:52:53.5).

23             SA FBI 41:  I see.  So it was kind of like a

24   rolling promotion.  You're taking over P.34 duties as the

25   summer goes on, there wasn't like a hard start date?

Subject to Protective Order                                        USA-00817481

```
1    (00:53:00)

2              █  Per. 10 :   Yeah.

3           SA  FBI 41 :   Got you.   Thank you.

4           SA  FBI 21A :   From your understanding, and this is

5    only what you know, was there any indication that the --

6    this matter, like the search on Mar-a-Lago and all that, was

7    a reason?

8           MR.  IRVING:   To the extent that  P. 34  might have

9    actually said something like that to you.

10          SA  FBI 21A :   Yeah.

11          MR.  IRVING:   I mean, you can't get in  P. 34  head.

12             █  Per. 10 :   P. 34  didn't say anything to me --

13          SA  FBI 21A :   P. 34  didn't?   Okay.

14             █  Per. 10 :   -- about that.

15          SA  FBI 21A :   All right.   Because we, we, we've

16   noticed that this has caused stress for different people, so

17   we just didn't know.   Okay.   Let's see.   So you said Walt

18   still -- Walt still works at the 45 Office.   Who is Walt

19   close to?

20             █  Per. 10 :   Like, at work?

21          SA  FBI 21A :   At work, personal life, and I want to

22   ask everything.

23             █  Per. 10 :   Me because (indiscernible 0:54:01.4)

24   ████████████████ .

25          SA  FBI 21A :   Um-hmm.
```

FREE STATE REPORTING, INC.
Court Reporting   Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817482

1     (00:54:03)

2               ▓ Per. 10 :   Per. 11 ,   Per. 49 .

3          SA FBI 21A :   Per. 49      ?   Okay.

4               ▓ Per. 10 :   I don't know about his personal life.

5          SA FBI 21A :   Okay.   Who is   Per. 56      ?

6               ▓ Per. 10 :   I've never heard that name.

7          SA FBI 21A :   Okay.   Per. 56   not a, a Mar-a-Lago

8     employee that, that rings a bell?

9               ▓ Per. 10 :   Huh-uh.

10         SA FBI 21A :   Okay.   Does Walt have a -- is he

11    seeing somebody?

12              ▓ Per. 10 :   Not to my knowledge.

13         SA FBI 21A :   Okay.   Was he seeing somebody within

14    the last year?

15              ▓ Per. 10 :   Not to my knowledge.

16         SA FBI 21A :   Okay.   All right.   Does anyone hang

17    out with him after work?

18              ▓ Per. 10 :   Yes.

19         SA FBI 21A :   Who?

20              ▓ Per. 10 :   Me and Per. 11 .

21         SA FBI 21A :   Okay.   All right.   Is he kind of one

22    of those strong silent types that just -- a good listener

23    but doesn't talk about his personal life?

24              ▓ Per. 10 :   (No audible response.)

25         SA FBI 21A :   Okay.   All right.   How's he doing?

Subject to Protective Order                                    USA-00817483

1    (00:55:05)

2            SA FBI 21A:   That, that you, I guess -- whatever

3    you're allowing --

4            MR. IRVING:   Yeah.   I mean -- can we -- can we

5    just skip past -- I mean you're asking P. 10 to speculate

6    about how he's doing.   And I'm not even sure what how he's

7    doing means, really what that means.

8            SA FBI 21A:   All right.   I guess does he seem

9    -- does he seem, like, normal?   Does he seem stressed?   Does

10   he seem depressed?

11           ▆▆ Per. 10:   Normal

12           SA FBI 21A:   Normal.   Okay.   All right.   I'm going

13   to skip that because I don't want to -- I don't want to make

14   you uncomfortable.   Sorry.   Walt's responsibilities, are

15   they the same as they've always been?

16           ▆▆ Per. 10:   Yes.

17           SA FBI 21A:   Okay.   Does he have any new

18   responsibilities added on?

19           ▆▆ Per. 10:   Not to my knowledge.

20           SA FBI 21A:   Okay.   Do you know -- what can you

21   tell me about Walt accessing the storage room on the ground

22   floor?

23           ▆▆ Per. 10:   In the basement?

24           SA FBI 21A:   Um-hmm.

25           MR. IRVING:   When?

Subject to Protective Order                                    USA-00817484

1    (00:56:07)

2            SA FBI 21A:  Whatever you can remember.  And we can

3    figure out when that is.

4            ▮ Per. 10 :  I'm sure he went in there, but --

5            SA FBI 21A:  Okay.  Do you remember, for instance,

6    the last time?  Or what do you remember to be the last time

7    that he, he was in the storage room?

8            MR. IRVING:  Have you ever seen him go in the

9    storage room?  Like --

10           ▮ Per. 10 :  Yes.

11           MR. IRVING:  What, what's the basis of your

12   knowledge that he went into the storage room?

13           ▮ Per. 10 :  One time him, Per. 34 , and I were down

14   there together.

15           MR. IRVING:  Okay.

16           SA FBI 21A:  Okay.  When was this?

17           ▮ Per. 10 :  I don't remember when.

18           SA FBI 21A:  Don't remember?  Okay.  All right.

19   Well sometime before the summer, because you said it was

20   with Per. 34 ?

21           ▮ Per. 10 :  Yeah.

22           SPEAKER 2:  Okay.  Was it last year maybe?  Like,

23   20 --

24           ▮ Per. 10 :  It was in 2021, but I don't remember

25           SA FBI 21A:  It was in 2021?

Subject to Protective Order                    USA-00817485

1   (00:56:49)

2              ██ Per. 10 :   Yeah.

3              SA FBI 21A :   Okay.  And what were you  in the

4    storage room for?

5              ██ Per. 10 :   Looking at the gifts.

6              SA FBI 21A :   Okay.  Was anything removed from the

7    storage room?

8              ██ Per. 10 :   I don't think so.

9              SA FBI 21A :   Okay.  Were, um, were boxes opened and

10   searched through?

11             ██ Per. 10 :   Not to my knowledge

12             SA FBI 21A :   Okay.  Because you mentioned gifts, I

13   think, before, um, but not having to search.  Where -- were

14   the items -- were the boxes that held the gifts just easily

15   identifiable?  Like, you just knew where they were?

16             ██ Per. 10 :   They were brown.

17             SA FBI 21A :   They were brown?  Okay.

18             ██ Per. 10 :   And on one side of the room.

19             SA FBI 21A :   Okay.  All right.  So you just knew

20   where they were.  You didn't have to search until you found

21   them, you just -- you knew generally speaking that oh, it's

22   this -- it's in this pile, not that pile?

23             ██ Per. 10 :   And they're labeled.

24             SA FBI 21A :   They're labeled?  Okay.  That's good

25   to know.  Okay.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                              USA-00817486

1    (00:57:38)

2              SA **FBI 41** :   They were labeled as gifts?

3          **Per. 10** :   Like, that box -- the top.

4              SA **FBI 21A** :   Where it says dailies?

5          **Per. 10** :   No.   The one -- the paper

6              SA **FBI 21A** :   Okay.   I think I see it.   All right.

7    The boxes, but the, the ones that weren't brown, the white

8    banker's boxes --

9          **Per. 10** :   Um-hmm.

10             SA **FBI 21A** :   Did they have labels?

11         **Per. 10** :   I don't remember them having labels.

12             SA **FBI 21A** :   Okay.   Did you ever remember a time

13   where you, you had to look through those boxes, those white

14   boxes?

15         **Per. 10** :   Huh-uh.

16             SA **FBI 21A** :   Okay.   Do you know of any time

17   where --

18         **Per. 10** :   The white sheet.

19             SA **FBI 21A** :   Mail person -- or MAL personal.   Okay.

20         **Per. 10** :   Okay.

21             SA **FBI 41** :   And so that would have been the label

22   you're referring to, not one that specifically said gift?

23         **Per. 10** :   Yeah.

24             SA **FBI 41** :   Gotcha.

25             MR. THAKUR:   And why do you think they were --

Subject to Protective Order                                     USA-00817487

1    (00:58:32)

2          MR. THAKUR:    -- gifts if it said MAL personal?

3          ▮ Per. 10 :    They had medallions in them.

4          MR. THAKUR:    Okay.

5          ▮ Per. 10 :    They had keys in them.

6          MR. THAKUR:    Okay.

7          ▮ Per. 10 :    They had challenge coins in them

8          MR. THAKUR:    Got it.

9          ▮ Per. 10 :    They had sweatshirts in them.

10          MR. THAKUR:    Okay.  So those also had the MAL

11   personal (indiscernible 0:58:47.2) like that?  Okay.

12          SA ▮FBI 41▮:    But since this is not a brown box, is

13   it abnormal for the MAL personal label to be on a box like

14   this, rather than a brown box?

15          ▮ Per. 10 :    Just whatever box they had at the

16   time to ship.

17          SA ▮FBI 21A▮:    Do you know who put those MAL personal

18   labels on it?

19          ▮ Per. 10 :    Room 1.

20          SA ▮FBI 21A▮:    Okay.  And what is Room 1?

21          ▮ Per. 10 :    White House Management Office

22          MR. THAKUR:    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23   ▮▮▮▮▮▮▮▮▮

24          ▮ Per. 10 :    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25          MR. THAKUR:    ▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮  --

Subject to Protective Order                                    USA-00817488

```
 1    (00:59:22)
 2              MR. THAKUR:  --  ████████████████████?
 3              ██ Per. 10 :  Lots of people.
 4              MR. THAKUR:  Okay.  Who would have been involved
 5    with, with this?
 6              ██ Per. 10 :  I mean, probably the entire office.
 7              MR. THAKUR:  Okay.  And what are some of the names
 8    you remember?
 9              ██ Per. 10 :  ██ (ph.).
10              MR. THAKUR:  Do you know ██ last name?
11              ██ Per. 10 :  ██ (ph.).
12              MR. THAKUR:  Okay.
13              ██ Per. 10 :  (Indiscernible 0:59:54.6).
14              MR. THAKUR:  ██ was the director?  Okay.
15              MR. IRVING:  So you said you -- ██████████████
16    ████  ████  ██  ██████████████
17              ██ Per. 10 :  ████████████████████  ████  ████
18    ██████████  ██████████████████████████
19    ██████
20              MR. THAKUR:  Okay.
21              MR. IRVING:  But you said that the Room 1 would
22    have put the personal label on the top of the box.  But what
23    makes you say that?
24              ██ Per. 10 :  Well I helped finish the boxes when
25    they were putting them on the trucks.
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

```
1    (01:00:41)

2            MR. IRVING:  Okay.  And, and you saw labels like

3    that?

4         ███ Per. 10 :  There were labels like that.

5            MR. IRVING:  Okay.

6         ███ Per. 10 :  But I wasn't packing them up

7    day-to-day.  I was sitting in ███████████.

8            MR. THAKUR:  And Room 1, that's an actual room

9    somewhere either at the White House or at Eisenhower

10   Executive Office Building?

11        ███ Per. 10 :  It's in the Eisenhower

12           MR. THAKUR:  Okay.  ████████████████████

13   ███████████████████████████      ███████████████

14   ████████

15        ███ Per. 10 :  ████████████████████

16           MR. THAKUR:  Okay.

17        ███ Per. 10 :  But not in Room 1.

18           MR. THAKUR:  Okay.  Okay.  And what, I guess, what

19   is your understanding -- how, how would the White House

20   Management Office understood to put MAL personal on that?

21   Who would they have talked to, to, to know which boxes to

22   label as such?

23        ███ Per. 10 :  I don't know, actually, who they talk

24   to, but --

25           MR. THAKUR:  Okay.  So you said ███████████ was --
```

Subject to Protective Order

USA-00817490

1    (01:01:46)

2         MR. THAKUR:  -- the director.  Who else do you

3    remember, um, working there, being involved with, sort of,

4    the labeling of boxes?

5         ███ Per. 10 :  ███  (ph.) managed the gift office.

6         MR. THAKUR:  ███  you said?

7         ███ Per. 10 :  ███.

8         MR. THAKUR:  Oh, ███.  Okay.  What's ███ last

9    name?

10        ███ Per. 10 :  ███  (ph.).

11        MR. THAKUR:  Okay.  Okay.  Anyone else?

12        ███ Per. 10 :  ███  (ph.).

13        MR. THAKUR:  Okay.  What's ███ last name?

14        ███ Per. 10 :  ███  (ph.).

15        MR. THAKUR:  Okay.  And what was ███ role?

16        ███ Per. 10 :  ███ was -- I guess ███ was deputy

17   director and ███ was director.  When ███ got promoted,

18   ███ took ███'s job.  Well there was a boy and then ███

19   took ███'s job.  ███ was in charge of -- for the last 2

20   weeks.

21        MR. THAKUR:  Okay.  So first it was ███ as

22   director.  Then ███ left so ███ was the deputy, or?

23        ███ Per. 10 :  It was ███.

24        MR. THAKUR:  Um-hmm.

25        ███ Per. 10 :  And then ███ became the step --

Subject to Protective Order                                    USA-00817491

1    (01:03:18)

2              ███ Per. 10 :  -- above that.

3         MR. THAKUR:  Okay.

4              ███ Per. 10 :  Then there was the guy whose name I

5    actually don't remember.

6         MR. THAKUR:  Okay.

7              ███ Per. 10 :  And then ██ left 2 weeks before the

8    end of the White House.  And ██████ was his deputy and ██████

9    took over.

10        MR. THAKUR:  Got it.  And were any of the boxes

11   that were labeled MAL personal in the -- in Room 1 of the

12   executive office building?

13             ███ Per. 10 :  The ones that said personal?

14        MR. THAKUR:  Yeah.

15             ███ Per. 10 :  I don't -- I don't know.

16        MR. THAKUR:  Okay.  Or were any boxes, um, that

17   were related to the president, kind of in the White House

18   Management Office?  Ones that -- any of the boxes that

19   ultimately went to Mar-a-Lago, were they in the, the White

20   House Management Office room?

21             ███ Per. 10 :  I'm not sure.

22        MR. THAKUR:  Okay.  And do you remember any

23   discussions at the White House Management Office of who they

24   would have talked to, to understand, you know, this is

25   personal, this is storage, or any other labels?

Subject to Protective Order                                    USA-00817492

1    (01:04:30)

2              ▮ Per. 10      (No audible response.)

3              MR. THAKUR:  Okay.  So you weren't involved in, in

4    putting the labels?

5              ▮ Per. 10 :  No.  When the trucks came at the very

6    end, they asked everyone to help --

7              MR. THAKUR:  Okay.

8              ▮ Per. 10 :  -- just make sure all the boxes got

9    on there.

10             MR. THAKUR:  Okay.

11             ▮ Per. 10 :  Because they just needed manpower.

12             MR. THAKUR:  Right.

13             ▮ Per. 10      But I wasn't --

14             MR. THAKUR:  Okay.

15             ▮ Per. 10      Actually packing them.

16             MR. THAKUR:  I understand.  And where were the

17   boxes at the time when it was moved to the trucks?

18             ▮ Per. 10 :  There's like a loading dock that goes

19   to the Eisenhower.  So we were just pushing the boxes down

20   the hallway.

21             MR. THAKUR:  Okay.

22             MR. IRVING:  You didn't -- you didn't label any of

23   the boxes?

24             ▮ Per. 10      Not that I remember.  I wasn't

25   packing, I wasn't labeling.  We were just trying to get --

Subject to Protective Order                                    USA-00817493

1    (01:05:14)

2              ▮▮ Per. 10  -- them on the truck.

3              MR. THAKUR:  Okay.  And other than the White House

4    Management Office personnel, do you know of anyone who was

5    involved in the labeling or suggesting how things should be

6    labeled?

7              ▮▮ Per. 10 :  I don't know who was in charge of

8    that.

9              MR. THAKUR:  Okay.  But you know, for instance,

10   was Per. 34 involved in, in either talking about the labels or

11   any, any part of the process in the labeling?

12             ▮▮ Per. 10 :  I don't know.

13             MR. THAKUR:  Okay.

14             MR. IRVING:  How about Walt?

15             ▮▮ Per. 10 :  Walt was a valet.

16             MR. IRVING:  Yeah.

17             ▮▮ Per. 10   So not to my knowledge.

18             MR. IRVING:  Okay.

19             MR. THAKUR:  Okay.  And you said the boxes that

20   you saw were in the loading dock of the Eisenhower Executive

21   Office Building, but you don't know whether or not it was --

22   these boxes were actually in the EEOB versus at the White

23   House?

24             ▮▮ Per. 10   Yeah.  I don't know if it said -- I

25   wasn't looking at the label on the box.

Subject to Protective Order                                    USA-00817494

```
 1    (01:06:07)

 2            MR. THAKUR:  Okay.  Do you want to bring maybe the

 3    box here?  Get a closer look.

 4            And your understanding of that the White House

 5    Management Office was involved in the labeling, how do you

 6    know that?  Is it something you witnessed them putting

 7    labels on?  Or did someone from that office --

 8        ███ Per. 10    Everyone shipped the boxes --

 9        SA FBI 41:  Did you see the top?

10        ███ Per. 10:  So Room 1 would have printed the

11    label.

12            MR. THAKUR:  Okay.

13        ███ Per. 10:  This white sheet.

14            MR. THAKUR:  Okay.  But I guess what's your basis

15    for knowing that?  Is that someone from there said that?  Or

16    someone else said Room 1 printed this?  Or you saw Room 1

17    printing this?

18        ███ Per. 10    I actually don't remember.  I just

19    know that I've always known that they were from the White

20    House Management Office.  But --

21            MR. IRVING:  What, what does it say?

22        ███ Per. 10:  It used to say attention Per. 34

23            MR. THAKUR:  Okay.  And is that the only part that

24    they would have written?  So for instance the daily season

25    one ███ Per. 34 ██, who would have written that?
```

Subject to Protective Order                                    USA-00817495

1    (01:07:33)

2              ▮ Per. 10 :   I don't know whose handwriting that

3    is.

4              MR. THAKUR:   Okay.   And then that blue sticker, do

5    now touch, do not remove.

6              ▮ Per. 10 :   That was my handwriting.

7              MR. THAKUR:   Okay.   And why did you put that?

8              ▮ Per. 10 :   Um, P. 34  wanted me to keep the box

9    close.  So I just didn't want anyone to touch it.

10             MR. THAKUR:   Okay.   And when did P.34 tell you to

11   keep this close?

12             ▮ Per. 10 :   After -- when P.34 was telling me to

13   scan them.

14             MR. THAKUR:   Okay.   But that was much -- that was

15   after this came to Mar-a-Lago?

16             ▮ Per. 10 :   Yes.   It would have been some time in

17   2021.

18             MR. THAKUR:   Okay.   And the green sticker that's

19   there, do you have any idea what, what that meant or who put

20   that on there?

21             ▮ Per. 10    No idea.

22             MR. THAKUR:   Okay.   Okay.   Did you see others with

23   the green sticker like that?

24             ▮ Per. 10 :   Not that I remember.

25             MR. THAKUR:   Okay.   Okay.   And the other --

Subject to Protective Order                                    USA-00817496

1    (01:08:36)

2         MR. THAKUR:  -- stickers that you might remember,

3    you said at the loading dock.  Did all of them have MAL

4    personal or did some have other stickers?

5         ███ Per. 10 :  There was two options, MAL personal

6    or MAL I don't know what it said, but, I don't know if it

7    said storage or what.

8         MR. THAKUR:  Okay.  And the MAL storage, where did

9    those boxes go?

10        ███ Per. 10 :  To storage.

11        MR. THAKUR:  Where?

12        ███ Per. 10   Are you asking what storage unit

13        MR. THAKUR:  Yeah.  Like, this is Life Storage or

14   this was -- was it in Virginia first?

15        ███ Per. 10 :  It was called Extra Storage.

16        MR. THAKUR:  Okay.  And where is that located?

17        MR. IRVING:  It's a --

18        ███ Per. 10   It's the same --

19        MR. IRVING:  Yeah, we've covered this one.

20        MR. THAKUR:  Oh, same as Life Storage?

21        MR. IRVING:  It just got bought out or something.

22   Yeah.

23        MR. THAKUR:  Got it.  Okay.  Understood.  And so

24   did all the MAL personal that, that came to Mar-a-Lago,

25   directly there?

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817497

1   (01:09:25)

2           ████ Per. 10    (No audible response.)

3           MR. THAKUR:  Okay.

4           ████ Per. 10:  Well, I don't --

5           MR. IRVING:  How do you know that?

6           ████ Per. 10:  Yeah, I guess technically I don't

7   know that.

8           MR. THAKUR:  Okay.

9           MR. THAKUR:  But you don't have any information

10  that it went anywhere else than Mar-a-Lago?

11          ████ Per. 10:  I saw other boxes that said MAL

12  personal at Mar-a-Lago.

13          MR. IRVING:  Okay.

14          MR. THAKUR:  Okay.  And where do these -- and

15  you -- as soon as the administration ended, you came to Mar-

16  a-Lago?

17          ████ Per. 10:  No.

18          MR. THAKUR:  Okay.  Where were you between, I

19  guess, the end of the administration and when you came to

20  Mar-a-Lago?

21          ████ Per. 10:  I didn't have a job.  I lived in

22  ████  ████████████.

23          MR. THAKUR:  Okay.  When did you start working at

24  Mar-a-Lago?

25          ████ Per. 10:  July 2021.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                    USA-00817498

```
1    (01:10:05)

2              MR. THAKUR:  Okay.  July 2021.  And did -- at that

3    point, did you come to Mar-a-Lago or did you go to

4    Bedminster?

5              ▇ Per. 10 :  Bedminster.

