UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVIERA,

**Defendants.**
_____ /

**[PROPOSED] ORDER**

Upon consideration of the Defendant Waltine Nauta's Motion to Dismiss the Superseding Indictment for Selective and Vindictive Prosecution, it is this ___ day of _____, 2024, hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that an Evidentiary Hearing on the Motion shall be held on _____, 2024, as requested in Mr. Nauta's Notice of Pretrial Motions and Hearing Requests (Mar. 1, 2024) (ECF No. 359).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day ____, 2024.

.

                                                                The Honorable Aileen M. Cannon
                                                                 United States District Court Judge