# EXHIBIT 3

# FILED UNDER SEAL

# (SEE ECF 482)