# EXHIBIT 3

| | |
|---|---|
| **From:** | Reynolds, Brett (NSD) |
| **Sent:** | Tuesday, October 25, 2022 7:27 PM |
| **To:** | Stanley Woodward |
| **Cc:** | Edelstein, Julie (NSD) |
| **Subject:** | Re: [EXTERNAL] Re: Per. 24 |

Stanley,

Following up on our call earlier today, we have moved Mr. Per. 24's scheduled grand jury testimony to next Thursday, November 3, at 1:00 p.m.

And again, our sympathies on your accident and very best wishes for a good prognosis and prompt recovery.

Thanks,
Brett

Sent from my iPhone

> On Oct 24, 2022, at 9:31 PM, Stanley Woodward <@brandwoodwardlaw.com> wrote:
>
> Thanks Brett - but I won't know until Wednesday where things stand. Happy to touch base mid-day tomorrow. Call anytime.
>
> Sent from my iPhone
>
> **Brand | Woodward**
> www.brandwoodwardlaw.com
> ███ (o)
> ███ (m)
> ███ (f)
>
>> On Oct 24, 2022, at 9:28 PM, Reynolds, Brett (NSD) <@usdoj.gov> wrote:
>>
>> We've just filed the immunity application. That's terrible news about the complex fracture. Sorry to hear it.
>>
>> I recognize that your additional tests are on Wednesday, but please let us know by mid-day tomorrow if this Thursday will work for Mr. Per. 24's appearance. Our preference is to go ahead this week rather than next, but if you know by tomorrow that Thursday is an absolute impossibility because of where things stand with you, we'll need to move some things around to get the appearance locked in for next week.
>>
>> Thanks,

Brett

Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
███████████ (office) / ███████████ (cell)

---

**From:** Stanley Woodward ███████@brandwoodwardlaw.com>
**Sent:** Monday, October 24, 2022 6:52 PM
**To:** Reynolds, Brett (NSD) ███████@usdoj.gov>
**Cc:** Edelstein, Julie (NSD) ███████@usdoj.gov>
**Subject:** [EXTERNAL] Re: Per. 24

Thanks Brett - not sure what you heard, but I have a complex fracture in my humerus. More tests on Wednesday morning to determine if surgery is necessary. At the moment I'm not able to put on a shirt so not sure where I'll be Thursday but I'll advise Mr. Per. 24 of the grand jury's availability. It might be prudent to also book time next week. Also, any word on an immunity order.

Sent from my iPhone



**Brand | Woodward**
www.brandwoodwardlaw.com
███████ (o)
███████ (m)
███████ (f)


> On Oct 24, 2022, at 6:23 PM, Reynolds, Brett (NSD) ███████@usdoj.gov> wrote:
>
> Stanley,
>
> I heard through the grapevine about your injury. I'm sorry to hear it and wish you a speedy recovery.
>
> We have secured time for Mr. Per. 24's appearance before the grand jury at 1:00 p.m. this Thursday, the 27th. Please confirm when you can.
>
> Brett
>
> Brett C. Reynolds
> Trial Attorney

2

Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
██████████ (office) / ██████████ (cell)