UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      **Defendants.**
_____/

## NOTICE OF FILING

Defendant Waltine Nauta, by and through the undersigned counsel, and pursuant to the Court's April 18, 2024, Order (ECF No.466), as well as the Court's April 28, 2024, Paperless Order (ECF No. 490), hereby gives notice of the filing of a transcript of his June 21, 2022 Grand Jury testimony.  An unredacted copy of the transcript has been filed under seal with the Court.  *See* Notice (April 25, 2024) (ECF No. 479) (Under Seal).  A redacted copy of the transcript conforming with the redaction instructions of the Court's April 18, 2024, Order (ECF No. 466) is attached hereto as Exhibit B.  The transcript was referenced as attached as Exhibit B to Mr. Nauta's Motion for a Bill of Particulars (April 11, 2024) (ECF No. 446) as well as his Motion to Dismiss for Unconstitutional Vagueness (April 11, 2024) (ECF No. 448).

[SIGNATURE BLOCK NEXT PAGE]

Date: April 29, 2024				Respectfully submitted,

  *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

  *s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

*s/ Sasha Dadan*