# EXHIBIT B

```
 1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
 2


 3      - - - - - - - - - - - - - - - - )

 4      IN RE:                         *

 5        POV 18 U.S.C. 793            *   CASE NO. N/A

 6                                     *

 7      - - - - - - - - - - - - - - - - )

 8

 9                          Grand Jury 22-4

10                          United States District Courthouse
                            333 Constitution Avenue, NW
11                          Washington, DC 20001

12                          Tuesday, June 21, 2022

13

14              The testimony of WALTINE NAUTA was taken in the

15      presence of a full quorum of the Grand Jury, commencing at

16      9:08 a.m., before:

17              JAY BRATT
                Assistant United States Attorney
18
                BRETT REYNOLDS
19              Assistant United States Attorney

20              JULIE EDELSTEIN
                Assistant United States Attorney
21

22

23

24        Reported by:

25        ███████████████
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

2

E X H I B I T S

Exhibit No.          Description                    Marked

1     Photo of Mar-a-Lago                    30

2     Photo of Mar-a-Lago                    34

3     Photo of boxes                         47

3

<u>P R O C E E D I N G S</u>

1

2      (Whereupon

3                          WALTINE NAUTA

4      was called as a witness and, after first being duly sworn

5      by the Foreperson of the Grand Jury, was examined and

6      testified as follows:)

7                          EXAMINATION

8           BY MR. BRATT:

9           Q.   Mr. Nauta, you may be seated.  In a loud and clear

10     voice, could you please introduce yourself to the ladies and

11     gentlemen of the grand jury by spelling your first and last

12     name for them -- by stating your first and last names and

13     then spelling them for them?

14          A.   Good morning, everyone.  My name is Waltine Nauta.

15     It's W-a-l-t-i-n-e, N-a-u-t-a.

16          Q.   Mr. Nauta, why don't you just briefly remove your

17     mask to see if any of the jurors recognize you.  And you may

18     put it back on.  So Mr. Reynolds to your right will be

19     asking you the questions, but before he does, I need to

20     advise you of certain rights and responsibilities that you

21     have before this grand jury.

22               First, you have the right to know what this grand

23     jury is investigating.  And in this matter, the grand jury

24     is investigating the possible mishandling and retention of

25     classified documents at the Mar-A-Lago estate in Palm Beach,

1    Florida.   Do you understand that?

2        A.   Yes.

3        Q.   Every witness who comes before the grand jury has

4    to answer questions, but there's one exception:   if in

5    answering a question, a truthful answer would incriminate

6    you or provide evidence that would link you to a crime, a

7    question such as that, you do not have to answer.   That is

8    known as your Fifth Amendment right.   Do you understand

9    that?

10       A.   Yes.

11       Q.   Every witness who appears before the grand jury

12   has the right to have an attorney present; not here inside

13   the grand jury room, but outside.   And the grand jurors will

14   give you reasonable opportunities to consult with consult.

15   You have counsel present today; is that correct?

16       A.   Yes.

17       Q.   And that's ████████████  and  ████Per. 72████?

18       A.   Yes.

19       Q.   ████████████████████████████████████

20   ██████████████████

21       A.   Yes.

22       Q.   Now, you again have just taken an oath.   And as

23   Mr. Reynolds is going to get into with you, you were formal

24   in the navy, correct?

25       A.   Yes.

1    Q.   And when you were in the navy, you took an oath to

2  defend the Constitution, correct?

3    A.   Yes.

4    Q.   And also to obey your commander-in-chief, the

5  president, correct?

6    A.   Correct.

7    Q.   Now, this oath is different.  So you are not here

8  to obey the present or former commander-in-chief.  Do you

9  understand that?

10   A.   Yes.

11   Q.   And your obligation is to obey this grand jury.

12  Do you understand that?

13   A.   Yes.

14   Q.   And to give entirely truthful testimony to this

15  grand jury?

16   A.   Yes.

17   Q.   So you understand the importance and solemnity of

18  this oath, correct?

19   A.   Yes.

20   Q.   Okay.  I will turn you over to Mr. Reynolds.

21        BY MR. REYNOLDS:

22   Q.   Good morning, sir.

23   A.   Good morning.

24   Q.   I know we're very close to each other.  It's not

25  like a typical court room.  But is this okay with you if I

1    sit here to ask you questions?

2        A.   Yeah, that's fine.

3        Q.   Okay, very good.  So I wonder if you could start

4    by giving the ladies and gentlemen of the grand jury just a

5    brief summary of your background prior to the White House,

6    like your navy service.

7        A.   I joined the Navy in 2001, July of 2001.  My first

8    duty -- I did boot camp in Chicago, Illinois.  My first duty

9    station was at -- Japan.  My next tour after that was in

10   Mayport, Florida, on the U.S.S. John F. Kennedy.  After that

11   I was stationed in Kings Bay, Georgia.  While in Kings Bay,

12   Georgia, I did an IA tour in Kabul, Afghanistan.  After that

13   I returned back to Mayport, Florida to the U.S.S. -- the

14   proud defender -- FFG-50.  From there, I submitted a package

15   to do a tour at the White House, and that takes me all the

16   way to 2012.  From there I served in the White House -- from

17   2012 to 2021.

18       Q.   What was your role in the White House?  What's the

19   title?

20       A.   I started as one of the military chefs there at

21   the White House.  From there I transitioned in 2017 to what

22   is re-dubbed as the valet for President Trump, which is a

23   personal aide.

24       Q.   And at some point in your time at the White House

25   you were selected for senior chief petty officer; is that

1   right?

2        A.    Correct.

3        Q.    And that's a big deal in the navy, I mean --

4        A.    Absolutely.

5        Q.    That's a very high enlisted rank.

6        A.    Yes.

7        Q.    Well, congratulations, and thank you for that,

8   sir.  As a valet -- when did you become a valet to

9   President Trump?

10       A.    When he first took office, so January 2017.

11       Q.    And if you could describe for the grand jury some

12   of the roles that a valet has; what's your job like?

13       A.    So generally as a valet -- there's five roles

14   there as a valet to the president.  Three is in what we call

15   a residence, and two over at the oval office.  So any

16   personal needs on the residence side, three of them would

17   take care of the residence; the other two would take care in

18   the oval office.

19            Generally anything -- mainly from food security,

20   if there was any receptions in the oval office, or the

21   Roosevelt room, or in the cabinet room, we would kind of

22   help facilitate his lunches, or just kind of give him a prep

23   if he needed anything prior to a meeting; meaning in his

24   case, Diet Coke, or Tea, or any guests that they were having

25   attend a meeting.

 1      Q.   So it's your testimony, if I understand it right,

 2  that there were five valets to the president?

 3      A.   Yes.

 4      Q.   And did you have one of those particular roles in

 5  oval office, residence, or did you move?

 6      A.   I had both.

 7      Q.   You had both?

 8      A.   Yes.

 9      Q.   So during your time as a valet to the former

10  president, you had occasion to observe the west wing?

