UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        Defendants.
_____/

## NOTICE OF SEALED FILING

Defendant Waltine Nauta, by and through the undersigned counsel, hereby gives notice of the filing of an unredacted copy of the Supplement to the Defendants' Reply in Support of their Motion to Compel (April 23, 2024) (ECF No. 475), which was docketed at ECF No. 480 on April 25, 2024.

[SIGNATURE BLOCK NEXT PAGE]

Date: April 29, 2024

Respectfully submitted,

 *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

 *s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

                                                               *s/ Sasha Dadan*