UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        Defendants.
_____/

## NOTICE OF SEALED FILING

Defendant Waltine Nauta, by and through the undersigned counsel, hereby gives notice of the filing with *this* Court of his Motion for Disclosure filed under seal with the United States District Court for the District of Columbia (April 10, 2024), as well as the briefing schedule entered by the D.C. District Court thereafter (docketed April 11, 2024).[1]  Mr. Nauta's sealed filing with *this* Court was docketed at ECF No. 481 on April 25, 2024.

[SIGNATURE BLOCK NEXT PAGE]

---

[1] Mr. Nauta's motion with the D.C. District Court was docketed in case numbers:  22-gj-10; 22-gj-40; 22-gj-41; 22-gj-45; 23-gj-10; and 23-gj-12.

Date: April 29, 2024                                Respectfully submitted,

                                                                                     *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

 *s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

*s/ Sasha Dadan*
