UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        **Defendants.**
_____/

## NOTICE OF SEALED FILINGS

Defendant Waltine Nauta, by and through the undersigned counsel, hereby gives notice of the sealed filing of unredacted copies of his Motion to Dismiss for Selective and Vindictive Prosecution (April 26, 2024) (ECF No. 485) (originally submitted *in camera* Feb. 22, 2024) as well as his Reply Memorandum in Support of his Motion to Dismiss (April 26, 2024) (ECF No. 487) (originally submitted *in camera* Mar. 24, 2024).  The sealed unredacted copies of these filings were docketed on April 29, 2024 at ECF Nos. 493 and 494, respectively.

[SIGNATURE BLOCK NEXT PAGE]

Date: April 29, 2024                                 Respectfully submitted,

  *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20001
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

  *s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

*s/ Sasha Dadan*