UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-801010-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVIERA,

**Defendants.**
_____/

**[PROPOSED] ORDER**

Upon consideration of the Defendant Waltine Nauta's Motion to Extend Time, it is this ___ day of _____, 2024, hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that a Hearing on the Motion shall be held on _____, 2024.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day ____, 2024.

.

The Honorable Aileen M. Cannon
United States District Court Judge