UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, **and
CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF FILING

The Government hereby provides notice that it filed today under seal:

(1) The materials required by the Court's paperless Order at ECF No. 502; and

(2) The Government's Third Amended Index of Names Redacted in Motion to Compel and Rule 12 Motions Litigation.

    Respectfully submitted,

    JACK SMITH
    Special Counsel

By:    */s/ Jay I. Bratt*
    Jay I. Bratt
    Counselor to the Special Counsel
    Special Bar ID #A5502946
    950 Pennsylvania Avenue, N.W.
    Washington, D.C.  20530

    David V. Harbach, II
    Assistant Special Counsel
    Special Bar ID #A5503068

Julie A. Edelstein
Senior Assistant Special Counsel
Special Bar ID #A5502949

2

## CERTIFICATE OF SERVICE

I, Julie A. Edelstein, certify that on May 2, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Julie A. Edelstein*
Julie A. Edelstein