# EXHIBIT 9

```
 1
 2
 3
 4                   RECORDED INTERVIEW BETWEEN
 5                  SPECIAL AGENT  [FBI 21A]
 6                  SPECIAL AGENT  [FBI 11]
 7                       WALTINE NAUTA
 8                          and  [REDACTED]
 9
10    File: Nauta, Walt (FBI Interview Recording_1) 2022-05-26
11          Nauta, Walt (FBI Interview Recording_2) 2022-05-26
12
13                     Date:  May 26, 2022
14
15
16
17
18
19
20
21
22
23
24
25
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                             USA-00823793

```
 1    (00:24:50)
 2              SA  FBI 21A :  -- office space?
 3              MR. NAUTA:  You mean his office space?  Yeah.
 4              SA  FBI 21A :  Okay.  Have you seen boxes stored
 5    there?
 6              MR. NAUTA:  I've seen boxes stored there.
 7              SA  FBI 21A :  Of, of -- how about any boxes that
 8    resembled what it is that, that you brought to --
 9              MR. NAUTA:  No.
10              SA  FBI 21A :  Okay.  How about U.S. working
11    documents, whether they were in a box or outside?
12              MR. NAUTA:  No.
13              SA  FBI 21A :  Okay.  Have you seen anything with
14    classification markings?
15              MR. NAUTA:  No.
16              SA  FBI 21A :  Nothing like that, okay.  Is there any
17    other place that the President could have kept boxes? Is --
18              MR. NAUTA:  Not, not to my knowledge.
19              SA  FBI 21A :  Not to your knowledge.
20              MR. NAUTA:  No.
21              SA  FBI 21A :  Okay.  All right.  Let's see.  Are
22    there storage rooms -- or who maintains -- who's in control
23    of the property there?  'Cause my understanding that
24    there's, there's your staff, then there's Mar-a-Lago staff
25    and it's different?
```

```
 1   (00:25:48)
 2              MR. NAUTA:  That's the big question.  We don't
 3   know who runs the storage units there.
 4              SA  FBI 21A :  Okay.
 5              MR. NAUTA:  That's the inside of the property.
 6   There's multiple people. There's, there's  Per. 19 ,  Per. 19
 7    ███ .
 8              SA  FBI 21A :  Mm-hm.
 9              MR. NAUTA:   Per. 66 , and  Per. 4        --
10              SA  FBI 21A :  Okay.
11              MR. NAUTA:  -- from my understanding, and it's
12   between the three of them.
13              SA  FBI 11 :   Per. 19    ,  Per. 66 --
14              MR. NAUTA:  Per. 66
15              SA  FBI 11 :  Okay.
16              MR. NAUTA:  And  Per. 4
17              SA  FBI 11 :   Per. 4    Okay.
18              MR. NAUTA:  Yeah.  Those guys are -- would
19   probably have a better answer of what storage units are on
20   property.
21              SA  FBI 21A :  Okay.  And since you mentioned storage
22   units, so there are storage units on, on property?
23              MR. NAUTA:  Yeah.  I mean, there's (indiscernible
24   00:26:28) rooms, you know.
25              SA  FBI 21A :  Okay.  But as far as you know, no --
```

```
 1   (00:26:32)
 2              SA  FBI 21A :  -- rooms have held or did hold, like,
 3   boxes similar to what you brought, brought onto the truck.
 4              MR. NAUTA:  As far as I know, no.
 5              SA  FBI 21A :  All right.  So, so to the best of your
 6   knowledge, you're saying that those boxes that you brought
 7   onto the truck, first time you ever laid eyes on them was
 8   just the day of when  Per. 34  needed you to --
 9              MR. NAUTA:  Correct.
10              SA  FBI 21A :  -- to take them.  Okay.  All right.
11   And you have -- let's see.  I might go on.  Let me, let me
12   just double check my notes here.
13              Since you're -- we've heard there's a downtown
14   office.  What is -- the downtown, like here in West Palm, or
15   is it -- when they say downtown, do they mean something like
16   Miami?
17              MR. NAUTA:  No.  They mean down here in West Palm.
18              SA  FBI 21A :  Okay.  Do you know the address?  I
19   just -- I have no idea how to find this place.
20              MR. NAUTA:  I -- the only thing I know about there
21   is -- I've been there twice I think.
22              SA  FBI 21A :  Okay.
23              MR. NAUTA:  --and North Flagler.  I couldn't tell
24   you the exact address. If I drove there I probably could
25   find it.
```

1    (00:28:12)

2              MR. NAUTA:  It's -- I mean, there's no reason for

3    me to be there.

4              SA `FBI 21A`:  Okay.  So if we wanted to know if --

5    since you said there's a little bit of this unknown of who

6    controls what storage areas and stuff like that.  If we

7    wanted to find out, hey, are there -- like, were these boxes

8    stored somewhere, like who would be the person to, to ask

9    about?

10             MR. NAUTA:  I wouldn't know.

11             SA `FBI 21A`:  Okay.  Do you think -- like, `Per. 34`?

12   Do you think `Per. 34` would know?

13             MR. NAUTA:  Maybe.  I'm not sure.

14             SA `FBI 21A`:  Okay.

15             MR. NAUTA:  Yeah.

16             SA `FBI 21A`:  Did `P. 34` say anything about where the

17   boxes came from?

18             MR. NAUTA:  No.

19             SA `FBI 21A`:  All right.  `Per. 19` and `Per. 4`, and --

20             SA `FBI 11`:  `Per. 66`.  `Per. 66`.

21             SA `FBI 21A`:  `Per. 66`  Do you ever talk to them

22   about --

23             MR. NAUTA:  Very minimal.  `Per. 19` probably only

24   because we're there for dinners when he's having dinner.

25             SA `FBI 21A`:  Mm-hm.

