UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DONALD J. TRUMP,<br>WALTINE NAUTA, and<br>CARLOS DE OLIVEIRA,<br><br>Defendants. | Case No. 23-80101-CR<br>CANNON/REINHART |

**PRESIDENT DONALD J. TRUMP'S NOTICE OF FILING**

President Donald J. Trump hereby gives notice that he filed the unredacted version of his Motion to Dismiss based on Selective and Vindictive Prosecution under seal with the Court on May 2, 2023, in compliance with Paperless Order at ECF No. 503.

Dated: May 2, 2024

Respectfully submitted,

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707
*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I, Christopher M. Kise, certify that on May 2, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Christopher M. Kise*
Christopher M. Kise
