FILED BY_____D.C.

MAY 08 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 23-80101(S)-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP
WALTINE NAUTA, and,
CARLOS DE OLIVEIRA,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joshua Blackman of the law firm Josh Blackman LLC, 1303 San Jacinto Street, Houston, TX 77002, for purposes of appearance as co-counsel on behalf of Amicus Curiae, Landmark Legal Foundation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joshua Blackman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Joshua Blackman is not admitted to practice in the Southern District of Florida and is a member in good standing of the Texas Bar.

2. Movant, Michael A. Sasso, Esquire, of the law firm of Sasso & Sasso, 1031 West Morse Boulevard, Suite 120, Winter Park, FL 32789, 407-644-7161, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joshua Blackman has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Joshua Blackman by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joshua Blackman at email address: josh@joshblackman.com.

WHEREFORE, Michael A. Sasso, moves this Court to enter an Order granting Joshua Blackman permission to appear before this Court on behalf of Amicus Curiae Professor Seth Barrett Tillman, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joshua Blackman.

Date: **April 19, 2024.**          Respectfully submitted,

/s/ **Michael A. Sasso**
Michael A. Sasso (FL Bar No. 93814)
masasso@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Ste. 120
Winter Park, FL 32789
(407) 644-7161
Counsel for Amici, Professor Seth Barrett Tillman and the Landmark Legal Foundation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 23-80101(S)-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP
WALTINE NAUTA, and,
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## CERTIFICATION OF JOSHUA BLACKMAN

    Joshua Blackman, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Texas Bar; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                               /s/ Joshua Blackman
                                                                 Joshua Blackman

1

# FedEx Express US Airbill

**1 From**
Date: 1/19/24
Sender's Name: Michael M. Sasso
Company: SASSO AND SASSO PA
Address: 1031 W MORSE BLVD STE 120
City: WINTER PARK  State: FL  ZIP: [illegible]
Phone: 407-644-7161

**2 Your Internal Billing Reference**
9460-009

**3 To**
Recipient's Name: U.S. District Judge Aileen M. Cannon
Company: [blank]
Address: 101 South US Highway 1
Address line 2: Room 1016
City: F. Pierce  State: FL  ZIP: 34950
Phone: [illegible]

**4 Express Package Service**
Form ID No. 0215
☒ FedEx Priority Overnight

**5 Packaging**
☒ FedEx Envelope*

**6 Special Handling and Delivery Signature Options**
No Signature Required

**7 Payment Bill to:**
☒ Sender

Tracking: 8181 3349 6738
XP FPRA
MON - 22 APR AA
STANDARD OVERNIGHT
34950
FL-US PBI