UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 23-80101(S)-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP
WALTINE NAUTA, and,
CARLOS DE OLIVEIRA,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Joshua Blackman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Joshua Blackman may appear and participate in this action on behalf of Landmark Legal Foundation. The Clerk shall provide electronic notification of all electronic filings to Joshua Blackman, at josh@joshblackman.com.

    DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                                                                                                          _____
                                                                                                     United States District Judge

Copies furnished to: All Counsel of Record

1