# SASSO & SASSO, P.A.
## ATTORNEYS AT LAW

MICHAEL A. SASSO
MICHAEL C. SASSO *
DAVID F. TEGELER * °
KEVIN T. MCGAVOCK
CHRISTIAN BONTA

B. KATHLEEN DEVORE •
WENDY E. GORY •



CERTIFIED
The Florida Bar
CONSTRUCTION LAW ®

1031 WEST MORSE BOULEVARD
SEACOAST BANK BUILDING, SUITE 120
WINTER PARK, FLORIDA 32789

(407) 644-7161 TELEPHONE
(407) 629-6727 FACSIMILE
MSASSO@SASSO-LAW.COM

• FLORIDA REGISTERED PARALEGAL          * BOARD CERTIFIED IN CONSTRUCTION LAW          ° REGISTERED ARCHITECT

April 19, 2024

***Via Courier Service***
U.S. District Judge Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1, Room 1016
Ft. Pierce, FL 34950

> Re:     *United States of America v. Donald J. Trump, et al.*,
> Case No.: 9:23-CR-80101-AMC (S.D. Fla.)
> Motion to Appear Pro Hac Vice, Consent to Designation, and Request to
> Electronically Receive Notices of Electronic Filing of Joshua Blackman

To Whom It May Concern:

This law firm represents Professor Seth Barrett Tillman and Landmark Legal Foundation with respect to its motion for leave to file a brief as *amici curiae* in the case styled, *United States of America v. Donald J. Trump, et al.*, Case No.: 9:23-CR-80101-AMC. Co-counsel for Landmark Legal Foundation, Joshua Blackman, Esquire, seeks admission pro hac vice to the Litigation.

Enclosed for the Court's review are the following documents, in hard copy as well as electronically saved to a USB drive:

1. Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing of Joshua Blackman, dated April 19, 2024.

2. Certification of Joshua Blackman

3. Proposed Order granting Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing of Joshua Blackman.

4. A $200.00 Check.

Respectfully submitted,

*Christine Bartz*
On behalf of
Michael A. Sasso

Enclosures as stated.
cc: All Counsel of Record (*via E-Mail*)