Generated: May 8, 2024 11:33AM                                                                                             Page 1/1



# U.S. District Court

## Florida Southern - Fort Pierce

Receipt Date: May 8, 2024 11:33AM

Michael Sasso, Sasso & Sasso PA
1031 W Morse Blvd
Ste. 120
Winter Park, FL 32789

Rcpt. No: 3471                Trans. Date: May 8, 2024 11:33AM                Cashier ID: #SC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DFLS124LB000004 /001<br>FLSD923CR80101<br>**FBO:** Joshua Blackman | 1 | 200.00 | 200.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #13693 | 05/8/2024 | | $200.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $200.00 |
| Total Tendered: | $200.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** Motion to Appear Pro Hac Vice for Joshua Blackman, on behalf of Amicus Curiae, Landmark Legal Foundation in 23-cr-80101-AMC

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.