UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        **Defendants.**
_____/

## NOTICE OF SEALED FILINGS

Defendant Waltine Nauta, by and through the undersigned counsel, and pursuant to the Court's April 28, 2024, Paperless Order (ECF No. 492), hereby gives notice of the sealed filing of an unredacted copy of his Reply (May 2, 2024) (ECF No. 519) (originally submitted *in camera* Mar. 24, 2024) in support of his Motion to Suppress (May 2, 2024) (ECF No. 516) (originally submitted *in camera* Feb. 22, 2024), which was docketed on May 6, 2024, at ECF No 524.

[SIGNATURE BLOCK NEXT PAGE]

Date: May 9, 2024 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_s/ Stanley E. Woodward, Jr._
　　　　　　　　　　　　　　　　　　　　Stanley E. Woodward, Jr. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Brand Woodward Law, LP
　　　　　　　　　　　　　　　　　　　　400 Fifth Street NW, Suite 350
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　202.996.7447 (telephone)
　　　　　　　　　　　　　　　　　　　　202.996.0113 (facsimile)
　　　　　　　　　　　　　　　　　　　　stanley@brandwoodwardlaw.com

　　　　　　　　　　　　　　　　　　　　_s/ Sasha Dadan_
　　　　　　　　　　　　　　　　　　　　Sasha Dadan, Esq. (Fla. Bar No. 109069)
　　　　　　　　　　　　　　　　　　　　Dadan Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　201 S. 2nd Street, Suite 202
　　　　　　　　　　　　　　　　　　　　Fort Pierce, Florida 34950
　　　　　　　　　　　　　　　　　　　　772.579.2771 (telephone)
　　　　　　　　　　　　　　　　　　　　772.264.5766 (facsimile)
　　　　　　　　　　　　　　　　　　　　sasha@dadanlawfirm.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

 *s/ Sasha Dadan*