UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.23-80101-CR-CANNON

UNITED STATES OF AMERICA

v.

CARLOS DE OLIVEIRA
                    Defendant.
_____/

## MOTION FOR LEAVE TO BE EXCUSED FROM
## THE MAY 22, 2024, MOTIONS HEARING

Undersigned counsel, John Irving, respectfully requests leave of the Court to be excused from the non-evidentiary hearing that the Court scheduled on May 7, 2024 (ECF No. 530) on Defendant Nauta's Motion to Dismiss for Selective and Vindictive Prosecution (ECF No. 485) and on Defendants' Motion to Dismiss Indictment for Insufficient Pleading (ECF No. 352). The basis for this request is as follows:

1. Undersigned counsel, John Irving, would like to attend his daughter's college graduation on May 22, 2024;

2. Undersigned counsel anticipate that counsel for codefendants Nauta and/or Trump will primarily argue the motions to be heard;

3. Co-counsel for Mr. De Oliveira, Donnie Murrell, will attend the hearing;

4.  Mr. De Oliveira consents to this request; and

5.  Counsel for the Government and co-defendants Nauta and Trump have
    consented to this request.

Wherefore, undersigned counsel John Irving respectfully requests the Court's

permission to be excused from the May 22, 2024, hearing.


Dated: May 10, 2024

Respectfully Submitted

_/s Larry Donald Murrell, Jr._
LARRY DONALD MURRELL, JR.
FLORIDA BAR NO: 326641
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL 33401
Telephone: 561.686.2700
Facsimile: 561.686.4567
Email: ldmpa@bellsouth.net

_/s John S. Irving, IV_
JOHN S. IRVING, IV
D.C. Bar No 460068 (Admitted Pro Hac Vice)
E&W Law
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
Telephone: 301-807-5670
Email: john.irving@earthandwatergroup.com

Attorneys for Defendant Carlos De Oliveira

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.


/s Larry Donald Murrell, Jr.
LARRY DONALD MURRELL, JR.