UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.23-80101-CR-CANNON

UNITED STATES OF AMERICA

v.

CARLOS DE OLIVEIRA
            Defendant.
_____/

## [PROPOSED] ORDER

Upon consideration of the Motion for Leave to be Excused from the May 22, 2024, hearing (*see* Scheduling Order at ECF No. 530) on Defendant Nauta's Motion to Dismiss for Selective and Vindictive Prosecution (ECF No. 485) and on Defendants' Motion to Dismiss Indictment for Insufficient Pleading (ECF No. 352), and for the reasons stated therein, it is hereby

**ORDERED** that the Motion is Granted, and counsel for Defendant Carlos De Oliveira, John Irving, is excused from appearing at the May 22, 2024 hearing.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day of May, 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**