SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY____ D.C.

MAY 16 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.

_____/

## SEALED NOTICE RE ACTIVITY IN THE DISCLOSURE AND TRANSFER PROCEEDING

Defendant Waltine Nauta, by and through the undersigned counsel, and pursuant to the Court's May 9, 2024, Order (ECF No. 539), hereby gives notice of activity in the disclosure and transfer proceeding before the United States District Court for the District of Columbia. Yesterday, May 15, 2024, the D.C. Court denied Mr. Nauta's application to transfer grand jury proceedings to *this* Court in its entirety.[1] Counsel for Mr. Nauta will promptly move the D.C. Court for leave to disclose the Memorandum Opinion accompanying the Court's Order to *this* Court.

[SIGNATURE BLOCK NEXT PAGE]

---

[1] The D.C. Court's Order was docketed in case numbers: 22-gj-40; 22-gj-41; 22-gj-45; 23-gj-10; and 23-gj-12.

Date: May 16, 2024

Respectfully submitted,

*s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20001
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2024, I electronically submitted the foregoing via to counsel of record.

Sasha Dadan, Esq.