UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 23-80101-CR <br> CANNON/REINHART |

**PRESIDENT DONALD J. TRUMP'S UNOPPOSED MOTION FOR LEAVE TO BE EXCUSED FROM THE MAY 22, 2024 HEARING**

President Donald J. Trump respectfully submits this unopposed motion seeking the Court's leave to be excused from the non-evidentiary hearing scheduled for May 22, 2024, during which the Court will hear argument on two of Mr. Nauta's motions to dismiss the indictment. *See* ECF No. 530. President Trump — who will be represented by counsel at the May 22 hearing— understands that he has a right to be present in Court, and he knowingly and voluntarily waives his right to appear at the hearing. President Trump, who is on trial in Manhattan Supreme Court, *People v. Trump*, Index No. 71543/2023 (N.Y. Sup. Ct. 2023), has previously scheduled travel outside of the district on Wednesday, May 22, 2024. The Special Counsel's Office does not object to this motion.

**WHEREFORE**, for the reasons set forth above, the undersigned respectfully requests that the Court excuse President Trump's in-person appearance at the May 22, 2024, hearing.

Dated: May 17, 2024                              Respectfully submitted,

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250


*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I, Christopher M. Kise, certify that on May 17, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Christopher M. Kise*
Christopher M. Kise