UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.

_____/

## JOINT STATUS REPORT REGARDING SEALED FILINGS

Pursuant to the Court's Order at ECF No. 359, the parties hereby file this joint status report providing the parties' positions, in the table below, regarding the unsealing of filings at docket entries 45, 48, 138, 139, 140, 141, 142, and 212. The Government has conferred with counsel for all defendants, and all parties are in agreement as to the positions below.

| Docket entry | Parties' position |
|---|---|
| 45 | No objection to unsealing |
| 48 | No objection to unsealing |
| 138 | Can be unsealed with redactions to witness names, ancillary names, and PII |
| 139 | No objection to unsealing |
| 140 | No objection to unsealing |
| 141 | No objection to unsealing |
| 142 | Can be unsealed with redactions to witness name referenced in the response and exhibit |
| 212 | Can be unsealed with redactions to the locations of SCIFs for storage of classified documents and to ancillary names |

        Respectfully submitted,

        JACK SMITH
        Special Counsel

By:  */s/ Jay I. Bratt*
    Jay I. Bratt
    Counselor to the Special Counsel
    Special Bar ID #A5502946
    950 Pennsylvania Avenue, N.W.
    Washington, D.C.  20530

    David V. Harbach, II
    Assistant Special Counsel
    Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

I, Michae E. Thakur, certify that on May 20, 2024, I served the foregoing document on all parties CM/ECF.

*/s/ Michael E. Thakur*
Michael E. Thakur