# EXHIBIT 1

| | |
|---|---|
| From: | <Per. 38 @gmail.com> <Per. 18 @gmail.com> |
| Sent time: | 07/03/2021 12:17:04 AM |
| To: | GaryM Stern <Per. 18 @nara.gov> |
| Cc: | <Per. 33 @hueston.com>; <Per. 47 @gmail.com>; <Per. 21 @nara.gov> |
| Subject: | Re: Need for Assistance re Presidential Records |

Gary,

As you know, I'm traveling in Los Angeles and have to send this somewhat hastily from my phone while at the airport, so I apologize in advance for any typos, etc.

As I explained when we spoke on Wednesday, I was very surprised by your email. Before that email, I don't believe I had received any indication from your office that there was such a level of concern about the progress and timing in locating and transferring any remaining records. In fact, given your email, I feel that I have to point out that the timing of your office's response on some of these matters gave me the opposite impression. Per. 47 let Per. 21 know on May 18 that the original North Korea correspondence had been located and asked about how to get the documents to your office. There was no response with instructions on shipping until a month later on June 17. Given that delay, I don't think it is reasonable to complain that the documents did not arrive within two weeks. In fact, since your email raising a question about three categories of documents was first sent on May 6 — less than two months ago — half the time that has elapsed on that request was spent awaiting instructions from your office. I also spoke to Per. 21 last Friday on a different matter and he raised no concerns about these issues.

In any event, as I said on our call, I would endeavor to get you an update as soon as possible. This interim update is based on the best information I've been able to gather over the last two days while traveling and in between meetings and it is possible that as I talk to other people I could learn different or newer information that is more accurate.

On the North Korean documents, I learned that they have not been sent yet because former President Trump's office had concerns with the security of sending the original documents by FedEx and that concern (and how to address it) was still bubbling back through the chain of communication. If you could please confirm by email that your instructions are to send the original documents by FedEx rather than having them carried by hand from Florida, I believe that they can be sent shortly. I spoke with the relevant staff person from President Trump's office. She is currently in New Jersey and won't be back in Florida until next Friday, July 9, but I believe the documents can be sent that day.

On the original letter from President Obama, the same relevant staff person believes that it will be about a week from next Friday that they will be in a position to send that, based on timing for staff to be back in Florida and to locate the letter within the body of materials where they believe it is located. Obviously, that time could be somewhat longer if their estimate is off.

On the possible boxes of documents you mentioned, I will have to give you an update tomorrow when we speak and also get some information from you to make sure that we do not have crossed wires here. I can tell you that I spoke with Per. 27 about this issue and he asked me to let you know (and for you to let the Archivist know) that he would get personally involved and that he understood the importance of every record.

I hope this is helpful.

I look forward to talking tomorrow.

Thanks,


Sent from my iPhone

> On Jul 2, 2021, at 10:37 AM, GaryM Stern <@nara.gov> wrote:
>
> P. 38 as we discussed on Wednesday, please give me an update today on the status of the records. I also need to talk to you about a related issue, please call me when you today or this weekend, at

Subject to Protective Order

NSDGJS000055
USA-00384009

Thanks,
Gary

Gary M. Stern
General Counsel
National Archives and Records Administration

On Wed, Jun 30, 2021, 6:26 PM GaryM Stern <▓▓▓▓@nara.gov> wrote:
> ▓Per. 38, 33, 37▓:
>
> We have not received any update on the other two categories of records in the three weeks since ▓Per. 47▓ said he would get back to us soon, nor have we received the North Korean records that you located and agreed to ship to us (per ▓Per. 21▓ June 17 shipping instructions to ▓Per. 47▓.
>
> The Archivist has now directed me to seek the assistance of the Department of Justice, which is the necessary recourse when we are unable to obtain the return of improperly removed government records that belong in our custody.
>
> Please contact me as soon as possible to discuss the status and return of all of these records.
>
> Thanks,
> Gary
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> Gary M. Stern
> General Counsel
> National Archives and Records Administration
> 8601 Adelphi Road
> College Park, MD  20740
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> ▓▓▓▓▓▓▓@nara.gov
>
> 
> 
> 

