# EXHIBIT 2



A Tradition of Caring  National Lutheran Home
9701 Veirs Drive
Rockville, MD 20850
phone: 301-424-9560
www.nlha.com

7-4-21

Call w/ Gary Stern

Per. 38

thinking of going to DOJ pissed off

NK stuff - found and will get it to ~~us~~ NARA

Per. 27 to Per. 38 - may call me

Boxes in Fl havent been gone through yet

Obama letter ▮ not sure where this letter is. Said they would look for it

▮ thought they gave everything to ORM

8-30-2021

Call from David Ferriero

Asked about missing documents —
Told him [Per. 14] told me there were
approx 24 boxes (mid 2019) in residence of
material — per [Per. 14] President wanted to keep
it there — didn't trust the system — treated
him unfairly
- I told [Per. 14] of different possibilities — we scan
return originals, only I would have access, etc.
bottom line — in these need to ~~even~~ go to
NARA at end of administration — [Per. 14]
replied ½ jokingly "NARA and what Army?"

also mentioned
ooo referenced
these docs.
one specific example
the hurricane photo

- DF said he spoke w/ [Per. 27]
  who said they don't have 24 boxes — only a
  couple of boxes w/ news clippings

- DF said [Per. 27] would like to talk to me
  I said I would need to talk to folks here
  before that and would need others on
  the call ~~too~~
- DF said he would need to talk to DOJ about
  next steps with the assumption that
  these documents have been destroyed

Trump tapes.

8-31-21

Met w/ ▓ - let her know that David F. called
Gave her brief summary of call
She said we should meet w/ ▓ + J. Su.

9-1- Met w/ ▓ and Jonathan Su.
   gave Jonathan a summary of issue and calls post inauguration w/ NARA

Jonathan said he was going to talk to both Gary and Per. 38 later today

JS said he will ask Gary to give us a draft of letters before sent to Congress/DOJ

JS said he will attempt to "wall you (TD) off" from this

JS would talk to Per. 38 - ask him why Per. 27 wants to talk directly to me

8-31-21

David Ferrio - Phone call

Pressure from congress -
Concern that NARA did not get all docs from Trump
multiple meetings with [Per. 27]
[Per. 27] - Says they do not have any
would like to talk directly with me

[Per. 40] Don't want to talk to [Per. 27]
If I do I want someone else w me
Not sure what light I can shed on this
Will need to talk to WH folks (WHCO, Staff Sec)

DF - says if not resolved he will let Congress and
DOJ know these appear to have been destroyed

NK letters - they have them

DCAJ Gary 9-1-2021
see my papers

Draft of letter to DOJ + Congress
wanted me to go over my recollections again?

9-3 Gary - [Per. 27] to DF - First time he has heard
about this.

Subject to Protective Order                                               USA-00815835

Phone call with Jonathan Su.    9-13-21

Per. 27 - "someone from records"
Said that I said there is no problem
and all records are collected

Per. 14, 27 /me    12-15 boxes
on call.

Does

JS - opinion - we should do the call

my files - from last administration

no exposure for this conversation
                                    then hedged - "always a
Say something incorrect                           chance"

JS - will be the lawyer for me as director of WHCTTM

- - - - - - -

9-14-21
Spoke to Jonathan Su.
 - Said I would take part in phone call w/ Per. 14, 27
 - I requested my notes and Per. 39 notes from Trump Admin.
 - I requested Per. 39 be on the call

J.S. said he would ask - mentioned Per. 38 would look @ docs

Trump docs      9-17-21
                12-17-6

~~Exec Res share drive~~

1-20-17 — meeting w/ Per. 45 need process
for Docs from OO
1-23-17 Docs to/from President

Executive Storage Facility — ▮▮▮▮▮▮▮▮

Subject to Protective Order          USA-00815837

Notes for missing boxes Trump phone call    9-21-21

Since beginning of admin there were problems getting all PHS docs to ORM

Per. 45  Per. 14

Did yeoman's work setting up a system to work w/ President Trump's habits to get as much as possible - goal being that it was a closed system

2018 →2021 - I started to raise issue of docs not getting to ORM - members of Staff Sec, CCO and WHCO told or confirmed that the President kept certain documents out of the system and in boxes in the residence - I asked a number at one point and estimate was 2 dozen
(2019)

Items I mentioned we were not getting
- Specific - cabinet meeting docs
              docs President held/showed at events
              hurricane poster
- Staff Sec notes regarding docs (incoming letters) not document it was referring to
- Groups - salute to America
           immigration

1-16-21 meeting    Per. 27, 37, 38
mentioned these docs along w/ NK and Obama letter
Per. 37  said to  Per. 27  - "send all to records"
two boxes of clippings between 16th → 20th

