# EXHIBIT 6

 **NATIONAL ARCHIVES**

███████████ **Per. 53** @nara.gov>

### E: [EXTERNAL] FYI re NARA & "Trump Boxes"
1 message

**Bratt, Jay (NSD)** ███ **Per. 53** @usdoj.gov>                    Wed, Feb 9, 2022 at 3:05 PM
To: ███ **Per. 53** @nara.gov>, "Amundson, Corey (CRM)" ███████ @usdoj.gov>
Cc: "Stern, GaryM" ███████ @nara.gov>

Thank you. We're meeting with the FBI shortly to discuss how they want to approach getting access to the records. I should have an update later.


Jay


**From:** ███████ **Per. 53** @nara.gov>
**Sent:** Wednesday, February 9, 2022 3:02 PM
**To:** Amundson, Corey (CRM) ███████ @usdoj.gov>; Bratt, Jay (NSD) ██████ @usdoj.gov>
**Cc:** Stern, GaryM ███████ @nara.gov>
**Subject:** [EXTERNAL] FYI re NARA & "Trump Boxes"


Good afternoon. Gary and I wanted to be certain you were aware of the attached, which we just received.


Thanks,


P. 53

Subject to Protective Order                    USA-00383822

# EXHIBIT 7

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

## District of Columbia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:   Custodian of Records
      The Office of Donald J. Trump
      1100 South Ocean Blvd.
      Palm Beach, FL  33480

       **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | Date and Time: |
|---|---|
| U.S. Courthouse, 3rd Floor        Grand Jury #21-09<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | May 24, 2022<br>9:00 a.m. |

      You must also bring with you the following documents, electronically stored information, or objects:

Any and all documents or writings in the custody or control of Donald J. Trump and/or the Office of Donald J. Trump bearing classification markings, including but not limited to the following: Top Secret, Secret, Confidential, Top Secret/SI-G/NOFORN/ORCON, Top Secret/SI-G/NOFORN, Top Secret/HCS-O/NOFORN/ORCON, Top Secret/HCS-O/NOFORN, Top Secret/HCS-P/NOFORN/ORCON, Top Secret/HCS-P/NOFORN, Top Secret/TK/NOFORN/ORCON, Top Secret/TK/NOFORN, Secret/NOFORN, Confidential/NOFORN, TS, TS/SAP, TS/SI-G/NF/OC, TS/SI-G/NF, TS/HCS-O/NF/OC, TS/HCS-O/NF, TS/HCS-P/NF/OC, TS/HCS-P/NF, TS/HCS-P/SI-G, TS/HCS-P/SI/TK, TS/TK/NF/OC, TS/TK/NF, S/NF, S/FRD, S/NATO, S/SI, C, and C/NF.

Date:  May 11, 2022

The name, address, telephone number and email of the prosecutor who requests this subpoena are:

Jay I. Bratt
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
███████@usdoj.gov

Subpoena  #GJ2022042790054

Fed. R. Crim. P. 6(e) Materials
Confidential Treatment Requested

P. 18-GJ-000055

Subject to Protective Order

CO 293 (Rev. 8/91) Subpoena to Testify Before Grand Jury

| RETURN OF SERVICE (1) | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE | PLACE |
| **SERVED** | DATE | PLACE |
| SERVED ON (PRINT NAME) | | |
| SERVED BY (PRINT NAME) | | TITLE |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                         Date

_____
Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of
certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

**Subpoena #GJ2022042790054**

Fed. R. Crim. P. 6(e) Materials
Confidential Treatment Requested

P. 18-GJ-000056

Subject to Protective Order                                          USA-00041546



**U.S. Department of Justice**

National Security Division

_Counterintelligence and Export Control Section_                    _Washington, D.C.  20530_

May 11, 2022



   Re: Grand Jury Subpoena

Dear ▮▮▮ Per. 18 ▮▮▮:

   Thank you for agreeing to accept service of the grand jury subpoena on behalf of the custodian of records for the Office of Donald J. Trump.

   As we discussed, in lieu of personally appearing on May 24, the custodian may comply with the subpoena by providing any responsive documents to the FBI at the place of their location.  The FBI will ensure that the agents retrieving the documents have the proper clearances and will handle the materials in the appropriate manner.  The custodian would also provide a sworn certification that the documents represent all responsive records.  If there are no responsive documents, the custodian would provide a sworn certification to that effect.

   Thank you again for your cooperation.

       Very truly yours,

       Jay I. Bratt
       Chief
       Counterintelligence and Export Control Section
       ▮▮▮▮@usdoj.gov

