# EXHIBIT 19

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE GRAND JURY SUBPOENA
GJ 42-17 and GJ 42-69

Case No. 23-gj-10 (BAH)

Chief Judge Beryl A. Howell

**UNDER SEAL**

**EX PARTE TO GOVERNMENT AND**
▉ Per. 18 ▉ **ONLY**

**ORDER**

In accordance with the conclusions detailed in the Court's Memorandum Opinion, the

Court has redacted ▉P. 18▉-PRIV-082 and ▉P. 18▉-PRIV-083 to remove ▉ Per. 18 ▉'s opinion work

product, which redacted versions are attached to this Order as Attachment 1 and Attachment 2,

respectively. It is hereby **ORDERED** that counsel for ▉ Per. 18 ▉ and the government shall file,

by 2 p.m. on March 20, 2023, their positions as to whether the attachments may be released to

former President Donald J. Trump and his counsel.

**SO ORDERED.**

Date: March 17, 2023

_Beryl A. Howell_
_____
BERYL A. HOWELL
Chief Judge

# ATTACHMENT 1

# REDACTED P. 18 -PRIV-082

Subject to Protective Order

USA-01288791

Subject to Protective Order



Subject to Protective Order

Subject to Protective Order

USA-01288794

Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

Subject to Protective Order

USA-01288799

Subject to Protective Order

USA-01288800

Subject to Protective Order

USA-01288801



Subject to Protective Order

USA-01288802

Subject to Protective Order

Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

Subject to Protective Order



Subject to Protective Order

Subject to Protective Order

Subject to Protective Order

USA-01288817



Subject to Protective Order



Subject to Protective Order

**ATTACHMENT 2**

**REDACTED** P. 18 **-PRIV-083**

Subject to Protective Order

USA-01288820



Subject to Protective Order



Subject to Protective Order

USA-01288822



Subject to Protective Order

Subject to Protective Order

USA-01288824



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

USA-01288828



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

USA-01288831



Subject to Protective Order

USA-01288832



Subject to Protective Order



Subject to Protective Order



Subject to Protective Order

# EXHIBIT 20

Legal Department
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125 US



### Certification of Business Records

I, ▮▮▮▮▮▮▮▮ the undersigned, declare that I am employed by FedEx Express in the Legal Department as a Senior Paralegal Specialist; and by my position, am authorized and qualified to make this certification.

Based upon a diligent search and to my knowledge, I certify that the accompanying records are copies of all documents, information, and things that:

    1.    were made at or near the time by – or from information transmitted by – someone with knowledge;

    2.    were kept in the course of regularly conducted activity of a business; and

    3.    making the records was a regular practice of that activity.

      Records deemed privileged or protected from disclosure, if any, do not accompany this response.

I certify and declare, under penalty of perjury that the foregoing is true and correct.

Place of Execution:       FedEx Express
                          Legal Department
                          3620 Hacks Cross Road
                          Building B -- Third Floor
                          Memphis, TN 38125

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, sr. paralegal specialist, and custodian of records

**SWORN TO AND SUBSCRIBED** before me on this 27th day of Sept. 2022

▮▮▮▮▮▮▮▮▮▮▮▮▮
Notary Public in and for
The State of Tennessee

My **Commission Expires:** 04/22/2025

_____

TENNESSEE
NOTARY
PUBLIC
SHELBY COUNTY
MY COMMISSION EXPIRES 4-22-2025

Subject to Protective Order

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, ███████████, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_APPLE_CONFIDENTIAL produced November 14, 2022 in response to the legal process served on Apple on November 8, 2022.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

      a.   made at or near the time by — or from information transmitted by — someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

      b.   kept in the course of a regularly conducted activity of Apple's business; and

      c.   made as part of a regular practice of the activity of Apple's business.

USA-00001966

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  November 14, 2022

 **APPLE INC.**

By: ▓▓▓▓▓▓▓▓▓▓▓▓▓

Name: ▓▓▓▓▓▓▓▓

Title:  Legal Specialist, Apple Inc.

Subject to Protective Order