# EXHIBIT 2



Subject to Protective Order



Subject to Protective Order

USA-00806223



Subject to Protective Order

USA-00806230



Subject to Protective Order





Subject to Protective Order

USA-00806238



Subject to Protective Order





Subject to Protective Order