# EXHIBIT 3



Subject to Protective Order

USA-00806244



Subject to Protective Order

USA-00806245



Subject to Protective Order

USA-00806246



Subject to Protective Order
USA-00806247



Subject to Protective Order

USA-00806248



Subject to Protective Order USA-00806249



Subject to Protective Order

USA-00806250



Subject to Protective Order