# EXHIBIT 4





Subject to Protective Order

USA-00808593



Subject to Protective Order

USA-00808594

Subject to Protective Order

USA-00808595