# EXHIBIT 5



Subject to Protective Order

USA-00805861



Subject to Protective Order
USA-00805958

Subject to Protective Order

USA-00805959



Subject to Protective Order

USA-00805977



Subject to Protective Order

USA-00805978



Subject to Protective Order

USA-00806054



Subject to Protective Order USA-00806055



Subject to Protective Order

USA-00806056



Subject to Protective Order USA-00806057

<the>



