UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DONALD J. TRUMP,<br>WALTINE NAUTA, and<br>CARLOS DE OLIVEIRA,<br><br>          Defendants. | Case No. 23-80101-CR<br>CANNON/REINHART |

## PRESIDENT DONALD J. TRUMP'S NOTICE OF FILING

President Donald J. Trump hereby gives notice that pursuant to the Court's May 19, 2024, Order, ECF No. 552, he filed under seal unredacted versions of two pretrial motions: (1) Motion for Relief Relating to the Mar-a-Lago Raid and Unlawful Piercing of the Attorney-Client Privilege; and (2) Motion to Dismiss Based on Prosecutorial Misconduct and Due Process Violations.

Dated: May 21, 2024                                    Respectfully submitted,

*/s/ Todd Blanche*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707
*Counsel for President Donald J. Trump*

**CERTIFICATE OF SERVICE**

I, Christopher M. Kise, certify that on May 21, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Christopher M. Kise*
Christopher M. Kise