UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order at ECF No. 552, the Government hereby provides notice that today it filed under seal fully unredacted versions of the following two responses to motions: (1) Government's Opposition to Donald J. Trump's Motion to Dismiss the Indictment Based on Prosecutorial Misconduct and Due Process Violations; and (2) Government's Opposition to Donald J. Trump's Motion for Dismissal or Suppression of Evidence Obtained from Mar-a-Lago or his Attorneys.

Dated: May 21, 2024

                                            Respectfully submitted,

                                            JACK SMITH
                                            Special Counsel

By:    */s/ Jay I. Bratt*
        Jay I. Bratt
        Counselor to the Special Counsel
        Special Bar ID #A5502946
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530

        David V. Harbach, II
        Assistant Special Counsel
        Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

      I, Michael E. Thakur, certify that on May 21, 2024, I served the foregoing document on all parties via CM/ECF.

                                         */s/ Michael E. Thakur*
                                         Michael E. Thakur