# EXHIBIT A

# CERTIFICATION

I hereby certify as follows:

1. I have been designated to serve as Custodian of Records for The Office of Donald J. Trump, for purposes of the testimony and documents subject to subpoena #GJ20222042790054.

2. I understand that this certification is made to comply with the subpoena, in lieu of a personal appearance and testimony.

3. Based upon the information that has been provided to me, I am authorized to certify, on behalf of the Office of Donald J. Trump, the following:

    a. A diligent search was conducted of the boxes that were moved from the White House to Florida;

    b. This search was conducted after receipt of the subpoena, in order to locate any and all documents that are responsive to the subpoena;

    c. Any and all responsive documents accompany this certification; and

    d. No copy, written notation, or reproduction of any kind was retained as to any responsive document.

I swear or affirm that the above statements are true and correct to the best of my knowledge.

Dated: June 3, 2022

