UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.

_____/

**NOTICE OF COMPLIANCE**

Pursuant to the Court's paperless order at ECF No. 573, the Government hereby provides notice that today it filed under seal fully unredacted versions of the following two responses to motions: (1) Government's Opposition to Waltine Nauta's Motion to Dismiss the Indictment Based on Selective and Vindictive Prosecution (filed in redacted form at ECF No. 486); and (2) Government's Surreply to Defendant Waltine Nauta's Motion to Dismiss for Selective and Vindictive Prosecution (filed in redacted form at ECF No. 488).

Dated: May 23, 2024

                                            Respectfully submitted,

                                            JACK SMITH
                                            Special Counsel

By:    */s/ Jay I. Bratt*
        Jay I. Bratt
        Counselor to the Special Counsel
        Special Bar ID #A5502946
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530

        David V. Harbach, II
        Assistant Special Counsel
        Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

I, Michael E. Thakur, certify that on May 23, 2024, I served the foregoing document on all parties via CM/ECF.

*/s/ Michael E. Thakur*
Michael E. Thakur
