UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON-REINHART

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

DONALD J. TRUMP, et al.,
    *Defendants.*

ORDER GRANTING LEAVE AND ADDING
FORMER ATTORNEY GENERAL MICHAEL B. MUKASEY
AS *AMICUS CURIAE* TO BRIEF DOCKETED AT [ECF NO. 364]

THIS CAUSE having come before the Court on Unopposed Motion for Leave for Former Attorney General Michael B. Mukasey to Join [ECF No. 364], Brief for Former Attorney General Edwin Meese III, Law Professors Steven Calabresi and Gary Lawson, and Citizens United as *Amici Curiae* in Support of Defendant President Trump's Motion to Dismiss [ECF No. 326] (the "Motion"), it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Former Attorney General Michael B. Mukasey is added to the brief of *amici curiae* docketed at [ECF No. 364], supporting Defendant President Trump's Motion to Dismiss [ECF No. 326].

DONE AND ORDERED in Chambers at _____, Florida, this day of _____, 2024.

                                                                           _____
                                                                           AILEEN M. CANNON
                                                                           UNITED STATES DISTRICT JUDGE