UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.

_____ /

## NOTICE OF FILING

Defendant Waltine Nauta, by and through the undersigned counsel, and pursuant to the

Court's May 30, 2024, Paperless Order to Show Cause (ECF No.589), as well as the Court's

May 21, 2024, Paperless Order (ECF No. 558), hereby gives notice of the redacted filing of his

Motion for Leave to Disclose Discovery (Aug. 30, 2024) (ECF No. 138), which is attached

hereto as Exhibit A.

[SIGNATURE BLOCK NEXT PAGE]

Date: June 2, 2024

Respectfully submitted,

*s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

*s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

*s/ Sasha Dadan*