UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      **Defendants.**
_____/

**NOTICE OF FILING**

    Defendant Waltine Nauta, by and through the undersigned counsel, and pursuant to the Court's May 9, 2024, Order (ECF No. 539), hereby gives notice of the sealed filing of the response by the Special Counsel's Office to Mr. Nauta's April 13, 2024, Motion for Disclosure and Transfer,[1] as well as Mr. Nauta's reply memorandum in support of his motion. These submissions were originally filed with the United States District Court for the District of Columbia on April 22, 2024, and April 30, 2024, respectfully, and were docketed with *this* Court under seal on April 30, 2024 (ECF No. 499) (Exhibits C and D, respectively).[2]

[SIGNATURE BLOCK NEXT PAGE]

---

[1] Mr. Nauta's Motion was docketed with this Court under seal on April 25, 2024 (ECF No. 481) (Ex. A), the public notice thereof was docketed with this Court on April 29, 2024 (ECF No. 497).

[2] These submissions were docketed in case numbers: 22-gj-40; 22-gj-45; 23-gj-10; and 23-gj-12. So as to avoid multiplicitous docketing with *this* Court, however, only one copy of the Order is being filed here.

Date: June 3, 2024                    Respectfully submitted,

  *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

  *s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

                                                                              *s/ Sasha Dadan*