UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        **Defendants.**
_____/

## NOTICE OF FILING

Defendant Waltine Nauta, by and through the undersigned counsel, and pursuant to the Court's May 9, 2024, Order (ECF No. 539), hereby gives notice of the redacted filing of the Memorandum Opinion by the United States District Court for the District of Columbia regarding the denial of Mr. Nauta's April 13, 2024, Motion for Disclosure and Transfer,[1] which is attached hereto as Exhibit E.[2] An unredacted copy of the Memorandum Opinion was filed with this Court under seal on May 17, 2024 (ECF No. 547).

[SIGNATURE BLOCK NEXT PAGE]

---

[1] Mr. Nauta's Motion was docketed with this Court under seal on April 25, 2024 (ECF No. 481) (Ex. A), the public notice thereof was docketed with this Court on April 29, 2024 (ECF No. 497). The response by the Special Counsel's Office as well as Mr. Nauta's reply memorandum in support of his motion were docketed with this Court under seal on April 30, 2024 (ECF No. 499) (Exhibits C and D, respectively), the public notice thereof was docketed with this Court on June 3, 2024 (ECF No. 596). Pursuant to the Court's May 9, 2024, Order (ECF No. 539), on May 17, 2024, Mr. Nauta filed with *this* Court a sealed notice advising the Court that the D.C. District Court had denied Mr. Nauta's Motion. (ECF No. 546). No public notice of that filing was docketed with *this* Court, however the Special Counsel's Office has advised they do not object to the unsealing of that Notice.

[2] The D.C. District Court's Memorandum Opinion was docketed in case numbers: 22-gj-40; 22-gj-45; 23-gj-10; and 23-gj-12. So as to avoid multiplicitous docketing with *this* Court, however, only one copy of the Memorandum Opinion is being filed here.

Date: June 3, 2024

Respectfully submitted,

  *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

  *s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

                                                     *s/ Sasha Dadan*