**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON-REINHART**

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

DONALD J. TRUMP, et al.,

*Defendants.*

**ORDER GRANTING MOTION OF FORMER ATTORNEYS GENERAL**
**EDWIN MEESE III AND MICHAEL B. MUKASEY, LAW PROFESSORS**
**STEVEN CALABRESI AND GARY LAWSON, AND CITIZENS UNITED**
**AS *AMICI CURIAE* TO PARTICIPATE IN ORAL ARGUMENT IN SUPPORT OF**
**DEFENDANT PRESIDENT TRUMP'S MOTION TO DISMISS [ECF NO. 326]**

THIS CAUSE having come before the Court on the Motion for Leave to Participate in Oral Argument by Former Attorneys General Edwin Meese III and Michael B. Mukasey, Law Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation as *Amici Curiae* in Support of Defendant President Trump's Motion to Dismiss [ECF No. 326] (the "Motion"), it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Counsel for Former Attorneys General Edwin Meese III and Michael B. Mukasey, Law Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation as *Amici Curiae* may participate in the June 21, 2024 hearing on Defendant President Trump's Motion to Dismiss.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____, 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE