UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON-REINHART

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

DONALD J. TRUMP, et al.,

    *Defendants*.

**ORDER GRANTING MOTION BY *AMICI CURIAE* CONSTITUTIONAL LAWYERS, FORMER GOVERNMENT OFFICIALS, AND STATE DEMOCRACY DEFENDERS ACTION TO PARTICIPATE IN ORAL ARGUMENT IN OPPOSITION TO DEFENDANT DONALD J. TRUMP'S MOTION TO DISMISS THE INDICTMENT [ECF NO. 326]**

THIS CAUSE having come before the Court on the Motion for Leave to Participate in Oral Argument By Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action as *Amici Curiae* in Opposition to Defendant Donald J. Trump's Motion to Dismiss the Indictment [ECF No. 326], it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____, 2024.

                                                    AILEEN M. CANNON
                                                    UNITED STATES DISTRICT JUDGE