# EXHIBIT 2

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 22-mj-8332-BER | Date and time warrant executed: <br> August 8, 2022, 10:33 AM | Copy of warrant and inventory left with: <br> Per. 12 |
| Inventory made in the presence of : <br> FBI  FBI 19 | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> A total of forty-five (45) pieces of evidence, comprised of boxes and sets of miscellaneous documents, were seized from the premises described in Attachment A.  Thirty-nine (39) of the boxes and/or sets of documents contained comingled items described in Attachment B.  Six (6) of the boxes and/or sets of documents contained potentially privileged items comingled with items described in Attachment B. <br><br><br> See attached Receipts for Property. <br><br><br> Note for the Court:  The Filter Seizing Agent signed for the potentially privileged boxes mentioned above. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   August 11, 2022

*Executing officer's signature*

FBI 21A  / Special Agent
*Printed name and title*

Subject to Protective Order

USA-00395085