# EXHIBIT 4

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U//FOUO) To Document Special Master Reproduction Administrative Paperwork

**Date:** 06/05/2023

**From:** WASHINGTON FIELD
   **Contact:** FBI 19

**Approved By:** A/SSA FBI 11

**Drafted By:** FBI 19

**Case ID #:**                      (U//FOUO) Evidence subfile
               EVIDENCE

**DOCUMENT RESTRICTED TO CASE PARTICIPANTS**
This document contains information that is restricted to case participants.

**Synopsis:** (U//FOUO) This electronic communication (EC) conveys all administrative paperwork related to the Reproduction of seized materials pursuant to a court-approved search of the Mar-a-Lago Premises, on 8/8/2022 in Florida. This reproduction was effected pursuant to Special Master Dearie's Case Management Plan.

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) Agent_Notes_Rosters_admin_paperwork

**Details:**

This electronic communication (EC) conveys administrative paperwork related to the offsite reproduction of seized materials pursuant to a court-approved search of the Mar-a-Lago Premises, on 8/8/2022 in Florida.

This reproduction was effected pursuant to Special Master Dearie's Case Management Plan. The contract for reproduction of this unclassified evidentiary material was held by          .  All reproduction occurred at an offsite location,                                              .

UNCLASSIFIED//FOUO

Subject to Protective Order                                             USA-01291254

UNCLASSIFIED//FOUO

Title:  (U//FOUO) To Document Special Master Reproduction Administrative Paperwork
Re:  ███████████-EVIDENCE, 06/05/2023

This event was scheduled from 10/6-10/12/2022, however the reproduction was accomplished early and all evidence was returned to the Washington Field Office (WFO) by 10/9/2022.

As this operation ran in several shifts, additional security protocols were enacted to ensure the security of all boxes and items.  On 10/6/2022, FBI 19 ███████████████████████████ coordinated with Special Agent ████████████████████████████████████████████ to designate Room #153 of this location as a Temporary Evidence Custodial Repository for the duration of this project. There was no one allowed into Room 153 without FBI presence. Both doors to Room #153 were evidence-taped, initialed, and photographed each night and re-photographed as confirmation of the unbroken tape seal the following morning.

FBI Agents were present at all Reproductions Stations for the duration of this project, on all shifts, while another agent maintained a presence and logged boxes in and out from Room #153.  For security reasons, there were two agents onsite at all times. This reproduction was accomplished without incident.

Agent Notes, examples of administrative documents and ████████. personnel rosters are attached as as a digital 1A.

♦♦

UNCLASSIFIED//FOUO

2

Subject to Protective Order                                                                                     USA-01291255