# EXHIBIT 5

| | |
|---|---|
| **FBI 21A** | **(WF) (FBI)** |

| | |
|---|---|
| **From:** | FBI 19 (WF) (FBI) |
| **Sent:** | Wednesday, September 28, 2022 8:05 AM |
| **To:** | WF-CI12 |
| **Cc:** | FBI 9 (WF) (FBI); FBI 11 (WF) (FBI); FBI 21A (WF) (FBI); FBI 29 (WF) (FBI); FBI 10 (WF) (FBI) |
| **Subject:** | SM Vendor Appointment |

Good Morning Team,

███ is the Team Lead for this tasker. I am asking ███ and ███ to assist in the immediate.  However, this will be an All Hands call as needed.

We anticipate we will be assigned the Third Party Vendor today pursuant to the Special Master's Case Management Plan.

In this vein, a few things need to be accomplished today by the smaller team:

1. All classified placeholders must be removed and replaced with generic spreadsheets at appropriate level. We will talk through a generic marking system with FBI 9 later this morning.

2. All Chains of Custody need review and currency.

3. Once these items have been completed all 33 Items will be taped for movement.

4. All Boxes will then have a new label affixed (typed/printed in large print on light blue paper) Items #1-33.

███ please confirm van for rest of week.  We will also need to canvass squad for availability for chain of custody.

We will require one Special Agent to be present with the vendor (courier card/weapon) for the duration of the reproduction process. Two people are aways better than one. We will also need help moving boxes downstairs to the van when it's time.

 I believe if reproduction starts this afternoon, we will be complete by Friday.

Thank you,


Subject to Protective Order                                                                                                                                   USA-01291490