# EXHIBIT 7



Tuesday 11
~~Monday 10~~ July 2023                               ①
~~Friday~~
Friday 10am Ops Brief Teams — 32

Sunday 10am Aug 6

[FBI 17] [FBI 12] + [FBI 17] Sunday night call

6⁴² AM brief complete MM → to 2nd Rally
Contact w/ USS's [RP2 Filter team mtg grey van]
Meet w/ USSS
   Publix
1st wave
 Cmd Vehicle
 Copy Van  Filter + WTD + Sec + HQ
 ERT x 2
 Box truck           walkthru
                     USSS /
2nd wave
 ERT x 5
 1-3 x 2

Personnel in cars - save Sentries

[FBI 22]

[FBI 31]

North Exit Lane off Ocean Blvd unt.
     1st ext platoon.



KEG/DAR ▓▓▓ @ MM ②

**FBI 39** ▓▓▓
**FBI 17** ▓▓▓
**FBI 36** ▓▓▓
**FBI 13** ▓▓▓
**FBI 37** ▓▓▓
**FBI 34** ▓▓▓
**FBI 23** ▓▓▓
**FBI 32** ▓▓▓
**FBI 24** ▓▓▓
▓▓▓
▓▓▓

**FBI 16** ▓▓▓
▓▓▓

**PER. 12** ▓▓▓ - ▓▓▓ - maybe from ▓▓▓
walks up - talking to AONES.
Filming / photos.

- Filter moved up to office while wait for unlock of Storage. Key in office.
- Filter / pax sent to storage, observed 1131 stiger cut bolt for storage. ▓▓▓ + ▓▓▓ went in storage for plann view.
- USSS SAC taking notes in little ntbk.
- ▓▓▓ jo wee ▓▓▓ in storage - at about 1/2 to 3/4 done

(3)

- Filter searches - order not preserved, filter material pulled to front/top of box for DC to explore.

- Filter in strg rm, passed out to anteroom, fore searches.

- [FBI 36] [FBI 13] [FBI 5] [FBI 17] [FBI 12] office filter

- [FBI 17] + [FBI 5] to desk
- ___ + [FBI 36] to closet

★ ___ photo timestamp of unredacted Closet box photo.

[FBI 36] did ___ desk pto filter
11:22am Storage rm "Loc 1" trying again filter.
2:12pm office search complete

★ SAs - ___ did NOT know names went over.

Residence
USSS ASAC opened 1st → PineHall
- Filter [FBI 36] + [FBI 5] bedrooms
  [FBI 12]

(4)

- Res Photo -
- Pine Hall → French Hall → Bedrooms → Downstairs → to main res.
- Filter cleared upstairs then ERT search
- Filter moved downstairs

FBI 37 FBI 12                    Matz
Staff checked rest of property
had M 4:17pm complete

Case 9:23-cr-80101-AMC   Document 612-7   Entered on FLSD Docket 06/10/2024   Page 6 of 6

Wednesday 12 July 2023                                  (1)

[REDACTED]

Filter + TLs Session
FBI 34, FBI 23, FBI 13
FBI 17   FBI 36
* Will have follow on call w/ FBI 5 + FBI 12

Search + TLs
FBI 34, FBI 23 [REDACTED]

[REDACTED] — office until pkging complete →
then to storage for pkging. [REDACTED]
pked non-classified.
[REDACTED] — took class
[REDACTED] — entered into comp

[REDACTED] — after filter going
thru for class
- Strg boxes st @ 8, 9...
Item 10 - 1st box w/class in storage
   AIS   NATO sig.

Filter at some point, started pulling class
out + placed on top. Search team still
went through every doc.

Box 73 - FBI 32

* Names [REDACTED] (Notify when go over in DISC)

Subject to Protective Order                          USA-01291280