# EXHIBIT 10

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U//FOUO) Meeting between Special Counsel, FBI WFO, and FBI MM  
**Date:** 05/21/2024

**From:** WASHINGTON FIELD  
    **Contact:** FBI 29 ▮▮▮▮, ▮▮▮▮▮

**Approved By:** ▮▮▮▮▮▮▮

**Drafted By:** FBI 29 ▮▮▮▮

**Case ID #:** ▮▮▮▮▮▮▮  (U//FOUO) Search Warrant subfile SearchWarrant

**Synopsis:** (U//FOUO) Meeting between Special Counsel, FBI WFO, and FBI MM to discuss August 8, 2022 search of Mar-a-Lago

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) Meeting notes

**Details:**
(U//FOUO) On May 14 and 15, 2024, Special Counsel and FBI Washington Field Office (WFO) personnel met with FBI Miami Field Office (MM) personnel at the West Palm Beach Resident Agency to discuss the Filter Team processes and procedures during the execution of the August 8, 2022 search of Mar-a-Lago.

(U//FOUO) Participants in the meeting included:

- Assistant Special Counsel (ASC) David Harbach
- ASC Anne McNamara
- FBI 29, 12, 36, 13, and 5 ▮▮▮▮▮ ▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮
- ▮▮▮▮▮▮
- ▮▮▮▮▮▮

(U//FOUO) Special Counsel and WFO personnel met with all MM personnel first as a group, then spoke to each individually.

UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

Title:  (U//FOUO) Meeting between Special Counsel, FBI WFO, and FBI MM
Re: ▇▇▇▇▇▇▇▇▇▇-SearchWarrant, 05/21/2024


(U//FOUO) Original Agent notes will be maintained in the attached 1A.

♦♦

**UNCLASSIFIED//FOUO**

2

Subject to Protective Order  USA-01291466