# EXHIBIT 12

[FBI 17]

APM DvH [redacted]

Started w/ ante-room → outside ↑POTUS office
Did initial walk-thru to make sure nothing
privileged in plain view then ERT in for pics
[FBI 17, 13, and 5] in first

At some point [FBI 36] left to go to storage room
Nothing in plain view

[FBI 17 and 5] to FPOTUS desk first, [FBI 17] to one side [FBI 5] to other
[FBI 5] found Macron doc in desk
[FBI 17] went to Target day before → used tape on
desk to seal as definitely privileged material
inside

[FBI 13] went to closet, spent a lot of time
on box on floor — lots of classified inside
[FBI 17] saw pic being set up, doesn't know who set up
Remembers seeing cover sheets, never seen these
types before → doesn't know where they came from

[Per. 34] desk → [FBI 17] started on left side
no privileged or responsive docs found
KJU letter in desk drawer

[FBI 36 and 5] called for help in storage room
[FBI 17 and 13] went to help after done w/ 45 office
in storage room — [FBI 17] did open boxes found classified
never personally found any privileged docs in a box
[FBI 17] working in back corner of storage room - farthest from door
[FBI 17] took papers out — laid down upside down next to box
then flipped back over when putting back in box
[FBI 17] kept everything in order to best of [redacted] ability
can't say w/ 100% certainty everything in same order
[FBI 17] only worked on 1 box at a time
"can't see that happening" to question of mixing docs
between boxes

[FBI 17] taped & wrote on privileged boxes
boxes kept separate even in different car back to P.O.
After storage room, met LGG who didn't need help
All 5 then to Residence
Bottom of stairs closet on left
[Per. 30] memorabilia → nothing privileged
[FBI 17] did [FBI 73] room + [Per. 30] closet — nothing
[FBI 17] can't remember anything about closet on left leading to stairway
[FBI 17] does have notes he used for 302
not sure if in 1A
in his desk in Miami → sealed envelope