# EXHIBIT 15

10:25 start

Woodward, Irving, Morrell, Bordoch

A-14 opened      10:35 am   -  10:41
   SW took pic of top
A-15      10:42 - 11:58
Item 2     11:04 - 11:12
A-16      11:14 - 11:25       11:44 - 11:53
A-43      11:27 - 11:33
         Box Chain of Custody Form
         from   10/7-8/2022
A-34      11:56 - 12:04
A-73      11:57 - 12:00
A-71      12:01 - 12:05

12:15 depart

Subject to Protective Order                               USA-01291577

Tuesday 12 MAR 2024   10:25 - 12:15
Protective Order
BT (wifi)   Private atty space   ETs ▮ + ▮
Closed/order                      SW, AB, JI, DM
Index                             JP ▮
1) A-14
2) A-15 (SW looking for scans)
3) Item 2/1319
4) A-16

Asked about order? coversheets? ones that WN/CDO
moved in/out of storage room identified?

5) A43 - form
6) A-34
7) A-73
8) A-71

★ Class docs found after left MAL ?
   filter boxes

Subject to Protective Order                                USA-01291578