# EXHIBIT 16

FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication



**Declassified by: NSICG F83M47K65**
**Date: May 21, 2024**
**THIS REDACTED VERSION ONLY**

**Title:** ▮▮▮▮▮▮ Explanation of late documentation of evidence split   **Date:** 08/30/2022

**From:** WASHINGTON FIELD
▮▮▮▮
    **Contact:** ▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮

**Approved By:** ▮▮▮▮▮▮▮▮▮▮

**Drafted By:** ▮▮▮▮▮▮▮▮

**Case ID #:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮; Mishandling of Classified or National Defense Information; UNKNOWN SUBJECT; SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** ▮▮▮▮▮▮ This communication provides an explanation for the late documentation of evidence splits for items 1B32, 1B56, 1B57, 1B58, 1B59, 1B60 and 1B61.



**Details:**

▮▮▮▮▮▮ This communication serves to explain the late documentation of an evidence split from evidence items 1B32, 1B56, 1B57, 1B58, 1B59, 1B60 and 1B61 on the original chains of custody.

▮▮▮▮▮▮ For background, evidence items 1B32, 1B56, 1B57, 1B58, 1B59, 1B60 and 1B61 were in the custody of the Filter Team on 08/10/2022 to conduct an initial review of classified information and then to review the items for potentially privileged documents. On 08/11/2022, the review for potentially privileged documents was completed. On that date, the potentially privileged documents were segregated from the original evidence items and split into their own evidence items. Following the

Title: ▮▮▮▮▮▮▮▮ Explanation of late documentation of evidence split
Re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 08/30/2022

split, custody of the original evidence items with the potentially privileged documents was returned to the investigative team. These splits are detailed below:

| Original 1B | Original Barcode | New Barcode | Time Split | Date Split |
|---|---|---|---|---|
| 56 | E5489945 | E6656377 | 12:45PM | 8/11/2022 |
| 32 | E5489984 | E6656378 | 12:10PM | 8/11/2022 |
| 57 | E5489960 | E6656383 | 12:04PM | 8/11/2022 |
| 58 | E5489961 | E6656382 | 10:51AM | 8/11/2022 |
| 59 | E5489959 | E6656381 | 11:33AM | 8/11/2022 |
| 60 | E5489958 | E6656380 | 12:10PM | 8/11/2022 |
| 61 | E5489986 | E6656379 | 10:55AM | 8/11/2022 |

▮▮▮▮▮▮ At the time the potentially privileged documents were split from the original evidence items, this split was not entered on the original chains of custody. Subsequent to the return of original evidence items to the investigative team, several additional transfers of custody were documented on the original chains of custody as part of the evidence review. In order to properly document the split of the potentially privileged documents that occurred on 08/11/2022, that split is now being entered retroactively on the chains of custody on the next available entry spot on the chains of custody with the appropriate date and time of the actual split.

▮▮▮▮▮▮ For the sake of clarity, it is being documented here that original evidence items were in the custody of the filter team until 08/11/2022. At the time of each evidence split, the split evidence items consisting of the potentially privileged documents remained in the custody of the filter team while the original evidence items, cleared of potentially privileged documents, were then returned to the investigative team on 08/11/2022.



2