UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## NOTICE OF FILING

The Government hereby gives notice that it has filed the Government's Fourth Classified *Ex Parte*, *In Camera*, Under Seal Supplement to Motions for an Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) with the Court by delivering it to the Classified Information Security Officer ("CISO") in Fort Pierce, Florida on June 13, 2024.  An unclassified cover sheet for the Supplement is attached hereto.

                            Respectfully submitted,

                            JACK SMITH
                            Special Counsel

By:    */s/ Jay I. Bratt*
        Jay I. Bratt
        Counselor to the Special Counsel
        Special Bar ID #A5502946
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530

        Julie A. Edelstein
        Senior Assistant Special Counsel
        Special Bar ID #A5502949

                David V. Harbach, II
                Assistant Special Counsel
                Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

      I certify that on June 13, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                        *s/ Julie A. Edelstein*
                        Julie A. Edelstein