Filed with Classified Information Security Officer

CISO *[signature]*

Date 6/13/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Filed *Ex Parte, In Camera*, and |
| DONALD J. TRUMP, ) | Under Seal with the Classified |
| WALTINE NAUTA, and ) | Information Security Officer |
| CARLOS DE OLIVEIRA, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S FOURTH CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL SUPPLEMENT TO MOTIONS FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**