IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP, WALTINE NAUTA, AND CARLOS DE OLIVEIRA**. <br><br> Defendants. | No. 9:23-cr-80101-AMC |

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE OPPOSING SPECIAL PROSECUTOR'S MOTION TO MODIFY CONDITIONS OF RELEASE**

**THIS CAUSE** comes before the Court upon the Motion of 24 States for Leave to File Brief as *Amici Curiae* Opposing the Special Prosecutor's Motion to Modify Conditions of Release (the "Motion"). This Court having considered the Motion and all other relevant factors, it is **ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED**. The Court accepts as filed the brief of States of Iowa, Florida, West Virginia, Alabama, Alaska, Arkansas,

1

Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, and Wyoming, as *Amici Curiae*, submitted as an attachment to the Motion.

DONE AND ORDERED in Chambers in [West Palm Beach or Fort Pierce], Florida, this _____ day of _____, 2024.

_____
**AILEEN CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   All Counsel of Record