**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | **Case No. 23-80101-CR** |
| | **CANNON/REINHART** |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

<u>**NOTICE OF FILING**</u>

Pursuant to the Court's Order setting pre-trial deadlines, ECF No. 530, on June 14, 2024, President Donald J. Trump filed his First Notice Pursuant to CIPA § 5(a) with the Court by providing it to the Classified Information Security Officer in Fort Pierce, Florida. The accompanying unclassified cover sheet for President Trump's Notice is attached hereto.

Dated: June 17, 2024

Respectfully submitted,

*/s/ Todd Blanche / Emil Bove*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for President Donald J. Trump*

**CERTIFICATE OF SERVICE**

I, Christopher M. Kise, certify that on June 17, 2024, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.

*/s/ Christopher M. Kise*
Christopher M. Kise
