Filed with Classified
Information Security Officer

CISO [signature]

Date 6/14/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

vs.

DONALD J. TRUMP,

        Defendant.

Case No. 23-80101-CR
CANNON/REINHART

**(U) PRESIDENT DONALD J. TRUMP'S
FIRST NOTICE PURSUANT TO CIPA § 5(a)**