Filed with Classified
Information Security Officer

[signature]

June 17, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.
_____/

(U) DEFENDANTS WALTINE NAUTA AND CARLOS DE OLIVEIRA'S
CIPA § 5(a) NOTICE