UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

Filed with the Classified
Information Security Officer
CISO _____
Date    6/20/24

**SEALED *EX PARTE* ORDER GRANTING RELIEF SOUGHT IN SPECIAL COUNSEL'S FOURTH CLASSIFIED SUPPLEMENT TO CIPA § 4 MOTIONS**