UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,   Case No. 23-80101-CR
                             CANNON/REINHART
vs.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        Defendants.
_____

## NOTICE OF PERMANENT APPEARANCE

Kendra L. Wharton files this appearance for the above-named Defendant, President Donald J. Trump.  Counsel agrees to represent Defendant for trial and all proceedings in the District Court.

Counsel acknowledges responsibility to advise Defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by Defendant.  Fee disputes between counsel and client shall not be a basis for withdrawal from this representation.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

Dated: June 21, 2024                        Respectfully submitted,

                                            */s/ Kendra L. Wharton*
                                            Kendra L. Wharton
                                            Florida Bar No. 1048540
                                            BLANCHE LAW (Of Counsel)
                                            WHARTON LAW PLLC
                                            500 S Australian Ave, Ste 600-1139
                                            West Palm Beach, FL 33401
                                            k.wharton@whartonlawpllc.com
                                            (561) 406-4630
                                            *Counsel for President Donald J. Trump*

## CERTIFICATE OF ELECTRONIC SERVICE

I, Kendra L. Wharton, hereby certify that a true and correct copy of the above and foregoing document was served on June 21, 2024, on all counsel of record via the Court's CM/ECF system.

*/s/ Kendra L. Wharton*
Kendra L. Wharton