# EXHIBIT 5



**Donald J. Trump** ✓
@realDonaldTrump

IF YOU GO AFTER ME, I'M COMING AFTER YOU!

16.9k ReTruths   49.6k Likes                                   Aug 04, 2023, 4:16 PM

💬 Reply          🔁 ReTruth          ♡ Like          ⬆         ⋯



**Donald J. Trump** ✓
@realDonaldTrump

Mark Milley, who led perhaps the most embarrassing moment in American history with his grossly incompetent implementation of the withdrawal from Afghanistan, costing many lives, leaving behind hundreds of American citizens, and handing over BILLIONS of dollars of the finest military equipment ever made, will be leaving the military next week. This will be a time for all citizens of the USA to celebrate! This guy turned out to be a Woke train wreck who, if the Fake News reporting is correct, was actually dealing with China to give them a heads up on the thinking of the President of the United States. This is an act so egregious that, in times gone by, the punishment would have been DEATH! A war between China and the United States could have been the result of this treasonous act. To be continued!!!

6.95k ReTruths   20.6k Likes                                   Sep 22, 2023, 7:59 PM