# EXHIBIT 3



Subject to Protective Order USA-00370814



Subject to Protective Order   USA-00550363