# EXHIBIT 4

USA-00042919

Subject to Protective Order