# EXHIBIT 5

```
 1
 2
 3
 4
 5
 6                    RECORDED INTERVIEW BETWEEN
 7     FBI SPECIAL AGENT    FBI 21A    ,      FBI 11       ,   FBI 49
 8             , ANNE MCNAMARA, SPECIAL COUNSEL JULIE EDELSTEIN,
 9           DAVID HARBACH,                , AND    Per. 34
10
11          File:      Per. 34     Interview Audio 2023.03.22
12
13                      Date:  March 22, 2023
14
15
16
17
18
19
20
21
22
23
24
25
                          FREE STATE REPORTING, INC.
                         Court Reporting  Transcription
                            D.C. Area 301-261-1902
                          Balt. & Annap. 410-974-0947
```

Subject to Protective Order                                      USA-00822016

1   (04:07:56)

2            MS. EDELSTEIN:  So presumably, these are just a

3   few of a number of instances in which boxes were moved?

4            [Per. 34]:  Yes.

5            MS. EDELSTEIN:  Do you have any sense of how many

6   boxes you and Walt brought up there for review?

7            [Per. 34]:  Not that I took a record of.  I had

8   previously shared that, at one point, I was trying to keep a

9   record on a sticky note, but I didn't continue that effort

10  for long.  It was more than 15.  I think it's safe to say it

11  was more than 15.  I don't know how many.

12           MS. EDELSTEIN:  Do you have an estimate of how

13  many more than 15, like do you have a sense of whether it

14  was, like, 18, 20, 25, 30?

15           [Per. 34]:  I would say not much more than 15.

16  You know, if I was taking two or four at a time, it likely

17  wasn't any higher than 18, 20 is my recollection.

18           MS. EDELSTEIN:  And do you know what happened to

19  the boxes that you brought up but weren't given to NARA?

20           [Per. 34]:  That morning there was a few, maybe

21  one, maybe more, boxes that -- there was some consolidation.

22  There was -- I remember one box being kind of like half full

23  that then was placed into another box.  So the 15 was kind

24  of I don't want to say loose, but there was some, like, kind

25  of consolidation towards the end of boxes, so what came --

Subject to Protective Order                                USA-00822191

1  (04:09:39)

2  Per. 34: -- out of his room is potentially

3  more than 15 that then was collected, consolidated and

4  brought to the truck.

5  MS. EDELSTEIN:  And what happened with the items

6  that didn't go to NARA that were brought up?  Obviously,

7  there were more in the storage room.  We'll talk about that

8  afterwards, but the ones that came up but didn't go to NARA,

9  do you know what happened to those?

10  Per. 34: I only have knowledge of the boxes

11  that came out of the suite to be put on the truck.

12  MS. EDELSTEIN:  Do you recall seeing boxes still

13  being in the residence or Pine Hall at the time that other

14  boxes were moved to the truck?

15  Per. 34: Not designated by him as ready to be

16  -- to go to be part of that batch.  Boxes in his room was a

17  familiar sight.  I can't say that I recall specifically

18  there being boxes that morning, but there often were boxes

19  in his room.

20  MR. HARBACH:  Who did the consolidation and whose

21  idea was it?

22  Per. 34: That was Walt and I, and I don't

23  remember there being, you know, an idea.  I think maybe we

24  didn't have enough lids or something to do with the lid

25  exchanges we were doing, and as we were doing that, we --