# EXHIBIT 8

USA-00042969
Subject to Protective Order



USA-00042985

Subject to Protective Order