# EXHIBIT 9

FD-674a (7-24-2017)   **ERT PHOTOGRAPHIC LOG**   PAGE ___1___ OF ___6___



---

FD-674a (7-24-2017)

**DATE** ___8 / 08 / 22___

**CASE ID** _____

**PHOTOGRAPHER** SA ___[FBI 24]___

**LOCATION** ___Mar-a-Lago (45/office)___

___1100 S Ocean Blvd___

___Palm Beach, FL 33480___

**FBI**

Subject to Protective Order

USA-01285286

FD-674a (7-24-2017)     **ERT PHOTOGRAPHIC LOG**     PAGE **1** OF **6**

**GENERAL INFORMATION**

LOCATION Mar-a-Lago (45 office)   1100 S. Ocean Blvd., Palm Beach, FL 33480

DATE 8/08/22     CASE ID ▮▮▮▮▮▮▮▮

CAMERA TYPE Nikkon D 780   CARD # 1

PREPARER/PHOTOGRAPHER ▮▮▮▮▮▮ FBI 23    FBI 16

REMARKS / SA ▮▮▮ FBI 24

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 1 | Entry / Exit / (Other) / Items # | Long / Med / Close | | Photo Log |
| 2 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Stairwell To 45 Office |
| 3 | Entry / Exit / Other / Items # | Long / Med / Close | | Stairwell To 45 Office |
| 4 | Entry / Exit / Other / Items # | Long / Med / Close | | Stairwell To 45 Office |
| 5 | Entry / Exit / Other / Items # | Long / Med / Close | | Stairwell To 45 Office |
| 6 | Entry / Exit / Other / Items # | Long / Med / Close | | Stairwell To 45 Office |
| 7 | Entry / Exit / Other / Items # | Long / Med / Close | | Entry. From Doorway (45 office) |
| 8 | Entry / Exit / Other / Items # | Long / Med / Close | | From Doorway (45 secretary Office) |
| 9 | Entry / Exit / Other / Items # | Long / Med / Close | | From Doorway (45 secretary Office) |
| 10 | Entry / Exit / Other / Items # | Long / Med / Close | | From Doorway (45 secretary) |
| 11 | Entry / Exit / Other / Items # | Long / Med / Close | | From Doorway (45 secretary Office) |
| 12 | Entry / Exit / Other / Items # | Long / Med / Close | | From Doorway (45 secretary Office) |
| 13 | (Entry) / Exit / Other / Items # | Long / Med / Close | | From Doorway (45 secretary office) |
| 14 | Entry / Exit / Other / Items # | Long / Med / Close | | From Doorway (45 office) |
| 15 | Entry / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 16 | Entry / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 17 | Entry / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 18 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 office secretary |
| 19 | Entry / Exit / Other / Items # | Long / Med / Close | | Bathroom next to secretary 45 office |
| 20 | Entry / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 secretary office |
| 21 | Entry / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 secretary office |

Subject to Protective Order     

FD-674a (7-24-2017)                    **ERT PHOTOGRAPHIC LOG**                    PAGE 3 OF 6 

| 22 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 23 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 24 | (Entry) / Exit / Other / Items # | Long / Med / Close | Room E |
| 25 | Entry / Exit / Other / Items # | Long / Med / Close | Room C |
| 26 | Entry / Exit / Other / Items # | Long / Med / Close | Room C |
| 27 | Entry / Exit / Other / Items # | Long / Med / Close | Room C |
| 28 | Entry / Exit / Other / Items # | Long / Med / Close | Room C |
| 29 | Entry / Exit / Other / (Items #) | (Long) / Med / Close | Item 1 & 1A Locations |
| 30 | Entry / Exit / Other / (Items #) 1 | Long / (Med) / Close | Item 1 & 1A Locations |
| 31 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Item 1 & 1A Locations |
| 32 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Item 1 & 1A Locations |
| 33 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Items 1 & 1A Locations |
| 34 | Entry / Exit / Other / (Items #) 1, 1A | Long / (Med) / (Close) | |
| 35 | Entry / Exit / Other / (Items #) 1, 1A | Long / Med / (Close) | |
| 36 | Entry / Exit / Other / (Items #) 1, 1A | Long / Med / (Close) | |
| 37 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 38 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 39 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 40 | Entry / Exit / Other / Items # | Long / Med / Close | Room F - Post Taint Search |
| 41 | Entry / Exit / Other / (Items #) 2 | (Long) / Med / Close | |
| 42 | Entry / Exit / Other / (Items #) 2 | Long / (Med) / Close | |
| 43 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | |
| 44 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | |
| 45 | Entry / Exit / Other / (Items #) | (Long) / Med / Close | Item 3 Location |
| 46 | Entry / Exit / Other / Items # | Long / (Med) / Close | Item 3 Location |
| 47 | Entry / Exit / Other / Items # | Long / Med / (Close) | Item 3 Location |

