# EXHIBIT 10



USA-00043083

Subject to Protective Order