# EXHIBIT 11

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) Phone call between Special       **Date:** 06/20/2024
Counsel, FBI WFO, and FBI MM

**From:** WASHINGTON FIELD
       **Contact:** ▓▓▓ FBI 29 ▓▓▓ , ▓▓▓▓▓▓▓

**Approved By:** ▓▓▓ FBI 42 ▓▓▓

**Drafted By:** ▓▓▓ FBI 29 ▓▓▓

**Case ID #:** ▓▓▓▓▓▓▓ - (U//FOUO) Search Warrant subfile
SearchWarrant

**Synopsis:** (U//FOUO) Phone call between Special Counsel, FBI WFO, and FBI MM to discuss August 8, 2022 search of Mar-a-Lago

**Enclosure(s):** Enclosed are the following items:
1. (U) Notes

**Details:**
(U//FOUO) On June 20, 2024, Special Counsel and FBI Washington Field Office (WFO) personnel spoke with FBI Miami Field Office (MM) personnel via phone to discuss the Filter Team processes and procedures during the execution of the August 8, 2022 search of Mar-a-Lago.

(U//FOUO) Participants on the call included:

- Senior Assistant Special Counsel Julie Edelstein
- Assistant Special Counsel Anne McNamara
- ▓▓▓ FBI 29 ▓▓▓
- ▓▓▓ FBI 13 ▓▓▓

(U//FOUO) Original Agent notes will be maintained in the attached 1A.

◆◆

UNCLASSIFIED//FOUO

Subject to Protective Order

FBI 13          6/20/24          15:46 Start

JAE  ASM  FBI 29                  16:09 end


Mechanics of how searched blue box:

box ~~was~~ not in any kind of organized order

took bunch of papers out, put on floor to look

for priv info, complete + move onto next bunch

kept one bunch out when took next out

kept off to side - didn't stack so won't fall

when done, put all stacks back in box

put each pile in box 1 at a time

Did not attempt to put each pile back in same

order they came out in

Photos:       Don't know anything about when photos taken

DSC_0037, 38, 39. 40

Don't know if before or after FBI 13 filter search

FBI 13 didn't interact w/ EET, would have

told FBI 12 or FBI 17 when found pertinent doc

Top of blue box on it when FBI 13 first went in

top of box seen in photo 38, 40, 41, 42 (partial)

DSC_0041, 42, 43, 44      evidence marker seen

FBI 13 made known to people running search

evidence items found, they labeled

"Absolute confidence" all docs in box after

filter search came from box

After informing "young male" agent from LEO

left closet and didn't return

Case team only went in after FBI 13 done w/ closet