# EXHIBIT 16





Subject to Protective Order



Subject to Protective Order