# EXHIBIT 4

# Anti-Trump super PAC calls for 'fresh blood' at top of GOP ticket in new ad



A super PAC formed to prevent former President Donald Trump from winning the Republican presidential nomination in 2024 is up with an ad in two early-nominating states highlighting "Trump fatigue" among GOP voters.

The Win it Back PAC, a group with close ties to the conservative Club for Growth, released the 60-second spot, titled "Fresh Blood," in Iowa and South Carolina on Tuesday.

**CLUB FOR GROWTH PLEDGES TO DEFEND REPUBLICANS WHO WERE CRITICAL OF MCCARTHY IN 2024**

The ad, part of a $3.6 million buy, features a West Des Moines, Iowa, voter, identified as Jim Lyons, who says Trump "was the right man in 2016" but no longer his choice as Republicans pick a standard-bearer in 2024.

"I think Trump fatigue did finally sit in. He just wore people down," Lyons said before criticizing Trump for his unsuccessful 2022 midterm endorsements. "This last midterm, I was convinced there was going to be a red wave. Just convinced. And then Trump came out and endorsed a number of candidates who miserably lost. Dr. Oz. That's not a good omen."



The Win it Back PAC launched earlier this month with a Federal Election Commission filing that showed David McIntosh, Club for Growth's president, as the group's designated agent. McIntosh has repeatedly stressed that the GOP "should be open to another candidate" besides Trump in 2024, some of which is echoed in the ad this week.

"Donald Trump is and can be very polarizing. He just can rub people the wrong way," Lyons continued. "He talks way too much about 2020. He just doesn't know when to quit."

The Club for Growth, once closely aligned with the former president after initial opposition in 2016, soured on him as the midterm elections set Trump at odds with the organization in multiple races.

Trump bashed the Club for Growth after it snubbed him from its donor retreat, which included other 2024 hopefuls, in February. "The Club For NO Growth, an assemblage of political misfits, globalists, and losers, fought me incessantly and rather viciously during my presidential run in 2016. They said I couldn't win, I did, and won even bigger in 2020, with millions of more votes than '16, but the Election was Rigged & Stollen," Trump wrote on Truth Social at the time.

**CLICK HERE TO READ MORE FROM THE WASHINGTON EXAMINER**

Trump is the current front-runner in the 2024 Republican race, polling more than 30 percentage points ahead of his next closest competitor, Gov. Ron DeSantis (R-FL), in national polls. Nevertheless, Win it Back is still attempting to convince the GOP to select a different nominee next year.

"I can take a man who isn't Trump, a man who, as I said, can be strong, can be tough, and in a way, he's not so polarizing himself, therefore electable. It's just time for new blood," Lyons concluded.