# EXHIBIT 11

TEXT TRUMP TO 88022

 MISSION  **NEWS**  AGENDA47  ISSUES  EVENTS  JOIN

CONTRIBUTE    SHOP

BACK TO NEWS

# Statement from Trump Spokesperson

**August 05, 2023**

  

"The Truth post cited is the definition of political speech, and was in response to the RINO, China-loving, dishonest special interest groups and Super PACs, like the ones funded by the Koch brothers and the Club for No Growth."