# EXHIBIT 2A

**X Post from @patriottakes (embedding Stephen Bannon podcast excerpt) (May 21, 2024)**



https://x.com/patriottakes/status/1793073686481883472

# EXHIBIT 2B

X Post from @MZHemingway (May 21, 2024)



https://x.com/MZHemingway/status/1793111850772840587