# EXHIBIT 3A

← **Truth Details**
32407 replies



Donald J. Trump
@realDonaldTrump



- August 8, 2022 -

## Statement by Donald J. Trump, 45th President of the United States of America

These are dark times for our Nation, as my beautiful home, Mar-A-Lago in Palm Beach, Florida, is currently under siege, raided, and occupied by a large group of FBI agents. Nothing like this has ever happened to a President of the United States before. After working and cooperating with the relevant Government agencies, this unannounced raid on my home was not necessary or appropriate. It is prosecutorial misconduct, the weaponization of the Justice System, and an attack by Radical Left Democrats who desperately don't want me to run for President in 2024, especially based on recent polls, and who will likewise do anything to stop Republicans and Conservatives in the upcoming Midterm Elections. Such an assault could only take place in broken, Third-World Countries. Sadly, America has now become one of those Countries, corrupt at a level not seen before. They even broke into my safe! What is the difference between this and Watergate, where operatives broke into the Democrat National Committee? Here, in reverse, Democrats broke into the home of the 45th President of the United States.

The political persecution of President Donald J. Trump has been going on for years, with the now fully debunked Russia, Russia, Russia Scam, Impeachment Hoax #1, Impeachment Hoax #2, and so much more, it just never ends. It is political targeting at the highest level!

Hillary Clinton was allowed to delete and acid wash 33,000 E-mails AFTER they were subpoenaed by Congress. Absolutely nothing has happened to hold her accountable. She even took antique furniture, and other items from the White House.

I stood up to America's bureaucratic corruption, I restored power to the people, and truly delivered for our Country, like we have never seen before. The establishment hated it. Now, as they watch my endorsed candidates win big victories, and see my dominance in all polls, they are trying to stop me, and the Republican Party, once more. The lawlessness, political persecution, and Witch Hunt must be exposed and stopped.

I will continue to fight for the Great American People!

**56.3k** ReTruths  **148k** Likes                    Aug 08, 2022, 6:51 PM

# EXHIBIT 3B



**Truth Details**
4732 replies

**Donald J. Trump**
@realDonaldTrump

A horrible thing that took place yesterday at Mar-a-Lago. We are no better than a third world country, a banana republic. It is a continuation of Russia, Russia, Russia, Impeachment Hoax #1, Impeachment Hoax # 2, the no collusion Mueller Report, and more. To make matters worse it is all, in my opinion, a coordinated attack with Radical Left Democrat state & local D.A.'s & A.G.'s.

17.3k ReTruths   66.4k Likes                Aug 09, 2022, 4:53 PM

**Truth Details**
6283 replies

**Donald J. Trump**
@realDonaldTrump

The FBI and others from the Federal Government would not let anyone, including my lawyers, be anywhere near the areas that were rummaged and otherwise looked at during the raid on Mar-a-Lago. Everyone was asked to leave the premises, they wanted to be left alone, without any witnesses to see what they were doing, taking or, hopefully not, "planting." Why did they STRONGLY insist on having nobody watching them, everybody out? Obama and Clinton were never "raided," despite big disputes!

19k ReTruths   57.3k Likes                 Aug 10, 2022, 6:56 AM



← **Truth Details**  🔥 Trending ⌄
1229 replies

**Donald J. Trump** ✓
@realDonaldTrump

The FBI has a long and unrelenting history of being corrupt. Just look back to the days of J. Edgar Hoover. In the modern era, nothing has changed except that it has gotten far worse. Look at Comey, McCabe, Strzok and lover Lisa Page. Check out the brilliantly written but damning I.G. Reports. See what they were willing to do in order to get Crooked Hillary Clinton elected (they failed), and got caught! They spied on my campaign, pushed the FAKE Dossier, and illegally used the FISA Court.....