6              MR. THAKUR:  Okay.  Um, okay.  So before then, had

7    you ever been to Mar-a-Lago?

8              ▇ Per. 10    No.

9              MR. THAKUR:  Okay.  Okay.  And so when you came to

10   Mar-a-Lago, was that -- when was that?  After Bedminster?

11             ▇ Per. 10 :  Sometime in that summer.

12             MR. THAKUR:  Okay.  And at that point, where were

13   the MAL personal boxes?

14             ▇ Per. 10 :  I actually don't know.

15             MR. THAKUR:  Okay.  Do you remember I guess when

16   the first time you saw a MAL personal box at Mar-a-Lago?

17             ▇ Per. 10 :  The bathroom.

18             MR. THAKUR:  Okay.  Which bathroom?

19             ▇ Per. 10 :  The one at the top of the stairs.

20             SA FBI 21A :  From the 45 office?

21             ▇ Per. 10 :  (No audible response.)

22             SA FBI 21A   Okay.

23             MR. THAKUR:  Okay.  And when was that,

24   approximately?

25             ▇ Per. 10 :  The summer.
```

Subject to Protective Order

USA-00817499

1   (01:11:13)

2          MR. THAKUR:  Okay.  So pretty soon after you first

3   arrived at Mar-a-Lago, you saw it there?

4          ▐ Per. 10 ▌:  I mean not that box, but --

5          MR. THAKUR:  No, not that in particular, but a box

6   labeled MAL personal?

7          ▐ Per. 10 ▌:  Um-hmm.

8          MR. THAKUR:  Okay.  Approximately how many boxes

9   did you see marked MAL personal in the bathroom?

10         ▐ Per. 10 ▌:  I'm not sure.

11         MR. THAKUR:  More than one?

12         ▐ Per. 10 ▌:  Yeah.

13         MR. THAKUR:  Okay.  Just -- we're not going to

14   hold you to it, but sort of to give us a sense, this is,

15   like, more than five?  More than ten?

16         ▐ Per. 10 ▌:  I don't really remember how many.

17   Um, most of them were the brown boxes that are gifts.

18         MR. THAKUR:  Okay.  Any banker's boxes?

19         ▐ Per. 10 ▌:  No.

20         MR. THAKUR:  Okay.

21         SA ▐ FBI 21A ▌   And this is -- and just so it's, it's

22   on the record, we're talking about the ladies bathroom?

23         ▐ Per. 10 ▌:  It was our storage bathroom.

24         SA ▐ FBI 21A ▌   What do you mean?

25         MR. THAKUR:  So no one used it as an --

Subject to Protective Order                                    USA-00817500

1    (01:12:20)

2              MR. THAKUR:  -- actual bathroom?

3              ▆ Per. 10 :  Yeah, it wasn't, like, a bathroom.

4              MR. THAKUR:  Okay.

5              ▆ Per. 10 :  We used it as, like, a closet.

6              MR. THAKUR:  Okay.  And --

7              MR. IRVING:  Let me just clarify something.  You

8    said that there were no banker's boxes in the bathroom?

9              ▆ Per. 10 :  Not to my knowledge.

10             MR. IRVING:  Well that's where I'm going with

11   this.

12             ▆ Per. 10 :  Yeah.

13             MR. IRVING:  Like, do you know for a fact that

14   there were no banker's boxes or do you simply not recall

15   there being any?

16             ▆ Per. 10   I don't recall there being any.

17             MR. IRVING:  Okay.  Sir.

18             MR. THAKUR:  Did you see a box like that in that

19   bathroom?

20             ▆ Per. 10 :  No.

21             MR. THAKUR:  Okay.  And not, like, an all-white

22   box either, or a white with blue stripes?

23             ▆ Per. 10   No.

24             MR. THAKUR:  Okay.  And where did those, the brown

25   boxes, how long did they sit in the bathroom?

                    FREE STATE REPORTING, INC.
                  Court Reporting  Transcription
                     D.C. Area 301-261-1902
                    Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817501

```
 1      (01:13:13)
 2              ███ Per. 10    I don't remember.
 3              MR. THAKUR:  Okay.  But at some point they moved
 4      or are there still boxes?
 5              ███ Per. 10 :  No.  We use it as a bathroom now.
 6              MR. THAKUR:  Okay.  Do you know when,
 7      approximately, that happened?  Would that have been some
 8      point in 2021 or in 2022?
 9              ███ Per. 10    I don't know.
10              MR. THAKUR:  Okay.
11              MR. IRVING:  Okay.  Did you help move the boxes
12      out of the bathroom?
13              ███ Per. 10    I don't recall doing that, but I
14      was -- I moved lots of boxes.
15              MR. IRVING:  Okay.
16              MR. THAKUR:  Do you know who was involved in
17      moving the boxes out of there?
18              ███ Per. 10    No.
19              SA ███ FBI 41 :  When you say you moved lots of boxes,
20      can you just describe the nature of that?
21              ███ Per. 10 :  Like, I managed the Life Storage
22      units so I would move boxes with gifts in them frequently.
23              SA ███ FBI 41    From Life Storage to Mar-a-Lago?
24              ███ Per. 10    Yeah.  To replenish the gift closet --
25      hats, those types of things.
```

Subject to Protective Order                                          USA-00817502

1    (01:14:25)

2              SA [FBI 41]:  And when you say the gift closet, is

3    that how you guys refer to the storage room with the gold

4    door or --

5              [Per. 10]:  No.

6              SA [FBI 41]  -- is there another gift closet?

7              [Per. 10]:  The gift closet in the office.

8              SA [FBI 41]:  I see.  So the gift items that would

9    have been in the storage room with the gold door, that's

10   just kind of overflow, couldn't fit in the --

11             [Per. 10]:  Those are the higher price gifts.

12             SA [FBI 41]  I see.  Thank you.

13             MR. IRVING:  Are these gifts to President Trump or

14   gifts that he might give to someone that's visiting?

15             [Per. 10]:  Gifts he would give to someone that's

16   visiting.

17             MR. IRVING:  Okay.  (Indiscernible 1:14:56.1).

18             SA [FBI 41]  Were you picturing fan mail?

19             MR. IRVING:  Huh?

20             SA [FBI 41]  Were you picturing fan mail?

21             MR. IRVING:  I'm sure he gets an interesting array

22   of things in the mail.

23             SA [FBI 41]  Sure.

24             MR. THAKUR:  What -- I mean, just to get us a

25   sense, what kind of gifts would be there?

Subject to Protective Order                                    USA-00817503

1  (01:15:15)

2  ███ Per. 10 :  Keys.  The ones that were personal

3  higher price are keys are higher priced.  Challenge coins

4  are higher priced.  Like, medallions are higher priced.

5  Frames are higher priced.

6         MR. THAKUR:  Okay.

7  ███ Per. 10 :  Like, sweatshirts are higher priced.

8  Those types of items.

9         MR. THAKUR:  Okay.  And so the ones that went to

10  Life Storage or Extra Storage, those were labeled, you said,

11  MAL -- or no, or just storage?  Or what were they labeled?

12  ███ Per. 10  I don't recall how they're actually

13  labeled.

14         MR. THAKUR:  Okay.  And who was involved in the

15  decision about how to label that?  Was that also White House

16  Management Office or was that someone else?

17  ███ Per. 10  I don't -- it would -- I don't know

18         MR. THAKUR:  Okay.

19  ███ Per. 10  I can assume it would be them.

20         MR. THAKUR:  Okay.  And when the -- at the loading

21  dock you saw, you said both things labeled storage and

22  things labeled MAL personal?

23  ███ Per. 10  I wasn't looking at the labels.

24         MR. THAKUR:  Okay.

25  ███ Per. 10  So I don't know.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817504

1    (01:16:25)

2            MR. THAKUR:  But you don't think all of them were

3    MAL personal that were there at the loading dock?

4            ██ Per. 10 :  No.

5            MR. THAKUR:  Okay.  Okay.  Was there any

6    discussion about, when you started in July 2021, about the

7    storage room or about items that were going to go into the

8    storage room?  Like at Mar-a-Lago?

9            ██ Per. 10   I don't think so.

10           MR. THAKUR:  Okay.  And when you came to

11   Mar-a-Lago in that summer, at that point was there any talk

12   or did you have any understanding of, you know, that these

13   items were -- some boxes were going to go to the storage

14   room?

15           ██ Per. 10   I don't remember.

16           MR. THAKUR:  Okay.  And do you know if when you

17   arrived at Mar-a-Lago, whether that storage room had a lock

18   on it?

19           ██ Per. 10   It did not.

20           MR. THAKUR:  Okay.  How long, I guess, was it

21   until a lock was placed on it?  If you know approximately I

22   guess when the lock was placed there.

23           ██ Per. 10   Um, I don't remember, like, how many

24   months.

25           MR. THAKUR:  Okay.  And you said it didn't have --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817505

1    (01:17:51)

2            MR. THAKUR:  -- a lock.  So you were in, in the

3    storage room before it had a lock on it?

4            ███ Per. 10    Um-hmm.

5            MR. THAKUR:  Okay.  And what was in there at that

6    time?  Did you see any banker's boxes?

7            ███ Per. 10    (Indiscernible 1:18:00).

8            SPEAKER 2:  Okay.  Do you have a sense, I guess,

9    what was in those banker's boxes at the time?  Did it have

10   any label?

11           ███ Per. 10    (No audible response.)

12           MR. THAKUR:  Okay.  Did you see, I guess MAL

13   personal, the same similar kind of label on those banker's

14   boxes?

15           ███ Per. 10    No.  Just on the brown boxes.

16           SPEAKER 2:  Okay.  Any of those brown boxes in the

17   storage room as well?

18           ███ Per. 10    Um-hmm.

19           MR. THAKUR:  Okay.  And I guess you said -- so

20   this was the summer of 2021.  Do you know if it was, like, a

21   month or 2 months or so after you arrived when, when any

22   lock would have been placed there?

23           ███ Per. 10    I don't remember when they did it.

24   Mar-a-Lago was in charge of that.

25           MR. THAKUR:  Okay.  And that was sort of my --

Subject to Protective Order                          USA-00817506

1    (01:18:49)

2              MR. THAKUR:  -- next question.  Do you know who,

3    kind of, made the decision to put a lock there and who

4    actually got the lock placed on it?

5              ███ Per. 10 :  Mar-a-Lago.

6              MR. THAKUR:  Okay.  And when you say Mar-a-Lago,

7    that's particular staff members?

8              ███ Per. 10 :  I'm not sure who at Mar-a-Lago.

9              MR. THAKUR:  Okay.  Did you interact at all with,

10   uh, any of the Mar-a-Lago staff?

11             ███ Per. 10 :  Yes.

12             MR. THAKUR:  Okay.  Who in particular?

13             ███ Per. 10   They used to unlock it for me,

14   because you could lock it from the inside.

15             MR. THAKUR:  Okay.  This is obviously after a lock

16   was placed there, they would unlock it for you?

17             ███ Per. 10   No, this was before.

18             MR. THAKUR:  Okay.  So are you talking about a

19   lock to another door, or?

20             ███ Per. 10   It's a door with a pinhole in it.

21   MR. THAKUR:  Okay.

22             ███ Per. 10   A handle with a pinhole on it.

23             MR. THAKUR:  A door with a pinhole?

24             ███ Per. 10   Like, I don't know, a circle

25   doorknob?

Subject to Protective Order                                      USA-00817507

1    (01:19:54)

2          SA FBI 41    Kind of like what you would find on a

3    residential door inside of a home?  So it might have a lock

4    like that one on one side of it then other side, rather than

5    an actual place for a key, it's sort of like a --

6          Per. 10    Yeah.

7          SA FBI 41    -- very tiny screwdriver?

8          Per. 10    Um-hmm.

9          SA FBI 41    I see.  But that was only on the

10   inside of the door.  So you -- reasonably couldn't lock it

11   from the outside unless they used that little pin to

12   reengage the lock from the outside?

13         Per. 10    You would just lock it when you left.

14         MR. IRVING:  I see.

15         Per. 10    And then someone had to have like

16   a -- like a paperclip wasn't strong enough, you had to have,

17   like some sort of tool.

18         MR. IRVING:  Coat hanger.

19         FBI 21A    Something with a flat edge.

20         MR. IRVING:  Like when my kids lock themselves in

21   the bathroom.

22         Per. 10 :  Yeah.  And then they'd pop it open.

23         SA FBI 41    So you could engage a lock like that

24   from the inside and pull the door closed?

25         Per. 10    It's a push.

Subject to Protective Order

```
 1     (01:20:41)

 2          SA  FBI 41    I see.  Okay.

 3          MR. IRVING:  Yeah.  A push button.  So you push

 4    the button, close the door, and now it's locked.

 5          ███  Per. 10  :  Um-hmm.

 6          MR. IRVING:  In order to unlock it, you have to

 7    stick something in the little hole.

 8          ███  Per. 10  :  Yeah.

 9          MR. THAKUR:  Okay.  And who was it that would,

10    would do that on the Mar-a-Lago staff?

11          ███  Per. 10     I don't remember the guy's name.  His

12    office was, like, across from the basement.

13          MR. THAKUR:  Okay.

14          SA  FBI 21A :  Was his name  P. 66 ?

15          ███  Per. 10     No.

16          MR. IRVING:  No?

17          MR. THAKUR:  Did it start with a ███████████,

18    or?

19          ███  Per. 10     I think so.

20          MR. THAKUR:  Okay.

21          ██.  Per. 10   ██ didn't work there long.

22          MR. THAKUR:  Oh, no?

23          ███  Per. 10   ██ left.

24          MR. THAKUR:  When did ██ leave?

25          ███  Per. 10     I don't really know.  Just one —
```

Subject to Protective Order                                    USA-00817509

1    (01:21:22)

2              ███ Per. 10   -- day they were like ███ gone.

3         MR. THAKUR:  Okay.

4         SA FBI 41  Can you describe them physically, just

5    generally?

6              ███ Per. 10   I think ████████████████████

7    ███  ███  I think.

8         MR. THAKUR:  Any idea why ███ left?

9              ███ Per. 10 :  Not really.  I think ███ quit

10        MR. THAKUR:  Okay.  Do you know if ███ left on bad

11   terms or if ███ didn't like working there?

12             ███ Per. 10   I don't really know too much.

13        MR. THAKUR:  Okay.  And you didn't I guess email

14   ███ or call ███ or anything?  Okay.  Okay.  And -- but ███

15   the one who would -- who would let you in?

16             ███ Per. 10 :  I don't remember if it was ███, but

17   someone in that, like, ███ office.

18        MR. THAKUR:  Okay.  Got it.  Did you interact at

19   all with ███ Per. 19 ███ ?

20             ███ Per. 10 :  Yeah.

21        MR. THAKUR:  Okay.  Ever email P.19 ?

22             ███ Per. 10 :  Yeah.

23        MR. THAKUR:  Okay.  Do you have P.19 email address?

24             ███ Per. 10 :  I don't know it off the top of my

25   head.  I'm sure it's P.19 name, but it just auto populates.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                              USA-00817510

1    (01:22:50)

2              MR. THAKUR:  Okay.

3              ▉ Per. 10 :  When you type P. 19 , and then it

4    populates.

5              MR. THAKUR:  Okay.  And then what's the, the after

6    the at?

7              ▉ Per. 10 :  Mar-a-Lago.

8              MR. THAKUR:  Okay.  So I'd be like P. 19    at

9    Mar-a-Lago dot com?

10             ▉ Per. 10 :  It's usually both names.

11             SA FBI 21A:  Would you be willing --

12             ▉ Per. 10 :  But I mean, I don't know.

13             FBI 21A :  -- after this when you get back to a

14   machine that could do it, can you maybe pass it to your

15   attorney who can pass it to us?  Would you be willing to

16   give us the email address?

17             It's up to you, too, if you're okay with that?

18             MR. IRVING:  Yeah, we'll talk about it.

19             SA FBI 21A   Oh, sure.

20             MR. IRVING:  (Indiscernible 1:23:25.7).

21             SA FBI 21A   Okay.

22             MR. THAKUR:  And would you email with   Per. 66   ?

23             ▉ Per. 10 :  Yes.

24             MR. THAKUR:  Okay.  If you could give us P. 66 email

25   as well.

Subject to Protective Order                                          USA-00817511

1    (01:23:39)

2            MR. THAKUR:   Okay.   So the lock on it, you don't,

3    I guess, know which -- but you think it's sort of Mar-a-Lago

4    might have put it as opposed to someone from the 45 office

5    suggesting a lock there?

6            ███ Per. 10      (No audible response.)

7            MR. THAKUR:   Okay.

8            MR. IRVING:   Well what point in time are we

9    talking about?   Let me ask you this, did there come a time

10   when the little doorknob lock --

11           ███ Per. 10     Um-hmm.

12           MR. IRVING:   -- that we've been talking about.

13   Did there come a time when that stopped working?

14           ███ Per. 10 :   Where it stopped working?

15           MR. IRVING:   Yeah.

16           ███ Per. 10     No.   It was changed.

17           MR. IRVING:   Okay.   Tell us about that.

18           ███ Per. 10 :   It was supposed to be locked storage.

19   Mar-a-Lago didn't have a lock yet so they had that setup.

20   And then they finally went a bought a door -- a new door

21   handle.

22           SA FBI 21A    And this one required an actual key?

23           ███ Per. 10     Yeah.

24           SA FBI 21A    Okay.

25           MR. THAKUR:   Is that when --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817512

```
 1    (01:24:51)

 2              MR. IRVING:  When was that?

 3              MR. THAKUR:  Yeah.  When was that?

 4              ███ [Per. 10]:  Sometime throughout that summer/fall.

 5    Or fall.

 6              MR. THAKUR:  And was that ever mentioned in, um,

 7    like a work email or anything like that that you could refer

 8    to?

 9              ███ [Per. 10]   No.

10              MR. THAKUR:  Okay.  A text message?

11              ███ [Per. 10]   I don't think so.

12              MR. IRVING:  And it's -- that was around the, did

13    you say fall?

14              ███ [Per. 10]   I think.  Sometime in that 2021 era.

15              MR. IRVING:  Okay.

16              SA [FBI 41]   And how did you know it was supposed

17    to be locked storage?

18              ███ [Per. 10]   They told me that this is his locked

19    storage.  But I mean, Mar-a-Lago had to build it.

20              SA [FBI 41]   I see.  They being Mar-a-Lago told you

21    it's his locked storage?

22              ███ [Per. 10]   People in my office told me.

23              SA [FBI 41]   In the 45 office?

24              ███ [Per. 10]   (No audible response.)

25              SA [FBI 41]   Thanks.
```

Subject to Protective Order

USA-00817513

1   (01:25:47)

2        SA FBI 21A   Your wheels are turning.

3        MR. IRVING:  Sorry?

4        SA FBI 21A   Your wheels are turning.  I don't know

5  if you were going to say something.

6        MR. IRVING:  Yeah.  I'm just -- well part of it is

7  I'm trying to understand the facts myself.

8        Per. 10 :  Can I go to the bathroom?

9        SA FBI 21A   Of course.

10       MR. IRVING:  Oh, yeah.

11       Per. 10 :  Sorry.

12       SA FBI 21A   No, we -- I'm afraid not.

13       MR. IRVING:  If I could borrow a pen?

14      (01:26:16    Per. 10  exits the room.  SA FBI 41 ,

15  SA FBI 21A , AUSA Thakur, and Mr. Irving are still in the

16  room.)

17       SA FBI 21A   It's still a mystery, huh?

18       MR. IRVING:  Yeah.  I don't know what happened to

19  it.

20       SA FBI 21A :  Well have to check that, the couch you

21  were sitting on just in case it slipped out.

22       MR. IRVING:  It's probably on the -- I left it on

23  the plane.  Bummer.  This is a really distracting --

24       SA FBI 21A   The view?

25       MR. IRVING:  -- view.  Yeah.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order          USA-00817514

```
 1    (01:26:49)

 2              SA FBI 21A   Yeah.

 3              MR. IRVING:  It reminds me of, uh, when I was at

 4    (indiscernible 1:26:55.2) we had a San Francisco office

 5    that, like, overlooked, you know, the bridges and

 6    everything.

 7              SA FBI 21A :  Um-hmm.

 8              MR. IRVING:  It was really hard to pay attention

 9    to anything.

10              SA FBI 21A   That is a tactical looking pen.

11              MR. IRVING:  It's a space pen.

12              SA FBI 21A   Space -- oh, okay

13              MR. THAKUR:  Oh cool.

14              MR. IRVING:  Because I --

15              MR. THAKUR:  Writes upside down?

16              MR. IRVING:  -- destroyed a shirt on an airplane

17    one time.

18              SA FBI 21A   Oh, no.

19              MR. IRVING:  So the -- yeah, it has the little

20    pressurized --

21              MR. THAKUR:  Yeah.  Oh, neat.

22              MR. IRVING:  -- cartridges so that I don't do that

23    again.  Yeah.