11      A.   Yes.

12      Q.   The oval office itself?

13      A.   Yes.

14      Q.   The residence?

15      A.   Yes.

16      Q.   And presumably various working areas of the White

17  House that none of us would have ever seen on a tour?

18      A.   Yes.

19      Q.   In connection with your role as a valet, or in

20  your military service, did you ever possess a security

21  clearance?

22      A.   I believe it was Yankee White.

23      Q.   Did you receive any -- what is Yankee White?

24      A.   At the time, I understand it was believed to be

25  highest security clearance in the west wing.

1      Q.   And so that came as a result of your west wing

2   valet service as opposed to your -- the fact of having been

3   in the military?

4      A.   Correct.

5      Q.   As part of receiving that clearance, did you

6   receive any training or education about the handling of

7   classified material?

8      A.   If I remember correctly, we do a lot of briefings

9   over in what is EOB room, or office building.

10     Q.   Briefings when you got the clearance about sort

11  of --

12     A.   Correct.

13     Q.   About what the procedures and rules would be?

14     A.   Yes.

15     Q.   Do you recall any of those sitting here today, or

16  what the gist is of those trainings you received in EEOB?

17     A.   Not verbatim, just off the top of my head.

18     Q.   Are you generally aware that classified

19  information needs to be protected to a certain extent, that

20  other information isn't?

21     A.   Yes.

22     Q.   And are you familiar with the concept of

23  classification markings on documents?

24     A.   To a certain extent, yes.

25     Q.   What does that mean to you?  A classification

1    marking?

2         A.    It -- well, what I've seen as something that says

3    classified, and that's to the extent of what I've seen.

4         Q.    And it might say a level -- secret or top secret?

5         A.    Correct.

6         Q.    And frequently, that's printed kind of across the

7    top of a page?

8         A.    I'm not -- to my knowledge, I don't remember.

9         Q.    But you've seen it printed in some government

10   documents?

11        A.    Yes.

12        Q.    In your work for the former president, did you

13   have occasion to observe him reviewing documents, official

14   documents generally?

15        A.    No.

16        Q.    You never observed the former president looking at

17   documents?

18        A.    No -- classified documents?

19        Q.    Any kind of working document.

20        A.    Yes.  Working documents, yes.

21        Q.    And did you observe him taking boxes of documents

22   to look at and to review?

23        A.    Occasionally.

24        Q.    How would that come up?  I mean, what's the

25   typical scenario for the former president looking at boxes

1   of documents?

2        A.    When we were in the oval office serving him lunch,

3   that's when he would go through -- in the oval dining room,

4   that's when he would go through those documents, when we

5   would see him work on those documents.

6        Q.    And what's the flow of paper to the former

7   president?  How would he be getting these documents?  Who

8   would be bringing them to him?

9        A.    We were bringing -- one extent that I knew of is

10  that we would pick up a PDB from the situation room at 7:30

11  every morning and drop it off right outside of his room --

12  7:45 -- however long it took to walk over and drop off the

13  black bag over to his room.

14       Q.    His room, meaning the residence?

15       A.    Correct.

16       Q.    What's the PDB?

17       A.    Presidential daily briefing.

18       Q.    And in general terms to you, what is it?  What

19  does that contain?

20       A.    I'm -- I have no idea what that can consist of.

21       Q.    Do you know who puts it together?

22       A.    I do not.

23       Q.    What the point of it is for the president?

24       A.    I don't want to assume.

25       Q.    Well, not assuming, but to the extent that you

1    know, like, what it is and what it's meant to do for him.

2         A.   It's a daily -- I mean, it was presumed as a daily

3    briefing -- for what's ahead of the day.

4         Q.   Are you aware if it comes from the intelligence

5    communities?  The CIA and other organizations that are

6    involved in national intelligence?

7         A.   Coming out of the situation room, that's -- yes.

8    We would imagine that it would be something of importance.

9         Q.   And are you aware that the PDB is generally, if

10   not always, a highly classified document?

11        A.   Correct.

12        Q.   Apart from the PDB, did you have occasion to

13   observe what we would call government documents, classified

14   or not, in the residence of the White House while

15   President Trump was in office?

16        A.   Yes.

17        Q.   Where did those document go?  If the president

18   took documents up to the residence with him, where would

19   they go after that?

20        A.   I have -- I am not aware of where they would have

21   gone.

22        Q.   Did you ever observe any boxes of documents in the

23   residence?

24        A.   Boxes of documents?  No, I have not, in the

25   residence.  Not to my knowledge.

13

1      Q.   Are you familiar with the term Bankers Box?   Do

2   you know what that would refer to?

3      A.   Yes.

4      Q.   What is that to you?

5      A.   It's the box that we've seen multiple times inside

6   his room up in the residence.   A general white box; it says

7   Banker Box on it.

8      Q.   Yeah.   Kind of white filing box, yeah.

9      A.   Yeah.

10      Q.   I just wanted to establish the term meant

11   something.   So when you say you've seen that multiple times

12   in the residence, on what occasions did you observe Bankers

13   Boxes in the White House residence?

14      A.   Just going in and out of his room while we were

15   dropping off his laundry.

16      Q.   So they would be kind of in the presidential

17   bedroom or residential suite?

18      A.   Correct.

19      Q.   Do you know what they contained?

20      A.   No.

21      Q.   Ever had occasion to see into any of the Bankers

22   Boxes in the residence?

23      A.   A couple of them did have -- a lot of them

24   actually had the boxes off them, and a lot of times it

25   was -- what we saw was newspapers.

1    Q.   So sometimes the Bankers Boxes -- the top would be

2    off and you would observe newspapers inside?

3    A.   Yes.

4    Q.   Anything else that you can recall seeing inside

5    the Bankers Boxes inside the White House residence?

6    A.   Some ties.  He collected a lot of ties.  He was

7    very fond of collecting hygiene stuff:  hairsprays,

8    mouthwash; multiple kinds of hairsprays and deodorants in

9    these boxes.

10   Q.   And those would also be in the boxes you observed

11   in the residence?

12   A.   Yes.

13   Q.   I know that it may have varied over the course of

14   your service, but can you give us a general impression of

15   how many boxes you were observing in the residence?  Are we

16   talking a couple, or is it like a wall of boxes in the White

17   House residence?

18   A.   Probably quite a few.  Quite a few boxes.

19   Q.   Quite a few -- I know you're trying not to guess,

20   and I respect that, but give us at least some kind of

21   ballpark -- won't hold you to it -- kind of number.

22   A.   I mean, maybe half the size of this side of the

23   room on the wall.  It would be spread out throughout the

24   room.  We had some on this side of the room, and then you

25   had some boxes on this side of the room, so --