```
 1    (00:37:52)
 2              SA [FBI 21A]:  Okay.
 3              MR. NAUTA:  So we don't have full access to the
 4    property.
 5              SA [FBI 11]:  You don't have -- so what does 45
 6    have access to, the 45 staff?  There's the office space?
 7              MR. NAUTA:  That's about all I know as far as,
 8    well, access.
 9              SA [FBI 11]:  And then the Pine Hill?
10              MR. NAUTA:  Correct.
11              SA [FBI 11]:  Okay.  But that's a real small --
12    pretty small footprint --
13              MR. NAUTA:  In terms of access.
14              SA [FBI 11]:  Right.  So these boxes had to be
15    somewhere.
16              MR. NAUTA:  Right.
17              SA [FBI 11]:  We were talking about a year, so
18    can, can you guess where they could have been or where they
19    could have come from?
20              MR. NAUTA:  I don't want to guess. I just, I just
21    -- my answer is I don't know.
22              SA [FBI 11]:  You don't know, okay.
23              SA [FBI 21A]:  Well, if, if you're comfortable with
24    it I'm okay with a guess knowing that it is simply a guess,
25    but, I mean, if you're saying -- if you wanted to say --
```

1  (00:39:30)

2  MR. NAUTA:  -- know.

3  SA [FBI 21A]:  But even within Mar-a-Lago, you know,

4  like he was saying, we -- is there a place where boxes could

5  be stored?  Did you --

6  MR. NAUTA:  There's many storage units that I

7  haven't -- you know, I assume that I haven't even -- that

8  could be places that aren't even storage units that I -- you

9  know?  There's a lot of doors on Mar-a-Lago.

10  SA [FBI 21A]:  Okay.  All right.

11  SA [FBI 11]:  Okay.  Well, that makes us feel

12  comfortable.  Well, let me backtrack a little bit.  So your

13  involvement with these records were -- was just helping

14  [Per. 34] on that -- the day loading to the driver?

15  MR. NAUTA:  Correct.

16  SA [FBI 11]:  Did you help [P. 34] at any other

17  point in time with the boxes?

18  MR. NAUTA:  No, not with those boxes.  Not to --

19  the only boxes -- any other boxes I helped [Per. 34] out with

20  moving was personal items.

21  SA [FBI 11]:  Okay.  And, I mean, you're talk

22  about moving -- when you guys moved out of the White House

23  to Mar-a-Lago, moving those personal items?

24  MR. NAUTA:  Correct.

25  SA [FBI 11]:  Okay.  So there was about a --

```
 1   (00:41:48)
 2              SA  FBI 11   :  -- there at Mar-a-Lago.
 3              MR. NAUTA:  Yes.
 4              SA  FBI 11   :  I didn't know if you helped locate
 5   any of those items or saw maybe  Per. 34  or  Per. 64  or anybody --
 6              MR. NAUTA:  No.
 7              SA  FBI 11    -- sort of try to find things?
 8              MR. NAUTA:  Not that I -- no.
 9              SA  FBI 11   :  Not that -- okay.
10              MR. NAUTA:  Yeah.
11              SA  FBI 11   :  And what -- so, so you only saw
12   the 15 boxes, 15, 17 boxes --
13              MR. NAUTA:  Mm-hm.
14              SA  FBI 11   :  -- the day of the move?  Even --
15   they just showed up that day?
16              MR. NAUTA:  They were in Pine Hall.   Per. 34  just
17   asked me, hey, can we move some boxes?
18              SA  FBI 11   :  Okay.
19              MR. NAUTA:  And I was like, okay.
20              SA  FBI 11   :  So you didn't know -- had no idea
21   how they got there before?
22              MR. NAUTA:  No.
23              SA  FBI 21A :  About how many Mar-a-Lago staff
24   employees are there if you had to guess?  Like, I know it's
25   just a guess, but are we talking, like, five?
```