On Tue, Jun 8, 2021 at 7:42 PM ▓Per. 47▓ <▓Per. 47▓@45office.com> wrote:
> Gary, as we discussed yesterday, we will work with ▓Per. 21▓ on arrangements for the North Korea materials. We are continuing to look into the other two categories of documents and will get back to you with more information soon.
>
> Thanks,
> ▓Per. 47▓
>
> ---
>
> **From:** GaryM Stern <▓▓▓▓@nara.gov>
> **Sent:** Wednesday, May 26, 2021 3:59 PM
> **To:** ▓Per. 37▓@45office.com>
> **Cc:** ▓Per. 21▓r@nara.gov>; ▓Per. 38▓@gmail.com>; ▓Per. 33▓@hueston.com>
> **Subject:** Re: Need for Assistance re Presidential Records
>
> ▓Per. 38, 21▓ will coordinate with you on arranging for transfer of the North Korea records.

Please let me know as soon as you can the status of the other records that we have raised. It is vitally important that we account for them, and any other Presidential records that may still be outside of our possession, as quickly as possible.

Thanks,
Gary

Gary M. Stern
General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD  20740

@nara.gov



On Tue, May 18, 2021 at 4:19 PM <Per. 47> 45office.com> wrote:
> Hi <Per. 21> The correspondence is at the Florida office.
>
> Get Outlook for iOS
>
> ---
> **From:** <Per. 21> @nara.gov>
> **Sent:** Tuesday, May 18, 2021 4:11:00 PM
> **To:** <Per. 47> @45office.com>
> **Cc:** GaryM Stern <@nara.gov>; <Per. 38> @gmail.com>; <Per. 33> @hueston.com>
> **Subject:** Re: Need for Assistance re Presidential Records
>
> <Per. 47>
>
> Do you have this correspondence at the office in Alexandria?  If so, we can pick them up.  If not, we'll need to discuss some other options.
>
> <Per. 21>
>
> On Tue, May 18, 2021 at 3:46 PM <Per. 47> 45office.com> wrote:
>> Gary,
>>
>> We have the original North Korea correspondence available to send to you.  Please let me know the best arrangements to get this to you.
>>
>> I'm checking on the other items and will circle back with you on those.
>>
>> Thanks,
>> <Per. 47>
>>
>> ---
>> **From:** GaryM Stern <@nara.gov>
>> **Sent:** Thursday, May 6, 2021 3:16 PM
>> **To:** <Per. 38> @gmail.com>; <Per. 33> @hueston.com>; <Per. 47> @45office.com>
>> **Cc:** <Per. 21> @nara.gov>
>> **Subject:** Need for Assistance re Presidential Records

Subject to Protective Order

NSDGJS000057
USA-00384011

Per. 38, 47, 33:

As the EOP continues to transfer the electronic Trump Presidential records into our custody, we have come upon several problems that we need your help in resolving. We have already been working with Scott to address various issues with respect to capturing Presidential records on social media accounts; his assistance has been very helpful, although some problems remain that will likely require further follow up with you.

There are also now certain paper/textual records that we cannot account for. We therefore need your immediate assistance to ensure that NARA receives all Presidential records as required by the Presidential Records Act.

For example, the original correspondence between President Trump and North Korean Leader Kim Jong-un were not transferred to us; it is our understanding that in January 2021, just prior to the end of the Administration, the originals were put in a binder for the President, but were never returned to the Office of Records Management for transfer to NARA. It is essential that these original records be transferred to NARA as soon as possible.

Similarly, the letter that President Obama left for President Trump on his first day in office has not been transferred; since that letter was received by President Trump after his term commenced, it is a Presidential record – note that all of NARA's other Presidential Libraries maintain the original copy of similar letters, and it is necessary that this one be provided to us as well.

It is also our understanding that roughly two dozen boxes of original Presidential records were kept in the Residence of the White House over the course of President Trump's last year in office and have not been transferred to NARA, despite a determination by Per. 37 in the final days of the Administration that they need to be. I had also raised this concern with Scott during the final weeks.

We know things were very chaotic, as they always are in the course of a one-term transition. This is why the transfer of the Trump electronic records is still ongoing and won't be complete for several more months. But it is absolutely necessary that we obtain and account for all original Presidential records.

Please let us know as soon as you can how we can get these issues resolved.

Thanks,
Gary

Gary M. Stern
General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD  20740

@nara.gov

--
Per. 21

National Archives and Records Administration
700 Pennsylvania Avenue, NW
Washington, DC 20408-0001
 (c)
▮▮▮▮▮r@nara.gov

Subject to Protective Order

NSDGJS000059

USA-00384013