September 22, 2021

**Trump Document Call Talking Points**

- In each administration ORM works with the Staff Secretary's office to ensure all PRA documents the President has seen are captured in one of the official records management systems (White House or NSC). Both ▮▮▮▮ and `Per. 14` did all they could to institute various processes to accomplish this.
- In spite of this work ORM noticed they were not getting all the documents they should be getting.
    - Specific documents: notes from cabinet meetings, documents president used at events, etc.
    - Documents noted by Staff Secretary that went to the President, but original document never came back to ORM
    - Groups of documents: Salute to America (July 4, 2019 event); Immigration policies, etc.
- In discussions about these documents the Staff Secretary mentioned that aside from the material that comes to them which is then given to ORM there was a separate archive (at one point numbering an estimated two dozen boxes) that was kept in the Residence that may contain this missing material. This existence of this archive was confirmed by members of the OOO and WHCO staff.
- In this conversation and additional conversations, `P. 40` mentioned it was best practice to send these to ORM during the administration, but whether they come to ORM during the administration or not they need to go to NARA at the end of the administration.
- On January 16, 2021 `P. 40` had a discussion with `Per. 37` in which `Per. 27` and `P. 38` joined for part of the talk. `P. 40` told `Per. 37` that he was concerned about three items/sets of items: 1) January 20, 2017 letter from President Obama to President Trump; 2) Original incoming letters from Kim Jung Un to President Trump and 3) the separate document archive that was kept in the residence. `Per. 27` said there may be a few boxes but they were "just clippings" and "I don't know if they are even records." `Per. 37` told `Per. 27` to send all material to records. `P. 27` said he would talk to the President.
- Between January 17-20 ORM received two partially filled boxes with news clippings via the Staff Secretary's office.
- Post January 20, 2021 – as part of the normal post transition process `P. 40` had a discussion with Gary Stern and `Per. 21` of NARA and told them to be on the lookout for the three documents/sets of documents mentioned above as they did not come through ORM. Gary and `P. 21` said they did not come to NARA via any other channel at that point and they would reach out to the former President's team.

Call w/ NARA, [Per.] JS WHCO, [Per.]   October 19, 2021

- Call re archive of 20-24 boxes in residence during Trump Administration. Never received by NARA.
- JS - get as much uniformity in recollection as we can. - Share perspectives.
- Per. 38 - turn it over to Per. 27. Would have best recollection
- Per. 27 - Candidly - Per. 40, what I wanted to get from your perspective? What should we be looking for if OAM didn't get everything. DF and I go way back - want to make sure all records are collected.
- Per. 27 - All I recall being in residence w/ were newspaper clippings. Want to get this resolved. Everything of a personal nature for Trump is in South Florida. Per. 27 willing to go down and look for it. All I recall going to residence were newspaper clippings
- Per. 40 - looking to you to see what was there. Spoke to Per. 14 before he left, his recollection was everything was sent.
- Per. 40 - each admin, we're w/ Staff Sec to make sure we get everything back. Would w/ Per. 14 to do that. OAM noticed as admin went on we weren't getting everything back. Would see things on TV/documents pown soon — didn't come to us.

Routine or ...

Per. 40 - after admin we raised these things w/ NARA. They checked with Trump.

Per. 38 - good to be on phone together.

Per. 38 - talked to Per. 14 - he said stuff would go to residence, come back down and go over to OAM.

If we got the note back, did we verify we didn't get the letter. Per. 40 we would generally check our system to see if we ever got the letter. NARA has the notes, so they could check.

Per. 38 Per. 14 - said number of boxes never saw that kind of volume of boxes - (24)

Per. 40 - P.2 never gave a number, my recollection is and that there were 20-24 boxes.

Per. 40 - I never saw the boxes, want to make that clear.

Per. 38 don't want to return 12 boxes and be told that we were still ot missing 12 boxes.

GS - 24 boxes is the number we have consistently mentioned.

Per. 38 - If it didn't go to OAM - it's in storage - so we will look. What if it's all newspaper clippings? Does NARA want them? Per. 37

GS - Two issues - records in the residence - whatever's in the residence should go to OAM.

Per. 27 let me push back - I said whatever is up there, get them to OAM.