Fed. R. Crim. P. 6(e) Materials
Confidential Treatment Requested

P. 18-GJ-000057

Subject to Protective Order               USA-00041547

# EXHIBIT 8

Subject to Protective Order

USA-00806217



Subject to Protective Order

USA-00806218

Subject to Protective Order

USA-00806219

Subject to Protective Order

USA-00806220

Subject to Protective Order

USA-00806221

Subject to Protective Order

Subject to Protective Order

USA-00806223

Subject to Protective Order

USA-00806224



Subject to Protective Order

Subject to Protective Order

Subject to Protective Order

Subject to Protective Order

USA-00806228

Subject to Protective Order

Subject to Protective Order

Subject to Protective Order

Subject to Protective Order

USA-00806232

Subject to Protective Order

Subject to Protective Order

USA-00806234

Subject to Protective Order



Subject to Protective Order

Subject to Protective Order

Subject to Protective Order

Subject to Protective Order

USA-00806239

Subject to Protective Order

USA-00806240

Subject to Protective Order

USA-00806241



Subject to Protective Order

USA-00806242



Subject to Protective Order

# EXHIBIT 9

1 of 38

This Redacted Version Only

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    06/13/2022

On June 3, 2022, ███████ Per. 18 ███████, date of birth ████████,
███████ Per. 18 ███████, with cellular phone number ████████, was
interviewed at Mar-a-Lago (MAL), 1100 South Ocean Boulevard, Palm Beach,
Florida, 33480, by Federal Bureau of Investigation (FBI) Special Agent (SA)
█FBI 9████, SA █FBI 11█, and SA █FBI 39█, and Department of
Justice Chief of Counterintelligence and Export Control Section (CES)
Attorney Jay Bratt. Also present was ███████ Per. 12 ███████
for the Office of Donald J. Trump. After being advised of the identity of
the interviewing Agents and Attorney, and the nature of the interview,
█ Per. 18 █ provided the following information responsive to Grand Jury
Subpoena (GJS) GJ2022042790054 request for classified records:

[AGENT NOTE: The FBI Agents and DOJ Attorney met with United States Secret
Service (USSS) ████████ █ N/A █ prior to the
approach to MAL in order for ████ █ N/A █ to review the FBI and DOJ personnel
credentials. ████ █ N/A █ explained the advance review would facilitate a
smooth entry into MAL, especially in light of imminent planned Protectee
movement. ████ █ N/A █ then escorted FBI and DOJ personnel onto the MAL
premises. A vehicle motorcade was staged at the MAL front entrance. The FBI
Agents and DOJ Attorney were escorted past the motorcade and through the
main entrance of MAL, into the dining room to the right of the living room.
█ Per. 18 █ and █Per. 12█ were seated at the far corner table in the dining room.]

█ Per. 18 █ introduced his colleague, █ Per. 12 █, as the designated
█ Per. 12 █ for the Office of Donald J. Trump. On the table between
█Per. 12█ and █ Per. 18 █ was a single Redwell envelope, completely wrapped and
sealed in clear tape. █Per. 12█ provided the GJS certification with her signature
on the bottom of the page. █ Per. 12 █
████████. █Per. 12█ does not currently
maintain a security clearance, but previously held a Top Secret clearance

2047/1231

Investigation on  06/03/2022  at  Palm Beach, Florida, United States (In Person)

File #  ████████                           Date drafted  06/08/2022

by  ████ FBI 11, 9, 39 ████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of  ███████  Interview of  ███ Per. 18 ███  _____ , On  06/03/2022 , Page  2 of 3

when she worked for the Department of Homeland Security (DHS).

Former President Donald J. TRUMP entered the MAL dining room and greeted the Agents and Attorney. TRUMP advised there was very good security at MAL. TRUMP stated he wanted to be open and transparent and that he was "an open book," and there for whatever the FBI needed. TRUMP thanked the DOJ and FBI for their good work prior to departing the dining room.

███ Per. 18 ███  certified all the records that came from the White House were stored in one location in MAL, in a basement storage room. The boxes of records in the basement storage room were "the remaining repository" of records from the White House. It had taken several [unnamed] staff members "most of a day" to review "all available boxes" and pull out anything that had a classification marking. ███ Per. 18 ███ described it as "a laborious, lengthy and dirty process."

████████████████████████████████████████████████████
████████████████████████████████████████. The boxes were not marked on the outside. Any documents with classification markings were separated, maintained with their original clips or envelopes, and were not read by the staff. ███ Per. 18 ███ would not identify the personnel that conducted the review, and took full responsibility for the process.

There were no records in any private office space or other location in MAL, and all available boxes were searched.

No personnel at MAL currently maintain a security clearance. There is no current Sensitive Compartmented Information Facility (SCIF) at MAL, nor was there previously a permanent SCIF during the Trump Administration.

Counter to advisement from ███ Per. 18 ███ TRUMP gave his authorization to allow the FBI to view the basement storage space in MAL. The FBI Agents and DOJ Attorney were escorted by ███ Per. 18 ███ ██ Per. 12 ██ and USSS Agents, to include ████ N/A and others unidentified, to a storage room located in the basement of MAL. The group was led out of the MAL dining room through the living room, outside to the pool area, and through a door to the right, into a part of the building referred to as the "Cloisters."

The group walked down a narrow, spiral staircase past a kitchen, water coolers stacked against a wall, and a hallway filled with tables, chairs and other furniture. In a central storage area with several closed doors, there was a painted gold door with a short, wooden staircase leading up to it. Beyond the gold door was a small storage room, approximately 5' wide and 12' long, which contained approximately 50 to 55 boxes, a garment rack with suits and clothes, a guitar case, large gold frames, and other assorted

Subject to Protective Order

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ▓ Interview of �in Per. 18 , On 06/03/2022 , Page 3 of 3

items. The boxes on the long wall adjacent to the door were a mix of predominantly brown boxes, a few white and blue banker boxes, and at least one blue plastic bin. The boxes reached approximately halfway up the wall. The only visible box with writing on the outside was labeled, "ties." There were barely visible boxes on the other wall behind the clothes rack. There was also a number of boxes along the short wall adjacent to the entry door.

Per. 18 would not allow the FBI Agents to handle the boxes or view inside the boxes. The storage room door had a standard key lock, but Per. 12 advised the area was very secure due to the presence of USSS.

[Agent Note: FBI Agents noted several security cameras in the basement area but none inside the storage room or directly outside the storage room.]

Per. 18 was unaware of records at any other properties, but advised he would be willing to inquire specifically about the Bedminster location.

Original Agent notes taken during the interview will be maintained in the attached 1A. The GJS return and certification will be documented via separate communication.