FD-674a (7-24-2017)  **ERT PHOTOGRAPHIC LOG**  PAGE 4 OF 6



| # | Type | Shot | Notes |
|---|---|---|---|
| 48 | Items # 3 | Close | with scale |
| 49 | Items # 2A | Close | with scale |
| 50 | Items # 2A | Close | with scale |
| 51 | Items # 2A | Close | with scale |
| 52 | Items # 2A | Close | with scale |
| 53 | Items # | Long | Drawer, Item 4 Location |
| 54 | Items # | Med | Drawer, Item 4 Location |
| 55 | Other | Close | Drawer, Item 4 Location |
| 56 | Items # | Long | bin location - Item 5 |
| 57 | Items # | Med | bin location - Item 5 |
| 58 | Items # | Close | bin location - Item 5 |
| 59 | Items # 5 | Close | with scale |
| 60 | Items # 5 | Close | with scale |
| 61 | Items # 5 | Close | with scale |
| 62 | Entry | | room G |
| 63 | Entry | | room G |
| 64 | Entry | | room G |
| 65 | Entry | Long | Item 6 location |
| 66 | | Med | Item 6 location |
| 67 | | Close | Item 6 location |
| 68 | Items # 6 | Close | with scale |
| 69 | | Long | Item 7 location |
| 70 | | Med | Item 7 location |
| 71 | | Close | Item 7 location |
| 72 | Items # 7 | Close | with scale |
| 73 | Other | | room F wall safe |

FD-674a (7-24-2017)  **ERT PHOTOGRAPHIC LOG**  PAGE ~~5~~ 5 OF 6

| 74 | Entry / Exit / (Other) / Items # | Long / Med / Close | | room F wall safe |
| 75 | Entry / Exit / (Other) / Items # | Long / Med / Close | | room F wall safe |
| 76 | Entry / Exit / Other / Items # | Long / Med / Close | | room label B |
| 77 | Entry / Exit / Other / Items # | Long / Med / Close | | room label C |
| 78 | Entry / Exit / Other / Items # | Long / Med / Close | | room label D |
| 79 | Entry / Exit / Other / Items # | Long / Med / Close | | room label E |
| 80 | Entry / Exit / Other / Items # | Long / Med / Close | | room label F |
| 81 | Entry / Exit / Other / Items # | Long / Med / Close | | room label G |
| 82 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room F |
| 83 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room F |
| 84 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room F |
| 85 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room E |
| 86 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room E |
| 87 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room E |
| 88 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 89 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 90 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 91 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 92 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 93 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 94 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 95 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room D |
| 96 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room D |
| 97 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room G |
| 98 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room G |
| 99 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room B |

USA-01285290

FD-674a (7-24-2017)          **ERT PHOTOGRAPHIC LOG**          PAGE 6 OF 6

| 100 | Entry / (Exit) / Other / Items # | Long / Med / Close | |
|---|---|---|---|
| 101 | Entry / (Exit) / Other / Items # | Long / Med / Close | Voom B |
| 102 | Entry / (Exit) / Other / Items # | Long / Med / Close | voom B |
| 103 | Entry / (Exit) / Other / Items # | Long / Med / Close | Voom B |
| 104 | Entry / (Exit) / Other / Items # | Long / Med / Close | Voom B |
| 105 | Entry / (Exit) / Other / Items # | Long / Med / Close | Voom B |
| 106 | Entry / Exit / (Other) / Items # | Long / Med / Close | 45 office |
| 107 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd Floor rooms across 45 office |
| 108 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd Floor rooms across 45 office |
| 109 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd Floor rooms across 45 office |
| 110 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd Floor rooms across 45 office |
| 111 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd Floor rooms across 45 office |
| 112 | Entry / Exit / (Other) / Items # | Long / Med / Close | 3rd Floor rooms across 45 office |
| 113 | Entry / Exit / (Other) / Items # | Long / Med / Close | 4th Floor door |
| 114 | Entry / Exit / Other / Items # | Long / Med / Close | 4th Floor door |
| 115 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 116 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 117 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 118 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 119 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 120 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 121 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 122 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 123 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 124 | Entry / Exit / Other / Items # | Long / Med / Close | |
| 125 | Entry / Exit / Other / Items # | Long / Med / Close | |

Subject to Protective Order                                                    USA-01285291