10.9k ReTruths   38.8k Likes                Aug 14, 2022, 8:02 AM



← **Truth Details**  🔥 Trending ⌄
995 replies

**Donald J. Trump** ✓
@realDonaldTrump

....The Inspector General said the FBI acted with "gross incompetence and negligence." I was fully vindicated in the Russia, Russia, Russia SCAM, the "No Collusion" Mueller Investigation, Impeachment Hoax #1, Impeachment Hoax #2, and all else. NOW THEY RAID MY HOME, ban my lawyers and, without any witnesses allowed, break the lock that they asked us to install on the storage area that we showed them early on, which held papers that they could have had months ago for the asking, and without.....

10.7k ReTruths   39.8k Likes                Aug 14, 2022, 8:03 AM



← **Truth Details**  🔥 Trending ⌄
1958 replies

**Donald J. Trump** ✓
@realDonaldTrump

….the ridiculous political grandstanding of a "break in" to a very storied, important, and high visibility place, just before the Midterm Elections. The whole World was watching as the FBI rummaged through the house, including the former First Lady's closets (and clothing!), alone and unchecked. They even demanded that the security cameras be turned off (we refused), but there was no way of knowing if what they took was legitimate, or was there a "plant?" This was, after all, the FBI!

12.1k ReTruths   44k Likes                    Aug 14, 2022, 8:04 AM

← **Truth Details**  🔥 Trending ⌄
5852 replies

**Donald J. Trump** ✓
@realDonaldTrump

Oh great! It has just been learned that the FBI, in its now famous raid of Mar-a-Lago, took boxes of privileged "attorney-client" material, and also "executive" privileged material, which they knowingly should not have taken. By copy of this TRUTH, I respectfully request that these documents be immediately returned to the location from which they were taken. Thank you!

28.2k ReTruths   79.4k Likes                  Aug 14, 2022, 8:22 AM











**← Truth Details**
1147 replies

🔥 Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

When will people realize that the atrocities being perpetrated by the FBI and DOJ having to do with the Raid and Break In of my home, Mar-a-Lago, or after years of other atrocities and unthinkable violations of freedom and the law, this has been going on for years, from the moment I came down the golden escalators in Trump Tower, right up until the present. At some point you have to look at what took place in the past to determine what is going on in the present....

9.28k ReTruths   35.5k Likes                Aug 19, 2022, 4:31 PM



**← Truth Details**
6864 replies

🔥 Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

Affidavit heavily redacted!!! Nothing mentioned on "Nuclear," a total public relations subterfuge by the FBI & DOJ, or our close working relationship regarding document turnover - WE GAVE THEM MUCH. Judge Bruce Reinhart should NEVER have allowed the Break-In of my home. He recused himself two months ago from one of my cases based on his animosity and hatred of your favorite President, me. What changed? Why hasn't he recused himself on this case? Obama must be very proud of him right now!

23k ReTruths   83.1k Likes                Aug 26, 2022, 12:59 PM



**Truth Details**
2063 replies
Trending

**Donald J. Trump**
@realDonaldTrump

The FBI is totally corrupt. They blatantly used their power to get a cognitively impaired Democrat elected President - In TWO Elections. THEY SPIED ON MY CAMPAIGN and now, BROKE INTO MY HOME, using a Radical Left Trump Hating Magistrate to grant approval, and indiscriminately STOLE everything within reach, including my Passports. They even "riffled" through the First Lady's closets, dresses and drawers. They are an out of control group of highly partisan "mobsters," a real threat to democracy!

11.7k ReTruths   41.8k Likes                              Sep 03, 2022, 8:31 AM



**Truth Details**
3697 replies
Trending

**Donald J. Trump**
@realDonaldTrump

Not only did the FBI steal my Passports in the FBI Raid and Break-In of my home, Mar-a-Lago, but it has just been learned through court filings that they also improperly took my complete and highly confidential medical file and history, with all the bells and whistles (at least they'll see that I'm very healthy, an absolutely perfect physical specimen!), plus personal Tax Records (Illegal to take), and lawyer/client/privileged information, a definite NO, NO. Days of the Soviet Union!