24              SA FBI 21A   Do you ever hear -- there was, like,

25    this joke about, uh, the U.S. inventing a space pen?
```

Subject to Protective Order                                      USA-00817515

1       (01:27:34)

2                   SA FBI 21A   It was, like, during the space race,

3       you know, we realized that normal pens weren't working in

4       zero-g gravity.

5                   MR. IRVING:   Right.

6                   SA FBI 21A   And so the United States poured

7       millions and millions of dollars into research in order to

8       design what you're holding there, like, this pen that can

9       write in, in space.  And the Russians were just like, yeah

10      man we just use pencil.

11                  MR. IRVING:   That's probably true.

12                  MR. THAKUR:   Yeah.

13                  MR. IRVING:   Yeah.  The government contracted

14      it --

15                  SA FBI 21A:   Um-hmm.

16                  MR. IRVING:   -- and there's probably an entire

17      lifetime of -- yeah.  I was pissed with them.  I got up and

18      was -- it was my whole shirt.  Probably it was, like, my

19      only shirt.

20                  MR. THAKUR:   Oh, no.

21                  SA FBI 21A:   So is it -- was it the less pressure

22      in the plane, like, made it rupture or something?

23                  MR. IRVING:   Yeah.

24                  SA FBI 21A   Oh, that's got to be the worst.

25                  MR. IRVING:   Yeah.  So these are enclosed.

Subject to Protective Order                                    USA-00817516

1    (01:28:23)

2         SA FBI 21A   You know, we make fun of pocket

3    protectors, but when you need one and you don't have one --

4         MR. IRVING:  I know, right.

5         SA FBI 21A   You start to --

6         MR. IRVING:  Like, I can't bring myself to do it

7         SA FBI 21A   Yeah.

8         MR. IRVING:  But yeah.  Yeah.

9         MR. THAKUR:  That's pretty cool though.

10        MR. IRVING:  It's about as fancy as I get.

11        MR. THAKUR:  Yeah.  Good investment.

12        MR. IRVING:  Yeah.

13        SA FBI 21A   I mean I was eyeing it thinking, like,

14   where do I get one.

15        MR. IRVING:  Yeah.

16        SA FBI 21A   Will TSA let me fly with it.

17        MR. IRVING:  It's bigger and heavier, too.

18        SA FBI 21A   Yeah.

19        MR. IRVING:  It's actually kind of nice.

20        SA FBI 21A   That's good.

21        MR. THAKUR:  I usually try to keep a bunch in my

22   briefcase because I lose so many of them.

23        MR. IRVING:  Um-hmm.  Yeah.

24        SA FBI 21A   I appreciate you kind of hanging with

25   us, especially with my way of asking questions.  I have --

Subject to Protective Order

```
1    (01:29:08)

2            SA FBI 21A   -- a way of just not thinking about it

3    necessarily from all those angles, like --

4            MR. IRVING:  It's all good.

5            SA FBI 21A   -- so.

6            MR. IRVING:  No, I view my role as not being a,

7    you know, I'm not trying to obstruct anything.  I want to

8    make sure that P. 10 understands what you're asking.

9            SA FBI 21A   Um-hmm, right.

10           MR. IRVING:  And you understand what Per. 10 saying.

11   And so I -- my --

12           SPEAKER 1:  Yeah.

13           MR. IRVING:  I'm a facilitator, not a

14   (indiscernible 1:29:33) or confrontater (verbatim).

15           SA FBI 21A:  Sure (indiscernible 1:29:35).

16           MR. IRVING:  I'm not sure that's a word.

17           MR. THAKUR:  (Indiscernible 1:29:37) confrontator.

18           SA FBI 21A   Yeah.  Like, decider.

19           MR. IRVING:  (Indiscernible 1:29:42) George Bush

20   used to say --

21           SA FBI 21A   Strategery (verbatim).

22           MR. IRVING:  Strategery.

23           MR. THAKUR:  Strategery.

24           MR. IRVING:  Yeah, that's right.

25           MR. THAKUR:  (Indiscernible 1:29:48).
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                      USA-00817518

1    (01:29:48)

2        SA [FBI 41]   (Indiscernible 1:29:48).

3        SA [FBI 21A]  Yeah.

4        MR. IRVING:  If the President uses it, it's a word

5  now.

6        MR. THAKUR:  Yeah.

7        (01:29:55 ▇ [Per. 10]  re-enters the room.)

8        SA [Per. 10]  All right.

9        MR. THAKUR:  I guess we're talking about the lock

10  and stuff like that?

11        SA [FBI 21 A]  Yeah.

12        MR. THAKUR:  And so you said there was, like, a

13  new door?  Or was it a whole door was replaced?  Or just the

14  lock going on the door?

15        ▇ [Per. 10]  Just the handle.

16        MR. THAKUR:  Just the handle?  Okay.  And who in

17  the 45 Office talked about it?

18        ▇ [Per. 10]  Talked about what?

19        MR. THAKUR:  About getting a new lock there, or a

20  new handle.

21        ▇ [Per. 10] [Per. 34]

22        MR. THAKUR:  Okay.  Anyone else?

23        ▇ [Per. 10]  I don't think so.

24        MR. THAKUR:  All right.

25        MR. IRVING:  Is that the lock that's on there now?

Subject to Protective Order          USA-00817519

1    (01:30:37)

2          MR. THAKUR:  Well, there's another lock there now

3    as well.  But this was sort of, I guess, the lock that was

4    there at least through --

5          SA FBI 21A   The first, like, true lock --

6          MR. THAKUR:  Yeah.

7          SA FBI 21A   -- I guess, was put on the door?

8          MR. THAKUR:  Yeah.

9          MR. IRVING:  This is where I'm going.  Because at

10   least, according to press reports or whatever, they were --

11   DOJ -- I don't know who it was -- asked, you know, is there

12   a lock on that door?

13         MR. THAKUR:  Right.

14         MR. IRVING:  Or requested -- required that a --

15         MR. THAKUR:  Right.  A new --

16         MR. IRVING:  -- lock be put on the door.

17         MR. THAKUR:  Right.

18         MR. IRVING:  And then --

19         MR. THAKUR:  And then there was -- something else

20   was placed, I guess, in June of last year.

21         MR. IRVING:  2022?

22         MR. THAKUR:  Yeah.

23         SA FBI 21A   Were you involved with that or aware

24   of anything about that?

25              Per. 10   No.

Subject to Protective Order                    USA-00817520

1    (01:31:19)

2              SA FBI 21A    Okay.

3              MR. IRVING:  Well, who has the key to that lock

4    now?

5              ████  Per.10   Nobody really knew.

6              MR. IRVING:  No.  But I mean, who -- there's a --

7    I don't know.  Is this a padlock?  Or a —

8              SA FBI 21A:  So there (indiscernible 1:31:42) --

9              MR. IRVING:  Like (indiscernible 1:31:43) or what?

10             SA FBI 21A   So I have the doorknob lock that --

11   the first one that required a key.  And there's a separate

12   lock just above it where you have one of those sliding rods,

13   but it's held in place with a padlock.  So essentially, it

14   required two keys now to open that door.  So I guess,

15   really, we're asking about two keys now.  So who would've

16   had the keys?

17             ████  Per. 10   MAL security gave them to our office.

18   But really, it was only one key.

19             SA FBI 21A    Okay.

20             MR. THAKUR:  Okay.

21             MR. IRVING:  Well, I'm just trying to make sure --

22   so there's one key, but are there copies --

23             ████  Per. 10 :  We were only --

24             MR. IRVING:  -- of the key?

25             ████  Per. 10    -- given one key.

Subject to Protective Order                                    USA-00817521

```
 1    (01:32:28)

 2            MR. IRVING:  You were given one physical key?

 3            ▮ Per. 10    I wasn't, but yes.

 4            SA FBI 21A :  All right.

 5            MR. IRVING:  Okay.  And which key are we talking

 6    about?  Are we talking about the slide lock?  Or are we

 7    talking about the door -- the handle lock?

 8            ▮ Per. 10    I didn't know which one it went to.

 9            MR. IRVING:  Okay.

10            SA FBI 21A   If you -- after the search, the FBI

11    search --

12            ▮ Per. 10 :  Um-hum.

13            SA FBI 21A   -- was a new lock put on the door?

14            ▮ Per. 10 :  Recently.

15            SA FBI 21A   How recently?

16            ▮ Per. 10    Like, a month ago.

17            SA FBI 21A   Okay.  And is it a new padlock?

18            ▮ Per.10 :  I don't know.

19            SA FBI 21A   Oh, you don't know?  Okay.

20            ▮ Per. 10    I don't -- I don't go down there.

21            SA FBI 21A   Okay.  All right.  And you may not

22    know the answer to this question.  Whatever was put on, did

23    they do it in such a way that the key that opens the

24    doorknob also works for the padlock?  I know some people can

25    make that happen, but do you know if that happened?
```

Subject to Protective Order                                    USA-00817522

1    (01:33:31)

2              ▆ Per. 10    No.

3              SA FBI 21A   Okay.  All right.  I believe during

4    the search, the second lock was made inoperable after the

5    search.  So they would've had to -- you're saying now,

6    replace the one that used to exist as the second lock with a

7    new second lock?

8              ▆ Per. 10 :  I think so.  I don't --

9              SA FBI 21A   Okay.

10             ▆ Per. 10    -- know what they --

11             SA FBI 21A   Okay.  And you said you haven't been

12   down there, so it's --

13             ▆ Per. 10    Yeah.

14             MR. IRVING:  Who has the key to the new lock?

15             ▆ Per. 10    Me.

16             MR. IRVING:  Okay.

17             SA FBI 21A   Okay.

18             MR. IRVING:  Anybody else that you know of?

19             ▆ Per. 10    No.  I have, like, all five copies.

20             SA FBI 21A   Has anyone asked to borrow the key?

21             ▆ Per. 10    No.  Not since the lock was changed.

22             SA FBI 21A   Okay.  So is it safe to say that if

23   you have all -- from your understanding, you have all copies

24   of keys, and since the lock was changed, no one has had

25   access to that storage room because they would've had to --

Subject to Protective Order                                    USA-00817523

```
 1    (01:34:32)

 2             SA FBI 21A  -- go through you?

 3                 Per. 10 :  Um-hum.

 4             SA FBI 21A   Okay.  Barring any midnight sneaking

 5    into your desk kind of stuff, but just from what you're

 6    aware of?  Okay?

 7                 Per. 10   Um-hum.

 8             SA FBI 21A   So you got me thinking now.

 9             MR. IRVING:  That's where I was going.

10             SA FBI 21A   I'm making you proud, right?

11             MR. IRVING:  You got there faster.

12             SA FBI 21A   Yeah.  Okay.

13             MR. THAKUR:  Before the FBI search, who had keys

14    to that storage room?

15                 Per. 10   At one point, Per. 34   But I don't

16    even know if she had one, like, the month or two prior.

17    Like, it became -- like no one goes in there.

18             SA FBI 21A   Okay.

19             MR. THAKUR:  And did someone say no one should go

20    in there?

21                 Per. 10   No.  It's just --

22             MR. THAKUR:  Okay.

23                 Per. 10   -- people stopped.

24             MR. THAKUR:  Okay.  And why is that?

25                 Per. 10   I don't know why.  We can assume --
```

Subject to Protective Order

```
1    (01:35:25)
2              ███ Per. 10      -- why now, but nobody said anything
3    other.
4              MR. THAKUR:  Okay.
5              SA FBI 41      So they're no longer storing the more
6    expensive gift items in that room now?
7              ███ Per. 10    I don't know.
8              MR. THAKUR:  And when did people stop going into
9    the storage room?  We're talking about before the FBI
10   search.
11             ███ Per. 10    I mean, I don't know when everyone
12   stopped going in there.  I stopped, I think, in, like, 2021.
13             MR. THAKUR:  Um-hum.
14             ███ Per. 10     So probably, sometime in 2022.
15             MR. THAKUR:  Okay.  And you said Per. 34 may have
16   had a key (indiscernible 1:36:16) not have had a key at a
17   later point?
18             ███ Per. 10    Um-hum.
19             MR. THAKUR:  But do you know why that was?  Like,
20   why did P.34 give up P.34 key?
21             ███ Per. 10 :  No.  I don't know why.
22             MR. THAKUR:  Okay.  And how do you know P.34 may
23   not have had a key?  Did she say something?
24             ███ Per. 10     We needed more challenge coins, so I
25   was trying to figure out how to get the challenge coins --
```

Subject to Protective Order                                          USA-00817525

1    (01:36:42)

2              ███ Per. 10    -- from there.

3              MR. THAKUR:  Um-hum.  And then how did you

4    ultimately get the key for it?

5              ███ Per. 10 :  I don't remember.  I didn't go in

6    there to get them.  But yeah.

7              MR. THAKUR:  Okay.  And did Mar-a-Lago staff have

8    a key to that room?

9              ███ Per. 10 :  I think when the lock was first put

10   on, but I don't know that to be fact.

11             MR. THAKUR:  Okay.  All right.  Do we want to move

12   on to the box?  Or --

13             SA  FBI 21A    Yeah.  I was going to --

14             MR. THAKUR:  Okay.

15             SA  FBI 21A    So back since you were an employee of

16   the White House itself, I think you mentioned in the first

17   interview with us that you had a security clearance as an

18   employee.  Did you say it was a Top Secret clearance?  Or do

19   you remember?

20             ███ Per. 10    I think it was, yes.

21             SA  FBI 21A    Okay.  When you were granted that

22   clearance, was there any kind of training conducted?

23             ███ Per. 10    We had to sit in a briefing.

24             SA  FBI 21A    Okay.  Who conducted the briefing?

25             ███ Per. 10    I'm not sure.  I think the --

Subject to Protective Order

1       (01:37:57)

2               ███ Per. 10     -- security office.

3               SA FBI 21A    Okay.  Did they give you any training

4   on recognizing classification labels?

5               ███ Per. 10    I'm sure they did, but I don't

6   remember.

7               SA FBI 21A    All right.  And if it's the same

8   answer, then that's fine, but I'll ask you just to be

9   thorough.  The three levels of classification --

10              ███ Per. 10 :  Um-hum.

11              SA FBI 21A    Did they train you on that?

12              ███ Per. 10    I don't --

13              SA FBI 21A    No?  Okay.

14              ███ Per. 10    No.

15              SA FBI 21A    Just going through the words.

16  Confidential, secret, and top secret ring a bell at all?

17              ███ Per. 10 :  Yes.

18              SA FBI 21A    Okay.  Did they ever train you on how

19  to handle classified information properly?

20              ███ Per. 10     They probably did, but I don't

21  remember.

22              SA FBI 21A    Okay.  I just want to make sure we're

23  talking about, like, the same kind of training and --

24  because I know --

25              ███ Per. 10     It was, like, a PowerPoint briefing.

Subject to Protective Order                                          USA-00817527

1    (01:38:55)

2         SA **FBI 21A**  PowerPoint?  Okay.  Did you ever get

3    recurring training, whether it was every year or something?

4              **Per. 10** :  No.

5         SA **FBI 21A**  No?  That was just one time?

6              **Per. 10** :  One time.

7         SA **FBI 21A**  Okay.  Did they -- when you left the

8    White House, did they give you any kind of, like, a debrief,

9    or --

10             **Per. 10**  They gave us these forms.

11        SA **FBI 21A**  Okay.  All right.  And did they -- any

12   kind of training as for any brief on what you can and cannot

13   do with classified?

14             **Per. 10**  I'm sure they did.  They read us a

15   little speech.

16        SA **FBI 21A** :  Okay.

17             **Per. 10** :  And they gave us a form.

18        SA **FBI 21A**  All right.  So these documents, I

19   think you had probably told your attorney and whatnot, but

20   just so I can have it for the record, how did the documents

21   essentially get onto your laptop?

22             **Per. 10**  Scanned them.

23        SA **FBI 21A**  Okay.  And you performed the scan?

24             **Per. 10**  Um-hum.

25        SA **FBI 21A**  When did you scan?

Subject to Protective Order                                    USA-00817528

1   (01:39:52)

2            Per. 10     September 2021.

3          SA FBI 21A    September 2021?  Okay.

4          MR. THAKUR:  Through the beginning of October?

5            Per. 10    Beginning of October, yeah.

6          SA FBI 21A    Okay.  Who directed you to scan the

7 documents?

8            Per. 10     Per. 34

9          SA FBI 21A    Okay.  Do you remember the reason why

10 the contents of this box had to be scanned?

11            Per. 10 :  So we can have an electronic copy of

12 our records.

13          SA FBI 21A    Okay.  Were there any other boxes that

14 had to be scanned?

15            Per. 10     No.

16          SA FBI 21A    It was just that one?

17            Per. 10     Yeah.

18          SA FBI 21A    Okay.  What did you use --

19         MR. THAKUR:  Why just this one?  I mean, there

20 were obviously other boxes there.

21          SA FBI 21A    Because that was his -- the only

22 record of his schedule.

23         MR. THAKUR:  Okay.

24          SA FBI 21A    And did you understand it to be his

25 schedule when he was present at the White House?

Subject to Protective Order                        USA-00817529

1    (01:40:46)

2              ▮ Per. 10      Um-hum.

3              SA FBI 21A    Okay.   What did you use to scan the

4    documents?

5              ▮ Per. 10      The Adobe Scan app.

6              SA FBI 21A    All right.   And apps, we're talking

7    about a mobile device?   Okay.   What device?

8              ▮ Per. 10 :   My personal phone.

9              SA FBI 21A    Okay.   So how did the scanning work

10   when you -- you made an image of some kind --

11             ▮ Per. 10      Um-hum.

12             SA FBI 21A    -- correct?   Okay.   Did the image save

13   onto your phone at any point?

14             ▮ Per. 10      No.   So you'd put your phone over a

15   piece of paper.   It uses your camera and it creates a PDF --

16             SA FBI 21A    Okay.

17             ▮ Per. 10 :   -- on that image.   But it doesn't

18   save that image.

19             SA FBI 21A    Okay.   So that scan -- that digital

20   file, whatever it is, that -- where does it get saved?

21             ▮ Per. 10      I think, to the Adobe Cloud.   Like,

22   it's all in the app.

23             SA FBI 21A    Okay.   So your phone is a middleman,

24   but it never actually saves?   It just sort of affects --

25             ▮ Per. 10      (Indiscernible 1:41:42).

Subject to Protective Order

USA-00817530

```
1      (01:41:43)

2            SA  FBI 21A   -- the image and --

3                 Per. 10    Yeah.

4            SA  FBI 21A   -- directly puts it to the cloud?

5                 Per. 10    To my knowledge, yeah.

6            SA  FBI 21A   Okay.

7                 Per. 10    I don't know how apps work, but

8      that's my understanding of how it works.

9            SA  FBI 21A   Okay.

10           MR. THAKUR:  Did you set up that Adobe Cloud

11     account?

12                Per. 10    Yes.

13           MR. THAKUR:  Okay.  Approximately when?

14                Per. 10    When I first started.

15           MR. THAKUR:  Okay.

16           SA  FBI 21A   Started working on this project?  Or

17     started working for the 45 Office?

18                Per. 10    For the office.

19           SA  FBI 21A   For the office?  Okay.

20           MR. THAKUR:  So that would've been around July of

21     2021?

22                Per. 10    Um-hum.

23           MR. THAKUR:   Okay.  And why did you create it?

24                Per. 10 :  So I could scan notes.

25           MR. THAKUR:  Okay.  What kind of notes?
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1    (01:42:19)

2              ███ Per. 10    His personal notes.

3              MR. THAKUR:  Okay.  This is notes -- like, recent

4    notes that he wrote or from his time at the White House?

5              ███ Per. 10    Like, notes he writes to his friends.

6              MR. THAKUR:  Okay.  And is that something that --

7    someone asked you to scan all those notes?

8              ███ Per. 10    You scan it.  You send it to the

9    person, electronically.  And then you mail it.

10             MR. THAKUR:  Sorry, say again?  So you scan it and

11   then you -- but the physical stuff is actually sent by mail?

12             ███ Per. 10    Um-hum.

13             MR. THAKUR:  Okay.  But in terms of the scanning,

14   who said this is sort of a good idea to scan all this to

15   kind of keep a record?  Did someone in the office say, you

16   know,  ███ Per. 10  , can you scan this?

17             ███ Per. 10 :  His notes?  Or --

18             MR. THAKUR:  Yes.  Basically, trying to send a

19   creation of it --

20             ███ Per. 10 :  Per. 34  sent his notes to his friends.

21             MR. THAKUR:  Okay.

22             ███ Per. 10    So I would scan them to have a record

23   of what was mailed out.

24             MR. THAKUR:  Okay.  Got it.  So Per. 34 basically

25   said, can you scan these for the President?  Or was --

Subject to Protective Order                          USA-00817532

```
1      (01:43:35)

2              MR. THAKUR:  -- this your idea?

3              ███ [Per. 10]   It was -- I mean, it's just to keep a

4      record of it, like --

5              MR. THAKUR:  Okay.  Got it.  Okay.  And do you

6      know what email you used to create this account?

7              ███ [Per. 10]   My personal email.