```
 1          Q.   Spread out or stacked?

 2          A.   Stacked.

 3          Q.   Stacked as high as the wall?

 4          A.   No.  Just along the whole side of the wall, one

 5     side of the bedroom wall.

 6          Q.   So is it safe to say -- we're imagining the White

 7     House residence with over a dozen Bankers Boxes at some

 8     times?

 9          A.   I would say so.

10          Q.   More than a few dozen?

11          A.   I wouldn't go there.

12          Q.   In your service for the former president, did you

13     have occasion to travel with him?

14          A.   Yes.

15          Q.   Sometimes?  All the time?

16          A.   Sometimes.

17          Q.   So do you have any estimate of what proportion of

18     trips you went on versus not?

19          A.   No, I don't.  Quite a -- no.  There was a lot.

20          Q.   But you went on quite a few?

21          A.   Yes.

22          Q.   Did you make trips to the president's residence at

23     Mar-a-Lago with him while he was in office?

24          A.   Yes.

25          Q.   How many times?
```

1    A.   I don't know how many times.

2    Q.   More than a handful?

3    A.   Yes.

4    Q.   During those trips did you have occasion to become

5  familiar generally with Mar-a-Lago?

6    A.   For the most part.  We never ventured off into

7  Mar-a-Lago; we just kind of did a routine of get there, stay

8  with him there -- and then go back to our hotel.

9    Q.   Do you know what the term SCIF means?

10   A.   Not off the top of my head.

11   Q.   So it stands for sensitive compartmented

12  information facility.  And have you heard that term used or

13  thrown around?

14   A.   I have heard that term before.

15   Q.   In general terms, what does that mean to you, if

16  someone says their room is a SCIF?

17   A.   Whenever it was mentioned, we -- I would assume

18  that it was a secured room.  Sensitive phone calls.

19   Q.   Sensitive phone calls?  And are you aware that

20  SCIFs are the designation for a room that can handle

21  classified material?

22   A.   I was not aware.

23   Q.   Was there a SCIF at Mar-a-Lago during the

24  presidency?

25   A.   To my knowledge, yes.

17

1  Q. Was it, like, one of the rooms of the resort set

2 aside for that purpose?

3  A. Yes.

4  Q. Do you recall which room, or if it had a name?

5  A. I don't recall the name.  I just know that -- it's

6 one of the rooms upstairs on the -- top end of the property.

7  Q. Did you observe it in that condition, as a SCIF?

8 What did it look like that made it secure?

9  A. You walk into the room, and then they have what is

10 a makeshift tent around it, and then they have some kind of

11 sound -- I guess something that throws off sound -- so

12 people can't hear what's going on in that room.  That's all

13 I really remember about it.  It's --

14  Q. And I -- sorry --

15  A. It was just a tent, and they had some kind of

16 noise -- disruptance (ph) in there.

17  Q. And I assume, to your knowledge, the secret

18 service set that up and was responsible for it?

19  A. I assume so, yes.

20  Q. Was that the Lakeview Suite?

21  A. I don't remember if that's the name.  I don't

22 recall if that's the name.

23  Q. Are you aware of a room at Mar-a-Lago called the

24 Lakeview Suite?

25  A. I've heard that name before, but I don't know

18

1  which room it is.

2      Q.   Is there another room at Mar-a-Lago that was kind

3  of a business center that had computers in it?

4      A.   Yes.

5      Q.   Was that in the same vicinity as the Lakeview

6  Suite?

7      A.   If it's that room to the top of where the SCIF was

8  at, if that's the -- then it's -- should be right around the

9  corner.

10     Q.   And if I understand it right, that business center

11 computer room was at one point used for COVID testing?

12     A.   Yes.

13     Q.   So it's on the same floor, right around the corner

14 from the room that was a SCIF?

15     A.   Yes.

16     Q.   I want to talk more about Mar-a-Lago, but I'd like

17 to take you back to the end of the former president's

18 administration in January 2021.  At that time, at the end of

19 the administration, who was responsible for packing?

20     A.   What do you mean?

21     Q.   The former president's personal effects, things

22 from the residence, things from the oval office; presumably

23 all of that has to get out of the building.  Who packs it

24 up?

25     A.   We were a part of that team.  I don't know off the

19

 1   top of my head who was all involved with it, as far as

 2   packing.  I don't know -- the valets were a part of that.

 3        Q.   What was your role in packing?

 4        A.   We would pack some of the stuff from the -- well,

 5   not some -- the majority of the stuff inside the storage

 6   room up in the third floor of the residence.  Some of the

 7   items in his room, but mainly the personal stuff that he had

 8   on the third floor storage.

 9        Q.   What kinds of items do you recall packing up?

10        A.   There was a lot of suits; more than enough white

11   shirts; more ties; more shoes; some gifts that he had; Nerf

12   gun toys, I guess that were ████████████ , ██ Per. 73 ██ ; and

13   then a lot of hats; more shampoo; more undergarment shirts,

14   more than I can remember.

15        Q.   And you boxed those up for shipping and moving?

16        A.   Correct, yeah.

17        Q.   Did you label boxes in any way?

18        A.   We did label them; household stuff, personal

19   stuff; or we would put the person's name receiving them.

20        Q.   Who would have been receiving the boxes?

21        A.   The person we wrote on the box was ██ Per. 66 ██ .

22        Q.   ██ Per. 66 ██ .  And who is ██ Per. 66 ██ ?

23        A.   At the time, we didn't -- we just knew that he was

24   the -- we understood him as being a ████████████████████

25   ██████ .

1      Q.   So someone instructed you to put the name ███ on

2  some of the boxes?

3      A.   Yes.

4      Q.   Who instructed you to do that?

5      A.   I was told by ██████████, ████ Per. 62 ████.

6  And we got that information from ████ Per. 70 ████.

7      Q.   And who is ████ Per. 70 ████?

8      A.   At the time, ██ must have been the -- I forgot ██ Per. 70

9  title.  ██ was the -- in charge of ████████████████████

10 ████████████████.

11     Q.   Were there any other names that you wrote on any

12 of the boxes, or just ██ Per. 66 ██?

13     A.   Just ████ Per. 66 ████.

14     Q.   And so if you were writing the name of a Mar-a-

15 Lago employee on the boxes, presumably these boxes are going

16 to Mar-a-Lago?

17     A.   Correct.

18     Q.   How big are the boxes we're talking about that you

19 packed up?

20     A.   I don't know -- they're much more larger

21 (verbatim) than a Bankers Box, that's for sure.

22     Q.   Did you pack up any Bankers Boxes in that move out

23 of the residence?

24     A.   We did the extended version of the Bankers Boxes.

25 So it's essentially if it were two Bankers Boxes, that's the

```
 1   size we would pack up.

 2        Q.   So it's still kind of a file size; it's just

 3   longer?

 4        A.   Correct.

 5        Q.   Where did those come from?

 6        A.   I honestly don't know.

 7        Q.   What did you pack with them -- what did you pack

 8   in them?

 9        A.   More of the personal stuff.  The -- again, the

10   white shirts, and a crazy amount of undershirts, socks,

11   underwear, hairspray again.

12        Q.   Did those extended Bankers Boxes also get notated

13   with the [Per. 66], or in a different name?

14        A.   Yes.

15        Q.   With [Per. 66]?

16        A.   Yes.

17        Q.   I didn't ask about the color of the other boxes;

18   were they sort of standard cardboard boxes?

19        A.   Yes.

20        Q.   Were there any boxes of documents that you

21   personally packed up in leaving the White House in January

22   2021?

23        A.   Not to my knowledge; I didn't pack any of those.

24        Q.   Were there any boxes of documents that you

25   observed during the packing process in January 2021?
```

22

1      A.   Not to my recollection.

2      Q.   Did you ever observe any Bankers Boxes being

3  placed inside larger cardboard boxes?

4      A.   Yes.

5      Q.   Tell me about that.

6      A.   They were already there.  So we would put them

7  into the bigger brown boxes.

8      Q.   And when you say they were already there, the

9  Bankers Boxes were where?

10     A.   They were already packed right next to the other

11 boxes that we were getting ready -- that the movers were

12 taking out.

13     Q.   And are we talking about the residence at this

14 point?

15     A.   Correct.

16     Q.   So would these have been the same type, or same

17 location of Bankers Boxes that you described earlier as

18 being kind of along the wall in the residence?

19     A.   Right.  There was -- so most of the hallways and

20 the rooms on the third floor were -- they had boxes

21 everywhere.  So when we came to pack them out, some of those

22 boxes were already there inside that room and right outside

23 of the room.

24     Q.   The room, meaning the bedroom?

25     A.   The storage room.

1    Q.   The storage room?

2    A.   Right.

3    Q.   So I just want to make sure that I'm getting this

4  right.  In the process of moving out, there were Bankers

5  Boxes in the residence of the White House?

6    A.   Yes.

7    Q.   And those Bankers Boxes that were full of

8  something got put into larger cardboard boxes?

9    A.   Correct.

10    Q.   And you did some of that?

11    A.   They were already -- we took some of those boxes

12  that were already there and put them in those brown boxes,

13  the Bankers Boxes.

14    Q.   And then did the brown boxes become labeled with

15  Per. 66 or anything else?

16    A.   Some of them were labeled; some of them were just

17  taken away as the movers were grabbing them.

18    Q.   Was there any rhyme or reason as to why some would

19  be labeled with Per. 66 and some wouldn't be labeled at all?

20    A.   If we couldn't write his name there fast enough,

21  they would just take the box.

22    Q.   During your time at the White House, did you have

23  any interaction with people involved in presidential

24  records?  Like, the White House -- I think it's called the

25  office of records management?

```
 1        A.    To my recollection, yes.

 2        Q.    What do you remember about interacting with the

 3   records management people?

 4        A.    What I recall --

 5        Q.    Go ahead.  You can answer that.

 6        A.    What I recall is every time he would leave for the

 7   evening, they would come up, and they would collect all the

 8   papers that he threw on the floor; or that -- at the time,

 9   we understood that he didn't need any more.

10              BY MS. EDELSTEIN:

11        Q.    Sorry.  Just going back to the boxes for a moment,

12   those Bankers Boxes.

13        A.    Um-hmm.

14        Q.    Do you know who packed those, or who prepared

15   those?

16        A.    I do not.

17        Q.    Did you ever lift any of those boxes?

18        A.    Yes.

19        Q.    Can you tell from lifting the boxes what may have

20   been in them?

21        A.    No, I can't tell you.

22        Q.    Would you say it is or --

23        A.    Some were heavy; some were light.

24        Q.    Would you say that it is, or was not consistent

25   with papers being in those boxes?
```

25

1       A.   I wouldn't recall.  I don't want to assume.

2       Q.   Did you ever open any of those boxes?

3       A.   I did not.

4       Q.   And you don't know how they got there?  They were

5  just already sitting there when you were packing?

6       A.   Yes.

7            BY MR. BRATT:

8       Q.   The boxes that you previously described as being

9  against the wall, both walls of the bedroom --

10      A.   Um-hmm.

11      Q.   Were those packed into these larger brown

12 cardboard boxes as well?

13      A.   I don't know off the top of my head.  I know that

14 they were there -- it was chaotic that day.  And a lot of

15 them were just, again, getting thrown into boxes.  I'd come

16 and they were -- it was already cleared out.

17           BY MR. REYNOLDS:

18      Q.   Back to the records management people; did you

19 have any understanding of what their role was?

20      A.   I do not.

21      Q.   In your time as a valet, or specific -- related to

22 packing up, did you ever learn about obligations related

23 to -- or rules about the preservation of presidential

24 records?

25      A.   From what I understood, it was just a matter of

26

1    them coming, collecting all the -- anything that he touched,

2    or had his name, or wrote on, they were to collect for

3    records.

4        Q.   And they were collecting that because those are

5    presidential documents that belonged to the American people,

6    or the government?

7        A.   I believe so.

8        Q.   Post inauguration day in 2021, President Biden

9    comes into office.

10       A.   Um-hmm.

11       Q.   Did you stay on at the White House at that time?

12       A.   Did I stay on the White House?

13       Q.   Yeah.  Did you continue working there after

14   President Biden came into office?

15       A.   Yes.

16       Q.   For how long did you continue working at the White

17   House?

18       A.   I stayed there until, I believe either May or

19   June.

20       Q.   And what was the occasion of your departure, or

21   your decision to leave the White House?

22       A.   I transferred over to the Navy Yard.

23       Q.   You transferred over to Navy Yard here in D.C.?

24       A.   Yes.

25       Q.   What was your role down there?