- SS put notes on letters going to P, OAM get notes back and not get document back.
- Events P had interest in, no document coming back on it.
- Per. 38 brought up to Per. 14 Though about 24 boxes - thought that is where documents were at.
- P[Per. 40] told Per. 14 it doesn't have to come to OAM, but it should go to NARA at end of admin.
- Per. 40 Gave Per. 14 options - OAM can scan and return.
- 2020 Per. 2 P. 40 Michael asked Per. 2 about it, Per. 2 confirmed it existed.
- Per. 38 - Did Per. 2 say posterboard was in residence? The posterboard?
- Per. 40 - Said it was with other boxes - Does DRT NARA NOT HAVE IT?
- Per. 27 Per. 2 was Never in residence. Doesn't have
- GJ - NARA Doesn't have it - Poster board, Obama letter, Nic letter.
- Per. 27 Per. 40 got to near end of ADMIN - Per. 40 getting documents in Per. 27, raw
- Per. 27 Per. 37 - brought up all these documents and boxes.
- Per. 27 avid P. 37 - joined part of that discussion.
- Per. 27 said at that time - not sure if there are records, but [maybe] newsclippings. Per. 27 got 2 partially filled boxes a couple days later. But that was it.

Per. 27 — ~~Bring out to~~ If only two boxes went over, at the end — maybe it was the last of the 24 boxes.

Per. 38 — There is said ~~left too~~ to be a system of records up there — but all we know is there are nine boxes.

We don't know what has moved — to whom and when.

GS — yes, if it's just newspaper clippings — these should all come to NARA — out of an abundance of caution.

GS — one of Per. 40's core functions, which he has done well over 25 years is to account for and obtain the most important records of all.

PHJ — core to the PRA. Per. 14 has described that is what he does — he's described numerous times this wasn't happening and tried to figure it out. Seems there must be a gap.

— cartewel found
still waiting on NK letters, Obama letter not found, hurricane poster not found.

Per. 38 — NK letters we found, just a question of transfer — we will get that to you.

Per. 27 — to that point this is why we are having this call. — While I was there I am not aware of another collection vehicle — my instruction to Per. 14 and the team was to have P review, sign and return it.

(5)

Per. 27 reason we're having this call is to get on the same page.

Per. 27 never heard 24 boxes before - never had that.

Jonathan Su - can I suggest once Per. 27 and Per. 38 he has a chance to review what is there - we can reconnect. (JS Per. 27, 38

Per. 27 - I don't want to go down necessarily, but I will be down there next Tuesday, and I will take a look at that time. I have a good idea of what is a federal record - and do my best to identify any PRA needs.

10-19-21   Gary  Jonathan Su
           David F.  Per. 27, 38

Phone Zoom call re: missing Trump docs

July 2019  Per. 14 comments
 - P keeps them because doesn't trust the system
   been burned before
   nothing leaked

Jan 2021  - Per. 13 knows about these

NOTE
I did not bring these up on the call.
I did mention these to Jonathan Su after the call.

Tom docs - burn bags - trash bags

Jonathan Su - call after above call
 - Said we still don't have Trump letter to Pres. Biden
 - Not getting all briefing material back
 - would like to talk to COO about records logistics -

11-9-21

Gary Stein call

Per. 38 wants out of this situation
- will not defend Trump's assertation of Privilidge for ex Pres
Per. 27 - visited Maralago told staff to look for boxes
- went back Nov. 4th to get a report

Per. 38 said it is Per. 38 word against Per. 14, 27 Gary defended me and said it was the word of a 30+ year Professional in this world and there are documented pieces missing

Gary said Per. 27 and David F. need to talk

Next possible step is to tell DOJ and Congress

Subject to Protective Order                USA-00815846

March 4, 2022

From: **Per. 39**

To: File

Subject: Trump Documents Found in Residence

The purpose of this memo is to document the transfer of some Trump administration files from the Office of White House Counsel (WHCO) to the Office of Records Management (ORM).

I received a call around 4:15pm today from Johnathan Su from the WHCO. He told me the Staff Secretary had called him and said they were given some Trump administration documents that were found in the residence. Staff Secretary gave the documents to Jonathan Su, who in turn wanted to give them to ORM. Mr. Su wanted to confirm ORM had a SCIF, which I stated we did, and asked if I could come pick up the Trump documents and store them in our SCIF. I said of course and immediately proceeded to his office.

Upon arrival at Mr. Su's office he gave me a large manila envelope containing approximately 50-100 pages of documents. I took possession of the documents at that time. Mr. Su stated he had not looked at the contents of the envelope and had a call into the National Archives and Records Administration (NARA) to come and retrieve the documents. Specifically, Mr. Su said he had a call into **Per. 21**. Mr. Su asked if I thought this was the proper procedure, and I stated I did.

After departing Mr. Su's office I returned to my office and briefly went over the contents of the envelope with ▮▮▮▮, the Supervisor of our Classification section. ▮▮▮▮ processed a majority of the President Has Seen material for the last administration and was intimately familiar with former President Trump's documents and handwriting. ▮▮▮▮ and I both conformed these were Trump Administration documents.

I then immediately went to the ORM SCIF and placed the documents in it.

ORM will now wait to hear from Mr. Su on how and when to transfer the documents to NARA.

Files picked up by **Per. 21**

3-10-22