14.7k ReTruths   44.5k Likes                              Sep 07, 2022, 8:37 AM

← **Truth Details**
2314 replies

Trending ▾

**Donald J. Trump** ✓
@realDonaldTrump

So now the FBI & Biden Department of "Justice" leakers are going to spend Millions of Dollars, & vast amounts of Time & Energy, to appeal the Order on the "Raid of Mar-a-Lago Document Hoax," by a brilliant and courageous Judge whose words of wisdom rang true throughout our Nation, instead of fighting the record setting corruption and crime that is taking place right before their very eyes. They SPIED on my Campaign, lied to FISA COURT, told Facebook "quiet," preside over worst CRIME WAVE ever!!

13.2k ReTruths   47.7k Likes                  Sep 08, 2022, 4:41 PM

← **Truth Details**
4075 replies

**Donald J. Trump** ✓
@realDonaldTrump

.....They leak, lie, plant fake evidence, allow the spying on my campaign, deceive the FISA Court, RAID and Break-Into my home, lose documents, and then they ask me, as the 45th President of the United States, to trust them. Look at the I.G. Reports on Comey, McCabe, and others. Things are safer in the middle of Central Park!

15.7k ReTruths   58.7k Likes                  Sep 08, 2022, 5:02 PM



**Truth Details**
2610 replies
Trending

**Donald J. Trump**
@realDonaldTrump

Arrived in Florida last night and had a long and detailed chance to check out the scene of yet another government "crime," the FBI's Raid and Break-In of my home, Mar-a-Lago. I guess they don't think there is a Fourth Amendment anymore, and to them, there isn't. In any event, after what they have done, the place will never be the same. It was "ransacked," and in far different condition than the way I left it. Many Agents - And they didn't even take off their shoes in my bedroom. Nice!!!

9.86k ReTruths   37.7k Likes                    Sep 19, 2022, 1:24 AM



**Truth Details**
4134 replies
Trending

**Donald J. Trump**
@realDonaldTrump

Our Country is SICK inside, very much like a person dying of Cancer. The Crooked FBI, the so-called Department of "Justice," and "Intelligence," all parts of the Democrat Party and System, is the Cancer. These Weaponized Thugs and Tyrants must be dealt with, or our once great and beautiful Country will die!!!

13.9k ReTruths   47.9k Likes                    Dec 17, 2022, 7:32 AM



**Truth Details**
1780 replies                                                                 Trending

**Donald J. Trump**
@realDonaldTrump

THE ONLY REASON I HAVE THESE ABSOLUTELY RIDICULOUS INVESTIGATIONS AGAINST ME , HEADED UP BY RACISTS, LUNATICS, AND RADICAL LEFT MANIACS, IS FOR PURPOSES OF ELECTION INTERFERENCE. IT WILL BE HARDER FOR THE DEMOCRATS TO CHEAT LIKE THEY DID IN 2020, SO THEY ARE GOING RIGHT TO THE OLD SOVIET UNION PLAYBOOK AND USING THE DOJ, FBI & OTHERS IN "JUSTICE" TO INTERFERE IN OUR ONCE SACRED ELECTIONS. WE'VE GOT TO SWAMP THESE CHEATERS, AND WE WILL WIN!

8.54k ReTruths   31k Likes                                  Apr 10, 2023, 10:54 AM



**Truth Details**
1645 replies                                                                 Trending

**Donald J. Trump**
@realDonaldTrump

I WAS BEING FRAMED BY THE FBI AND THE DOJ. NOW IT CONTINUES WITH THE BOXES HOAX, THE "PERFECT" PHONE CALL IN ATLANTA, THE MANHATTAN D.A., AND THE NEW YORK STATE A.G. SCAM. WHAT A GROUP, BUT ALL REPORT TO THE DOJ IN WASHINGTON. IT'S JAMES COMEY AND THE SLEAZEBAGS ALL OVER AGAIN. THEY ARE PLAYING ELECTION INTERFERENCE IN 2024 THROUGH ILLEGAL LAW ENFORCEMENT AGAINST REPUBLICANS, IN PARTICULAR YOUR FAVORITE PRESIDENT, ME. THESE ARE CHEATING LOWLIFES, BUT WE WILL WIN. OUR COUNTRY IS GOING TO HELL!

8.05k ReTruths   27k Likes                                  May 17, 2023, 8:08 AM