8              MR. THAKUR:  And what is that?

9              ███ [Per. 10] :   ███ [Per. 10]

10             MR. THAKUR:  And that's

11     ███████ [Per. 10] ████?

12             ███ [Per. 10]   Um-hum.

13             MR. THAKUR:  Okay.  Is there any fee associated

14     with the cloud account?

15             ███ [Per. 10]   Yes.

16             MR. THAKUR:  Okay.  And is that something the 45

17     Office or Save America pays for?  Or do you pay for it and

18     you get reimbursed?

19             ███ [Per. 10]   I pay for it.

20             MR. THAKUR:  Okay.

21             SA [FBI 21A]   Do you get reimbursed for it though?

22             ███ [Per. 10]   I didn't submit my reimbursement last

23     year for it.

24             MR. THAKUR:  Okay.

25             SA [FBI 21A]   All right.  Would they reimburse it?
```

Subject to Protective Order

USA-00817533

```
1    (01:44:45)

2              ▮ Per. 10 :  Yes, probably.

3         SA ▮ FBI 21A   Never got around to it?

4              ▮ Per. 10   Yeah.  I just didn't --

5         SA FBI 21A   Okay.  No particular reason?

6              ▮ Per. 10   No.

7         SA FBI 21A   Okay.

8         MR. THAKUR:  So other than notes to friends, what

9    else did you scan?  And obviously, other than this box.

10             ▮ Per. 10   Like, my W-2, things that I would

11   need to scan or --

12        MR. THAKUR:  Your own personal W-2?

13             ▮ Per. 10   Yeah.

14        MR. THAKUR:  Okay.

15             ▮ Per. 10   Or like --

16        MR. THAKUR:  How about the President's W-2?

17             ▮ Per. 10 :  No.

18        MR. THAKUR:  Okay.  What's the name of this app?

19             ▮ Per. 10   Adobe Scan.

20        MR. THAKUR:  Adobe Scan?  Okay.

21        SA ▮ FBI 41   And so we're not personally familiar

22   with the app, or at least, I have -- the two of us have not

23   used it before.  It sounds like the scans go into the app or

24   perhaps into a cloud access through the app.

25             ▮ Per. 10   Um-hum.
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1    (01:46:00)

2            SA FBI 41    Is this similar to a drop box, if

3    you're familiar?  Or people with different accounts?  Can

4    you -- you're going to demonstrate?  Okay.

5            MR. IRVING:  I actually have it.  So yeah, I've

6    had it for a while.  So (indiscernible 1:46:15).  You take

7    the picture.

8            SA FBI 41    Um-hum.

9            MR. IRVING:  And then --

10           SA FBI 21A    It finds the borders?

11           MR. IRVING:  It's (indiscernible 1:46:27).

12           Per. 10 :  Hit continue.

13           MR. IRVING:  Hit continue.

14           Per. 10    Then it creates a PDF.

15           MR. IRVING:  (Indiscernible 1:46:36).

16           Per. 10    Then you can save it.

17           SA FBI 21A:  So you have a choice of saving on your

18   personal phone or saving it to the cloud?

19           MR. IRVING:  Well, when you save it --

20           Per. 10    Well, you just --

21           MR. IRVING:  -- it automatically --

22           Per. 10 :  It goes in the app.

23           MR. IRVING:  -- goes to the cloud.

24           SA FBI 21A    Oh.  So you need a cloud?

25           Per. 10 :  And then you can share it.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                          USA-00817535

```
 1   (01:46:55)

 2           SA FBI 21A   Okay.

 3           MR. IRVING:  So if I --

 4           Per. 10 :  Go to (indiscernible 1:46:58).

 5           MR. IRVING:  -- close it, open it up again.  Go to

 6   Chrome.

 7           Per. 10    Chrome.

 8           MR. IRVING:  It'll have a different documents that

 9   are on there.

10           SA FBI 21A   Okay.

11           MR. IRVING:  And whatever.

12           SA FBI 41   So I understand there's a share

13   function, but when that goes into your account in the app,

14   is it then viewable by anyone else before you share it?  Or

15   does that stay in your personal account?

16           Per. 10    It's in my account, I assume.

17           SA FBI 21A   Like, if you didn't explicitly share

18   it with me, could I access it?

19           Per. 10    Not unless you have my password.

20           SA FBI 21A   Right.  That would -- okay.  So it's

21   contained in some way?  Okay.

22           SA FBI 41   Is your account linked with any other

23   account?

24           Per. 10 :  Not to my knowledge.

25           SA FBI 41   So when you completed this task at --
```

Subject to Protective Order

1    (01:47:50)

2          SA  FBI 41    --  Per. 34   request to scan the

3    documents in the box, did you share what was uploaded into

4    the app?  With whom?

5          Per. 10 :  I sent links via email.

6          SA  FBI 21A    Do you remember who?

7          Per. 10     To  Per. 34 .

8          SA  FBI 21A :  To  Per. 34 ?  Anyone else?

9          Per. 10 :  Not to my knowledge.

10         SA  FBI 21A    Okay.

11         SA  FBI 41 :  And I'm mostly asking just to kind of

12   get a sense of the way that this record will be maintained

13   because I understand that same with the notes, the desire

14   was to have an electronic record.  But I just want to be

15   clear: was the intention for you to maintain that electronic

16   record within your own personal account?  Or was it you were

17   just performing the task for someone else to maintain the

18   record?

19         Per. 10 :  I think -- I don't really know what

20   the purpose was.

21         MR. IRVING:  I'm not sure I'm clear on what you're

22   asking.  Sorry.

23         SA  FBI 41    So I understand you sent  Per. 34  the

24   link.

25         Per. 10 :  Um-hum.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                    USA-00817537

1    (01:48:46)

2         SA ▇ FBI 41 ▇:   And I guess, what I'm getting at is

3    these all first went into your personal account in Adobe.

4         ▇ Per. 10 ▇:   Um-hum.

5         SA FBI 41    And perhaps P.34 didn't communicate

6    this to you, right, but I'm wondering, was the purpose of

7    that so that the electronic record would stay in

8    ▇ Per. 10 ▇ personal account on Adobe or so that the link

9    could be sent to someone else who would maintain that

10   record?

11        ▇ Per. 10 ▇:   Like, Per. 34 didn't ask me to use Adobe.

12   We just didn't have a big enough, like, computer printer

13   that scanned.

14        SA FBI 41 :   Sure.

15        ▇ Per. 10 ▇:   So like, this was just the easiest

16   way to do it.

17        SA FBI 21A    Let's think about it this way.   And

18   you are answering the question.   I just have another way of

19   thinking about it now.   So these documents are important

20   enough to be scanned.   They're still on your account, I'm

21   assuming.   Per. 34 not there anymore.   But I'm assuming for

22   the purposes of the President or the 45 Office or Save

23   America PAC, like, these documents -- these scanned

24   documents still have some kind of value, as it's -- that

25   they need the digital record for something maybe to refer --

Subject to Protective Order                          USA-00817538

1    (01:49:46)

2         SA **FBI 21A**:  -- to or whatever.  We can just

3    speculate only.  But does someone else have a copy of this,

4    either from **Per. 34** -- that they can have their own copy to

5    refer to when they need to?  Or do they always have to go to

6    you and say hey, the President is very curious about a

7    schedule from March of 2019 that's -- it's one of the

8    documents you scanned.  Can you go find it for me?  Like,

9    the digital one.  Like -- you know what I mean?  Like, we're

10   trying to figure out -- like how does this work?  Do they

11   have their own repository, their own copy of everything that

12   you scanned?

13         **Per. 10**   I don't know.

14         MR. IRVING:  So **P. 34** wouldn't be able to -- **P. 34**

15   wouldn't -- **P. 34** couldn't know, right?  So **P. 34** -- if **P. 34**

16   sends a link --

17         SA **FBI 21A**:  Um-hum.

18         MR. IRVING:  You know -- right, so I said I --

19   let's reverse roles here, right?  So you know -- right, so

20   I'm **Per. 10** and I scan the thing.

21         SA **FBI 21A**:  Um-hum.

22         MR. IRVING:  I send you a link.  It's now in the

23   cloud.  I sent you a link.  Now you can access it.

24         SA **FBI 21A**  Um-hum.

25         MR. IRVING:  What do you do with it?  I don't --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817539

1    (01:50:54)

2            MR. IRVING:  -- know.  Right?  So you can

3    either --

4            SA FBI 21A   Right.

5            MR. IRVING:  -- download it --

6            SA FBI 21A   Um-hum.

7            MR. IRVING:  -- onto your laptop, or you could

8    forward the link to someone else who could also then

9    download it --

10            SA FBI 21A   Um-hum.

11            MR. IRVING:  -- hypothetically.  I don't know

12    (indiscernible 1:51:04).  But --

13            SA FBI 21A :  Right.

14            MR. IRVING:  I mean, do you know whether P. 34

15    forwarded the links to anybody?

16            ▮ Per. 10    No.

17            SA FBI 21A   Do you know if the contents of these

18    scans were ever downloaded, you know, by Per. 34, but onto

19    another device?

20            ▮ Per. 10    Uh-uh.

21            SA FBI 21A   All right.  So as far as you're

22    aware -- I'm not saying that this is the actual case here.

23    But as far as you're aware, you know, you sent a link to

24    Per. 34   What P. 34 did with it or didn't do with it is

25    whatever.  But you're probably, from what you're aware of --

Subject to Protective Order                    USA-00817540

1    (01:51:37)

2         SA FBI 21A:  -- the only one who still has these

3    document images?

4              Per. 10:  Probably.

5         SA FBI 21A   Okay.  There's a chance that from

6    sending the link to Per. 34 that it could've propagated in

7    other ways, but you don't know that?  But just so what you

8    are aware of, is that a fair way of asking?

9         MR. IRVING:  Yeah.  I mean --

10        SA FBI 21A:  Okay.

11        MR. IRVING:  Like -- and I think we were talking

12   about this the other day.  I mean, I don't know -- where is

13   Per. 34   laptop?

14        SA FBI 21A:  Right.

15        MR. IRVING.  I don't know.

16        SA FBI 21A:  Right.

17        MR. IRVING:  You know, did Per. 34 send it on to

18   someone?

19        SA FBI 21A   Or did P. 34 just save the link for

20   whenever P. 34 needed it and it never came up?

21        MR. IRVING:  And if P. 34 did, did they -- you know,

22   did they send it to someone else --

23        SA FBI 21A   Exactly.

24        MR. IRVING:  -- you know?  Or did they --

25        SA FBI 41:  Yeah.

Subject to Protective Order                                    USA-00817541

```
 1    (01:52:11)

 2              MR. IRVING:  -- download it to their laptop?

 3              SA FBI 21A:  And the reason why we're asking this

 4    is -- like, I mean, once this was found, you notified it.

 5    We're grateful.  And this isn't to, like -- in any way to

 6    make you feel like you did something wrong.  We're just --

 7    like, our specialty is classified information.  So what we

 8    do is we try to find every place on the planet, whether

 9    physical or digital, that it's lived.

10              MR. IRVING:  True.

11              SA FBI 21A:  And to be fair -- and I'll say, like,

12    okay.  We'll have our technical people review the app

13    because I believe you when you are under the impression

14    that -- or under the understanding that this app isn't

15    supposed to save it directly to your phone.  It does

16    whatever.  But our technical people have a way of making

17    sure that the programmers didn't actually make that happen,

18    and it just wasn't advertised.  Not your fault.  But we're

19    going to do that because if that's the case, then we're

20    obligated to then come back to you.  We'll talk to you in

21    about -- we may have to see the phone because if there's a

22    record of classified that's on that phone, it's just -- we

23    just have to scrub it clean, all right?  So just making you

24    aware it's not to, like --

25              MR. IRVING:  Well, that's fair.  It's like --
```

Subject to Protective Order                    USA-00817542

```
 1    (01:53:12)
 2              MR. IRVING:  -- classified contract paper --
 3              SA FBI 21A   Right.
 4              MR. IRVING:  -- tracing.
 5              SA FBI 21A   And since you've been very
 6    cooperative, we can --
 7              SA FBI 41    That's (indiscernible 1:53:15).
 8              SA FBI 21A:  -- work out ways in such a way that --
 9    you know, to make sure that you're not going long without it
10    or that, you know -- in a way where it's not just us taking
11    it and we're not going to be unnecessarily looking at things
12    that we shouldn't.  It's just to get rid of that
13    classified -- I don't have any concerns about that because I
14    think, most of the time, when they say it doesn't get saved
15    onto a device, it doesn't.  But --
16              MR. IRVING:  No.  I hear you.
17              SA FBI 21A   -- we just --
18              MR. IRVING:  And devices have a lot of memory.
19    So --
20              SA FBI 21A:  Yeah.
21              MR. IRVING:  -- let's talk about it later.
22              SA FBI 21A:  Right.
23              MR. IRVING:  I mean, you know, I wonder if -- like
24    if you go onto your iCloud account, would you see any of
25    this data on there?  I know you checked Office 365.
```

Subject to Protective Order

1   (01:53:55)

2          ▮▮ Per. 10 :  Yeah.   Nothing was (indiscernible

3   1:53:56).

4          MR. IRVING:  Why don't we save that for when we

5   talk about the laptop?

6          MR. THAKUR:  Yeah.

7          SA FBI 21A   Okay.

8          MR. IRVING:  But there might be a way, for

9   example -- like, if your folks are comfortable with it --

10  you know, if Per. 10 performed a backup and then did the -- you

11  know, like, just start over --

12         SA FBI 21A :  (Indiscernible 1:54:19).

13         MR. IRVING:  -- the wiping of the -- you know --

14         SA FBI 41 :  (Indiscernible 1:54:20).

15         MR. IRVING:  -- like, a total reset on P. 10 --

16         MR. THAKUR:  Right.

17         MR. IRVING:  -- phone.

18         MR. THAKUR:  We can talk about that.  For now,

19  don't do anything.  Don't access it.  Don't touch it.

20  Don't, obviously, send a link to anyone else on it.  But

21  then we'll talk about --

22         SA FBI 21A :  Yeah.

23         MR. THAKUR:  -- how to go forward.

24         SA FBI 21A :  Yeah.  And we're talking -- in that

25  case, we're talking about the Adobe share.

Subject to Protective Order                    USA-00817544

1    (01:54:39)

2              MR. THAKUR:   Right.

3              SA ▮FBI 21A▮:   Your phone, the way we operate, is

4    like -- and it's a little bit of trust that goes both ways

5    here -- that if you don't know that it's there, like, then

6    you use the phone like you normally would use your phone.

7    But if you have any indication that there's something there

8    that maybe comes from this Adobe account or from this scan,

9    it doesn't have to be, like, you actually to see a -- like,

10   where you're scrolling through your photos that you actually

11   see a classified document.  But if you see another document

12   that you know was part of this scan group --

13              ▮ Per. 10 ▮:   Um-hum.

14              SA ▮FBI 21A▮:   -- then you can make the logical

15   assumption, like, okay -- that maybe the document that is

16   classified is also somewhere in this memory.

17              ▮ Per. 10 ▮:   Um-hum.

18              SA ▮FBI 21A▮   At that point, try to, you know, limit

19   the use on the phone.  Contact your attorney.  We'll figure

20   out a way.  That's the way it's supposed to be done.  People

21   do catch things.  They let us know.  We figure out a way to

22   kind of scrub that part clean.  And everyone goes by on

23   their day.  No harm, no foul.

24              ▮ Per. 10 ▮   Um-hum.

25              SA ▮FBI 21A▮   Right?  So that's what we do.  But --

Subject to Protective Order                                    USA-00817545

1    (01:55:27)

2            SA FBI 21A:  -- you haven't had an indication that

3    your personal phone has these records, so I'm not going to

4    say don't use your phone because, like, there's no -- I

5    mean, why?  Then you can't even do what it is that you need

6    to do for your daily job for absolutely nothing more than

7    paranoia, you know?  It doesn't make sense.  So how does

8    that sound?

9            MR. IRVING:  Sure.  I'm totally on board with

10   that.  Another thought is to have her delete the app.

11           SA FBI 21A   It could still be in memory.

12           MR. IRVING:  Right.

13           SA FBI 21A   And sometimes the other reason why

14   we're hesitant on -- I mean, if you -- right now, your phone

15   is fair game with whatever it is you want.  There's nothing

16   there.  If you decide today you just want to delete

17   everything on it, like, I don't have a reason to say no.

18   Because I don't have any indication -- anything to say that

19   there's actually something classified on your phone.  But

20   what I'm saying is if you do know that there's something

21   potentially there, don't do that.

22           MR. IRVING:  Um-hum.

23           SA FBI 21A:  Because it isn't just scrubbing the

24   phone.  It's to see if anything else accessed your phone and

25   pulled that date off because we still have to follow it.

Subject to Protective Order                                    USA-00817546

1    (01:56:24)

2            SA **FBI 21A**    And if you do delete it, then that

3    trail is cold for us.  We can't do that.

4            MR. IRVING:  No.  I'm with you.  And I'm --

5            SA **FBI 21A**    Yeah.

6            MR. IRVING:  -- sensitive to the obstruction

7    concerns as well.  But so have you ever accessed the Adobe

8    account over the computer instead of the phone?

9            ■ **Per. 10** :  No.  Just --

10           MR. IRVING:  Because you don't want to cut

11   yourself off completely on it.  But --

12           ■ **Per. 10** :  -- send, like, if -- the link.  But I

13   don't think that linked back to my whole account.

14           MR. IRVING:  Okay.

15           ■ **Per. 10**    Just like, to the specific document.

16           MR. IRVING:  Okay.  I was thinking -- like, if

17   there is any way we can figure out the --

18           MR. THAKUR:  What can you -- and so you saved --

19           MR. IRVING:  (Indiscernible 1:57:02).

20           MR. THAKUR:  -- all those PDFs that you scanned

21   onto the cloud onto your laptop as well?

22           ■ **Per. 10** :  Um-hum.

23           MR. THAKUR:  Okay.  Got you.

24           SA **FBI 41**    And if we can spend one more moment on

25   that --

                        FREE STATE REPORTING, INC.
                      Court Reporting  Transcription
                          D.C. Area 301-261-1902
                        Balt. & Annap. 410-974-0947

Subject to Protective Order                                        USA-00817547

```
 1    (01:57:12)

 2              SA  FBI 21A    Sure.

 3              SA  FBI 41    That's kind of what I wanted to get

 4    at.  I don't want you to speculate at all about what

 5    might've happened with the link, whether -- when  Per. 34

 6    received it or anyone else.  I'm just thinking about when

 7    you scanned the documents --

 8              Per. 10 :  Um-hum.

 9              SA  FBI 41 :  Because I know you said -- nobody said

10    hey, please use Adobe.  It just -- it made sense.  It was

11    useful.

12              Per. 10    Um-hum.

13              SA  FBI 41    It helped you accomplish the task.

14    But to your knowledge, after scanning them in Adobe, was

15    there a final destination for these documents?  Maybe it was

16    your laptop?  Maybe it was another hard drive just to save

17    it in case you don't have internet access?  Maybe you can't

18    get on the app?

19              Per. 10 :  No.  Like, I emailed them to myself

20    to be able to merge in the massive PDFs for each year.  I

21    would send the links.  So that's how they were downloaded on

22    my laptop.

23              SA  FBI 21A :  Um-hum.

24              Per. 10 :  But it wasn't, like, intentional.

25              SA  FBI 41    No, no, no.  Sure.  Do you want me --
```

Subject to Protective Order                                    USA-00817548

1

2    (01:58:01)

3              SA  FBI 41   -- to --

4         MR. IRVING:  I think you guys are talking past

5    each other a little bit.  Do you know what  Per. 34  was

6    planning on doing with this -- with these documents?

7              Per. 10 :  (Indiscernible 01:58:10)

8         MR. IRVING:  Did  P.34  ever --

9              Per. 10    (Indiscernible 1:58:12).

10        MR. IRVING:  -- explain to you what the purpose of

11   this was?

12             Per. 10 :  Not explicitly.  Like, I have an idea

13   of what  P.34  wanted to do.

14        MR. IRVING:  Okay.  Where do you get the idea

15   from?  Like, what is it that makes you -- we'll talk about

16   what that is in a minute.  But what is it -- what is your

17   basis for that?

18             Per. 10 :  I vaguely remember that, but I don't

19   remember an explicit conversation or, like, an email about

20   it.

21        MR. IRVING:  Okay.  And what is it that you have

22   some recollection of?

23             Per. 10 :  That they used for the speechwriters

24   so they could know, like, he said this on this date or this

25   on that date.  I don't remember, like, the explicit --

Subject to Protective Order                                           USA-00817549

1   (01:59:00)

2            ███ Per.10   -- conversations.  I don't know how I

3   got to that idea or assumption.

4         SA FBI 41   Sure.  But at this point, just asking

5   you, personally -- not speculation on what anyone else

6   might've done -- but the only places that these have gone,

7   to your knowledge, are into Adobe and then maybe through

8   some links to your email in Adobe --

9            ███ Per. 10   Um-hum.

10        SA FBI 41   -- but then saving to your laptop?

11           ███ Per. 10   Um-hum.

12        SA FBI 41   No other -- no jump drive?  Hard

13  drive?