```
1        A.   I forgot the title.  I was helping -- protocol.  I

2   was deputy protocol down there in the Navy Yard.

3        Q.   For how long did you have that role?

4        A.   I believe maybe four months -- three, four months.

5        Q.   And so that puts us in roughly what month in 2021?

6        A.   Oh, 2021.  Yeah, yeah.  July, August, I believe.

7        Q.   What did you do after your few months at the Navy

8   Yard?

9        A.   I submitted my papers to retire, and then I took a

10  job -- with the office of President Trump.

11       Q.   So in short, you left the navy; fully retired?

12       A.   Yes.

13       Q.   What, 20 years, more than 20 years of service?

14       A.   Twenty years, two months.

15       Q.   Twenty years and two months.  And then you took a

16  job with the former president in his capacity, just as a

17  private citizen now?

18       A.   Correct.

19       Q.   Do you still have that role today?

20       A.   Yes.

21       Q.   What is your title or role with the former

22  president?

23       A.   Just another special assistant, I guess.  There's

24  really -- just an executive assistant to the office of 45.

25       Q.   And if that's the title, what's the role?  What do
```

1    you do on a day-to-day basis with him?

2         A.   On a day-to-day basis, generally we're -- in the

3    office, we're -- with my role particularly, I get up with

4    him and he's golfing.  So I would see him to go off and

5    golf.  If there's anything that my other colleagues wanted

6    to pass onto him before he went off to golf, I would pass

7    that information to him.

8              And then we're just -- I'm just kind of hanging

9    back and waiting for -- we'd get to the clubhouse or

10   wherever we were golfing, and I'm just kind of the liaison

11   of any material that comes for him as far as memos or phone

12   calls, and just kind of see him through his day.

13        Q.   When you took that role with him, did you start

14   right away when you left the navy, or did you have any time

15   off?

16        A.   I had maybe some time off.

17        Q.   So approximately when did you start working for

18   him again?

19        A.   August.

20        Q.   August 2021?

21        A.   Correct.  Well, it was more of a transition at

22   that time.

23        Q.   Meaning?

24        A.   I was getting out of the navy and sporadically

25   saying hello to them; going to the office; seeing them.

29

```
 1    That's about it.

 2         Q.    Sort of working up to full-time?

 3         A.    Correct.

 4         Q.    And you're full-time in this role now?

 5         A.    Yes.

 6         Q.    Where did you go to sort of start that job with

 7    the president in August 2021?

 8         A.    New Jersey.  Bedminster, New Jersey.

 9         Q.    That's generally where he spends the summers?

10         A.    Yes.

11         Q.    When did you first return to Mar-a-Lago after

12    starting the new role with former President Trump?

13         A.    Sometime in October, that following October.

14         Q.    Did you go down there with him, or did you go in

15    advance, or for any other reason?

16         A.    No.  When he transitioned from New Jersey to Mar-

17    a-Lago, I took, I believe maybe two or three days to pack my

18    stuff, and then I moved to Florida on my own.

19         Q.    So did you kind of arrive there after him or

20    before him?