14           ███ Per. 10      Per. 60   put them on a hard drive

15  to give to you guys.

16        SA FBI 21A :  Okay.

17           ███ Per. 10   Like, a flash drive.

18        SA FBI 21A :  Um-hum.  Yeah.  And Per. 60

19  communicated -- I'm sorry.

20        SA FBI 41   No.  But you just had it in Adobe and

21  then the laptop?

22           ███ Per. 10 :  (Indiscernible 1:59:38) yeah.

23        SA FBI 41   Thank you.

24        SA FBI 21A   Has anyone else ever operated your

25  laptop?

Subject to Protective Order                                    USA-00817550

1   (01:59:42)

2            ███ Per. 10    ███ Per. 60    , when P. 60 was downloading

3   the documents.

4            SA FBI 21A:  Okay.  Anyone else besides P. 60?

5            ███ Per. 10    No.

6            SA FBI 21A   Okay.

7            MR. THAKUR:  And do you know if you got it from

8   the PDFs on your laptop?  Or did you access the link?

9            ███ Per. 10    The link.

10           MR. THAKUR:  Okay.

11           ███ Per. 10    I didn't know that I had them or

12  remember that I had them on my laptop at that time.

13           MR. THAKUR:  Okay.  Got it.  And the link is still

14  active?

15           ███ Per. 10 :  Yes.

16           MR. THAKUR:  Okay.  I'm interested in learning a

17  little bit more about where the box kind of originated.  Do

18  you happen to know, you know -- where was this box kept

19  before it came to Mar-a-Lago?

20           ███ Per. 10    I have no idea.

21           MR. THAKUR:  Okay.  And Per. 34 didn't say or no one

22  else said just kind of where this was, like, during the

23  administration?

24           ███ Per. 10    None of these are copies.

25           MR. THAKUR:  Okay.  And you know, we see --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                              USA-00817551

1    (02:00:39)

2           MR. THAKUR:  -- handwriting on some of the

3    schedules.  That's not your handwriting --

4           ██ Per. 10 :  No.

5           MR. THAKUR:  -- on any of it?  Okay.  Okay.  And I

6    guess, when did you first become aware of the box?

7           ██ Per. 10 :  In September.

8           MR. THAKUR:  Of 2021?

9           ██ Per. 10   Like, well -- I think it was

10   September.  I don't remember exactly.

11          MR. THAKUR:  Okay.  So --

12          SA FBI 21A   We're talking about the year of 2021?

13          ██ Per. 10   Yeah, yeah.

14          SA FBI 21A   Oh, okay.

15          MR. THAKUR:  So shortly before you were asked to

16   scan it is when --

17          ██ Per. 10   Yeah.  When the project was first

18   introduced to me --

19          MR. THAKUR:  Okay.

20          ██ Per. 10 :  -- is when I learned about it.

21          MR. THAKUR:  Okay.  And did you see it, I guess --

22   where it was being kept at that time?

23          ██ Per. 10   Yes.

24          MR. THAKUR:  Okay.  And where was that?

25          ██ Per. 10   Under Per. 34  desk.

Subject to Protective Order                                          USA-00817552

1    (02:01:31)

2            MR. THAKUR:  Okay.  All right.  And so that's in

3    the 45 Office?

4            ███ Per. 10    Um-hum.

5            MR. THAKUR:  Okay.

6            SA FBI 21A    The desk that you're sitting at now?

7            ███ Per. 10 :  Um-hum.

8            MR. THAKUR:  Okay.

9            SA FBI 21A :  Okay.

10           MR. THAKUR:  Got it.  And did ?.34 say anything

11   about it -- about where this came from or the contents of

12   it?

13           ███ Per. 10 :  Just that it was the schedule from

14   the White House.

15           MR. THAKUR:  Okay.  Did you talk to the President

16   at all about the scanning project?

17           ███ Per. 10 :  No.

18           MR. THAKUR:  Okay.  And then what I understand

19   from your attorney (indiscernible 2:02:11) I guess, confirm

20   from you -- where did you take the box to have it scanned?

21           ███ Per. 10 :  To the tennis cottage.

22           MR. THAKUR:  Okay.  And tell us a little bit more

23   about the tennis cottage.  How big is that?  Is that, like,

24   one room?  Or --

25           ███ Per. 10    It's one room.

Subject to Protective Order                    USA-00817553

```
 1    (02:02:27)
 2            MR. THAKUR:  Okay.  How big is it?
 3        [Per. 10]   It's, like, the size of a bedroom.
 4            MR. THAKUR:  Okay.  And what else was in the
 5    tennis cottage?
 6        [Per. 10] :  The correspondence operation, some
 7    polling tables and some, like, gifts and office supplies,
 8    printers.
 9            MR. THAKUR:  And who -- why was this place chosen
10    to be for the scanning?
11        [Per. 10]   That's where I sat -- my office was
12    at the time, my desk.
13            MR. THAKUR:  Oh, okay.  Who else was in that
14    office [Per. 10]
15        [Per. 10]   [Per. 58]
16            MR. THAKUR:  Okay.  Anyone else?
17        [Per. 10]   [Per. 3]
18            MR. THAKUR:  This is  [Per. 3]  ?
19        [Per. 10]   Yes.
20            MR. THAKUR:  Okay.  So you each had desks
21    within -- I guess, this is somewhat of a small room?
22        [Per. 10]   Yeah.
23            MR. THAKUR:  It's the size of a bedroom?  Okay.
24    Okay.
25            SA [FBI 21A]   Can you point on the map where the --
```

Subject to Protective Order

1   (02:03:44)

2          SA FBI 21A  -- tennis cottage is?  Is it -- and

3   you can zoom around and do whatever.  But I don't know where

4   the tennis cottage is.

5          MR. IRVING:  (Indiscernible 2:03:51).

6          SA FBI 21A   I'm assuming it's in Mar-a-Lago

7   itself.

8          MR. IRVING:  Presumably, by the tennis courts.

9          SA FBI 21A   And if it's, like, a general area,

10  yeah, you don't have to --

11          ▮ Per. 10   (Indiscernible 2:04:07) grand

12  ballroom.  This.

13          SA FBI 21A   Perfect.  I'll just zoom it out and

14  screenshot it then.  All right.  Yeah, after all this time,

15  I still don't know where anything is.

16          MR. THAKUR:  Okay.  So you brought this box to the

17  tennis cottage and you just kind of had the box on your

18  desk?  Or where (indiscernible 2:04:47)?

19          ▮ Per. 10 :  Yeah.  On my desk.

20          MR. THAKUR:  Okay.  And is there -- who has -- or

21  who had access to the tennis cottage at that time besides

22  P. 10    Per. 58   and Per. 3 ?

23          ▮ Per. 10 :  Per. 15 .

24          MR. THAKUR:  Okay.  Anyone else?

25          ▮ Per. 10   And Per. 71 .

Subject to Protective Order

USA-00817555

1    (02:05:12)

2              MR. THAKUR:  Okay.

3              MR. IRVING:  Who was it?

4              ███ Per. 10 :   Per. 71

5              MR. IRVING:  Okay.

6              MR. THAKUR:  Any lock on the door of the tennis

7    cottage?

8              ███ Per. 10    I don't think so.

9              MR. IRVING:  Do you remember ever needing a card

10   key or something to get into that?

11             ███ Per. 10    No.  But  Per. 58  was always there

12   first.

13             MR. THAKUR:  And just a single door to get in

14   there?  Okay.  And you never had to lock up kind of at the

15   end of the day or anything like that?

16             ███ Per. 10 :   I don't remember.

17             MR. THAKUR:  Okay.  And so this project, how long

18   did it take to scan the whole box?

19             ███ Per. 10    A week.

20             MR. THAKUR:  Okay.  And then after the scanning

21   was done, the box stayed there?

22             ███ Per. 10    Under  Per. 10 .

23             MR. THAKUR:  Okay.

24             SA  FBI 21A :  And when you say a week, every day of

25   the week you would go in and scan, what is it, eight --

Subject to Protective Order                                    USA-00817556

```
1    (02:06:22)
2              SA FBI 21A:  -- hours, like, your normal shift?
3              SA FBI 41    Sounds really fun.
4         MR. THAKUR:  Pretty tedious.
5              SA FBI 21A   That was going to be my next question.
6    Was -- like, how did you keep your sanity?
7         MR. IRVING:  Actually, that's a good question.
8              Per. 10:  Listen to music.
9              SA FBI 21A   What is that?
10             Per. 10    Listen to music.
11             SA FBI 21A :  Spotify?
12        MR. IRVING:  Yeah.
13             Per. 10    Yeah.
14        MR. IRVING:  So do you remember when the first set
15   of links was that you sent to Per. 34?
16             Per. 10 :  September 23rd or 24th.
17        MR. IRVING:  And do you remember when the last one
18   was?
19             Per. 10    I think it was October 4th.
20             SA FBI 41 :  Oh, I see.  So you were sending them
21   to Per. 34 as you did them?
22             Per. 10 :  Each year.
23             SA FBI 21A:  Oh, okay.  All right.
24        MR. IRVING:  Actually, I'm not totally clear on
25   that myself.  So you scanned page by page --
```

Subject to Protective Order                                    USA-00817557

1    (02:07:03)

2              ███ Per. 10 :  Um-hum.

3              MR. IRVING:  -- without somehow shooting yourself

4    in the face?  And then you -- would you download using the

5    links onto the laptop and then combine single-page PDFs into

6    a year?  Or how does that work?

7              ███ Per. 10 :  So you can create -- you can scan, if

8    you pay $10 a month, 100 pages at a time.  So I would do

9    100-page chunks, and then I would merge each 100-page PDF

10   for that entire year into one 700-page PDF, 800-page PDF,

11   however much.  That's why some of them are, like, 2018 Part

12   1, 2018 Part 2.

13             MR. THAKUR:  Um-hum.

14             ███ Per. 10 :  Because you couldn't go over -- I

15   don't know -- probably, like, 1,000 pages.

16             MR. IRVING:  Okay.  But then the merging, is that

17   done on your laptop?  Or is that done on the Cloud?

18             ███ Per. 10 :  You can combine them via the app.

19   But when they got too big, I had to download them on my

20   laptop to combine the, like, big ones.

21             MR. THAKUR:  Um-hum.

22             SA FBI 41 :  So you think you could combine up to

23   about 1,000 in the app?  And then anything above that has to

24   happen on the computer?

25             ███ Per. 10 :  I mean, I can assume.

Subject to Protective Order

USA-00817558

```
 1    (02:08:21)

 2            MR. THAKUR:  Yeah.

 3            ▇ Per. 10 :  Yeah, basically.

 4            MR. THAKUR:  And so when it was under your desk,

 5    did anyone else look through the box or --

 6            ▇ Per. 10 :  No.

 7            MR. THAKUR:  -- open the box?

 8            ▇ Per. 10 :   Not to my knowledge.

 9            MR. THAKUR:  Right.  Okay.  And how long did it

10    stay under your desk?

11            ▇ Per. 10 :  Till we moved to Flagler.

12            MR. THAKUR:  Okay.  And when was that?

13            ▇ Per. 10 :  November 2022.

14            MR. THAKUR:  Okay.  And in the Flagler office,

15    where did the box go?

16            ▇ Per. 10 :  Under my desk.

17            SA FBI 21A :  And you said you moved to Flagler in

18    November 2022?

19            ▇ Per. 10 :  Oh, '21.

20            SA FBI 21A :  '21?  Okay.  Yeah.  The New Year, my

21    dates are a little off too.

22            MR. THAKUR:  All right.  And when it was in

23    Flagler, was anything done with that box?

24            ▇ Per. 10 :  No.

25            MR. THAKUR:  Okay.  No one, including yourself --
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

```
 1     (02:09:18)

 2             MR. THAKUR:   -- opened it or --

 3          ▣ Per. 10 :  Uh-uh.

 4             MR. THAKUR:   -- had a need to get to it?

 5          ▣ Per. 10 :  No.

 6             MR. THAKUR:   Okay.

 7             MR. IRVING:   To your knowledge?

 8          ▣ Per. 10 :  To my knowledge.

 9             MR. THAKUR:   To your knowledge, obviously.

10          ▣ Per. 10 :  To my knowledge.

11             MR. THAKUR:   Yeah.  And how long did it stay under

12     your desk there?

13          ▣ Per. 10 :  Till I moved to Mar-a-Lago.

14             MR. THAKUR:   Okay.  And when was that?

15          ▣ Per. 10 :  Late August to September 2022.

16             MR. THAKUR:   Okay.  So the box never went to

17     Bedminster to your knowledge?

18          ▣ Per. 10 :  No.

19             MR. THAKUR:   Okay.  And you basically just brought

20     everything that was on or near your desk to Mar-a-Lago?

21     Everything that you were working with --

22          ▣ Per. 10 :  Um-hum.

23             MR. THAKUR:   -- kind of came with you?  Okay.  And

24     then once it came -- once you moved to Mar-a-Lago, where did

25     the box go?
```

Subject to Protective Order                                    USA-00817560

1    (02:10:14)

2              ▆ Per. 10 :   Under my desk.

3              MR. THAKUR:   Okay.  And at that point, this is

4    Per. 34  desk?

5              ▆ Per. 10 :   Um-hum.

6              MR. THAKUR:   So it's kind of come, I guess, full

7    circle, back to the same desk.

8              SA FBI 21A :   Brought it home.

9              MR. THAKUR:   Okay.  And then how did it -- so this

10   was never in the 45 Office closets?

11             ▆ Per. 10 :   No.

12             MR. THAKUR:   Okay.

13             ▆ Per. 10 :   Not to my knowledge.

14             MR. THAKUR:   Right.  Okay.  And then when this was

15   found in mid-December, were you there the day that it was

16   found?

17             ▆ Per. 10 :   Yes.

18             MR. THAKUR:   Okay.  I guess, tell us a little bit

19   about that day and what you witnessed in terms of the

20   search.

21             ▆ Per. 10 :   I met the lawyers in the morning to

22   let them into the office.

23             MR. THAKUR:   Okay.

24             ▆ Per. 10 :   And then I left because I didn't want

25   to be there.

Subject to Protective Order                    USA-00817561

```
 1   (02:11:05)

 2            MR. THAKUR:  Okay.

 3            SA FBI 21A:  Because they were lawyers?

 4            Per. 10:  They were searching the office.

 5            MR. THAKUR:  Well, I get that.

 6            MR. IRVING:  I don't like us either.

 7            MR. THAKUR:  And so at some point, did they ask

 8   you any questions about the box?

 9            Per. 10:  Not that I remember.

10            MR. THAKUR:  Okay.

11            MR. IRVING:  When is this?

12            MR. THAKUR:  This is mid-December, so probably --

13            Per. 10:  (Indiscernible 2:11:35).

14            MR. THAKUR:  -- December 15th is the day of the

15   search.

16            MR. IRVING:  Okay.  And so you let the lawyers in?

17            Per. 10:  I think it was more recent than that,

18   but maybe.

19            MR. THAKUR:  Okay.  Yeah.  My understanding was

20   the box was found kind of mid-December.  The laptop,

21   obviously, was more recent.  But do you remember something

22   differently?

23            Per. 10:  It was all at the same time, I

24   thought.

25            MR. THAKUR:  Like, the laptop was as well?  Do --
```

FREE STATE REPORTING, INC.
Court Reporting Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

USA-00817562

1   (02:12:05)

2         MR. THAKUR:  -- you -- I guess, do you know if

3   your laptop was searched at the same time?

4         ███ Per. 10 :  No.

5         MR. THAKUR:  Okay.

6         ███ Per. 10 :  They weren't searched on the same

7   day.

8         MR. THAKUR:  Okay.  Were they searching

9   electronics at the time?  Electronic devices?

10         ███ Per. 10 :  No.

11         MR. THAKUR:  Okay.  And then -- so at one point, I

12   guess, did anyone tell you or ask you anything about that

13   box, after the search?

14         ███ Per. 10 :  That day.

15         MR. THAKUR:  Okay.  And what was said that day?

16         MR. IRVING:  I mean, if you're asking for

17   communications between a lawyer and the employee, the

18   substance of the communications -- but I also want to be --

19   yeah.

20         MR. THAKUR:  Well, I guess -- well, let me ask

21   this.  When did you first learn that there was classified

22   documents in that box?

23         MR. IRVING:  That's fair.

24         ███ Per. 10 :  I think that -- earlier that day.

25         MR. THAKUR:  Okay.

Subject to Protective Order        USA-00817563

```
 1    (02:13:20)
 2              MR. IRVING:  What was the answer?
 3              ████ Per. 10 :  I think, later that day.
 4              MR. THAKUR:  Okay.
 5              SA FBI 41 :  Later the day of the search?
 6              MR. THAKUR:  Okay.  And did one of the searchers
 7    tell you that?  Or one of the attorneys?
 8              ████ Per. 10 :  I don't remember who told me first.
 9              MR. THAKUR:  Okay.  And I guess, at what point did
10    you find out that your laptop had the same documents?  Or
11    did you tell anyone, I guess, that your laptop had these
12    documents?
13              ████ Per. 10 :  I was told that the lawyers were
14    going to come back and get the box to take a scan of it, and
15    they said oh, I already have a scan of it.
16              MR. THAKUR:  Okay.  But when you were told that
17    they would come back to get a scan of it, that was not the
18    same day or the same week, right?
19              ████ Per. 10 :  They came sometime later in the
20    month --
21              MR. THAKUR:  Okay.
22              ████ Per. 10 :  -- or the same week.  I don't know.
23              MR. THAKUR:  Okay.
24              ████ Per. 10 :  I don't remember.
25              MR. THAKUR:  Got it.
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1   (02:14:26)

2              ███ Per. 10 :   It was (indiscernible 2:14:27) --

3              MR. IRVING:   So they're going to scan the box.

4   You're like --

5              ███ Per. 10 :   Well, I already have copies.   Take

6   the scanned copy.

7              MR. THAKUR:   Okay.

8              MR. IRVING:   And then -- go ahead.

9              SA FBI 21A :   I'm sorry.   I just want to make sure I

10  understood something.   So after it was discovered that the

11  box contained classified --

12             ███ Per. 10 :   Um-hum.

13             SA FBI 21A :   -- the attorneys wanted to take the

14  box so that they could perform a scan?

15             ███ Per. 10 :   They took --

16             MR. IRVING:   So, I think --

17             MR. THAKUR:   Two different points, right?   They

18  searched it.   And then at a later point, maybe a week or so

19  later, they then told you they were going to scan the box

20  because -- that they were going to scan the contents of the

21  box?   Is that --

22             MR. IRVING:   Let me just ask you to ask this stuff

23  of P. 60 , right?

24             MR. THAKUR:   Okay.

25             MR. IRVING:   Because my understanding is that --

Subject to Protective Order                              USA-00817565

1    (02:15:21)

2              MR. IRVING:  -- 2.60 removed the classified

3    materials --

4              MR. THAKUR:  Right.

5              MR. IRVING:  -- told you guys about it.

6              MR. THAKUR:  Right.

7              MR. IRVING:  And I think what we're talking about

8    is a scan of the box, minus those --

9              MR. THAKUR:  Correct, yes.

10             MR. IRVING:  So --

11             MR. THAKUR:  Okay.

12             MR. IRVING:  -- you know?

13             SA FBI 21A:  Yeah.

14             MR. THAKUR:  Okay.

15             SA FBI 21A:  Yeah.

16             MR. IRVING:  Do you have any first-hand knowledge

17   about any of that?

18             Per. 10:  I mean, not other than when they said

19   they were going to come tomorrow to take the box.  Can you

20   meet them in the morning?

21             MR. IRVING:  Okay.  And was that when you were

22   saying --

23             Per. 10:  I have it scanned in already.

24             MR. IRVING:  Okay.

25             MR. THAKUR:  Okay.  Got it.  Okay.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                    USA-00817566

1    (02:15:55)

2            MR. IRVING:  But that would've been the original

3    scan that would've presumably included the classified

4    documents?

5            ▮▮ Per. 10 :  Um-hum.

6            MR. THAKUR:  Okay.

7            MR. IRVING:  Hence the flash drive.

8            MR. THAKUR:  Right.  Okay.  Do you know -- I

9    guess, how many -- because you gave us -- you gave the FBI

10   the laptop, what, last Saturday, I think?

11           ▮▮ Per. 10 :  Yeah.  Last weekend.

12           MR. THAKUR:  Last weekend.  And so how many days

13   or so before then did you first tell someone that you had

14   the laptop with the scans on it?

15           ▮▮ Per. 10 :  Like, the day or two days before.

16           MR. THAKUR:  Okay.

17           ▮▮ Per. 10 :  It all happened in, like, 24 hours.

18           MR. THAKUR:  Got it.  Do you know of anyone else

19   at Mar-a-Lago or the 45 Office who was scanning documents?

20           ▮▮ Per. 10 :  No.

21           MR. THAKUR:  Okay.  So to your knowledge, no other

22   box like that was scanned?  I know you said earlier you

23   didn't scan anything, but --

24           ▮▮ Per. 10 :  Yeah.

25           MR. THAKUR:  -- do you have --

Subject to Protective Order                                  USA-00817567

1    (02:16:55)

2              ████ Per. 10 :   To my knowledge.