21         A.    After him.

22               BY MR. BRATT:

23         Q.    As you were transitioning out of the navy to

24    working for the former president, did you spend any time at

25    Mar-a-Lago before going up to New Jersey?
```

1        A.    I did not.

2        Q.    So your first sort of full-time presence at Mar-a-

3   Lago was when you came back in around October of 2021?

4        A.    Yes.

5              MR. REYNOLDS:  Sir, I'm going to put up here a

6   photograph that I've marked as Grand Jury Exhibit Number 1.

7              (Grand Jury Exhibit 1 marked for identification.)

8              BY MR. REYNOLDS:

9        Q.    What are we looking at here?

10       A.    I believe that's a photo of Mar-a-Lago.

11       Q.    And you recognize this from your trips there, from

12   your work there?

13       A.    Yes.

14       Q.    I know that the former president sometimes moves

15   between properties, but would you describe Mar-a-Lago as his

16   primary residence?

17       A.    I would -- we spend a lot of time there now, so I

18   would say so.

19       Q.    Yeah.  And is it where you spend most of your

20   time, working for him?

21       A.    Yes.

22       Q.    Are you able to describe to me in this picture --

23   and then I can kind of point out on the screen and

24   confirm -- where his office is?  Does the former president

25   have sort of an office area or space that he uses?

1      A.   Yes.  It's -- the technical term at the time is --

2   it was called the bridal suite.  That's where his office is

3   located.

4      Q.   And approximately where on that picture would that

5   be?  Is that here in the main building, or over here?

6      A.   Over to your right.

7      Q.   So we're looking at this separate building; it

8   looks like there's maybe a covered walkway; is that right?

9      A.   Yes, but that's uncovered there.

10     Q.   It's uncovered in this picture, right.

11     A.   So right around where you were pointing with that

12   pen is where the office is at, up top.

13     Q.   Here, I'll write a letter A on that building.  Is

14   that about right for where the office is?

15     A.   Yes.

16     Q.   What kind of staff does he have in the office

17   these days as a former president?

18     A.   It all depends.  Sometimes there's two people,

19   three people in there, four, five.

20     Q.   Have you become familiar with who they are?  Are

21   they people that you interact with regularly?

22     A.   Yes.  Not regularly, but very sparingly.  They

23   come and go.  I don't see them on a daily basis.

24     Q.   Who are they?  What names do you recall?

25     A.   That are there on a daily basis, or who I see

32

 1  sparingly?

 2      Q.    Who's there regularly?  Maybe it's not every day,

 3  but they're at least a regular presence working for him who

 4  you know?

 5      A.    [Per. 34]  ,  [Per. 64]  are generally the two

 6  that's always there.

 7      Q.    I don't want to spend too much time on it, but in

 8  general terms, what is their role?

 9      A.    Again, another -- I honestly -- they're

10  executive -- we don't really have official titles; we're all

11  just part of the office.

12      Q.    Elsewhere at Mar-a-Lago -- I won't ask you to

13  point it out, just for privacy and security reasons -- but

14  are you generally able to identify where the former

15  president's residence on the property is?

16      A.    Generally, yes.

17      Q.    And then, are there utility areas at Mar-a-Lago

18  for storage, laundry, that kind of thing?

19      A.    Yes.

20      Q.    Where would those be?

21      A.    That would be underneath that whole building --

22  that picture of that building; it's underneath the property.

23      Q.    So there's -- you have some kind of -- it's South

24  Florida, so maybe not technically a basement, but I assume

25  kind of a ground-level around sort of -- all around here,

33

 1   maybe?

 2        A.   Yes.

 3             MR. REYNOLDS:  And I'm pointing underneath the --

 4   I'll mark it in a second, but I'm pointing underneath what

 5   appears to be a patio with tables and chairs.

 6             WITNESS:  Yes.

 7             BY MR. REYNOLDS:

 8        Q.   Are there storage areas down there?

 9        A.   Multiple storage areas.

10        Q.   Can you describe the storage areas to us?

11        A.   There are all -- no.  It's pretty chaotic down

12   there to be honest.  It's hard to put what one storage unit

13   looks like -- one storage room looks like.  It's messy down

14   there.

15        Q.   Let's zone in on one in particular.  Is there a

16   particular storage room that has what I understand to be

17   kind of a goldish-color door?

18        A.   A goldish-brown door, yes.

19        Q.   A goldish-brown door?  And are there a couple of

20   steps leading up to that storage area?

21        A.   Yes.

22        Q.   Where is that room?

23        A.   It's -- again, once you make your entrance from

24   the right side of there, and then it'll be -- I believe it's

25   the third or fourth door on your right.

1    Q.   So let's pinpoint on the picture with a -- I'll do

2    a letter B.  I know this is the outside, of course.

3    A.   Yeah.

4    Q.   But if you're walking around the Mar-a-Lago

5    property, where would you go in to get to that room?

6    A.   To -- in that picture, to the right side of the

7    pool; top right.

8    Q.   Up here or down here?

9    A.   Right there, yep.

10    Q.   Right about here?

11    A.   Um-hmm.  You walk in that walkway right there.

12    That'll lead you to the entrance of the beginning of the

13    storage units.

14    Q.   Maybe I have a slightly better way of doing it.

15    I'm going to do one more picture for you, just for us to

16    confirm here.  I'll show you what's marked as Grand Jury

17    Exhibit Number 2.

18         (Grand Jury Exhibit 2 marked for identification.)

19         BY MR. REYNOLDS:

20    Q.   Is this a different aerial view of Mar-a-Lago

21    property?

22    A.   I believe so.

23    Q.   And if I'm understanding your testimony

24    correctly -- but of course, correct me if I'm wrong -- the

25    way that you would get to that storage room we're describing

1    is somewhere down here?

2         A.    No.  To the right of that, right there.

3         Q.    To the right.  So around this walkway?

4         A.    Correct.

5         Q.    So I will mark a letter A on Grand Jury Exhibit

6    Number 2.  And where that letter A is, is that how you would

7    get to this storage room?

8         A.    Yes.

9         Q.    What's next to that storage room?  Kind of explain

10   to us what the hallway or corridor looks like.

11        A.    It's filled with chairs and tables, some shelves,

12   and there's multiple doors along that hallway.

13        Q.    What do some of the other doors go to?

14        A.    Some of them are offices down there, a laundry

15   room down there, more storage, cleaning -- I guess a dry-

16   cleaning area is down there, I believe.  That's all at the

17   top of my head -- multiple storage units.

18        Q.    Dry-cleaning, laundry?

19        A.    Yes.

20        Q.    Have you had occasion to go into this storage room

21   we're describing, with the gold or brown door?

22        A.    Yes.

23        Q.    When did you first go into that storage room?  To

24   the best of your recollection.

25        A.    Sometime when I got down there in October.

1    Q.   Why did you have occasion to go into that room?

2    A.   I was moving his suits from his private room down

3    into that storage unit.

4    Q.   What else did you observe in the storage room when

5    you first went there in October 2021?

6    A.   Some of -- I believe some of the boxes that we

7    brought down from the White House.

8    Q.   And those would be Bankers Boxes, or the larger

9    cardboard boxes?

10   A.   Both.

11   Q.   Were any of them marked   Per. 66   still?

12   A.   Yes.

13   Q.   I know it would be an estimate, but I do want to

14   ask you to estimate approximately how many boxes you

15   observed in that room when you first went there in October

16   2021.

17   A.   Quite a few boxes.

18   Q.   Quite a few; does that --

19   A.   The room was covered -- covered in boxes.

20   Q.   And so that means 80, 100 boxes?

21   A.   I don't know.  I'm not going to give you a number.

22   Q.   Could it be?

23   A.   Possibly.

24   Q.   Because it's more than a few dozen?

25   A.   I don't know if it's hundreds of boxes, but

37

 1    it's -- quite a few boxes are in there.

 2         Q.    Not hundreds, but maybe approaching 100?  Maybe --

 3         A.    I'm not going to assume anything --

 4         Q.    Well, I'm not -- I want to be clear, I'm not

 5    asking you to assume; I'm asking you to give the ladies and

 6    gentlemen of the grand jury your best good faith estimate of

 7    how many boxes you observed in that room.

 8         A.    It was probably, I would say up close to 100.  But

 9    the boxes vary.  It's -- again, it's the big boxes, the

10    Bankers Boxes, and then there's Xerox boxes.  And a lot of

11    the boxes are brown, and there was the Xerox boxes that are

12    in there.

13         Q.    Are there shelves in the room, or they just

14    stacked one on top of the other?

15         A.    No, they're just stacked over each other.

16         Q.    On both sides as you go in, or on one particular

17    side?

18         A.    It's a very small room.  It's mainly on one side

19    of the room.

20         Q.    Do you know where those boxes came -- you said

21    that these are the boxes you had observed being packed in

22    the White House, right?

23         A.    Yes.

24         Q.    Do you know where they were, in between the White

25    House and in his basement room at Mar-a-Lago?  Were they

1    stored anywhere else at Mar-a-Lago?

2         A.   Not to my knowledge.  I have no recollection of

3    where those boxes -- or how they got down there.

4         Q.   So you don't know who physically placed them in

5    there?

6         A.   I do not.

7         Q.   At the time that you first went there in October

8    2021, what was the security of the room?  Was there a lock

9    on the door?

10        A.   Yes, there was a lock on the door.  I don't know

11   if it was always locked, because those door knobs on there,

12   they're kind of finicky, so I don't know if it was always

13   locked.

14        Q.   Who has a key to that room?

15        A.   Everybody has a key to that room.

16        Q.   Including you?

17        A.   I don't have a key for that room.

18        Q.   Have you ever had a key to that room?

19        A.   No.

20        Q.   Have you ever borrowed, or been given -- even just

21   temporarily -- a key to that room?

22        A.   Yes, to move his suits down there.  Yes.

23        Q.   And so if we're talking moving suits down there,

24   we're still talking about your first visit to the room in

25   October 2021?

1  A. Yes.

2  Q. Where did you get the key from at that time?

3  A. From ▮Per. 34▮.

4  Q. From ▮▮Per. 34▮▮?

5  A. ▮▮Per. 34▮▮.

6  Q. Did you hang on to the key, or did you return it?

7  A. No, I returned it.

8  Q. Since that time, since the movement of the suits,

9 have you handled the key to that room?

10  A. I have not.

11  Q. Since that time, the movement of the suits on

12 October 2021, have you been in the room?

13  A. I have.

14  Q. What are the occasions that you can recall that

15 you've been into that room?

16  A. Again, a lot of times when we go to rallies or

17 speaking engagements, he's very fond of collecting shirts,

18 and hats, stickers.  We'll put them in boxes, and I would

19 store them in that room.

20  Q. Did you take anything out of that room at any

21 time?

22  A. I have.

23  Q. What kinds of things have you taken out of the

24 room?

25  A. Recently I took out a box of challenge coins that

```
 1   I brought up to the office.

 2       Q.   Who requested you to bring the box of challenge

 3   coins?

 4       A.   [Per. 10]          had said we were running low on

 5   the coins, so I went down there and got some for the gift

 6   closet.

 7       Q.   And you said it's recently; can you give us your

 8   best recollection of when that was?

 9       A.   Maybe within the last month.

10       Q.   Sometime within the last month?

11       A.   Yeah.

12       Q.   On those trips to the storage room, you've

13   described a couple of occasions where you've put memorabilia

14   from appearances and events down there, right?

15       A.   Correct.

16       Q.   And you've described one trip where you got

17   challenge coins from the room, right?

18       A.   Yes.

19       Q.   On those occasions, how did you get into the room?

20   Did you obtain a key from someone?

21       A.   I did.  I obtained the key from [Per. 10].

22       Q.   In each of the occasions you've been to the room,

23   you've obtained the key form [Per. 10]?

24       A.   No.  When I would go down there and put the chum

25   (ph) in there, I would get a key from [Per. 19].
```

```
 1       Q.   Who is [Per. 19]?

 2       A.   [Per. 19] a [                              ].

 3       Q.   So [Per. 19] works at Mar-a-Lago?

 4       A.   Correct.

 5       Q.   [Per. 19] an employee of Mar-a-Lago?

 6       A.   Yes.

 7       Q.   And what's the process of you getting a key from

 8  [Per. 19]?

 9       A.   I just tell [Per. 19]:  Hey [Per. 19], I've got some stuff

10  that needs to go in the storage unit.  Can I borrow that key

11  to put it in there?

12            Sure, no problem.

13       Q.   Is that the process that you followed each of the

14  occasions that you have either -- taken something into or

15  taken something out of the storage room?

16       A.   Yeah, I'd just ask one of them.

17       Q.   Well, when you say one of them --

18       A.   [Per. 10], [Per. 34], or [Per. 19].

19       Q.   So to your knowledge, [Per. 10],

20  [Per. 34], and [Per. 19] all have keys to the room?

21       A.   To my knowledge, yes.

22       Q.   And I don't think I asked who [Per. 10]

23  is.