3              MR. THAKUR:  -- any sense that anyone else

4    would've scanned documents like that?

5              ████ Per. 10 :   (No audible response.)

6              MR. THAKUR:  And then so after it was discovered,

7    did you talk to anyone to find out more about the classified

8    documents there?  Like, how -- when they were placed there

9    or anything else about the box?  Like, did you ask Per. 34 --

10   like, Per. 34 , did you know there were classified documents in

11   there?

12             ████ Per. 10 :   No.

13             MR. THAKUR:  Okay.  And no other similar

14   conversation with anyone else in the office?

15             ████ Per. 10 :   No.

16             MR. THAKUR:  Okay.

17             SA FBI 41 :   May I clarify one point?  I understand

18   the box was found in the closet, but on the day of the

19   search, was it still your understanding the box was under

20   your desk?

21             MR. THAKUR:  No.  It was not found in the closet,

22   right?

23             SA FBI 41 :   Oh.  It was not found in the closet?

24             MR. THAKUR:  Is that -- to your understanding, it

25   was still under your desk when they searched --

Subject to Protective Order

```
 1    (02:17:53)

 2              ▮ Per. 10 :  It was --

 3              MR. THAKUR:  -- in December?

 4              ▮ Per. 10 :  -- in my desk.  And then we decided

 5    that a box under my desk looked messy, so we put it in the

 6    gift closet, which is still inside the office.

 7              MR. THAKUR:  I see.  So -- but that was sort of

 8    the day --

 9              ▮ Per. 10 :  But that's different --

10              MR. THAKUR:  That was --

11              ▮ Per. 10 :  -- from the other closet.

12              MR. THAKUR:  I see.  So -- but that was sort of

13    the day of the search, in mid-December, it was moved to the

14    closet?

15              ▮ Per. 10 :  Probably, like, the week before.

16              MR. THAKUR:  Okay.

17              ▮ Per. 10 :  We were cleaning up the office.

18              MR. THAKUR:  I see.  Okay.

19              SA FBI 41 :  So the week before the search, it went

20    from under your desk to a gift closet?

21              ▮ Per. 10 :  Yes.  That's in the office.

22              SA FBI 41 :  In the tennis cottage?  Or in the

23    45 --

24              MR. THAKUR:  You're talking about the 45 Office,

25    right?
```

Subject to Protective Order

1    (02:18:32)

2              Per. 10 :   Yeah.   I'm sorry.

3              MR. THAKUR:   Okay.

4              SA  FBI 41 :   So two different closets though, in

5    the 45 Office?

6              Per. 10 :   No.

7              SA  FBI 21A :   Because I know when you walk into --

8              MS. HARRIS:   (Indiscernible 2:18:39) --

9              SA  FBI 21A :   -- the President's office, the first

10   door on your left is his restroom, and then there's another

11   closet right next to it.   Is that the closet we're talking

12   about?

13             Per. 10 :   In his specific office?

14             SA  FBI 21A :   Um-hum.

15             Per .10 :   His restroom and the closet, yeah.

16             SA  FBI 21A :   That one?   Okay.

17             Per. 10 :   The gift closet.

18             SA  FBI 21A :   That's the gift closet?   Okay.

19             SA  FBI 41 :   But we're unclear on when it made its

20   way from the gift closet in the 45 Office to that closet,

21   which we'll now call the second closet.

22             SA  FBI 21A :   I think it's only been one closet.

23             SA  FBI 41 :   And maybe I'm misunderstanding.   I'm

24   sorry.

25             MR. IRVING:   That's why --

Subject to Protective Order                                    USA-00817570

```
 1     (02:19:12)

 2              SA  FBI 41 :  So --

 3              ███  Per. 10 :  It went -- the box went from under

 4     Per. 34  desk to the tennis cottage, the tennis cottage to

 5     Flagler, Flagler to under my desk, under my desk to the

 6     closet, which is still in the office.

 7              SA  FBI 41 :  I see.

 8              SA  FBI 21A :  Yeah.

 9              SA  FBI 41 :  And that is the only closet in this

10     whole conversation?

11              ███  Per. 10 :  Yes.  He earlier asked me if that box

12     was in the bathroom, I think.

13              MR. THAKUR:  Right, yeah.

14              ███  Per. 10 :  That's outside the office --

15              MR. THAKUR:  Um-hum.

16              ███  Per. 10 :  -- that we used to use as storage.

17              SA  FBI 41 :  I see.

18              MR. THAKUR:  And to your knowledge, it was not

19     (indiscernible 2:19:47) --

20              ███  Per. 10 :  It was not, to my knowledge.

21              MR. THAKUR:  Okay.  Got it.  Okay.

22              MR. IRVING:  But it did go into the gift closet?

23              ███  Per. 10 :  Yes.  Because I use that now for

24     storage (indiscernible 2:19:56).

25              MR. IRVING:  And when was that, approximately?
```

Subject to Protective Order

USA-00817571

1    (02:19:59)

2            ████ Per. 10 :   Probably, we were cleaning out the

3    office a week before.

4            MR. IRVING:  A week before what?

5            ████ Per. 10 :   Before they came.

6            SA FBI 21A :  The searchers?

7            ████ Per. 10 :   Yeah.

8            MR. THAKUR:  Do you know -- I guess, when it was

9    under Per. 34 's desk or really at any time after the

10   presidency, do you know if the President asked to look at

11   anything from that box?

12           ████ Per. 10 :   Not to my knowledge.

13           MR. THAKUR:  Okay.

14           SA FBI 41 :   Thank you for walking through all

15   that.

16           SA FBI 21A :  And when you were going through -- and

17   this is just -- this more, like, standard operating

18   questions.  When you were going through the scan of these

19   individual papers, do you remember seeing anything that had

20   classification labels?

21           ████ Per. 10 :   Uh-uh.

22           SA FBI 21A :  Okay.  Was anyone else with you also

23   looking at the same papers as you were scanning them?

24           ████ Per. 10 :   There were other people in the

25   office, but no one was looking at them.

Subject to Protective Order                                        USA-00817572

1    (02:20:58)

2              SA FBI 21A:   They were just doing their own thing?

3              ▇ Per. 10 :   (No audible response.)

4              SA FBI 21A:   Okay.  At any point after President

5    Trump's administration do you recall ever seeing papers with

6    classification labels on them?

7              ▇ Per. 10 :   Not to my knowledge.

8              SA FBI 21A:   Okay.  All right.  And for all this,

9    we're excluding things that you obviously don't remember,

10   didn't recognize at the time or --

11             ▇ Per. 10 :   Yeah.

12             SA FBI 21A:   -- or things (indiscernible 2:21:19)?

13             ▇ Per. 10 :   I didn't know when I was scanning

14   that box that it was --

15             SA FBI 21A:   I mean, I would imagine if you're

16   scanning hundreds of pages a day, like, they all just look

17   the same.  So --

18             ▇ Per. 10 :   Yes.

19             SA FBI 21A:   Okay.  So the elephant in the room

20   that we already discussed earlier -- the FBI searched

21   Mar-a-Lago.

22             ▇ Per. 10 :   Um-hum.

23             SA FBI 21A:   After that search, what was, what was

24   the guidance you received from your leadership?

25             ▇ Per. 10 :   To not talk to the media.

Subject to Protective Order                                    USA-00817573

```
 1      (02:21:53)
 2                SA FBI 21A:  Okay.  Were there --
 3                MR. IRVING:  This is -- I'm sorry.  This is after
 4      what?
 5                SA FBI 21A:  After the August 8th search of
 6      Mar-a-Lago.  Were there any discussions about employees
 7      looking through their own files to see if there are any
 8      classified documents still there?
 9                Per. 10:  Not to my knowledge.
10                SA FBI 21A:  Not to your knowledge?  Okay.  Were
11      there any -- was there any direction that if you happened to
12      see a classified document, please report it?
13                Per. 10:  I don't think so.  I don't know.
14                SA FBI 21A:  Okay.  All right.  When we first
15      interviewed you, you mentioned that the Life Storage or --
16      which would've -- I think it was the Life Storage when we
17      first talked, but --
18                Per. 10:  Um-hum.
19                SA FBI 21A:  -- it was changing names and stuff --
20      contained some items, like, presidential gifts, gifts from
21      the White House, items from the RNC.  And then I think he's
22      mentioned clothing, furniture, newspapers, and records for
23      the library.  What kind of things constitute records for the
24      library?
25                Per. 10:  They keep a record of every gift --
```

Subject to Protective Order                                    USA-00817574

1      (02:23:06)

2              ▮ Per. 10 :   -- which are the same gifts we've

3      been talking about the whole time.

4              SA FBI 21A:   Oh, okay.

5              ▮ Per. 10 :   Just so there's a copy of, these were

6      all the President's things.  Like, newspapers.  All of the

7      newspapers that he would gather that would've had the news

8      stories while he was President about him.

9              SA FBI 21A:   Okay.

10             ▮ Per. 10 :   Things that the White House

11     Management Office had set up for the library in the future.

12             SA FBI 21A:   Okay.  As far as you know, would U.S.

13     Government records had been kept at Life Storage?

14             ▮ Per. 10 :   Not to my knowledge.

15             SA FBI 21A:   Okay.

16             MR. IRVING:  Are you talking about classified?  Or

17     unclassified?  Or either?

18             SA FBI 21A:   Both.  Both.

19             ▮ Per. 10 :   I don't think so.

20             SA FBI 21A:   Okay.

21             MR. IRVING:  And would that include copies of

22     documents?  I mean, I can only imagine he's got copies of

23     stuff from his presidency.  So whether he -- or you know, is

24     there a distinction, in your mind, between the original

25     and --

Subject to Protective Order                                    USA-00817575

1    (02:24:15)

2              SA FBI 21A:  I would be interested to know what it

3    is.  As far as how it actually shakes out in the end, it

4    would probably take people who are more versed on

5    Presidential Records Act than we are.  But copies, yeah, if

6    you know of any.

7              Per. 10:  I don't think so.

8              SA FBI 21A:  Okay.  When was the last time you've

9    been to the Life Storage facility?

10             Per. 10:  Sometime in December.

11             SA FBI 21A:  This past December?  So about a month

12   ago, okay.  And what was that for?

13             Per. 10:  Just taking, like, old pictures and

14   things from the office, cleaning it out --

15             SA FBI 21A:  Okay.

16             Per. 10:  -- and putting them in there.

17             SA FBI 21A:  Okay.  Which units at Life Storage do

18   you have keys for?

19             Per. 10:  All of them.

20             SA FBI 21A:  All of them?  Is that -- how many

21   units is that?

22             Per. 10:  It's going to take me a minute

23   because I don't go there as frequently anymore.  There's one

24   unit on the first floor.  There's -- I think there's five on

25   the second floor.

Subject to Protective Order                                    USA-00817576

```
 1    (02:25:40)

 2            SA FBI 21A:  Um-hum.

 3                Per. 10:  I could be off on that.  And there's

 4    one on the third floor.

 5            SA FBI 21A:  Okay.  And so you have keys for all of

 6    them?  I'm assuming they're all separate keys for each unit?

 7                Per. 10:  Um-hum.

 8            SA FBI 21A   Okay.

 9            SA FBI 41:  There are about seven, fair to say?

10                Per. 10:  Yeah.

11            SA FBI 41:  One, five, and one?

12                Per. 10:  I don't want to give you the wrong

13    number on the second floor.

14            SA FBI 41:  No.  All good.  Just best you can.

15            MR. IRVING:  You can say approximately.

16                Per. 10:  Approximately seven.

17            SA FBI 21A:  We do that all the time.

18            MR. IRVING:  On or about.

19            SA FBI 41:  Yes, exactly.

20            SA FBI 21A:  I'll do that for my own birthday.  On

21    or about.  Who else has keys to the Life Storage units?

22                Per. 10:  Per. 57.

23            SA FBI 21A:  What's P.57 last name?

24                Per. 10:  Per. 57.

25            SA FBI 21A:  Per. 57  ?  Okay.
```

Subject to Protective Order

USA-00817577

```
1    (02:26:35)

2              ███ Per. 10    I think, ███ Per. 58 .  I split them, I

3    think, between P. 57 and Per. 58 .  And Walt may have one.

4              SA FBI 21A:  Okay.  And these are copies of all

5    unit keys?  Or they have specific --

6              ███ Per. 10 :  Different ones.

7              SA FBI 21A:  Different ones?  Okay.  All right.

8    Unless you -- I mean, actually, I'll just ask you.  Do you

9    know who's got what?  Or --

10             ███ Per. 10 :  I used to.

11             SA FBi 21A:  Okay.  When the boxes -- when boxes

12   are retrieved from the storage unit, where are they

13   typically taken?

14             ███ Per. 10 :  Depends.

15             SA FBI 21A:  Depends on what that box was needed

16   for?

17             ███ Per. 10 :  (No audible response.)

18             SA FBI 21A:  Okay.  If -- so I know of two possible

19   places one could be, either Mar-a-Lago/45 Office or the

20   Flagler office.  Could there be any other places that boxes

21   would go?

22             ███ Per. 10 :  Those would be the two places.

23             SA FBI 21A:  Okay.

24             ███ Per. 10 :  Yeah.

25             SA FBI 21A:  Okay.
```

Subject to Protective Order

USA-00817578

1    (02:27:49)

2              ▇ Per. 10 :  Yeah.

3              SA FBI 21A:  Do you remember any large shipments of

4    items for the 45 Office after the administration?  I know

5    we've talked about palettes and stuff earlier.  But I guess,

6    aside from that?

7              ▇ Per. 10 :  Aside from that, no.

8              SA FBI 21A:  Okay.  Were you ever aware of or

9    present for any conversations regarding declassification of

10   documents at the White House?

11             ▇ Per. 10 :  At the White House?

12             SA FBI 21A:  Yeah.

13             ▇ Per. 10 :  I don't think so.

14             SA FBI 21A:  And even if it was discussed after the

15   White House, like, where there -- the discussion about

16   declassification of documents.  Were you ever aware of

17   those?

18             MR. IRVING:  Aside from any conversations you

19   might've heard with the lawyers.

20             SA FBI 21A:  Yeah.  Don't talk about that.

21             ▇ Per. 10 :  No.  I mean, I don't think so.

22             SA FBI 21A:  Okay.

23             MR. IRVING:  So this is at the White House or

24   post-White House?

25             SA FBI 21A:  Um-hum.  Yeah.  I would -- more --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1    (02:28:46)

2              SA FBI 21A:  -- interesting if -- like, if you've

3    heard about it at any time, that's interesting to me.  But

4    supposedly, the idea of a declassification of documents at

5    the White House itself, like, that idea.

6              Per. 10:  I've heard the comments that the

7    Presidents can declassify information.

8              SA FBI 21A:  Um-hum.  Yeah.

9              Per. 10:  But --

10             SA FBI 21A:  Okay.

11             MR. IRVING:  So you've heard reporting on that?

12             Per. 10:  Reporting or just, like, us talking

13   amongst ourselves.  But not formal discussion or any

14   relation to actual work matters.  Just, like, venting

15   frustrations.

16             MR. IRVING:  All right.

17             SA FBI 21A:  Have you ever been given a

18   declassified document to view or to take some kind of action

19   on?

20             Per. 10:  Not to my knowledge, no.

21             SA FBI 21A:  Okay.

22             SA FBI 41:  Do you mind -- can I cut you off for

23   one second?

24             SA FBI 21A:  Absolutely.

25             SA FBI 41:  Venting frustrations in the context --

Subject to Protective Order

1    (02:29:46)

2              SA **FBI 41**:  -- of declassification?

3              **Per. 10**:   What you see in the media about all

4    of this.

5              SA **FBI 41**:  Oh, I see.  So it was more discussing

6    the idea of declassification rather than of something

7    specific being declassified?

8              **Per. 10**:   Yeah.

9              SA **FBI 41**:  Thanks.

10             MR. THAKUR:  Have you ever been to the President's

11   bedroom at Mar-a-Lago?

12             **Per. 10**:   I don't think I've been inside, but

13   I've seen it.

14             MR. THAKUR:  Okay.  You've seen it based on the

15   photos?  Or --

16             **Per. 10**:   Based on, like, standing in Pine

17   Hall.

18             MR. THAKUR:  Okay.

19             **Per .10**:   Yeah.

20             MR. THAKUR:  And on what occasions would you go to

21   Pine Hall?  Like, why were you there at Pine Hall at that

22   time?

23             **Per. 10**:   At that time?

24             MR. THAKUR:  Um-hum.

25             **Per. 10**:   I was trying to get him to sign a --

Subject to Protective Order

1    (02:30:51)

2           ████ Per. 10 :  -- document, and so he brought it

3    into the suite --

4           MR. THAKUR:  Okay.

5           ████ Per. 10 :  -- and I was in there.  He went to

6    sit down at the table to sign it.

7           MR. THAKUR:  Okay.

8           ████ Per. 10 :  And I waited in Pine Hall.

9           MR. THAKUR:  Got it.  Okay.  And have you ever

10   seen, like, boxes in Pine Hall?  Banker's boxes?

11          ████ Per. 10 :  I don't think so.

12          MR. THAKUR:  Okay.  And around the time -- I

13   guess, it would've been sort of January of last year.  You

14   weren't there?

15          ████ Per. 10 :  Yeah.  I didn't really go into Pine

16   Hall back then.

17          MR. THAKUR:  Okay.  So you go more frequently now

18   to Pine Hall.  But I guess, before you became the ████████

19   ████████, do you recall times going to Pine Hall?

20          ████ Per. 10 :  I did occasionally go to Pine Hall.

21          MR. THAKUR:  Okay.  And what would be the reason

22   for you to go to Pine Hall on those occasions?

23          ████ Per. 10 :  If I was helping Per. 34 .  Sometimes

24   P. 34 would ask me to drop the schedule.

25          MR. THAKUR:  Okay.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817582

1    (02:31:51)

2    █ Per. 10 :  So usually, for that reason.

3    MR. THAKUR:  Got it.  Okay.  And then -- so after

4  January of last year and when there was, like, reporting

5  about NARA and all that, did you have any conversations or

6  hear of conversations with the President about that?

7    █ Per. 10 :  Not that I recall.

8    MR. THAKUR:  Okay.  And did anyone say anything

9  about those boxes at that time?

10    █ Per .10 :  No.

11    MR. THAKUR:  Like, ask for the number of the boxes

12  that were in the storage room or anything like that?

13    █ Per. 10 :  No.

14    MR. THAKUR:  Okay.

15    SA FBI 21A :  During this past summer, while you

16  were at Bedminster, are you aware of any instance where the

17  former President traveled to Mar-a-Lago?

18    █ Per. 10 :  Yes.

19    SA FBI 21A :  All right.  And how many times did he

20  travel to Mar-a-Lago?

21    █ Per. 10 :  Twice, I think.

22    SA FBI 21A :  Okay.  Did anyone go with him?

23    █ Per. 10 :  The personal aides.

24    SA FBI 21A :  Okay.  So that would be Walt and --

25  did you say P. 11 ?

Subject to Protective Order    USA-00817583

```
1    (02:33:04)

2              ███ Per. 10 :   (No audible response.)

3         SA FBI 21A:  Okay.

4         MR. THAKUR:  And Per. 11 -- do you know when Per. 11

5    ██████████████████████████?

6              ███ Per. 10 :  ████████████.

7         MR. THAKUR:  Okay.  And ██ was already on -- ██

8    ████████████████████████████████████

9    ████████████████████████████████?

10             ███ Per. 10 :  Per. 11          --

11        MR. THAKUR:  Okay.

12             ███ Per. 10 :  -- when we came back from Bedminster.

13        MR. THAKUR:  Okay.

14        SA FBI 21A:  What was your understanding as the

15   reason for those trips back to Mar-a-Lago?

16             ███ Per. 10 :  To be able to -- just more convenient

17   to be able to stay there, I think.

18        SA FBI 21A:  Well, I mean, he spends the whole

19   summer up at Bedminster --

20             ███ Per. 10 :  Um-hum.

21        SA FBI 21A:  -- and on two occasions, he --

22             ███ Per. 10 :  Because he -- I think he was doing

23   rallies or something.

24        SA FBI 21A:  Oh, I see.  Okay.

25             ███ Per. 10 :  Like, it was a stopping point.
```

Subject to Protective Order

USA-00817584

```
 1    (02:33:54)

 2              SA FBI 21A:   Got you.  Okay.

 3              MR. THAKUR:   On both occasions?

 4              ▮ Per. 10 :   I believe so.

 5              MR. THAKUR:   Okay.  And besides his personal

 6    aides, did anyone else come with him from Bedminster?

 7              ▮ Per. 10 :   I don't think so.  Per. 35  may have

 8    been there, but that's speculation --

 9              MR. THAKUR:   Okay.

10              SA FBI 21A:   About how long were they at Mar-a-Lago

11    for both of those trips?

12              ▮ Per. 10 :   One night.

13              SA FBI 21A:   One night?  Okay.

14              MR. THAKUR:   And --

15              SA FBI 21A:   And -- I'm sorry.

16              MR. THAKUR:   And you stayed in Bedminster at that

17    time, right?  Or were you at Mar-a-Lago?

18              ▮ Per. 10 :   I was in Atlanta.

19              MR. THAKUR:   During both trips?

20              ▮ Per. 10 :   Both trips with -- well, I don't know

21    for certain.  But I didn't go with him --

22              MR. THAKUR:   Okay.

23              ▮ Per. 10 :   -- for those trips.

24              MR. THAKUR:   Got it.

25              SA FBI 21A:   Do you by chance remember the dates --
```

Subject to Protective Order

1    (02:34:42)

2              SA FBI 21A:  -- that he traveled to Mar-a-Lago?  Is

3    it in an email or text messages or anything like that?