24       A.   [Per. 10] also in the office of 45.  [Per. 10] works in the

25  office, the 45 office.
```

1      Q.   Is there anyone else who you have obtained a key

2   from to go into that room?

3      A.   I have not.

4      Q.   And I know that you say that everyone has a key to

5   that room.  Do you know who else has a key?

6      A.   I believe President Trump has a key to that room.

7      Q.   Has he ever given you his key to that room?

8      A.   He has not.

9      Q.   Does he go down there himself?

10     A.   I am not aware of that.

11     Q.   Do you know who he gives his key to, or --

12     A.   I do not.

13     Q.   Do you know if any of the boxes from the White

14  House were ever stored anywhere else in Mar-a-Lago other

15  than that room?

16     A.   Not to my knowledge.

17     Q.   So let me ask you another security question about

18  Mar-a-Lago.  Are you aware of security cameras on the

19  property?

20     A.   Where?

21     Q.   Security cameras on the property at Mar-a-Lago?

22     A.   Yes.

23     Q.   There are security cameras around?

24     A.   Yes.

25     Q.   Do you notice them frequently?

1    A.    Occasionally.  I mean, I know they're there to the

2    extent, but I don't know exactly where they're all at.

3    Q.    Presumably -- former president's property -- there

4    are security cameras though, right?

5    A.    Yes.

6    Q.    Do you know who runs them?

7    A.    Two operations:  Mar-a-Lago security, and Secret

8    Service.

9    Q.    And when you say Mar-a-Lago security, is that Mar-

10   a-Lago employees?  Is it a contract company?

11   A.    I don't know which -- if they're contracted, or if

12   it's part of Mar-a-Lago.

13   Q.    Who are the individuals who you would classify as

14   part of Mar-a-Lago security?

15   A.    I honestly don't know their names.

16   Q.    You don't know any names of any security people at

17   Mar-a-Lago?

18   A.    ████  (ph) is probably one of them.

19   Q.    ████?

20   A.    I don't even know his last name.

21   Q.    That's fine.  Anyone else other than ████ that you

22   can recall that works in security at Mar-a-Lago?

23   A.    Per. 74.   Per. 74  (ph) I think -- I believe his

24   last name is.  Those are probably the only two gentlemen

25   that I'm aware of.  But I think Per. 74 had stepped away from

1   working there.

2         Q.   Do you know where the footage from the security

3   cameras goes?  Does it go to servers or tapes somewhere?

4         A.   I don't know.

5         Q.   Have you observed servers or tape recorders at

6   Mar-a-Lago?

7         A.   No, I have not.

8         Q.   Do you know who has access to the footage from

9   security cameras at Mar-a-Lago?

10        A.   I don't.

11        Q.   Were you involved in taking boxes to the

12   president's Mar-a-Lago residence in January of this year,

13   January 2022?

14        A.   Say that again?

15        A.   Well, let me give a little bit of background

16   maybe.  Did you have any awareness, or do you now that the

17   National Archives and Record Administration had been in

18   discussions with the former president's office about getting

19   presidential records returned to the national archives?

20        A.   Yes.

21        Q.   How were you aware of that?

22        A.   ████ Per. 34 ████   had mentioned to me that we were

23   going to move some boxes.  In short, we moved some boxes.  I

24   didn't realize until I saw an article maybe a week or so

25   later.  Then I realized, oh, moving those boxes must have

```
 1   been that transition.

 2        Q.   So you say you and [Per. 34] moved some boxes.  Where

 3   did you move the boxes from and to?

 4        A.   The boxes were in Pine Hall.  Pine Hall is a room

 5   right outside of his office -- I mean his bedroom.  From

 6   there, we moved them -- we transferred them into my car;

 7   from my car to the semi truck that was outside of Mar-a-

 8   Lago.

 9        Q.   Can you describe the boxes that you say moved from

10   Pine hall to your car to the semi truck?

11        A.   They were more white -- more of the white Banker

12   Boxes, and about the same size box as the brown Xerox boxes.

13        Q.   So white Banker Boxes that you obtained in Pine

14   Hall?

15        A.   Yes.

16        Q.   How many are we talking?

17        A.   I don't know off the top of my head.  Roughly 15

18   to 17 I believe.

19        Q.   Did they -- were they the boxes from down in the

20   storage room in the basement?

21        A.   I don't know.

22        Q.   Were you involved in moving boxes from the storage

23   room in the basement up to Pine Hall?

24        A.   Moving Bankers Boxes, brown boxes, yes -- yes.

25        Q.   So when did you move boxes from the storage room
```

1   in the basement up to Pine Hall?

2        A.   It's sporadic.  It's whenever he wanted to have a

3   box, or it was moving a box from -- it was whenever he

4   wanted -- or it was already staged there; I'd move them.

5        Q.   So talk the ladies and gentlemen of the grand jury

6   through that process of how you would identify a box in the

7   storage room in the basement -- a Bankers Box -- and take it

8   up to the president's residence.

9        A.   Well, either [Per. 34] or the president would ask to

10  get some boxes up there.  I'd get the key from [Per. 34]; I'd go

11  and I'd move some boxes from that storage room up to Pine

12  Hall or the office, whatever he requested; and then I'd give

13  [Per. 34] the key back; and that was it.  Lock it up and give [Per. 34]

14  key back.

15           MR. BRATT:  Did you move any -- in January of

16  2021, before you did the move -- 2022, before you did the

17  move to the parking lot where the boxes were picked up by

18  the --

19           WITNESS:  Yes.  I don't know off the top of my

20  head when I had moved them, but I did recall moving boxes.

21           BY MR. REYNOLDS:

22        Q.   So would it be fair to say that in the days or

23  weeks prior to the boxes leaving in the truck, you had

24  occasions that you took boxes from the basement storage room

25  up to Pine Hall?

47

1          A.    Yes.

2          Q.    Did Per. 34 or the former president specify which

3     boxes they wanted?

4          A.    No.

5          Q.    They would just say, what?  Bring us some boxes?

6          A.    Yeah.  Bring up a box -- a box or two, and just

7     leave it at the office, or leave it in Pine Hall.

8                BY MR. BRATT:

9          Q.    So when you did that move with Per. 34 to the

10    parking lot, that was not the first time that you had seen

11    those boxes that were in Pine Hall?

12         A.    When we first moved, when Per. 34 asked me to move

13    boxes that day, I walked into Pine Hall and there was a

14    stack of boxes there.

15         Q.    And those were similar to the ones that you had

16    previously moved up from the storage room?

17         A.    Yes.

18               MR. REYNOLDS:  I'm going to show you what I'm

19    going to mark as Grand Jury Exhibit Number 3.

20               (Grand Jury Exhibit 3 marked for identification.)

21               BY MR. REYNOLDS:

22         Q.    You've seen this picture before, right?

23         A.    I haven't seen this picture before, but I'm aware

24    of that -- those boxes.

25         Q.    What does this appear to show to you?

48

1        A.   It appears to be a wall of Banker Boxes.

2             BY MR. BRATT:

3        Q.   When you say -- I'm sorry -- when you say you

4    haven't seen the picture before; in fact, you discussed this

5    picture with former President Trump, correct?

6        A.   I have not.  I don't recall ever discussing this

7    picture with President Trump.

8        Q.   He never asked you who took that picture?

9        A.   No, not to my knowledge.

10       Q.   But these are the boxes that -- that's the room

11   with the golden door, correct?

12       A.   Yes.

13       Q.   And those are the boxes you've been describing to

14   us, correct?

15       A.   Yes.

16       Q.   I don't see it, but there aren't any picture

17   frames or anything hanging outside, sticking outside of it;

18   is that correct?  At least in this picture.

19       A.   At least in this picture, correct.

20            BY MR. REYNOLDS:

21       Q.   Sir, I apologize.  I'm forgetting your prior

22   testimony.  And maybe I forgot to ask; did you testify about

23   how many boxes you remembered moving from Pine Hall to the

24   semi truck?

25       A.   Yes.

1      Q.   About how many was that?

2      A.   Fifteen to seventeen.

3      Q.   And putting that together with the rest of your

4    testimony, it appears that the way that boxes were selected

5    to go to the office or Pine Hall was essentially you doing

6    the selection, right?

7      A.   I would walk in -- so yes, to answer your

8    question, yes.

9      Q.   And even just in this picture, there's more than

10   15 to 17 boxes, right?

11     A.   Correct.

12     Q.   Where are the rest of the boxes?

13     A.   They should still be in that room.

14          BY MR. BRATT:

15     Q.   So you've been in that room recently, you said,

16   correct?  To get the challenge coins?

17     A.   Correct.

18     Q.   And you know that the room does not look like that

19   now, correct?

20     A.   Correct.

21     Q.   In fact, there are a lot fewer boxes there at

22   present?

23     A.   Yes.

24     Q.   So some of them would have been the 15 or 17 boxes

25   that you've described.

```
 1        A.    Correct.

 2        Q.    Where did the other boxes go?

 3        A.    They're in his room.

 4        Q.    In his room in the residence?

 5        A.    In his room in the residence.

 6        Q.    And when were they moved to his room in the

 7   residence?