4              ▮ Per. 10 :  Yeah.

5              SA FBI 21A:  Could we put that also on the list of

6    things that we graciously ask for?

7              MR. IRVING:  Sure.

8              SA FBI 21A:  Okay.

9         MR. IRVING:  And these are -- so emails -- trips

10   from Bedminster to Mar-a-Lago?

11              SA FBI 21A:  Yes.  Yeah.  And if you are not

12   comfortable with providing us an actual email -- if maybe

13   the email can give you a time period, then we can just take

14   the time -- the period, like, to show the dates when those

15   trips happened.

16              ▮ Per. 10 :  I mean, I don't know if there's

17   emails about that.  But --

18              SA FBI 21A:  If they exist.

19              ▮ Per. 10 :  -- I have the dates somewhere.

20         MR. IRVING:  You do have the dates?

21              ▮ Per. 10 :  Somewhere, yeah, on the schedule.

22         MR. IRVING:  Okay.  Yeah.  That's --

23              SA FBI 21A:  Sure.

24         MR. IRVING:  Sure.

25              SA FBI 21A:  Did the former President or his --

Subject to Protective Order

1    (02:35:35)

2         SA FBI 21A:  -- aides ever say anything about the

3    storage room to you since the search at Mar-a-Lago that the

4    FBI did?

5              Per. 10:  Not to my knowledge.

6         MR. IRVING:  And we're talking about the --

7              Per. 10:  Well --

8         MR. IRVING:  -- gold door?  Yeah?

9         SA FBI 21A:  Yeah.

10        All right.  During this past summer, as far as

11   you're aware, did President Trump or any of his aides ever

12   access the storage room?

13             Per. 10:  I don't think.  Not to my knowledge.

14        SA FBI 21A:  Okay.  But --

15             Per. 10:  But I wasn't there, so I can't say --

16        SA FBI 21A:  But nothing was relayed to you?

17        MR. IRVING:  I'm sorry.  I just missed the

18   question.

19        SA FBI 21A:  I was just wondering if  Per. 10

20   was aware of any time during this past summer that either

21   President Trump or his aides accessed the storage room.

22        MR. IRVING:  And do you know?  Or do you have any

23   knowledge of that?

24             Per. 10:  No.

25        SA FBI 21A:  And I think we talked about --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                      USA-00817587

1    (02:36:38)

2              MR. THAKUR:  Do you know -- even before the

3    summer, do you know if the President ever went down to the

4    storage room?

5              ▮ Per. 10 :  To my knowledge, he never went in

6    there.

7              MR. IRVING:  There was one other movement on the

8    box?

9              ▮ Per. 10 :  Um-hum.

10             MR. IRVING:  Because you guys are trying to sort

11   of account for the box at every -- you know, and I get that.

12   But did you move the box at any time out of the 45 Office in

13   the last -- shortly before it was discovered?  Just --

14             ▮ Per. 10 :  Yeah.  When we were cleaning out the

15   office, I -- we were cleaning out, like, pictures and stuff,

16   and moving out, make the guest closet, like, nice and all of

17   that.  Took the box.  We were going to put it in storage.

18   And then I realized, like, the lawyers have never, like,

19   seen this box.  So let's make sure it's good.  So we brought

20   it back to the office instead of putting it in storage.

21             MR. THAKUR:  Okay.  So you did actually bring it

22   to storage and then took it back?  Or --

23             ▮ Per. 10 :  Oh, it never went in storage.

24             MR. THAKUR:  Okay.

25             ▮ Per. 10 :  We never --

Subject to Protective Order                              USA-00817588

1  (02:38:03)

2          MR. THAKUR:  It was just discussions of it, but it

3  actually didn't move --

4          ███ Per. 10 :  We took it out of the office, put it

5  in a car, and then brought it back --

6          MR. THAKUR:  Okay.

7          ███ Per. 10 :  -- to the office.

8          MR. THAKUR:  Got it.  Whose car?

9          ███ Per. 10 :  Per. 11  car.

10         MR. THAKUR:  Okay.  Is this  Per. 11         ?

11  Okay.  And how long was it in P.11 car?

12         ███ Per. 10 :  One day.

13         MR. THAKUR:  Okay.  You were going to take it to

14  Life Storage or to the storage room at Mar-a-Lago?

15         ███ Per. 10 :  To Life Storage.

16         MR. THAKUR:  Okay.

17         ███ Per. 10 :  Just to put it in the archives or

18  library storage unit because it looked messy under my desk,

19  having boxes in the office.

20         MR. THAKUR:  Okay.

21         ███ Per. 10 :  So trying to organize the office.

22         MR. THAKUR:  Um-hum.

23         ███ Per. 10 :  Bring it there, yeah.

24         MR. THAKUR:  Okay.

25         SA Per. 10 :  When it was in P.11 car, you said --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1    (02:38:53)

2            SA FBI 21A:  -- like, overnight?

3            Per. 10:  I believe so.

4            SA FBI 21A:  Okay.  And it's P.11 personal car,

5    so --

6            Per. 10:  Um-hum.

7            SA FBI 21A:  -- we're all assuming personal car,

8    you take it home after work?

9            Per. 10:  Um-hum.

10           SA FBI 21A:  But it just stays in P.11 --

11           Per. 10:  Trunk.

12           SA FBI 21A:  -- residential area?  Okay.  Until P.11

13   brings the car back?

14           Per. 10:  Um-hum.

15           SA FBI 21A:  Okay.

16           SA FBI 41:  And what prompted the cleaning of the

17   office?

18           Per. 10:  The office looked messy.  We were

19   talking about what value did we provide in our, like, new

20   jobs and positions.  If we can -- there had been complaints.

21   No one had food.  No one had snacks.  Like, you're in the

22   office all day and you're not eating until 7, 8 p.m. at

23   night.  So trying to turn one of the bathrooms that we used

24   as storage into a snack room, and just then clean up his

25   gift closet because it just had lots of random things.

Subject to Protective Order                    USA-00817590

1    (02:39:48)

2         ▮ Per. 10 :  There was lots of arts laying around.

3    Just trying to make it look more presidential.

4         SA FBI 21A :  Okay.

5         SA FBI 41 :  Got you.  And then first heads-up call

6    for you thinking about bringing the box back in, I want to

7    make sure that I have the reason (indiscernible 2:40:03).

8    You said that the lawyers hadn't checked the box yet?

9         ▮ Per. 10 :  Uh-uh.

10        SA FBI 41 :  And what do you mean by that?

11        ▮ Per. 10 :  Well, I didn't want it to seem like

12   we were moving things when people were coming in to do the

13   searches for this, like, investigation.

14        MR. THAKUR:  Right.

15        ▮ Per. 10 :  The idea was Per. 34 wanted the box

16   under my (indiscernible 2:40:25) to stay with a staffer.

17        MR. THAKUR:  Um-hum.

18        ▮ Per. 10 :  Because it was considered more

19   personal.

20        MR. THAKUR:  Yeah.

21        ▮ Per. 10 :  But the idea was presented to me --

22   Per. 34 is not here.  What do you want to do with it?  I

23   didn't want it in the office.  I couldn't -- like, it was

24   that dire to have to have --

25        MR. THAKUR:  Yeah.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817591

```
 1    (02:40:42)
 2              ▮ Per. 10 :  -- under my desk.
 3         MR. THAKUR:  Okay.
 4              ▮ Per. 10 :  So --
 5         MR. THAKUR:  Was this the only box that was under
 6    your desk?
 7              ▮ Per. 10 :  Um-hum.
 8         MR. THAKUR:  Okay.
 9         MR. IRVING:  So just to make sure I got this
10    straight.  So this whole -- like, starts with Per. 34 gives
11    you the project?  Then Per. 34 tells you that this is a box
12    that, you know, contains confidential, you know, in a
13    non-classified sense --
14         MR. THAKUR:  Um-hum.
15         MR. IRVING:  You know --
16              ▮ Per. 10 :  Personal.
17         MR. IRVING:  -- personal information, right?
18              ▮ Per. 10 :  Um-hum.
19         MR. IRVING:  So that's why P.34 wants you to keep
20    it under your desk?
21              ▮ Per. 10 :  Um-hum.
22         MR. IRVING:  And you do that all along.  And then
23    Per. 34 's not there anymore?
24              ▮ Per. 10 :  Um-hum.
25         MR. IRVING:  And so you're -- you guys --
```

Subject to Protective Order                                    USA-00817592

```
 1    (02:41:15)

 2             MR. IRVING:  -- somebody, you and who else was

 3    cleaning?  Per. 11 ?

 4             [Per. 10]:  Per. 11 was there and Walt was there.

 5             MR. IRVING:  Okay.  And so that's going on.  The

 6    box is still under your desk.  You're thinking that looks

 7    messy, but --

 8             [Per. 10]:  Um-hum.

 9             MR. IRVING:  -- you're thinking Per. 34 said to keep

10    it close -- you know, close (indiscernible 2:41:44) --

11             [Per. 10]:  So that's why I (indiscernible

12    2:41:35).

13             MR. IRVING:  But Per. 34 not there anymore?

14             [Per. 10]:  Yeah.  Like --

15             MR. IRVING:  Okay.  I'm just making sure I

16    understand.  So then you decide that it's going to go to

17    storage, the library storage?  And then you --

18             [Per. 10]:  Um-hum.

19             MR. IRVING:  You thought better of it and took it

20    back?

21             [Per. 10]:  Um-hum.

22             MR. IRVING:  Okay.

23             MR. THAKUR:  And this was -- you said about a week

24    or so, or two days before the December 15th search?

25             [Per. 10]:  Um-hum.  I didn't know they were --
```

Subject to Protective Order                                        USA-00817593

1    (02:41:59)

2                   ███ Per. 10 :   -- going to be searching the office.

3              MR. THAKUR:   Okay.

4                   ███ Per. 10 :   They would tell me, like, the day

5    before.

6              MR. THAKUR:   Okay.   So entirely independent of

7    that search, you decided to kind of clean up the office?

8                   ███ Per. 10 :   Yeah.

9              MR. THAKUR:   Okay.   But the time that it was in

10   Per. 11  car was about how long before the search?   A few

11   days?   Or a week?

12                  ███ Per. 10 :   The same -- it was the same day we

13   were cleaning the office.

14             MR. THAKUR:   Okay.   And the -- you had said it was

15   about a week?

16                  ███ Per. 10 :   Prior, yeah.

17             MR. THAKUR:   Okay.   So around December 7th or 8th

18   or so?   Okay.

19             SA  FBI 41 :   And so you didn't know the search was

20   going to happen?   But you knew lawyers --

21                  ███ Per. 10 :   Had searched the storage units, had

22   searched Flagler.   So --

23             SA  FBI 41 :   So it was more of wanting to not

24   combine something that hadn't yet been searched with things

25   that had been searched already?

Subject to Protective Order                                      USA-00817594

```
 1    (02:42:47)
 2              ▓ Per. 10 :   Um-hum.
 3         SA FBI 41 :   Thanks.
 4         SA FBI 21A :   I know we were talking about food.
 5    We've been here for a while.  So if either of you -- we have
 6    Per Diem.  We're good to go.  But it hasn't been opened and
 7    hopefully you don't have a peanut allergy, but it's all
 8    yours if you just need something to keep you going.
 9         MR. IRVING:  (Indiscernible 2:43:03).
10         SA FBI 21A :   All right.  I have some photos, unless
11    you had anything.
12         SA FBI 41 :   Nice.
13         SA FBI 21A :   I kind of just need your help with
14    identifying -- some of these, we just -- we're pretty
15    confident we know.  We just need someone to kind of verify.
16    So this person.
17              ▓ Per. 10 :   Per. 64 .
18         SA FBI 21A :   Okay.  (Indiscernible 2:43:25).
19         MR. IRVING:  That's --
20              ▓ Per. 10 :   Per. 64 .
21         MR. IRVING:  That's Per. 64 ?
22              ▓ Per. 10 :   Um-hum.
23         SA FBI 21A :   That's   Per. 64      .   This, we know.
24    But --
25              ▓ Per. 10 :   That's me.
```

Subject to Protective Order

```
 1    (02:43:36)

 2              SA FBI 21A:  -- that's you.  This?  I don't think I

 3    ever --

 4         Per. 10 :  That's  Per. 35 .

 5              SA FBI 21A:  -- talked about -- okay.

 6    (Indiscernible 2:43:41)  Per. 35 .  All right.  So those are

 7    the easy ones.  Let's talk about -- do you know who this

 8    person is?

 9         Per. 10 :  That's  Per. 63 .

10              SA FBI 21A:   Per. 63?  Do you have P. 63 full name?

11         Per. 10 :  I don't know P. 63 last name.  I call

12     Per. 63 .

13              SA FBI 21A:  Okay.  What does P. 63 do?

14         Per. 10 :  P. 63 the, like,

15     .

16              SA FBI 21A:  So P. 63's part of                    ?

17         Per. 10 :  (Indiscernible 2:44:14).

18              SA FBI 21A:  Okay.

19              MR. IRVING:  When you say              , are you

20    talking about, like --

21         Per. 10 :  Like, they move --

22              MR. IRVING:  -- IT setup?  Or --

23         Per. 10 :  They move furniture out of, like, the

24    library (indiscernible 2:44:20) we have have events there.

25              SA FBI 21A:  Okay.
```

Subject to Protective Order

1    (02:44:23)

2             ☐ Per. 10 :  Like, they --

3         SA FBI 21A :  They set up the chairs?

4             ☐ Per. 10 :  (Indiscernible 2:44:25).

5         SA FBI 21A :  The tables?

6             ☐ Per. 10 :  Yeah.

7         MR. IRVING:  Okay.

8         SA FBI 21A :  Okay.

9         MR. IRVING:  I got it.

10        SA FBI 21A :  Cool.

11            ☐ Per. 10 :  They do physical setup.

12        SA FBI 21A :  All right.  How about -- this isn't

13   the greatest photo, but there's two people.

14            ☐ Per. 10 :  I don't know who that is.  That looks

15   like Walt.

16        SA FBI 21A :  Okay.  And I don't know if it's the

17   same person but a different angle -- although they're

18   walking away, so I'm not sure if that's any more helpful.

19            ☐ Per. 10 :  I can make an assumption, but I don't

20   know from the picture if it's actually that person.  So --

21        SA FBI 21A :  You can -- we'll take the assumption.

22   We would still have to -- it's our homework to verify it.

23   But --

24        MR. IRVING:  So --

25            ☐ Per. 10 :  I don't want to assume who's in a --

Subject to Protective Order

1    (02:45:15)

2              ▋ Per. 10 :  -- picture if I don't know who they

3    are.  I can't --

4              MR. IRVING:  Well, if you don't know who it is,

5    then --

6              ▋ Per. 10 :  -- like, see their face.

7              MR. IRVING:  Do you know who the guy in the boot

8    with the hat on is?

9              ▋ Per. 10 :  I have an idea of who it is.  I think

10   it's probably him.  But --

11             MR. IRVING:  Well, you said that there was

12   somebody you didn't know who it was.  Which one is that?

13             ▋ Per. 10 :  The guy in the blue is who I was

14   trying to -- in this picture, I didn't know.

15             MR. IRVING:  Okay.

16             ▋ Per. 10 :  I mean, I think I know.

17             MR. IRVING:  Who the guy in the blue shirt is?

18             ▋ Per. 10 :  I can assume who it would be.

19             SA ▋ FBI 21A :  So who --

20             MR. IRVING:  Well --

21             SA ▋ FBI 21A :  -- is it, possibly?

22             MR. IRVING:  -- who do you think it is?

23             ▋ Per. 10 :  Carlos.

24             MR. IRVING:  Who?

25             ▋ Per. 10 :  Carlos.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

```
1    (02:45:48)

2            MR. IRVING:  Okay.  And Carlos -- what is Carlos'

3    last name?

4            ████ Per. 10 :  De Oliveira.

5            MR. IRVING:  Say again?

6            ████ Per. 10 :  D-e -- or it's, like, Oliveira.

7    Or --

8            MR. IRVING:  Oh, okay.

9            ████ Per. 10 :  -- Oliveria?

10           MR. IRVING:  Okay.  What makes you think that's

11   Carlos?

12           ████ Per. 10 :  Because he works all over property

13   and helps us with lots of things.

14           MR. IRVING:  Okay.

15           SA FBI 21A :  And I'll take those back.  Thank you.

16   That's helpful.  But also he's Mar-a-Lago staff?

17           ████ Per. 10 :  Um-hum.

18           MR. IRVING:  And did you know who the second

19   person was?

20           ████ Per. 10 :  Walt.

21           SA FBI 21A :  Do you need to see it?  Okay.  We had

22   some other photos we were trying -- we're hoping that you

23   might be able to help us out.  So on the 24th of May, this

24   is before you guys leave for Bedminster.

25           ████ Per. 10 :  Um-hum.
```

Subject to Protective Order

1        (02:46:47)

2                SA FBI 21A:  It might be the week before.

3                    Per. 10 :  Um-hum.

4                SA FBI 21A:  And I think it's probably -- maybe

5        about a week after we first spoke.

6                    Per. 10 :  So I was on vacation.

7                SA FBI 21A:  Maybe.  I mean, unless this is not

8        you.  Actually, I wasn't even thinking that that would be a

9        question.

10               MR. THAKUR:  (Indiscernible 2:47:01) right before

11       you guys spoke.

12               SA FBI 21A:  The 24th --

13               MR. THAKUR:  You spoke on the 27th, I thought.

14               SA FBI 21A:  Maybe I'm getting my dates wrong here.

15       Possibly.

16                   Per. 10 :  We spoke at the end of May.

17               SA FBI 21A:  End of May, yeah.  This says the 24th,

18       so maybe my timing is off.  But don't worry about the time

19       because that's UTC and that's not very helpful.  But May

20       24th.  So this is just the footage that shows the entrance

21       into the 45 Office.

22                   Per. 10 :  Um-hum.

23               SA FBI 21A:  Is that you?

24                   Per. 10 :  I think so.

25               SA FBI 21A:  Okay.  And that looks like it's Walt.

Subject to Protective Order

1    (02:47:37)

2              ███ Per. 10 :   Yes.

3              SA FBI 21A :   Okay.  So we were just noticing

4    that -- so he's at work that day.

5              ███ Per. 10 :   Um-hum.

6              SA FBI 21A :   And you got to see him for part of

7    that.  And then he leaves.  He's off-camera.  And later on,

8    he comes back with some boxes to the 45 Office.  Now it

9    looks like a brown box, but --

10             ███ Per. 10 :   Um-hum.

11             SA FBI 21A :   -- we keep going through.  Don't know

12   if it's just another picture of the same one.  It looks like

13   it's the same one, so that's just a copy.  That's the boss

14   coming in.  But --

15             ███ Per. 10 :   Um-hum.

16             SA FBI 21A :   -- on that same day, we also see him

17   going -- coming from that storage area with three of the

18   banker's boxes.  And we were just kind of wondering -- since

19   you happen to be in proximity of him during this particular

20   event, does anything stand out?  A conversation you had?  An

21   assignment he was given?  Anything like that?

22             ███ Per. 10 :   Not to my knowledge.  I mean, my

23   assumption is that if we were about to leave for Bedminster,

24   packing things to move to Bedminster.  But I don't know --

25             SA FBI 21A :   Okay.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817601

1    (02:48:39)

2              ██ Per. 10 :  -- that to be fact.

3              SA FBI 21A :  All right.  That's just one

4    possibility.  But ultimately, you are not aware of any

5    particular reason why he's grabbing these three boxes?

6              ██ Per. 10 :  No.

7              SA FBI 21A :  Okay.  All right.  And we're just kind

8    of curious.  This brown box, I think it's all the same day

9    based -- I mean, it looks like you're wearing the same

10   clothes.  I'm assuming --

11             ██ Per. 10 :  Yeah.

12             SA FBI 21A :  -- the same day.  Do you remember if

13   that -- what was in that box?

14             ██ Per. 10 :  No.

15             SA FBI 21A :  Okay.  Did it go with you guys to

16   Bedminster?

17             ██ Per. 10 :  I don't think so.  I was busy

18   shipping things to Bedminster at that time.

19             SA FBI 21A :  Okay.  Do you mentally remember this

20   box?

21             ██ Per. 10 :  No.

22             SA FBI 21A :  Like, walking out of the office with

23   it?

24             ██ Per. 10 :  No.