 8        A.    I have no -- that's --

 9        Q.    But it was after January 2022?

10        A.    Correct.

11        Q.    Who -- did you move them there?

12        A.    No.  I haven't moved some of these boxes -- I

13   would specifically put them in Pine Hall.

14        Q.    Who asked you to move those boxes to Pine Hall?

15        A.    He would ask me to move those boxes.

16        Q.    Did he tell you why he wanted you to move those

17   boxes?

18        A.    No.  All he ever said was, bring me a couple

19   boxes.  I'd grab them and just put them in Pine Hall.

20        Q.    And you're aware -- since we're starting to run

21   short on time -- on January 6th of this year, the former

22   president and his family went back to Bedminster, correct?

23        A.    January 6?

24        Q.    Right, a Friday.

25        A.    I don't recall that on the top of my head.
```

51

```
 1    January 6 --

 2         Q.   Do you remember the day that he went up to

 3    Bedminster -- I'm sorry -- June 3rd of this year?

 4         A.   Yes.

 5         Q.   That was a Friday?

 6         A.   Correct.

 7         Q.   And were you present?

 8         A.   I was.

 9         Q.   And did you fly up with him that day?

10         A.   I did.

11         Q.   So were you aware that an attorney of his had been

12    reviewing the boxes the previous day?

13         A.   Yes.

14         Q.   Did you assist in that at all?

15         A.   I showed him where the room was at.  He -- I got

16    the key from  Per. 19 .  He had opened the -- I opened the

17    door, and he went in, and told me to leave, and that was it.

18         Q.   And after he reviewed the boxes, were you asked to

19    remove any more boxes from that room?

20         A.   No.

21         Q.   And how long did it take him to review those

22    boxes?

23         A.   I don't know --

24         Q.   And that was done the day before on June 2nd?

25         A.   I don't remember which day that was.
```

52

1          Q.   Was it the same day that you flew up to Bedminster

2    or was it -- a different day?

3          A.   It could have been -- to be honest, when we start

4    moving like that, when we made to move, there's a lot of

5    things that I'm doing that day.  I'm helping ████████

6    ████████

7          Q.   ████ being ████ Per. 30 ████?

8          A.   ████ Per. 30 ████ -- yeah.  ████ Per. 73 ████ -- I'm pretty much helping

9    them move all their luggage.  So I don't know how long it

10   took him to get -- stay in that room.  I don't remember

11   which day; I just know that --

12         Q.   Did you retrieve the key from him when he was

13   done?

14         A.   No, I did not.

15         Q.   Do you know where the key went after he was done?

16         A.   I believe -- I don't know -- that he might have

17   just given it to ████ Per. 19 ████, because ████ Per. 19 was the last -- Per. 19 ██

18   was the last person to see the family off.

19         Q.   And do you know if he reviewed any of the boxes

20   that were in the president's residential suite?

21         A.   I don't know.

22         Q.   Would you have seen him go there?

23         A.   I didn't see him go in there.

24         Q.   And have you discussed with the former president

25   this investigation?

```
 1        A.   I mentioned to him, yes.

 2        Q.   And what has he said to you about it?

 3        A.   All he said was:  Okay.  Go handle it.

 4        Q.   Did he ever talk to you about what to say if

 5   people asked you how many boxes were there that belonged

 6   to --

 7        A.   Not at all.

 8        Q.   Did anybody ever tell you that you should mention

 9   no more that the 15 boxes -- 15 to 17 boxes that went back

10   to --

11        A.   No.

12        Q.   Did you discuss -- who else at Mar-a-Lago have you

13   discussed this investigation with?

14        A.   This particular investigation?

15        Q.   Correct.

16        A.   Just him, and  Per. 34 , and  Per. 49 ; and telling them

17   that I'm coming down here to sit in front of the grand jury.

18        Q.   And  Per. 49 , that's  Per. 49 ?   Per. 49 ?

19        A.     Per. 49   , yes.

20        Q.   Per. 49 , sorry.  And  Per. 49  the ██████████████

21   ████████████████████████████████████████████████

22   ██████; is that correct?

23        A.   From my understanding.

24        Q.   And what did  Per. 49  say to you about the

25   investigation?
```

54

1        A.   All Per. 49 said was just, go in there and tell them

2   the truth.

3        Q.   And what did Per. 34 say to you about the

4   investigation?

5        A.   The exact same thing.

6        Q.   And other than telling you to handle it, what else

7   did the former president say to you about this

8   investigation?

9        A.   That's it.  Go in there, handle it, do what you

10  need to do, and I'll see you when you get back.

11       Q.   What about when the FBI interviewed you at the end

12  of May?  Was he aware of that?

13       A.   He was.

14       Q.   And what did he tell you in advance of your

15  interview with the FBI at the end of May?

16       A.   Nothing to my knowledge that I can remember off

17  the top of my head besides, okay, go.

18       Q.   And Per. 49 ; do you recall being on a private

19  flight with Per. 49 and the former president to a rally last

20  summer when he was in Bedminster?

21       A.   Last summer?  No.  I don't recall that.

22       Q.   Do you recall being on a flight with the former

23  president when he displayed to other people on the flight a

24  document classification mark --

25       A.   To -- I was on multiple flights, but I don't -- I

 1    sit at the back of the plane.  So if he did show it --

 2    there's multiple flights we took like that -- that I don't

 3    recall when he did that.

 4         Q.   Do you recall ███Per. 49███ being on any of those

 5    flights?

 6         A.   Multiple flights, yes.

 7         Q.   And these are usually to rallies over the summer?

 8         A.   Yes.

 9              MS. EDELSTEIN:  Did ██Per. 49██ tell you that ██Per. 49██ had seen

10    a document with classification markings on an airplane?

11              WITNESS:  ██Per. 49██ did not.

12              MR. BRATT:  Has anybody told you about that

13    incident?

14              WITNESS:  No.

15              MS. EDELSTEIN:  To your knowledge, are there

16    Bankers Boxes remaining to this day in the residence at Mar-

17    a-Lago?

18              WITNESS:  Residence, meaning which part?  In his

19    room --

20              MR. BRATT:  The president.

21              WITNESS:  Yes.  To my knowledge, yes.  There's

22    maybe two, three boxes in there.

23              MS. EDELSTEIN:  Just two or three?  Not more?

24              WITNESS:  To my -- I mean, everything happens

25    fast --

 1            BY MR. BRATT:

 2       Q.   Again, just looking at that picture; if you take

 3   out the top two rows, that's about fifteen, but there are

 4   also multiple rows that have far fewer boxes -- so if those

 5   boxes aren't in that room, where else would they be, other

 6   than the president's?

 7       A.   I wouldn't know.

 8       Q.   But you've taken multiple boxes since January 2022

 9   to the president's private residence?

10       A.   Correct.

11       Q.   And you haven't -- he hasn't asked you to take

12   them back, has he?

13       A.   No.

14            BY MS. EDELSTEIN:

15       Q.   Do you know anything about what is in them?

16       A.   No.

17       Q.   Do you know anything about their weight?

18       A.   They're heavy.  Some of them are heavy; some of

19   them are very light.

20            BY MR. REYNOLDS:

21       Q.   Mr. Bratt asked you about being interviewed by the

22   FBI in late May of this year.  Do you recall that interview?

23       A.   Yes.

24       Q.   Did you tell the FBI that the first time you had

25   ever seen any of the boxes was when you moved them from Pine

57

1 | Hall to the moving truck?

2 | A.   Yes.

3 | Q.   But it's your testimony before the grand jury

4 | today that in fact, you moved boxes up from the basement to

5 | Pine Hall, right?

6 | A.   Weeks prior, yes.

7 | Q.   So sir, I have to ask; why would you have told the

8 | FBI that the first time you saw them was much later, when in

9 | fact, you saw them weeks prior?

10 | A.   They had asked me if I had saw those boxes in Pine

11 | Hall.  That's what I understood what they were asking at the

12 | time.

13 | Q.   And when you told the FBI that you didn't know

14 | where the boxes in Pine Hall came from, that actually turns

15 | out not to be true, right?

16 | A.   Well, I mean, that could have been the boxes that

17 | I brought up, or they could have been boxes from wherever

18 | they were inside his room.

19 | MR. BRATT:  But to your knowledge, you've been the

20 | only one who's taken boxes from the storage room in the

21 | basement to Pine Hall in the residence, right?

22 | WITNESS:  To my knowledge and from what I

23 | understand, the boxes that I moved, yes.

24 | MR. BRATT:  I know we are -- used a little bit

25 | more than our time.  I don't know if the grand jurors have

58

1    any questions.  I haven't -- there hasn't been a knock on

2    the door.

3            GRAND JUROR:  I have a question --

4            MS. EDELSTEIN:  Can you speak up, please?

5            GRAND JUROR:  The black bag that he dropped off at

6    the residence in the White House, is that the --

7            MR. BRATT:  So I think -- I think I can clarify

8    your question.

9            BY MR. BRATT:

10    Q.    When you would -- just to clarify what you said,

11    when you would take the PDB, or the presidential daily

12    briefing to the president's bedroom in the White House,

13    those would be carried in black bags, correct?

14    A.    Yes.

15    Q.    Those are -- they're known as locked bags?

16    A.    Locked.  They're locked bags.

17    Q.    And that's because they contain classified

18    information; that's the proper way to transport classified

19    information, correct?

20    A.    From what I understand.

21    Q.    From what you were briefed and taught?

22    A.    Yes.

23            MR. BRATT:  Yes?

24            GRAND JUROR:  My second question is, how did he

25    find out about the job for the president if he's retiring?

59