25             SA FBI 21A :  Okay.  So as far as where this box --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

```
 1    (02:49:23)
 2              SA FBI 21A:  -- went and all that --
 3              ▮ Per. 10 :  No.
 4              SA FBI 21A:  -- you wouldn't know?  Okay.  That's
 5    fine.  I don't have anything to say -- that there's
 6    something wrong with this box.  We're just -- now we dream
 7    about boxes probably, like, you were dreaming about papers
 8    when you had that fun assignment.  So everything is
 9    important.
10              All right.  So that's it for the questions -- or
11    the pictures here.  I had my last section, but I didn't know
12    if you had anything that I missed.
13              MR. THAKUR:  The -- you said the stuff that you
14    sent to Bedminster, was that stuff from the 45 Office?
15    Or --
16              ▮ Per. 10 :  Yeah.
17              MR. THAKUR:  (Indiscernible 2:49:51) shipped
18    there?  Okay.  And were they boxes like that?  Or what sort
19    of things were shipped there?
20              ▮ Per. 10 :  No.  Like jumbos and sharpies.
21              MR. THAKUR:  Okay.
22              ▮ Per. 10 :  Things that you would need to set up
23    the summer office.
24              MR. THAKUR:  Okay.
25              SA FBI 41 :  I'm sorry, jumbos?
```

Subject to Protective Order                                                        USA-00817603

```
 1      (02:50:09)

 2              ██ Per. 10 :   Pictures.

 3           SA FBI 41 :   Thank you.

 4           MR. THAKUR:  You had mentioned the gift closet in

 5      the 45 Office.  Before you kind of took over Per. 34 's role in

 6      the summer of last year, had you been inside the gift closet

 7      there?  So before the FBI search.

 8              ██ Per. 10 :   Um-hum.

 9           MR. THAKUR:  Okay.  And I guess, what was the

10      purpose of you going inside the closet?

11              ██ Per. 10 :   I set up the gift closet.  I helped

12      set it up.

13           MR. THAKUR:  Okay.  When was that?

14              ██ Per. 10 :   Probably, that summer.

15           MR. THAKUR:  Okay.  So the summer of 2022?

16              ██ Per. 10 :   2021.

17           MR. THAKUR:  Of 2021?  Okay.  And when you say you

18      set it up, did you bring in the things that were in the

19      closet?

20              ██ Per. 10 :   Like, all the Save America t-shirts

21      and all the hats and --

22           MR. THAKUR:  Okay.

23              ██ Per. 10 :   -- all the gifts, like, making it

24      look how his closet did at the White House.

25           MR. THAKUR:  Okay.  And where did you bring --
```

Subject to Protective Order

USA-00817604

1    (02:51:24)

2           MR. THAKUR:  -- those items from?

3           ▉ Per. 10 :  Some from storage.

4           MR. THAKUR:  Okay.  Storage at Mar-a-Lago?  Or

5    storage from, like, Life Storage?

6           ▉ Per. 10 :  Both.

7           MR. THAKUR:  Okay.  Do you remember, like, a blue

8    leather box that was in the closet?

9           ▉ Per. 10 :  No.

10          MR. THAKUR:  At any point?  You don't remember

11   seeing a blue box like that?

12          ▉ Per. 10 :  I don't think so.  There's blue

13   silver platters.

14          MR. THAKUR:  No.  This was an actual box, but it's

15   sort of a blue leather covering on it.

16          SA FBI 21A:  It's like a nice box, not like a paper

17   box.  It actually has, like, a leather exterior.  So almost,

18   like, a gift you would receive as --

19          ▉ Per. 10 :  Yeah.

20          SA FBI 21A:  -- like, a nice box.  I think it was,

21   like -- it might've even had a Presidential label or --

22          MR. THAKUR:  Yeah.  I think it did.

23          SA FBI 21A:  -- a seal on the top of it.

24          ▉ Per. 10 :  I don't think so.

25          MR. IRVING:  This is (indiscernible 2:52:20) --

Subject to Protective Order                                    USA-00817605

1    (02:52:21)

2              ▮ Per. 10 :   All the gift packaging is blue and

3    has a seal on it.

4              SA FBI 21A :   The what packaging?

5              ▮ Per. 10 :   Gift packaging.

6              SA FBI 21A :   All right.

7              ▮ Per. 10 :   It looks like that.

8              SA FBI 21A :   I just happened to see it and it is

9    just truly leather.  Not saying that there wasn't -- just so

10   you know, like -- this -- if you saw it, you would know it's

11   a box.  It's not packaged.  It's got --

12             ▮ Per. 10 :   Yeah.  I don't --

13             SA FBI 21A :   It's blue leather.

14             ▮ Per. 10 :   -- think I know what you're talking

15   about at all.

16             SA FBI 21A :   Okay.

17             MR. IRVING:  And this would've been in the gift

18   closet?

19             SA FBI 21A :   Yes.  At some point.  I mean, it

20   could've been in other places as well.  But we --

21             ▮ Per. 10 :   Right.

22             SA FBI 21A :   -- know that, at least, at some point,

23   it was in the gift closet.

24             MR. THAKUR:  Right.  And that's sort of what my

25   question is about.  If you didn't see it in that closet --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817606

```
1    (02:52:56)

2          MR. THAKUR:  -- had you seen it at any other

3    point?

4          ████ Per. 10 :  No.  I'm trying to figure out what

5    box you're talking about.

6          MR. THAKUR:  Okay.  That's it on mine.

7          SA FBI 21A :  We're wrapping up in the last section

8    of questions here.  So since the first time you interviewed

9    with us -- since then, has anyone ever coached you on how to

10   answer -- when I say coached, I don't mean, like, legitimate

11   advice, like, that you received here but told you what

12   you're not allowed to talk about at work?  Anything like

13   that?

14         ████ Per. 10 :  No.

15         SA FBI 21A :  No?  Okay.  As far as -- has any given

16   you any kind of advice to not be cooperative with the FBI?

17         ████ Per. 10 :  No.

18         SA FBI 21A :  Okay.  Has anyone from Save America

19   PAC talked to you about our investigation?

20         ████ Per. 10 :  No.

21         SA FBI 21A :  Okay.  How about Per. 49 ?  You

22   mentioned her before.  Like, does P. 49 ever talk to you about

23   the investigation?

24         ████ Per. 10 :  Not to my knowledge.

25         SA FBI 21A :  Okay.
```

Subject to Protective Order

USA-00817607

```
1    (02:54:00)

2              Per. 10 :  I mean, about, like lawyers.

3         SA  FBI 21A :  Okay.

4         MR. IRVING:  Yeah.  I mean, you obviously -- I

5    mean, you had an earlier interview.

6              Per. 10 :  Yeah.

7         MR. IRVING:  Per. 49  --

8              Per. 10 :  Like, I called --

9         MR. IRVING:  Was  Per. 49  aware of that?

10             Per. 10 :  When you called me --

11        SA  FBI 21A :  Um-hum.

12             Per. 10 :  -- I called  Per. 49 .

13        SA  FBI 21A :  Okay.

14             Per. 10 :  But --

15        MR. IRVING:  And then this --

16             Per. 10 :  -- you know that from last time.

17        MR. IRVING:  -- thing with the box in May --

18             Per. 10 :  Um-hum.

19        SA  FBI 21A :  Okay.

20        MR. IRVING:  But it's just not like you haven't

21   talked to  Per. 49  --

22             Per. 10 :  Yeah.

23        MR. IRVING:  -- about, you know -- broadly about

24   things having to do with the investigation.  But I think the

25   question is whether --
```

Subject to Protective Order                              USA-00817608

```
 1    (02:54:32)

 2              MR. THAKUR:  For my question.

 3              MR. IRVING:  Would be has  Per. 49  ever told you to

 4    say or not say anything?

 5          ▮ Per. 10 :  No.

 6          SA  FBI 21A :  Okay.  Has  P. 49  ever asked you what it

 7    is that we talked about the first time?

 8          ▮ Per. 10 :  No.

 9          SA  FBI 21A :  No?  Okay.  And keep in mind if you

10    did, it wouldn't be wrong.  Like, we're not talking about

11    classified things here.  It's just more I'm just curious.

12    So all right.  I think, just make sure -- is  P. 49  aware --

13    you said that  P. 49  -- I don't think you mentioned  P. 49  being

14    aware that you're talking to us today.

15          ▮ Per. 10 :   P. 49  is.

16          SA  FBI 21A :   P. 49  is?  Okay.  All right.  Has anyone

17    ever told you that after speaking with us they had to, like,

18    talk with  Per. 49   alone about what was discussed?

19          ▮ Per. 10 :  What do you mean?

20          SA  FBI 21A :  So anyone else -- and I won't mention

21    names -- but if you were told by anyone who has been

22    interviewed by us, the FBI, that after doing the interview

23    with us,  Per. 49   has asked them what it was that we

24    discussed.

25          ▮ Per. 10 :  Oh, no.  Not to my knowledge, no.
```

Subject to Protective Order                          USA-00817609

1    (02:55:49)

2           SA FBI 21A:  You're not aware of that?  Okay.

3           MR. THAKUR:  And has anyone else asked you about

4    what the FBI asked you or what you told the FBI?

5           ▮ Per. 10 :  No.  I don't think so.

6           SA FBI 21A:  And we asked this question before, but

7    I don't think they completely made it very clear to us.  So

8    maybe you can clear it up.  So for the employees here, like,

9    in the 45 Office, how are attorney fees kind of covered?

10          MR. IRVING:  So which attorneys' fees?  For what?

11          SA FBI 21A:  Well, they made it seem like there

12   were some -- the way they described it, it almost sounded

13   like health insurance.  You pay a deductible on your own.

14   But then anything that goes over is covered by, like, the

15   PAC and some kind of fund or whatnot.  And I just didn't

16   know -- is that how it's generally done in the office?

17          MR. IRVING:  I'm just going to ask you to talk

18   that -- ask P. 60 and P. 18 --

19          SA FBI 21A:  Okay.

20          MR. IRVING:  -- the lawyers for the organization.

21          SA FBI 21A:  Okay.  Sure.  And let's see.  Now your

22   previous attorney, ▮▮▮▮, right?

23          MS. HARRIS:  Um-hum.

24          SA FBI 21A:  Did you ever have a retainer agreement

25   with ▮?  A document you would've signed that would've --

Subject to Protective Order                                    USA-00817610

```
1    (02:57:04)

2              SA [FBI 21A]:  -- shown that you're ███ client. ███

3    represents you in this matter.  Anything like that?

4              ███ [Per. 10]:  I assume so.  I mean, I signed the

5    same types of things I signed with ███ with ███.

6              SA [FBI 21A]:  Okay.  And so those things are the

7    same things, the retainer agreement?

8              MR. IRVING:  I've never seen the one with --

9    what's the guy's name?  ███?

10             ███ [Per. 10]:  ███.

11             SA [FBI 21A]:  ███.

12             MR. IRVING:  ███.

13             ███ [Per. 10]:  I don't --

14             MR. IRVING:  So I mean, we have a retainer

15   agreement.

16             SA [FBI 21A]:  You two have?

17             MR. IRVING:  Yeah.

18             SA [FBI 21A]:  Okay.  But -- and you --

19             MR. IRVING:  I can only imagine that ███ does too,

20   but --

21             SA [FBI 21A]:  Right.

22             ███ [Per. 10]:  Yeah.

23             SA [FBI 21A]:  Okay.  So you would've signed similar

24   things with ███?  Okay.  And let me make sure I have

25   everything here.
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1    (02:57:47)

2            SA ▮FBI 21A▮:  Okay.  And so for ▮  -- for ▮

3    ▮▮, is it your understanding -- I just want to make sure I

4    understand because I'm assuming we will have to ask some of

5    this stuff with ▮Per. 60▮.  But I think you can appreciate,

6    like, why we're kind of concerned.  We just want to make

7    sure we're verifying that attorneys -- you can only speak

8    for yourself.  But for ▮▮▮, ▮ represented you, not

9    Save America, correct?

10            ▮ Per. 10 ▮:  I believe so.

11            SA ▮FBI 21A▮:  Okay.  And you've said you already

12   signed the letter here, which is very comforting.  But I

13   just -- have you heard of any situation where other

14   coworkers or whatnot had attorneys, but there's no -- that

15   they don't represent them?  They represent Save America?  Or

16   they don't have an attorney retainer agreement or anything

17   like that?

18            ▮ Per. 10 ▮:  No.

19            SA ▮FBI 21A▮:  Anything?  Okay.  All right.

20            MR. IRVING:  And -- well, I'll talk to you in a

21   little bit.

22            SA ▮FBI 21A▮:  Okay.  All right.  And that's really

23   everything here that I have.  So have I missed anything?

24            MR. THAKUR:  I don't think so.

25            SA ▮FBI 21A▮:  All right.

Subject to Protective Order                                    USA-00817612

1   (02:58:57)

2          MR. THAKUR:  I think that covers it.

3          SA FBI 21A:  All right.

4          MR. THAKUR:  Yeah.

5          SA FBI 21A:  You're good?  (Indiscernible 2:59:04).

6          SA FBI 41:  I have one very granular question I

7 just realized I started earlier.  I'm just curious about the

8 significance of a date that you mentioned.  I know earlier

9 you talked about Per. 35 being hired and you said the first

10 time you saw P. 35 was in April of 2022, and that just seemed

11 very specific to me.  So I was wondering, what stood out

12 about that date or how you committed it to memory when you

13 first saw P. 35?

14        Per. 10:  P. 35's just very talkative.

15        SA Per. 10:  (Indiscernible 2:59:33).

16        Per. 10:  Sorry.  Yes.

17        SA FBI 21A:  If you want, at some point, I can turn

18 off the recorder and you can tell us what --

19        SA FBI 41:  And trust me, I'm not fishing for you

20 to say negative things about P. 35.  I more so meant did that

21 coincide with a significant event?  If it's simply that

22 P. 35's a chatty P. 35 --

23        Per. 10:  No.

24        SA FBI 41:  -- that's understandable.

25        Per. 10:  There's no event.  It's just --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

```
1    (02:59:50)

2           SA [FBI 41]:   Okay.

3           MR. THAKUR:  Okay.

4           SA [FBI 21A]:  Okay.

5           SA [FBI 41]:   I mean, your attorney is grinning a

6    little bit.  So --

7           SA [FBI 21A]:  I think we've all met someone --

8           SA [FBI 41]:   We'll leave it there.  Appreciate it.

9           SA [FBI 21A]:  Okay.  I think that's it.  So unless

10   you have any questions for us, you get a free bottle of

11   water and a snack for the road.  And I can escort you guys

12   downstairs.

13          MR. IRVING:  I'm just -- I'm trying to see if

14   there were -- because there were -- and I know we had some

15   kind of loose ends.

16          SA [FBI 21A]:  Um-hum.

17          MR. IRVING:  I think I answered all of those when

18   we talked the other day.  I'm just looking through here real

19   quick just to see if I'm missing anything.

20          (Pause.)

21          MR. IRVING:  You did look at Office 365, so --

22          [   ] [Per. 10]:  Um-hum.

23          MR. IRVING:  -- we're only going to talk about

24   this in the context of the laptop, right?  So [P. 10] has a new

25   laptop.
```

Subject to Protective Order                                      USA-00817614

1    (03:00:51)

2              SA FBI 21A:   Um-hum.

3              MR. IRVING:   And one question that, I think, we

4    probably all had is whether the laptop was being -- whether

5    these documents were stored locally on the hard drive of the

6    laptop or were they sort of stored to the cloud?

7              SA FBI 21A:   Um-hum.

8              MR. THAKUR:   Right.

9              MR. IRVING:   And the answer, the best we can tell,

10   is that no.  It was not stored to the cloud.  Because you

11   checked your -- you went on --

12             ▇ Per. 10:   Office 365.

13             MR. IRVING:   Yeah.  So you explain.

14             ▇ Per. 10:   I went on Office 365 and, like, I

15   can't access anything.  I never saved anything to OneDrive.

16   So --

17             SA FBI 21A:   Okay.

18             ▇ Per. 10:   I mean --

19             MR. THAKUR:   Is this --

20             ▇ Per. 10:   -- everything --

21             MR. THAKUR:   Is this --

22             ▇ Per. 10:   -- that's on my laptop, you all have.

23             SA FBI 21A:   I'm sorry?  What?

24             ▇ Per. 10:   You have any and everything that I

25   ever saved.

Subject to Protective Order                                    USA-00817615

1    (03:01:33)

2            MR. THAKUR:  Right.  But you -- so recently, you

3    tried to access the Adobe cloud?

4            ▮ Per. 10 :  Not the Adobe cloud.

5            MR. IRVING:  No.  The Office 365 --

6            ▮ Per. 10 :  The Office 365 --

7            MR. IRVING:  -- that would've had -- so if P. 10 had

8    been saving documents to OneDrive --

9            MR. THAKUR:  Yeah.

10           MR. IRVING:  -- that would show up on P. 10 --

11           MR. THAKUR:  Oh, I see.  The separate cloud

12   from --

13           MR. IRVING:  Yeah.  P. 10 --

14           MR. THAKUR:  -- the laptop.

15           ▮ Per. 10 :  Yeah.  The Microsoft.

16           MR. IRVING:  -- Microsoft Office --

17           MR. THAKUR:  Okay.

18           MR. IRVING:  -- 365 account.

19           MR. THAKUR:  Got it.

20           MR. IRVING:  So I was --

21           MR. THAKUR:  Okay.

22           MR. IRVING:  -- wondering --

23           MR. THAKUR:  Got it.

24           MR. IRVING:  -- you know, do you have your folder

25   directory from your old laptop on Office 365?  And the --

Subject to Protective Order                              USA-00817616

```
1    (03:02:02)

2              MR. IRVING:   -- answer --

3              MR. THAKUR:   Yeah.

4              MR. IRVING:   -- is no.

5              MR. THAKUR:   Okay.  Got it.

6              MR. IRVING:   Which tends to support the notion --

7              MR. THAKUR:   (Indiscernible 3:02:08).

8              MR. IRVING:   -- that the laptop is --

9              MR. THAKUR:   Yeah.

10             SA FBI 21A:   Okay.

11             MR. THAKUR:   And this is a laptop provided by Save

12   America?

13             Per. 10:   I don't know who owns the laptop.

14             MR. THAKUR:   Okay.  But this is not your personal

15   laptop?

16             Per. 10:   No.

17             MR. IRVING:   Are we talking about the one that P. 10

18   gave up --

19             MR. THAKUR:   Yes.

20             MR. IRVING:   Gave you guys?

21             MR. THAKUR:   Yeah.

22             Per. 10:   Yeah.

23             MR. THAKUR:   Okay.

24             MR. IRVING:   Right.  That's (indiscernible

25   3:02:29) --
```

Subject to Protective Order

USA-00817617

```
 1    (03:02:30)
 2             MR. THAKUR:   (Indiscernible 3:02:30).
 3             ███  Per. 10 :   I sometimes did personal things on
 4    it.  But it wasn't --
 5             MR. THAKUR:   Right.  But not something that you --
 6    you didn't purchase the laptop?
 7             ███  Per. 10 :   No.
 8             MR. THAKUR:   Okay.  And you use it -- they gave it
 9    to you when you started working?
10             ███  Per. 10 :   Not originally.
11             MR. THAKUR:   Okay.
12             ███  Per. 10 :   My personal laptop was having issues,
13    so I asked  Per. 34  if I could have a different -- a laptop.
14             MR. THAKUR:   Okay.  Got it.  And so approximately
15    when did you get the laptop?
16             ███  Per. 10 :   The summer.  Probably a month or two
17    into work, so probably August.
18             MR. THAKUR:   Okay.
19             ███  Per .10 :   I mean, that's --
20             MR. THAKUR:   Yeah.
21             ███  Per. 10 :   That's -- I don't know that for
22    certain.
23             MR. THAKUR:   Okay.  But before you started
24    scanning, you had that laptop?
25             ███  Per. 10 :   Yeah.
```

Subject to Protective Order

USA-00817618

1    (03:03:11)

2         MR. THAKUR:  Okay.  Got it.  Okay.  I think that's

3    it.

4         SA **FBI 21A**:  Okay.  Thank you so much for -- and I

5    know this was longer than last time, but we really

6    appreciate it.  Seriously, you can take this.  But thank you

7    for the time and also kind of helping with getting us what

8    we needed to -- in order to make sure, like, this thing was

9    kind of scrubbed and cleaned.

10         If you see something like that again, just rinse

11    and repeat, you know?  Just notify your attorney and we'll

12    be there, okay?

13         MR. IRVING:  Yeah.  Appreciate it.

14         SA **FBI 21A**:  All right.  I'll walk you out.

15         MR. IRVING:  Are we off the record there?

16         (End of recording.)

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order

1                        **C E R T I F I C A T E**

2              I, ███████████ and ██████████, certify

3    that the foregoing is a true and correct transcript, to the

4    best of my ability, of the above pages, of the RECORDED

5    AUDIO INTERVIEW provided to me by the Department of Justice,

6    Washington, D.C.

7              I further certify that I am neither counsel for,

8    related to, nor employed by any of the parties to the action

9    in which this recording was taken, and further that I am not

10   financially nor otherwise interested in the outcome of the

11   action.

12



13   January 24, 2023
     Date

14                          Transcriber

15   January 24, 2023
     Date

16                          Transcriber

17
     January 26, 2023
18   Date

                            Auditor
19

20              Within this transcript of proceedings, some of the

21   names and/or technical terms are spelled phonetically,

22   inasmuch as exhibits, files and supporting documentation

23   were not made available to us for reference.

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                                USA-00817620