```
1              BY MR. BRATT:

2         Q.    So -- and maybe just to speed this up -- the

3    former president's office reached out to you about coming to

4    Mar-a-Lago to work for them; is that correct?

5         A.    Not to Mar-a-Lago, but for the office.

6         Q.    But for the office for the former president?

7         A.    Yes.

8         Q.    They asked you to come to work for him?

9         A.    Yes.

10             MR. BRATT:  Yes, sir?

11             GRAND JUROR:  One question.  There were occasions

12   when Mr. Nauta would go to the storage room to take specific

13   boxes of coins or memorabilia, right?  And there were times

14   he would go and pick up boxes -- without knowing what's in

15   them, right?

16             WITNESS:  Yes.

17             GRAND JUROR:  How would you tell if the box that

18   you were picking -- for example, the memorabilia -- was the

19   box -- did you have to locate different boxes to find it, or

20   were they --

21             WITNESS:  Boxes with memorabilia were already

22   labeled.  They had a white paper on them that were labeled

23   lapel pens, challenge coins; those were easier to identify.

24   And they weren't in Banker Boxes.

25             MR. BRATT:  So I think the woman in the striped
```

60

 1   dress first had a question.

 2           GRAND JUROR:  Yeah.  How did the president take

 3   the PDB?  Was it presented to him?  Was he -- was it a

 4   presentation?  Was it -- did he read it?  Summary?

 5           WITNESS:  So inside the bedroom, we'd open his

 6   door.  And once you open his door, there's a table to the

 7   side.  We were told to drop the bag on that table.

 8           GRAND JUROR:  And was Pine Hall a SCIF?

 9           WITNESS:  No.

10           MR. BRATT:  And also, just so it's clear, after

11   the former president's term ended in January 2021, the room

12   that had the tent in it and had been a SCIF was no longer a

13   SCIF, correct?

14           WITNESS:  Correct.

15           GRAND JUROR:  Okay, thank you.

16           GRAND JUROR:  So no one took possession of the

17   PDB?  You put it on a table, and no one was there, and then

18   you left it?

19           WITNESS:  Well, we would knock -- whoever was

20   dropping it off between the three of us, we would announce

21   ourselves, put it on there, and then close the door.

22           GRAND JUROR:  Okay.  And then the other thing is,

23   if -- before, you said that some of -- that you did not know

24   what was in any of the boxes, but some of them were labeled.

25   So I guess what I'm confused about is, how is it that only

 1    the specific boxes with lapel pens are labeled, but none of

 2    the others were?  Is that --

 3              WITNESS:  The Banker Boxes were specific to him.

 4    In this room, what you don't -- if this is that room, that

 5    picture -- what you don't see is, on the other side of this

 6    is the brown boxes where all the gift items were in.

 7              GRAND JUROR:  So there were more boxes on the

 8    other side of the wall of boxes?

 9              WITNESS:  Yeah, about a quarter of that wall.

10              GRAND JUROR:  You mentioned them packing them, but

11    some were labeled and some weren't.  Some of the Banker

12    Boxes were labeled originally, like household items; and

13    some of them were just not labeled.

14              WITNESS:  Correct.

15              GRAND JUROR:  So in this room, all of the Bankers

16    Boxes are not labeled; and in another room, there were

17    labeled boxes that were Banker Boxes?

18              WITNESS:  These were -- the majority of these were

19    labeled at the top of the box, the covers.

20              GRAND JUROR:  Okay.

21              MR. REYNOLDS:  And sir, I believe -- also, just to

22    clarify that point -- your testimony earlier was that at the

23    White House, multiple Banker Boxes would be put into a

24    larger box, and that box would be labeled with ▉Per. 66▉?

25              WITNESS:  Correct.  It would be two Banker Boxes

1    that go in the brown box.  And whatever we could label,

2    either at the top of the box, or close that brown box and

3    then label them, then the movers would take it.

4         GRAND JUROR:  And the label at the top was Per. 66 's

5    name, or the label on the bigger box was Per. 66 's name?

6         WITNESS:  It was both.

7         GRAND JUROR:  It was on both?

8         WITNESS:  Yeah.  It was either Per. 66 or

9    MAL.  Whatever was fast enough for them to grab it.

10        BY MR. BRATT:

11        Q.   I know there are two more questions, but let me

12   just ask to clarify; when you were taking the initial set of

13   boxes to Pine Hall, were you just taking them off the top?

14        A.   I would just open the door, turn to my left, grab

15   a box, and take it up.

16        Q.   And why did you not bring more than the 15 to 17

17   boxes?

18        A.   He just -- once I started putting them in there --

19   he was like, okay, that's it.

20        Q.   He didn't -- did you say, sir, there are more

21   boxes there?  Do you want to look at those too?

22        A.   I didn't bring up specifically 15 or 16 --

23        Q.   I understand.  You did it over a course of days,

24   correct?

25        A.   Correct.

1    Q.   But you never asked him why he didn't want to look

2    at some of the other boxes that were there?

3    A.   No.

4         MR. REYNOLDS:  But there did come a time where he

5    said, that's it?

6         WITNESS:  Yeah.  I mean, whenever I said, sir, do

7    you want me to get anymore boxes?

8         Nope, that's it.

9         MR. BRATT:  I think you --

10        GRAND JUROR:  Yeah.  So just to expand on that; so

11   you're instructed to take some boxes --

12        MS. EDELSTEIN:  Can you speak up?

13        WITNESS:  I can't hear you.

14        GRAND JUROR:  So you're instructed to take some of

15   these boxes up to Pine Hall, yes?

16        WITNESS:  Correct.

17        GRAND JUROR:  But you're not instructed to take

18   any particular boxes?

19        WITNESS:  Correct.

20        GRAND JUROR:  You just pick some off of the top?

21        WITNESS:  Yes.

22        GRAND JUROR:  So you don't know what the contents

23   of the boxes you're taking --

24        WITNESS:  I do not.

25        MR. BRATT:  And ma'am, I think you had a question?

1          GRAND JUROR:  Yeah.  My question was similar, just

2    in terms of whether any of the boxes were labeled

3    [Per. 66]  as you had indicated -- may or may not.

4          WITNESS:  Say that again?  I didn't --

5          GRAND JUROR:  So some of the boxes we had talked

6    about were labeled with the name  [Per. 66]  .  And I was

7    just wondering if any of the boxes that you took --

8          WITNESS:  Yes.  Some of them had Mar-a-Lago, and

9    some had his name on it.

10          GRAND JUROR:  Thank you.

11          MR. BRATT:  Yes, ma'am?

12          GRAND JUROR:  Was anybody else in charge of

13    checking the boxes for -- getting his suits out so they

14    could be pressed, or the dress shirts out?

15          WITNESS:  To my knowledge, no.  But majority of

16    the time it would be myself, or some of the housekeepers

17    would help with the suits.

18          MR. BRATT:  And to be clear, at least currently --

19    you can't see it in the picture -- but the suits are, like,

20    on a long rack that would be in front of where these boxes

21    are?

22          WITNESS:  Correct.  Yes.

23          MR. BRATT:  Anybody else?

24          All right.  You may be excused.

25          WITNESS:  Thank you.

1            MR. REYNOLDS:  Thank you, sir.

2            (Whereupon, the witness was excused at 10:12 a.m.

3   on June 21, 2022.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     *C E R T I F I C A T E*

2

3            We hereby certify that the foregoing is a true and

4     accurate transcript, to the best of our skill and ability,

5     from my notes of this proceeding.

6

7     June 24, 2022
      Date

8                                         Transcriber

9

10

11    COURT REPORTER:

12                                        Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25