# EXHIBIT 6A

AO 91 (Rev. 11/11)  Criminal Complaint

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

*August 11, 2023*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Abigail Jo SHRY | ) Case No. **4:23-mj-1602** |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 5, 2023_____ in the county of _____Brazoria_____ in the

___Southern___ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 875(c) | Transmission in Interstate or Foreign Commerce of any Communication Containing a Threat to Injure the Person of Another |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Joshua Henry FPS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____August 11, 2023_____

_____
*Judge's signature*

City and state: _____Houston, Texas_____

United States Magistrate Judge Sam Sheldon
*Printed name and title*

## 4:23-mj-1602

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua Henry, of the United States Department of Homeland Security, Federal Protective Service, being duly sworn, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief.

I am a Special Agent with the Federal Protective Service (FPS), United States Department of Homeland Security, and have been working with FPS for approximately 14 years. In that capacity, I investigate violations of the United States Federal Criminal Codes, Code of Federal Regulations, and related offenses including threats.

Based on the facts and circumstances outlined below, there is probable cause to believe that Abigail Jo SHRY did knowingly and willfully commit an offense against the United States, to wit: Transmission in Interstate or Foreign Commerce of any Communication Containing a Threat to Injure the Person of Another, to wit: United States District Judge Tanya Chutkan and United States Congresswoman Sheila Jackson Lee, in violation of Title 18, United States Code, Section 875(c).

This affidavit is made for the limited purpose of supporting a criminal complaint. I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crime charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only. The information in the following paragraphs furnished in support of this affidavit comes from the personal investigation of Affiant and from other officials and relayed to Affiant in person or through Affiant's review of their investigative reports, and does not contain all information known by me, only facts for consideration of probable cause.

The following incident occurred during a phone call to United States District Judge Tanya Chutkan's chambers in Washington, DC from Alvin, TX using phone number 832-537-2180. SHRY and left a threatening voicemail message intended for Judge Chutkan and mentioned United States Congresswoman Sheila Jackson Lee, the LGBTQ community, and other democratic parties.

On August 5, 2023, at approximately 7:51 P.M., a call was received in the chambers of District of Columbia United States District Judge Tanya Chutkan. According to caller identification on the Judge's phone, the call came from phone number (832) 537-2180. The caller's introduction stated, "Hey you stupid slave nigger," after which the caller threatened to kill anyone who went after former President Trump, including a direct threat to kill Congresswomen Sheila Jackson Lee, all democrats in Washington D.C. and all people in the LGBTQ community. The caller further stated, "You are in our sights, we want to kill you," and "We want to kill Sheila Jackson Lee." "If Trump doesn't get elected in 2024, we are coming to kill you, so tread lightly, bitch." The caller continued with their threats, stating, "You will be targeted personally, publicly, your family, all of it."

Investigation determined that the telephone number (832) 537-2180 was issued to a cell phone owned by Abigail Jo SHRY of Alvin, Texas.

On August 8, 2023, DHS Special Agents conducted a knock and talk at the residence of Abigail Jo SHRY in Alvin, Texas. During consensual questioning, SHRY admitted that the phone number (832) 537-2180 belongs to her and that she did in fact make the call to Judge Chutkan's chambers. SHRY stated that she had no plans to travel to Washington, DC or Houston to carry out anything she stated, adding that if Sheila Jackson Lee comes to Alvin, then we need to worry.

Based on the foregoing, I believe there is probable cause that on or about August 5, 2023, Abigail Jo SHRY did commit the offense of Transmission in Interstate or Foreign Commerce of any Communication Containing a Threat to Injure the Person of Another, to wit: United States District Judge Tanya Chutkan and United States Congresswoman Sheila Jackson Lee, in violation of Title 18, United States Code, Section 875(c).

Joshua Henry
Special Agent
Department of Homeland Security
Federal Protective Service

Sworn to before me telephonically this 11th day of August, 2023 and I find probable cause.

HONORABLE SAM ~~SHELDON~~
United States Magistrate Judge

# EXHIBIT 6B

# Apparent 'Swatting' Incidents Target Judge and Prosecutor in Trump Election Case

The police were called to the homes of Judge Tanya S. Chutkan and the special counsel, Jack Smith, in separate incidents after false reports of shootings there.

 **By Alan Feuer**

Jan. 8, 2024

> **Sign up for the Trump on Trial newsletter.** The latest news and analysis on the trials of Donald Trump in New York, Florida, Georgia and Washington, D.C. Get it sent to your inbox.

Police officers and emergency personnel were sent on Sunday night to the Washington home of the federal judge overseeing former President Donald J. Trump's election interference case in what appeared to be an incident of "swatting," according to three people familiar with the matter.

The police and fire vehicles were responding to a report that a shooting had occurred at the home of the judge, Tanya S. Chutkan, who has been handling the criminal case accusing Mr. Trump of plotting to overturn the 2020 election, the people said. According to an incident report released by Washington's Metropolitan Police Department that did not name Judge Chutkan, officers were "advised that she was not injured and that there was no one in her home" when they arrived at the house around 10 p.m. Sunday.

The episode at Judge Chutkan's house came two weeks after the special counsel, Jack Smith, who filed the election subversion indictment against Mr. Trump, was the victim of a swatting incident at his home in Maryland, according to a person

familiar with the situation. On Christmas Day, someone called the police in Montgomery County and filed a false report that Mr. Smith had shot his wife, the person said. The swatting of Mr. Smith was reported earlier by NBC News.

Swatting is the colloquial term for filing false reports to the police to set off a threatening or potentially dangerous response by officers. Incidents of swatting have become more common in recent years and have been used against various politicians and public figures.

. There have been no arrests yet in connection with the incidents, and it was unclear whether they were related to the election interference case. But they were a reminder of the potential threats faced by people involved in the various criminal cases against Mr. Trump.

The incident involving Judge Chutkan took place two days before a crucial appeals court hearing concerning Mr. Trump's claim that he is immune from prosecution in the case because the charges arose from actions he took while he was in the White House.

In July 2022, another federal judge in Washington, Emmet G. Sullivan, also had the police called to his house in what appeared to be a swatting incident. That episode took place the night before Judge Sullivan was set to preside over a hearing where Anthime Gionet, a far-right activist nicknamed "Baked Alaska," was set to plead guilty in connection with the Capitol attack.

Both Judge Chutkan and Mr. Smith have faced threats in the past related to their work on Mr. Trump's criminal case, which has been unfolding in Federal District Court in Washington.

In August, just days after Mr. Trump was indicted, a woman left a voice mail message for Judge Chutkan, who is Black, in her chambers in Washington, using a racial slur and threatening to kill her.

"If Trump doesn't get elected in 2024, we are coming to kill you, so tread lightly," the woman said in the message, adding, "You will be targeted personally, publicly, your family, all of it."

The message for Judge Chutkan was left only one day after Mr. Trump had posted his own menacing, albeit cryptic, statement on social media. "IF YOU GO AFTER ME, I'M COMING AFTER YOU!" he wrote. (His campaign later said his words were not directed against anyone involved in the election interference case.)

A Texas woman, Abigail Jo Shry, was eventually arrested and is facing prosecution there.

Mr. Trump has relentlessly gone after Mr. Smith in social media posts, describing him as a "thug" and as "deranged." Prosecutors have said that he has experienced threats from others without being specific about their nature.

In September, the prosecutors mentioned the threats against Judge Chutkan and Mr. Smith in their request to Judge Chutkan to impose a gag order on the former president. The prosecutors cited several other instances of Mr. Trump verbally attacking people involved in the cases he is facing, arguing that his remarks online often had real-world consequences.

Judge Chutkan ultimately imposed the gag order, but permitted Mr. Trump to say what he liked about her. A federal appeals court later upheld the order, but narrowed its terms to allow Mr. Trump, among other things, to attack Mr. Smith as well.

Charlie Savage contributed reporting.

**Alan Feuer** covers extremism and political violence for The Times, focusing on the criminal cases involving the Jan. 6 attack on the Capitol and against former President Donald J. Trump.  More about Alan Feuer

# EXHIBIT 6C

FILED: APPELLATE DIVISION - 1ST DEPT 11/22/2023 01:14 PM                2023-05859
NYSCEF DOC. NO. 9                                          RECEIVED NYSCEF: 11/22/2023

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST JUDICIAL DEPARTMENT
In the Matter of the Application of

DONALD J. TRUMP, DONALD J. TRUMP, JR.,
ERIC TRUMP, ALLEN WEISSELBERG, JEFFREY
MCCONNEY, THE DONALD J. REVOCABLE
TRUST, THE TRUMP ORGANIZATION, INC.,
THE TRUMP ORGANIZATION, LLC, DJT HOLDINGS            Case No. 2023-05859
LLC, DJT HOLDINGS MANAGING MEMBER,
TRUMP ENDEAVOR 12 LLC, TRUMP OLD POST               **AFFIRMATION**
OFFICE LLC, 40 WALL STREET LLC,                     **IN OPPOSITION**
AND SEVEN SPRINGS LLC,

                            Petitioners,

for a Judgment pursuant to Article 78
of the Civil Practice Law and Rules

        -against-

THE HONORABLE ARTHUR F. ENGORON,
J.S.C., AND PEOPLE OF THE STATE OF NEW YORK
by LETITIA JAMES, ATTORNEY GENERAL OF THE
STATE OF NEW YORK,

                            Respondents.

_____

        LISA M. EVANS, an attorney duly admitted to practice law before the Courts of the

State of New York, affirms under penalties of perjury, the truth of the following:

        1.      I am a Deputy Counsel in the Office of Court Administration of the State of New

York, and am of counsel to David Nocenti, attorney for Justice Arthur F. Engoron, a Justice of the

Supreme Court, New York County ("Justice Engoron").  I make this affirmation in opposition to

Petitioners' request for a stay of the enforcement of the limited gag orders issued by Justice

Engoron in *People of the State of New York v. Donald Trump, et al.,* Index No. 452564/2022.

2.      On or about November 16, 2023, Petitioners filed the within Article 78 proceeding by Order to Show Cause, seeking, *inter alia,* a stay of four gag orders issued by Justice Engoron in an ongoing trial before him pending an adjudication of their article 78 petition.  On October 3, 2023, Justice Engoron issued a limited gag order prohibiting all parties in the underlying action from making any public statements about members of his staff (See October 3, 2023 Transcript annexed hereto as Exhibit A).  On October 20, 2023, the court issued its second order sanctioning Petitioner Donald J. Trump for violating the October 3, 2023 order for failing to remove a disparaging and untrue post of his law clerk from his web site (See October 20, 2023 Order annexed hereto as Exhibit B).

3.      The Court issued its third order on October 26, 2023, again sanctioning Donald J. Trump for violating the October 3, 2023 gag order on October 25, 2023, when Mr. Trump, during a break in the trial, made the following statement to the press outside of the courtroom: "This judge is a very partisan judge with a person who's very partisan sitting alongside him, perhaps even more partisan than he is."  The Court found that this statement was referring to his Principal Law Clerk and in violation of the October 3, 2023 order (See October 26, 2023 Order annexed hereto as Exhibit C).  On November 3, 2023, the Court issued a fourth order prohibiting "all counsel from making any public statements, in or out of court, that refer to *any* confidential communications, in any form, between my staff and me." (See November 3, 2023 Order annexed as Exhibit D).

4.      Petitioners' application for a stay of the gag orders pending the adjudication of the within article 78 proceeding should be denied.  Petitioners have no likelihood of success on the merits.  By this proceeding, petitioners are seeking the extraordinary remedy of prohibition which "lies only where there is a clear legal right and only when the body or officer acts or threatens to

act without jurisdiction over which it has no power over the subject matter or *where* it exceed[s] its authorized powers in a proceeding over which it has jurisdiction." *Hirschfeld v. Friedman*, 307 A. D. 2d 856, 858 (1st Dep't 2003) quoting *Matter of Holtzman v. Goldman*, 71 N.Y. 2d 564, 569 (1988). "Prohibition is never available merely to correct or prevent trial errors of substantive law or procedure, however grievous." *Matter of Hirschfeld* , 307 A. D. 2d at 858.

5.     Petitioners cannot establish that they have a clear legal right to the relief sought. Petitioners allege that the gag orders violate their First Amendment Right to free speech.  While prior restraints are viewed with a strong presumption against their validity, this Court has recognized that "reasonable limitations may be placed on speech where an important countervailing interest is being served." *Fischetti v. Scherer*, 44 A.D. 3d 89, 93 (1s Dep't 2007) Here, as set forth in the Affirmation of Charles Hollon annexed hereto as Exhibit E, it is unquestionable that the conduct engaged in by Petitioners -- the deluge of the court's chambers phone and the law clerk's personal cell phone, personal emails and social media accounts with hundreds of threatening, harassing, disparaging and antisemitic messages -- which threatens the safety of court staff is the type of countervailing interest being served that warrants the imposition of the limited gag orders imposed by the Court.

6.     The First Amendment does not prohibit courts from limiting speech that threatens the safety of the court's staff.  Courts have broad discretion to control the conduct of litigants and attorneys in ongoing proceedings.  *Sheppard v. Maxwell*, 384 U. S. 333, 363 (1966) ("The Court must take such steps by rule and regulation that will protect their process from prejudicial interference.").  Here, the Court reasonably determined that the limited gag orders were necessary for the protection of its staff and to protect the ongoing trial from prejudicial interferences.  While

freedom of expression is given wide range, "it must not be allowed to divert the trial from the very purpose of a court system to adjudicate controversies, both criminal and civil, in the calmness and solemnity of courtroom according to legal procedure." *Sheppard*, 384 U.S. 350-51.

7.      Petitioners also seek a stay of the sanctions imposed against Mr. Trump for violating the gag orders.  The issue of granting a stay is moot since, as petitioners concede, Mr. Trump already has paid the sanctions. *See*, Petition ¶ 107.

8.      Based on the foregoing and for the reasons set forth in the Affirmation in Opposition to Motion for a Stay submitted by the New York State Attorney General, it is respectfully requested that Petitioners' application for a stay of the gag orders and sanctions imposed for violating the court's gag orders be denied.

Lisa M. Evans

November 22, 2023

4

# EXHIBIT A

## In The Matter Of:

*People of the State of New York v.*
*Donald J. Trump, et al - CORRECTED*

---

*October 3, 2023*

---

So Ordered

AE  10/26/2023

**HON. ARTHUR F. ENGORON** J.S.C.

OCT 26 2023

Original File People v. Trump 10-3-2023 - CORRECTED.txt

Min-U-Script® with Word Index

1 of 3.

People of the State of New York v.
Donald J. Trump, et al - CORRECTED

October 3, 2023

| D. Bender - Direct by Mr. Wallace | Page 267 |
|---|---|

1   through the document, please.
2       Mr. Bender, do you recognize this document?
3   A   The document --
4   Q   What's that?
5   A   Repeat the question, please?
6   Q   Do you recognize this document?
7   A   Yes, I do.
8   Q   What is this document?
9   A   This is the representation letter for the DJT -- the
10  compilation of the personal financial statement of Donald J.
11  Trump, as of June 30, 2020.
12      MR. WALLACE: If we could go to the bottom of
13  this document.
14  Q   Do you recognize the signature on the left hand side
15  of the screen?
16  A   Yes, I do.
17  Q   Whose signature is that?
18  A   It's Allen Weisselberg.
19  Q   And in what capacity is Mr. Weisselberg signing this
20  document?
21  A   Chief Financial Officer and Trustee of the Donald J.
22  Trump Revocable Trust.
23  Q   And do you recognize the signature on the right hand
24  side?
25  A   Yes, I do.

| D. Bender - Direct by Mr. Wallace | Page 268 |
|---|---|

1   Q   Whose signature is that?
2   A   That's Donald J. Trump, Junior's signature.
3   Q   And in what capacity is he signing this document?
4   A   Executive Vice President of the Trump Organization,
5   and Trustee of the Donald J. Trump Revocable Trust.
6       MR. WALLACE: Your Honor, we would ask that this
7   document be entered into evidence?
8       THE COURT: Granted.  It's in evidence.
9       (Whereupon, Plaintiff's Exhibit 855 was received
10  in evidence.)
11  Q   And Mr. Bender, would Mazars have issued the 2020
12  Statement of Financial Condition if Mr. Weisselberg and
13  Mr. Trump did not offer these representations?
14  A   No, we would not have.
15  Q   Would Mazars have issued the 2020 Statement of
16  Financial Condition if it knew that any representations
17  contained in this letter were false?
18  A   No, we would not have.
19  Q   Mr. Bender, did you work on Statements of Financial
20  Condition for Mr. Trump in any later years?
21  A   No, we did not.
22  Q   Why not?
23  A   Mazars disengaged from the Trump Organization.
24  Q   And did you have any involvement in the decision to
25  disengage from the Trump engagement?

| D. Bender - Direct by Mr. Wallace | Page 269 |
|---|---|

1   A   No, I did not.
2   Q   After the time that you disengaged from the Trump
3   engagement, did you have any personal contact with Donald J.
4   Trump?
5   A   No, I did not.
6   Q   Before seeing him in the courtroom the last two days,
7   when was the last time you saw Donald J. Trump in person?
8   A   It was before Covid.  It was December, 2019.
9   Q   And do you remember in what context that was?
10  A   Yes.  Ms. Trump had invited by son to a
11  Christmas party for children, to make ornaments, and I had to
12  get some papers signed by Mr. and Ms. Trump.
13  Q   Since that meeting, did you have any conversations
14  with Mr. Trump?
15  A   No, I have not.
16  Q   Did you have any conversations with Mr. Trump about
17  the decision by Mazars to end the engagement with the Trump
18  Organization?
19  A   No, I did not.
20  Q   Did you have any in-person meetings with Mr. Trump
21  about the decision by Mazars to end to the relationship with the
22  Trump Organization?
23  A   No, I did not.
24      MR. WALLACE: Your Honor, we reserve our right to
25  re-direct; or cross, if they go beyond the scope of his

| D. Bender - Direct by Mr. Wallace | Page 270 |
|---|---|

1   testimony.  We have no more questions at this time, of
2   Mr. Bender.
3       THE COURT: Mr. Kise, do you want five minutes to
4   cross exam?
5       MR. KISE: Do we want to -- just, probably better
6   to just take our break.
7       THE COURT: I thought you would say that.  Give
8   me one second.
9       (Whereupon, there was a pause in the
10  proceedings.)
11      THE COURT: Okay.  We are going to resume at
12  2:15.  Have a good lunch, everybody.
13      (Whereupon, a recess was taken.)
14      * * * * * *
15      THE COURT: Welcome back, everyone.
16      This morning, one of the defendants posted, to a
17  social media account, a disparaging, untrue and personally
18  identifying post about a member of my staff.  Although I
19  have since order the post deleted, and apparently it was,
20  it was also emailed out to millions of other recipients.
21  Personal attacks on members of my court staff are
22  unacceptable, inappropriate, and I will not tolerate them,
23  under any circumstances.  Yesterday, off the record, I
24  warned counsel of this, and this was disregarded.  My
25  warning was disregarded.

2 of 3

2 of 3

People of the State of New York v.
Donald J. Trump, et al - CORRECTED

October 3, 2023

| Proceedings | Page 271 |
| --- | --- |

1  Consider this statement a gag order forbidding
2  all parties from posting, emailing, or speaking publicly
3  about any members of my staff. Any failure to abide by
4  this directive will result in serious sanctions. I hope
5  I've been very clear.
6  Okay. Let's get Mr. Bender back.
7  MR. KISE: While we're waiting, Judge, I'll just
8  observe, this will be better for me because I don't have to
9  stand up and object when there's a document, since it's
10  cross examination.
11  THE COURT: Are we up to cross?
12  MR. SUAREZ: Your Honor, I'll take the
13  opportunity to introduce myself. My name is Jesus Suarez.
14  Thank you for admitting me, pro hac vice. I practice with
15  Mr. Kise, in Florida.
16  THE COURT: Of course. I remember the
17  application.
18  MR. SUAREZ: I don't speak as nicely as he does.
19  THE COURT: Well, almost nobody does, so --
20  MR. SUAREZ: Is my mike on? Now my mike is on.
21  THE COURT: Is he as good in the office as he is
22  in court?
23  MR. SUAREZ: He is certainly as charming in the
24  office as he is in court, but he almost never picks up
25  lunch. I don't know what that's about.

| D. Bender - Cross by Mr. Suarez | Page 272 |
| --- | --- |

1  That was a joke. Mr. Kise picks up lunch.
2  MR. KISE: You are forgetting all the dinners.
3  THE COURT: They don't laugh at mine, either, so.
4  (Whereupon, the witness resumed the witness
5  stand.)
6  THE COURT: I'll remind the witness, as usual,
7  that he is still under oath.
8  THE WITNESS: Thank you.
9  THE COURT: Counsel, please proceed.
10  CROSS EXAMINATION
11  BY MR. BENDER:
12  Q  Mr. Bender, good afternoon.
13  A  Good afternoon.
14  Q  We have met before?
15  A  Good afternoon.
16  THE COURT: That's a question. Have you met
17  before?
18  Q  We have met before. We met in April of 2023, when I
19  took your deposition on behalf of the defendants. Do you
20  recall, sir?
21  A  Yes, sir.
22  Q  Okay. Mr. Bender, you have been up here testifying
23  for the last day about the Statements of Financial Condition of
24  the 45th President of the United States. Is that correct?
25  A  Yes, sir.

| D. Bender - Cross by Mr. Suarez | Page 273 |
| --- | --- |

1  Q  And Mr. Bender, preparing the president's Statements
2  of Financial Condition, that was a big job; wasn't it,
3  Mr. Bender?
4  A  It wasn't a big job. It was part of my normal
5  engagement.
6  Q  Part of your normal engagement, I see. In 2011 alone,
7  the first Statement of Financial Condition that the Attorney
8  General had you talk about, the president had over $258 million
9  in cash, Mr. Bender. You don't think that's a significant
10  engagement?
11  A  No, sir.
12  Q  Okay. The president had a company with a brand value
13  of over $10-, maybe even $20 billion, Mr. Bender. That, for
14  you, wasn't a significant engagement?
15  A  No, sir.
16  Q  Okay. Now, is that because you were the in-house
17  accountant at the Trump Organization for over 30 years,
18  Mr. Bender?
19  A  I wasn't the in-house accountant.
20  Q  Okay. So who was?
21  A  The in-house accountant?
22  Q  Yes.
23  A  Mr. McConney, Mr. Weisselberg. They were the in-house
24  accountants.
25  Q  Mr. McConney. Mr. McConney worked with you at Spahr

| D. Bender - Cross by Mr. Suarez | Page 274 |
| --- | --- |

1  Lacher?
2  A  Yes, he did.
3  Q  May have been responsible for giving you the name Doc?
4  A  He wasn't, but he kept it going.
5  Q  Did they call you Doc because you were good at
6  documented transactions? That was the Doc?
7  A  No.
8  Q  It's a cute nickname.
9  Was Mr. Weisselberg an accountant?
10  A  He was an accountant.
11  Q  Mr. Weisselberg is a CPA?
12  A  No. He is not a CPA.
13  Q  Mr. McConney is a CPA?
14  A  No. Mr. McConney is not a CPA.
15  Q  Okay. So who was the in-house accountant at the Trump
16  Organization, Mr. Bender?
17  A  Mr. Weisselberg, and his team.
18  Q  All right. You did work for the Trump Organization
19  for over 35 years; did you not, Mr. Bender?
20  A  Excuse me?
21  Q  You did work for the president and his company, the
22  Trump Organization, for over 35 years?
23  A  Approximately.
24  Q  Approximately. In fact, you came to work with the
25  Trump Organization through a gentlemen named Mr. Mitnick; didn't

3 of 3

# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 10/20/2023 03:33 PM
NYSCEF DOC. NO. 1584

INDEX NO. 452564/2022
RECEIVED NYSCEF: 10/20/2023

## SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:   **HON. ARTHUR F. ENGORON**                     PART _____ 37 _____

                                                    *Justice*

-------------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA
JAMES, ATTORNEY GENERAL OF THE STATE OF NEW
YORK,

INDEX NO.        452564/2022

                          Plaintiff,

- v -

DONALD J. TRUMP, DONALD TRUMP JR, ERIC TRUMP,
ALLEN WEISSELBERG, JEFFREY MCCONNEY, THE
DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP
ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT
HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER,
TRUMP ENDEAVOR 12 LLC, 401 NORTH WABASH
VENTURE LLC, TRUMP OLD POST OFFICE LLC, 40 WALL
STREET LLC, SEVEN SPRINGS LLC,

                          Defendants.

-------------------------------------------------------------------X

On October 3, during a break in this trial, defendant Donald Trump posted to his social media
account an untrue, disparaging, and personally identifying post about my Principal Law Clerk. I
spoke to defendants, both on and off the record. Off the record, I ordered Donald Trump to
remove the post immediately. Approximately 10 minutes later, Donald Trump represented to me
that he had taken down the offending post, and that he would not engage in similar behavior
going forward. I then, on the record, imposed on all parties to this action a very limited gag
order, "forbidding all parties from posting, emailing, or speaking publicly about any members of
my staff," emphasizing, quite clearly, that "personal attacks on members of my court staff are
unacceptable, inappropriate, and I will not tolerate them under any circumstances." I further
made clear that "failure to abide by this directive will result in serious sanctions."

Despite this clear order, last night I learned that the subject offending post was never removed
from the website "DonaldJTrump.com," and, in fact, had been on that website for the past 17
days. I understand it was removed late last night, but only in response to an email from this
Court.

Today, in open Court, counsel for Donald Trump stated that the violation of the gag order was
inadvertent and was an "unfortunate part of the process that is built into the campaign structure."
Giving defendant the benefit of the doubt, he still violated the gag order. Conners v Pallozzi,
241 AD2d 719, 719 (3d Dept 1997) ("[c]ontrary to defendants' claim on appeal, a finding of
civil contempt does not require a showing that such disobedience was willful").

## OTHER ORDER – NON-MOTION

FILED: NEW YORK COUNTY CLERK 10/20/2023 03:33 PM    INDEX NO. 452564/2022

NYSCEF DOC. NO. 1584                                      RECEIVED NYSCEF: 10/20/2023

Further, whether intentional or the result of mere "campaign structure" negligence, the effect of the post on its subject is unmitigated by how or why it remained on Donald Trump's website for 17 days. Moreover, a defendant may not evade liability for violating a court order by asserting that the violation was a result of the actions of one or more of the defendant's employees or agents.

In the current overheated climate, incendiary untruths can, and in some cases already have, led to serious physical harm, and worse.

Donald Trump has received ample warning from this Court as to the possible repercussions of violating the gag order. He specifically acknowledged that he understood and would abide by it. Accordingly, issuing yet another warning is no longer appropriate; this Court is way beyond the "warning" stage.

Given defendant's position that the violation was inadvertent, and given that it is a first time violation, this Court will impose a nominal fine, $5,000, payable to the New York Lawyers' Fund for Client Protection, within ten (10) days of the date of this order.

Make no mistake: future violations, whether intentional or unintentional, will subject the violator to far more severe sanctions, which may include, but are not limited to, steeper financial penalties, holding Donald Trump in contempt of court, and possibly imprisoning him pursuant to New York Judiciary Law § 753.

DATE: **10/20/2023**

_____
ARTHUR F. ENGORON, JSC

Check One:    ☐ **Case Disposed**    ☒ **Non-Final Disposition**

Check if Appropriate:    ☐ **Other (Specify** _____ )

# EXHIBIT C

Case 0:23-cr-80101-AMC Document 652-6 Entered on FLSD Docket 06/26/2024 Page 23 of 46

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

**PRESENT:** **HON. ARTHUR F. ENGORON**      **PART** _____ 37 _____

                                          *Justice*

-----------------------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,          **INDEX NO.** _____ 452564/2022 _____

Plaintiff,

- v -

DONALD J. TRUMP, DONALD TRUMP JR, ERIC TRUMP, ALLEN WEISSELBERG, JEFFREY MCCONNEY, THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER, TRUMP ENDEAVOR 12 LLC, 401 NORTH WABASH VENTURE LLC, TRUMP OLD POST OFFICE LLC, 40 WALL STREET LLC, SEVEN SPRINGS LLC,

Defendants.

-----------------------------------------------------------------------------X

On October 3, on the record, I imposed on all parties to this action a very limited gag order, "forbidding all parties from posting, emailing, or <u>speaking publicly</u> about any members of my staff," emphasizing, quite clearly, that "personal attacks on members of my court staff are unacceptable, inappropriate, and I will not tolerate them under any circumstances" (emphasis added). I further made clear that "failure to abide by this directive will result in serious sanctions."

Despite this unambiguous order, last week I learned that Donald Trump had failed to abide by it by not removing, for a total of 17 days, from the website of donaldjtrump.com an untrue, disparaging and personally identifying post about my Principal Law Clerk. Counsel for defendant stated in open court that the violation of the gag order was inadvertent. Taking counsel at his word, I imposed a $5,000 nominal sanction against Donald Trump for the first-time violation of the gag order.

On October 25, during a break order from the trial, Donald Trump made the following statement to a gaggle of reporters outside the courtroom: "This judge is a very partisan judge with a person who's very partisan sitting alongside him, perhaps even more partisan than he is." Quite clearly, defendant was referring, once again, to my Principal Law Clerk, who sits alongside me on the bench.

Defendant's attorneys offered the explanation that Donald Trump was referring to Michael Cohen, who had been sitting on the witness stand. I then conducted a brief hearing, during

# OTHER ORDER – NON-MOTION

FILED: NEW YORK COUNTY CLERK 10/26/2023 12:05 PM INDEX NO. 452564/2022
NYSCEF DOC. NO. 1598 RECEIVED NYSCEF: 10/26/2023

which Donald Trump testified, under oath that he was referring to Michael Cohen. However, as the trier of fact, I find this testimony rings hollow and untrue. The Oxford English Dictionary defines "alongside" as "close to the side of; next to." Witnesses do not sit "alongside" the judge, they sit in the witness box, separated from the judge by a low wooden barrier. Further, Donald Trump's past public statements demonstrate him referring to Michael Cohen directly by his name, or by a derogatory name, but in all circumstances, he is unambiguous in making it known he is referring to Michael Cohen.

Moreover, the language Donald Trump used on October 25 mirrors the language he used in public statements to the press on October 2, wherein he inappropriately and unquestionably spoke about my Principal Law Clerk, stating: "this rogue judge is a trump hater, the only one that hates trump more is his associate up there, this person that works with him, and she's screaming into his ear."

Using imprecise language as an excuse to create plausible ambiguity about whether defendant violated this Court's unequivocal gag order is not a defense; the subject of Donald Trump's public statement to the press was unmistakably clear. As the trier of fact, I find that Donald Trump was referring to my Principal Law Clerk, and that, as such, he has intentionally violated the gag order.

This is the second violation of this Court's gag order in the less than one month since this trial commenced. Accordingly, this Court imposed a fine of $10,000 on defendant Donald Trump, to be paid to the New York Lawyers' Fund for Client Protection, within thirty (30) days of October 25, 2023.

Further, Donald Trump is ordered to post proof of payment, of this fine and the one imposed on October 10, 2023, to NYSCEF within two days of making such payments.

DATE: **10/26/2023**

_____
**ARTHUR F. ENGORON, JSC**

Check One:  ☐ Case Disposed   ☒ Non-Final Disposition

Check if Appropriate:  ☐ Other (Specify _____ )

# EXHIBIT D

INDEX NO. 452564/2022
NYSCEF DOC. NO. 1631 RECEIVED NYSCEF: 11/03/2023

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT: **HON. ARTHUR F. ENGORON** PART _____ 37 _____

*Justice*

----------------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA
JAMES, ATTORNEY GENERAL OF THE STATE OF NEW
YORK,

INDEX NO. _____ 452564/2022 _____

Plaintiff,

- v -

DONALD J. TRUMP, DONALD TRUMP JR, ERIC TRUMP,
ALLEN WEISSELBERG, JEFFREY MCCONNEY, THE
DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP
ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT
HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER,
TRUMP ENDEAVOR 12 LLC, 401 NORTH WABASH
VENTURE LLC, TRUMP OLD POST OFFICE LLC, 40 WALL
STREET LLC, SEVEN SPRINGS LLC,

<u>SUPPLEMENTAL LIMITED
GAG ORDER</u>

Defendants.

----------------------------------------------------------------------X

On October 3, 2023, after Defendant Donald J. Trump posted to his social media account an untrue, disparaging, and personally identifying post about my Principal Law Clerk, I imposed on all parties to this action a very limited gag order, "forbidding all parties from posting, emailing, or speaking publicly about any members of my staff," emphasizing, quite clearly, that "personal attacks on members of my court staff are unacceptable, inappropriate, and I will not tolerate them under any circumstances." I further made clear that "failure to abide by this directive will result in serious sanctions."

On October 20, 2023, upon learning that Donald J. Trump failed to remove the post from one of his campaign websites, donaldjtrump.com, for a total of 17 days, I imposed a fine of $5,000.00 against Donald J. Trump for violating the gag order. On October 25, 2023, after conducting a brief hearing, I concluded that Donald J. Trump had intentionally violated my gag order by stating to a gaggle of reporters outside the courtroom the following statement in reference to my Principal Law Clerk: "This judge is a very partisan judge with a person who's very partisan sitting alongside him, perhaps even more partisan than he is," and fined him an additional $10,000.00.

I imposed the gag order only upon the parties, operating under the assumption that such a gag order would be unnecessary upon the attorneys, who are officers of the Court.

Over the past week, defendants' principal attorneys, namely, Christopher Kise (admitted *pro hac vice*) (Continental PLLC), Clifford Robert (Robert & Robert PLLC) and Alina Habba (Habba

# OTHER ORDER – NON-MOTION

Madaio & Associates LLP), have made, on the record, repeated, inappropriate remarks about my Principal Law Clerk, falsely accusing her of bias against them and of improperly influencing the ongoing bench trial. Defendants' attorneys have made long speeches alleging that it is improper for a judge to consult with a law clerk during ongoing proceedings, and that the passing of notes from a judge to a law clerk, or vice-versa, constitutes an improper "appearance of impropriety" in this case. These arguments have no basis.

Pursuant to 22 NYCRR § 100.3(B)(6)(6)(c): "**A judge may consult with court personnel whose function is to aid the judge in carrying out the judge's adjudicative responsibilities or with other judges**" (emphasis added). This is precisely the role of a Principal Law Clerk in the New York State Courts.

Moreover, ethics advisory opinions have further emphasized that: "The relationship between a judge and his/her law clerk is one of particular trust and confidence. Although a judge and his/her law clerk are of course not 'partners,' the two engage in the kind of professional interchange that might be found between long-time colleagues in a law firm." Advisory Opinion 07-04, available at https://www.nycourts.gov/ipjudicialethicsopinions/07-04.htm.

As I have stated on the record, seemingly to no avail, my law clerks are public servants who are performing their jobs in the manner in which I request. This includes providing legal authority and opinions, as well as responding to questions I pose to them. Plainly, defendants are not entitled to the confidential communications amongst me and my court staff, who are hired specifically to aid me in carrying out my adjudicative responsibilities. Nor are they entitled to continue referencing my staff in the record. Defendants' attorneys have had ample opportunity to make their record, and they have at length. Indeed, I will assist them by repeating here that I will continue to consult with my staff, as is my unfettered right, throughout the remainder of the trial. Accordingly, defendants' record is now fully preserved for the duration of the proceedings. Defendants' attorneys may refer back to this blanket statement in their appeal as they deem appropriate. Defendants may reference my staff as is appropriate to ask about scheduling issues or the management of the trial, which is an integral part of their jobs. What they may *not* do is to make any further statements about internal and confidential communications (be it conversations, note passing, or anything similar) between me and my staff.

Defendants' First Amendment arguments in opposition to the imposition are wholly unpersuasive. This gag order is as narrowly tailored as possible to accomplish its purpose, which is to protect the safety of my staff and promote the orderly progression of this trial. As I have made clear, as the Judge in this case and the trier of fact, the gag order does not apply to me. However, I will not tolerate, under any circumstances, remarks about my court staff. The threat of, and actual, violence resulting from heated political rhetoric is well-documented. Since the commencement of this bench trial, my chambers have been inundated with hundreds of harassing and threating phone calls, voicemails, emails, letters, and packages. The First Amendment right of defendants and their attorneys to comment on my staff is far and away outweighed by the need to protect them from threats and physical harm.

Thus, for the reasons stated herein, I hereby order that all counsel are prohibited from making any public statements, in or out of court, that refer to *any* confidential communications, in any form, between my staff and me.

Failure to abide by this directive shall result in serious sanctions.

NOV 03 2023   HON. ARTHUR F. ENGORON

DATE: **11/3/2023**                              _____
                                                 ARTHUR F. ENGORON, JSC

Check One:          [ ] Case Disposed        [X] Non-Final Disposition

Check if Appropriate:   [ ] Other (Specify _____ )

# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST JUDICIAL DEPARTMENT
In the Matter of the Application of

DONALD J. TRUMP, DONALD J. TRUMP, JR.,
ERIC TRUMP, ALLEN WEISSELBERG, JEFFREY
MCCONNEY, THE DONALD J. REVOCABLE
TRUST, THE TRUMP ORGANIZATION, INC.,
THE TRUMP ORGANIZATION, LLC, DJT HOLDINGS       Case No. 2023-05859
LLC, DJT HOLDINGS MANAGING MEMBER,
TRUMP ENDEAVOR 12 LLC, TRUMP OLD POST           **AFFIRMATION**
OFFICE LLC, 40 WALL STREET LLC,
AND SEVEN SPRINGS LLC,

                    Petitioners,

for a Judgment pursuant to Article 78
of the Civil Practice Law and Rules

          -against-

THE HONORABLE ARTHUR F. ENGORON,
J.S.C., AND PEOPLE OF THE STATE OF NEW YORK
by LETITIA JAMES, ATTORNEY GENERAL OF THE
STATE OF NEW YORK,

                    Respondents.

---

CHARLES HOLLON, who is not a party to the action, affirms the following to be true under the penalties of perjury:

1.    I am employed by the New York State Unified Court System ("UCS"), as a Court Officer-Captain in the Department of Public Safety ("DPS"). I am assigned to the Judicial Threats Assessment Unit of the DPS. As such, I am familiar with threats, disparaging comments, and harassing messages, made to and about Justice Arthur F. Engoron ("Justice Engoron"), and his staff via emails, telephone, and social media outlets. I am also aware that the personal emails and cell phone number of Allison Greenfield, Principal Law Clerk to Justice Engoron, ("Allison Greenfield"), have been compromised. I make this affirmation in opposition to Petitioners' request

1

for a stay of the enforcement of the limited gag orders issued by Justice Engoron in *People of the State of New York v. Donald Trump, et al.,* Index No. 452564/2022.

2.      The DPS provides security services at every New York State courthouse to ensure the safety and security of judges, nonjudicial personnel, court visitors, litigants and anyone entering the courthouse.  The Judicial Threats Assessment Unit is made up of uniformed personnel who are trained on how to carefully analyze reported threats in order to determine possible courses of action necessary to secure the safety of the judges.

3.      Once a judicial threat has been reported, court administration, local law enforcement, and court staff are notified by trained uniformed personnel that a threat exists. After a reported threat is carefully analyzed and is determined to be credible, security measures are put in place to ensure the safety of the judge, the judge's staff and family members.

4.      Prior to the commencement of the trial in the underlying matter, the judicial threats unit became aware of harassing and disparaging comments and threats made about and toward Judge Engoron on social media.  Once we conducted our assessment that found the threats credible, we contacted local law enforcement, the FBI and Homeland Security to devise the appropriate security measures that would be implemented in order to protect the judge, his chambers staff, and those closely associated around him, including his family.

5.      On or after October 3, 2023, the threats, harassment, and disparaging comments increased exponentially and also were now being directed at the judge's law clerk. Specifically, on October 3, 2023, Mr.  Trump posted to his social media account a picture of Allison Greenfield with United States Senator Charles Schumer with the added caption: "Schumer's girlfriend, Allison R. Greenfield, is running this case against me. How Disgraceful! This case should be dismissed immediately."  Although Mr. Trump did not directly threaten Ms.

Greenfield, the comments made in his post resulted in hundreds of threatening and harassing voicemail messages that have been transcribed into over 275 single spaced pages.

6.      Ms. Greenfield's personal information, including her personal cell phone number and personal email addresses also have been compromised resulting in daily doxing. She has been subjected to, on a daily basis, harassing, disparaging comments and antisemitic tropes.  I have been informed by Ms. Greenfield that she has been receiving approximately 20-30 calls per day to her personal cell phone and approximately 30-50 messages per day on combined sites of social media, LinkedIn and two (2) personal email addresses. Ms. Greenfield also informed me that since the interim stay was issued lifting the gag orders on November 16, 2023, approximately half of the harassing and disparaging messages have been antisemitic.

7.      Judges who receive threats are advised to not make public statements discussing the threats or any security measures that may be in place because doing so could compromise the security measures put in place to protect them and  those around them.

8.      The threats against Justice Engoron and Ms. Greenfield are considered to be serious and credible and not hypothetical or speculative.  In order to provide this court with the seriousness of the threats being made against Justice Engoron and his staff, below is a representative sample of the hundreds of threats, disparaging and harassing comments and antisemitic messages that are directed at the judge and his staff.

9.      The following are transcriptions of voicemail messages left on Justice Engoron's chambers telephone:

    A.  You know. I'm not going to. Call you too many names. Today, I mean, it's clear. You're you're little fruit cake. You like to abuse children, I'm sure. And your shirtless pictures. Very inappropriate. I mean, you're so inappropriate. But you're clearly. A ******* dork.[1] Massive quant. I mean everything about you screams little fagot dork. So again. I hope they. ******* bury your ugly ***. You and that

---

[1] The software used to transcribe the voicemails censors profanity. The asterisks contained in the transcriptions are used in place of the profanity.

fat ******* *****. ******* planet of the apes. ******* star letisha the ******* ****. Little ******* Jews and. Filthy little Jews and. That's you. And I hate that word. And I hate. Putting people under group but you are filthy little Jews and. And you make everything about. This ****, you ******* hateful, divisive. I mean, honestly, you should be assassinated. You should be killed. You should be not assassin executed. You should be executed. But on trial executed for your crimes. You sick ******* pig and you shut it there and laugh as you ******* abuse this system because you abuse people you. ******* tyrant. And play this for the FBI and you can all **** yourself, you little *******. Please call me, you ******* losers. ******* stupid *****. I mean, it's. Clear. I've talked to. A bunch of you ******* dumb ************. I mean the stupidity. I mean, if we ever want to come for you. But Ebi will be eliminated in a ******* day. Bunch of ******* morons. To listen if any of you silly little **** want to talk, go ahead and call me, you ******* *****.

B. Yes, Arthur, you are a corrupt Nazi and one of the ugliest people to ever walk the face of the earth. And your clerk, who's also corrupt Nazi is a fat ***** who blew Chuck Schumer and everybody knows it. You are such a lowlife. No one would ever want to sleep with you. You look like ****. You're corrupt. You're going to get overturned and I hope you get gonorrhea from letisha James the fat grimace looking ************.

C. Resign now, you dirty, treasonous piece of trash snake. We are going to get you and anyone of you dirty, backstabbing, lying, cheating American. You are nothing but a bunch of communists. We are coming to remove you permanently.

D. Trust me. Trust me when I say this. I will come for you. I don't care. Ain't nobody gonna stop me either. I'll send every hacker in the world after every little file on you. And they will expose you. Any little dirty secret you have, you will not hide from me. I do not stand with Joseph Biden or what you are doing. I stand with the 12 houses of Israel. And in God we trust. Is the American way. Know that the blood runs red.

E. Do you think being a judge changes the fact that you're a pathetic little ******? You little ******* dork with your little ******* Jew girl. ******* helper, *****. You ******* stupid ****. God, I hope you ******* die. I hope they ******* come for you and ******* string you up. All you little *******. Watch you **** your pants and **** yourself before it happens. You think you're untouchable. God, I hope they ******* come for you again. Not a threat. I don't hurt anybody. I don't have. A voice other than to. ******* call and tell you that I'll be rooting for the people that come for you. I'll be cheering on your death or your demise. And because to the point where you forced us, I'll ******* bite you. But you'll have to make it so I'm starving, and I'll again be the ones telling people how to **** with you because. I believe in God. I don't believe in hurting people, but you've made it to the point where I hope you get hurt because you're ******* pathetic. You look so *******. What a little fagot. You don't realize what a dork you are, do you? Probably wasn't fun on the school ground for little. Egghead and a little Jewish *****. But that chick is fat and ugly and you're. Very offensive of her. She stuck your. ****, but she sucks your little ******* micro penis, doesn't she, judge ******? Look, ******* bunch of losers. By losers? Geeks, freaks. *******. And dirty Jews. And I love Jewish. People. But there's dirty Jews like you. Just like

4

there's dumb. I love black people. But you know what? You guys want to make it all about. Identity and you know. What dirty Jews and stupid? Go die. I hope you all die. We're not going to kill you. I'm not going to kill you. I don't want anybody else to kill you because I don't want them to get in trouble. I just hope you die of like. You're stupidity. We'll probably get you killed, you lazy ******* filthy ****. Goodbye, I hope you. Have another horrible day? Ohh Trump made you. Look like a *****. What a little ******* whiny. Did she eat? Understand. Everybody sees what a little fagot you are. A little dork and freak Trump owns you, *****. I'm sure your aid. Would love to get that daddy Trump ******* planting that **** right up her ***. Freaky ******* *****. Your little ******* clerk. Humors, you know, was it her boyfriend? Probably just sucked his balls too.

F.   Oh, and Allison, you are. I mean, there's nothing you can do. About that ugly face. But he look at his raeli women, Israeli Jews and beautiful in shape. And then there's ******* pig. Jews like you. Fat ******* stupid *******. I mean, lay off the Twinkies, you *****. You're clearly a ***** and a child molester. You ******* pedophilic *****. Anyway, listen. You look like ****. You're ******* filthy. Ugly. Dirty. I bet your ***** smells like a ******* garbage disposal. Guaranteed. Anyway, lose some ******* weight. Have a little pride in yourself, you fat *****.

G.   Arthur, you lowlife ***** ** ****. Violating people's civil rights. You ******* scumbag ***** ** ****. You and lalita. James with your witch hunt. The funny thing is, once this or with remember, for every action there's a reaction. So don't get mad when you come. ******* hunt down. ******* we witch hunt. You and your family. We're going to take you to court. Take your kids, drag them in ******* court. How your parents are probably turning over in their ******* grave. ******* liberal ***** ** ****. You should be more worried about your ******* city and all the ******* robberies and ******* stabbings and then ******* murders and carjackings, but you're jealous of Donald Trump, you ******* scumbag. Pieces of ******* ****. You're ******* low. Like Arthur. I'll be calling you back again, you ******* ***** ** ****. You ******* scumbag ************. Oh yeah, you're ******* clerk Alison ******* Greenfield. She's a ***** ** ****. That's that ***** too. Lilita. James, you fat ******* ****. You can't even ******* make sense when you go, girl. Girl, girl, Merrill, Merrill. Peril. We got real peril. Meryl guy. You're a ******* ******** ***** too, you fat ****. You guys are going to reap what you sow. So don't get. Talking mad.

10.    The messages received by Justice Engoron and his staff every day has created an ongoing security risk for the judge, his staff and his family.

11.    The implementation of the limited gag orders resulted in a decrease in the number of threats, harassment, and disparaging messages that the judge and his staff received. However, when Mr. Trump violated the gag orders, the number of threatening, harassing and disparaging messages increased.

12.     On a daily basis, the judge and his staff are being inundated with hundreds of harassing and threatening phone calls, voicemail messages, and emails, that has resulted in the Judicial Threats Assessment Unit having to constantly reassess and evaluate what security protections to put in place to ensure the safety of the judge and those around him.

_____
Charles Hollon

November 21, 2023

6

# EXHIBIT 6D



REUTERS®



A REUTERS SPECIAL REPORT

**Trump blasts his trial judges. Then his fans call for violence.**

The courtroom where New York Justice Juan Merchan is hearing the criminal trial of former U.S. President Donald Trump, whose verbal attacks on the judge have inspired calls for violence. REUTERS/Brendan McDermid. Illustration: John Emerson

When Donald Trump attacks the integrity of judges hearing cases against him, his followers often respond with posts urging that the jurists be beaten, tortured and killed.

By PETER EISLER, NED PARKER and JOSEPH TANFANI   | Filed May 14, 2024, 11 a.m. GMT

O n a recent Tuesday morning, a visibly frustrated Donald Trump sat through a tense hearing in the first-ever criminal trial of a former American president. During a break, he let rip on his social media platform.

New York Justice Juan Merchan, Trump declared on Truth Social, is a "highly conflicted" overseer of a "kangaroo court." Trump supporters swiftly replied to his post with a blitz of attacks on Merchan. The comments soon turned ugly. Some called for Merchan and other judges hearing cases against Trump to be killed.

"Treason is a hangable offense," one wrote.

"They should all be executed," added another.

The April 23 post by Trump and the menacing responses from his followers illustrate the incendiary impact of his angry and incessant broadsides against the judges handling the criminal and civil suits against him. As his presidential campaign intensifies, Trump has baselessly cast the judges and prosecutors in his trials as corrupt puppets of the Biden administration, bent on torpedoing his White House bid.



couranto
This judge must be arrested the minute Trump is inaugurated.

DJT_MFers1
Yep, I hope Trump has that judge hanged for Treason.

SixSixSix14
Punishment for treason is death

SPEDMan64
Needs to be strangled with piano wire before he makes it to the hangman.

Live_free_or_die_55
Gallows!!! For Traitors !!!

Daveyclimber
Judge needs a hatchet to the face.

A_Colostomy_Bag
And his whore daughter!

Comments calling for violence against judges handling Donald Trump's legal cases regularly appear on the pro-Trump website Patriots.Win, typically in response to posts echoing his attacks on the jurists' integrity.

The rhetoric is inspiring widespread calls for violence. In a review of commenters' posts on three pro-Trump websites, including the former president's own Truth Social platform, Reuters documented more than 150 posts since March 1 that called for physical violence against the judges handling three of his highest-profile cases – two state judges in Manhattan and one in Georgia overseeing a criminal case in which Trump is accused of illegally seeking to overturn the state's 2020 election results.

Those posts were part of a larger pool of hundreds identified by Reuters that used hostile, menacing and, in some cases, racist or sexualized language to attack the judges, but stopped short of explicitly calling for violence against them.

Experts on extremism say the constant repetition of threatening or menacing language can normalize the idea of violence – and increase the risk of someone carrying it out. Mitch Silber, a former New York City Police Department director of intelligence analysis, compared the Trump supporters now calling for violence against judges to the U.S. Capitol rioters who believed they were following Trump's "marching orders" on Jan. 6, 2021.

"This is just the 2023-2024 iteration of that phenomenon," Silber said. "Articulating these ideas is the first step along the pathway of mobilizing to violence."

Trump spokesperson Steven Cheung did not respond to specific questions about the posts. Trump, the presumptive Republican presidential nominee, has a right to criticize what he called "un-Constitutional witch hunts," Cheung said. He also asserted, without citing examples, that Trump has been the target of calls for "despicable violence" from "Democrats and crazed lunatics."

On Patriots.Win, an online forum that describes itself as Trump's "community of choice," Trump's attacks on courts and judges regularly spur calls for violence. Merchan "needs to be strangled with piano wire," one poster wrote. He "deserves garroting in the street," wrote another.

The Gateway Pundit, a website influential in the pro-Trump community, is also a frequent venue for Trump-inspired violent rhetoric against judges hearing his cases. "These judges and lawyers should HANG for perpetuating these fraud cases," a commenter wrote on April 16, suggesting the executions would be "an example for future generations of judges and lawyers."

The Federal Bureau of Investigation and the New York Police Department declined to comment on whether any threatening posts directed at the New York judges were under federal or local investigation.

While Trump himself hasn't called for violence on judges, his language can signal to followers that judges are no different from partisan rivals worthy of scorn, derision and attack, threatening the legitimacy of the independent judiciary, said experts on political violence.

"Trump is constantly riling up his supporters to be angry on his behalf," said Lilliana Mason, a Johns Hopkins University political scientist. "He takes that large group of angry people, he points them in a particular direction, and then the judges get all these death threats." Cheung had no response to that analysis.

The posts also illustrate a shift in the way violent language is being expressed online by Trump's followers. In 2021, Reuters documented a wave of threats by Trump supporters targeting U.S. election workers. Legal experts found that many had met the legal standard for prosecutable threats, which typically requires language or context that reflects a clear intent to act or instill fear, rather than simply suggesting a frightening outcome.



**'TRUTH.**

← **Truth Details**


**Grandpa Ed**
@GrandPaEd

Replying to @1776WeThePeople1776 and @realDonaldTrump

There is a solution for treason💥🧑‍🦳🧑‍🦳🔥🔥🔥🔥🔥🧑‍🦳



THE CURE FOR
TREASON
www.o4a.org

**1** ReTruth   **7** Likes                         Apr 08, 2024, 9:29 PM

 Reply           ReTruth          ♡ Like          ⋯

When Trump posts attacks on the judges hearing cases against him, followers on his Truth Social media platform sometimes reply with memes suggesting the judges be killed or tortured.

> **"Trump is constantly riling up his supporters to be angry on his behalf. He takes that large group of angry people; he points them in a particular direction; and then the judges get all these death threats."**
>
> Lilliana Mason, a professor at Johns Hopkins University who studies political violence

In contrast, the current barrage of pro-Trump threats generally stop short of that red line. Posters often call for violence – without explicitly stating they intend to commit it themselves. Such language is usually defensible as constitutionally protected free speech. But experts say it can have the same effect as a direct threat: to intimidate and sow fear.

On Feb. 29, Reuters published an investigation into death threats targeting mostly federal judges involved in Trump-related cases, including threats those judges received personally. For this story, Reuters examined three prominent pro-Trump websites to assess the prevalence of violent online posts directed at the state judges handling some of the highest-profile cases against Trump.


**Stowguy**
@Stowguy
Replying to @Charliekirk
A rope and a tree would fit this guy.


**Londa52-QUEEN OF USA**
@Londa52
Replying to @gatewaypundit
He'd look good hanging from a noose.


**Leachman**
@Leachman
Replying to @Conservative

Put the target on this puke

**TruthTeller**
@AlwaysaPatriot77

Replying to @akaPR0B0SS and @realDonaldTrump

He should be recused from living!!

In trying to restrain Trump's attacks on social media, Judge Merchan has cited the former president's "singular power" to inspire his followers and inject fear in his targets. Trump's followers have reacted with posts on Trump's own Truth Social platform calling for Merchan's execution.

The judges in both of Trump's New York cases issued gag orders barring him from attacking judicial staff and, in Merchan's court, witnesses, jurors and family members of the judge and prosecutors. On April 30, Merchan held Trump in criminal contempt for violating one of those gag orders, fined him $9,000 and warned him that he could be jailed for further infractions. On May 6, Merchan fined Trump an additional $1,000 for a subsequent violation.

His April order noted the "singular power" that Trump's derisive statements and social media posts have to inspire his followers, instill fear in his targets and endanger the rule of law. The judge has warned that he could impose jail time for any additional violations by the former president, who calls the gag orders "election interference."

RELATED CONTENT

 Judges in Trump-related cases face unprecedented wave of threats

 Political violence in polarized U.S. at its worst since 1970s

 U.S. political violence driven by new breed of 'grab-bag' extremists

## "Crooked" and "conflicted"

Reuters examined more than 1,800 posts by Trump on Truth Social from March 1 to April 30. In at least 129 of them, he attacked judges handling his cases in New York, Georgia and other jurisdictions, either in his own words or by re-posting critical comments or videos from supporters or others.

Much of his anger is focused on Merchan, who is presiding over Trump's criminal prosecution on charges that he violated New York law by falsifying business records to conceal a sex scandal during his 2016 campaign. Trump also frequently attacks New York Justice Arthur Engoron, who ruled in February during a separate civil trial that Trump committed fraud by inflating his properties' values on financial documents. Trump has appealed the verdict.

Trump often labels both judges "corrupt" and "conflicted," and falsely accuses them of taking orders from President Joe Biden, his Democratic rival for the White House. As state judges, they weren't appointed by the president, who has no authority over them.

Trump's comments and re-posts on Truth Social often trigger a furious response from his supporters. At least 152 posts on the three pro-Trump websites in March and April urged the beating or killing of Merchan or Engoron in New York or Judge Scott McAfee in Georgia, Reuters found. At least 65 of those were on Truth Social, about half in replies to the former president's posts. The rest were split about evenly between Gateway Pundit and Patriots.Win.

All three sites have comment policies discouraging threatening or violent rhetoric. Truth Social's terms of service forbids users from writing posts that are "filthy, violent, harassing, libelous, slanderous" or "advocate, incite, encourage, or threaten physical harm against another." A Truth Social spokesperson said the company "works expeditiously to remove posts that violate" those standards. The Gateway Pundit and Patriots.Win did not respond to requests for comment.

There was evidence on each site that at least some comments had been removed. However, most of the posts advocating violence stayed up on the sites for days or weeks.

Three experts in violent political speech reviewed the posts documented by Reuters, including Jonathan Leader Maynard, a London-based political extremism expert who said many of them echo the "quasi-fascist language" used by "lone wolf terrorists" to justify their bloodshed.

Politically motivated harassment of judges is not exclusive to the political right. Left-wing activists have protested at the homes of judges who have restricted abortion rights. A California man was accused of traveling to Supreme Court Justice Brett Kavanaugh's home intending to kill him. Nicholas John Roske has pleaded not guilty to a charge of attempted assassination. Plea negotiations are ongoing, court records show. Roske's lawyer didn't reply to a request for comment.

A Reuters examination of websites catering to the left revealed dozens of hostile comments attacking the competence and credibility of conservative jurists. The targets include U.S. District Judge Aileen Cannon, a Trump appointee who has issued a number of rulings favorable to the former president in his ongoing federal prosecution in Florida for misappropriating classified documents after leaving office. On Democratic Underground, a liberal site, posters have attacked Cannon as "corrupt" and suggested she be tried for espionage.

But a review of comments on those sites did not reveal the sort of violent language that Trump supporters use in their online posts, including suggestions that judges be beaten or killed.

Calls to execute judges picked up in April on pro-Trump sites, when Merchan began hearing Trump's prosecution for allegedly trying to hide a hush money payment to porn star Stormy Daniels before the 2016 election, the first of four criminal prosecutions Trump faces.

"He should be recused from living," one Trump supporter wrote of Merchan in an April 14 post on Truth Social. That comment and other calls for violence cited in this story were posted anonymously.

Merchan, 61, has served on the criminal bench since 2009. He grew up in the New York City borough of Queens, also Trump's boyhood home, and began his career as an assistant district attorney in Manhattan, the office now prosecuting Trump.

In 2022, Merchan presided over a tax fraud conviction for Trump's business, ordering his company to pay a $1.6 million fine. Last year he sentenced Trump's longtime chief financial officer, Allen Weisselberg, to five months in prison after Weisselberg's conviction on tax fraud.

Trump also has directed vitriol at Merchan's daughter, Loren Merchan, an executive at Authentic, a digital marketing agency that works with Democratic candidates. Trump has said the judge is "conflicted" because of his daughter's work and should recuse himself.



U.S. District Court Judge Aileen Cannon, a Trump appointee, has been demeaned and criticized on left-leaning websites after issuing rulings seen as favorable to Trump in his ongoing federal prosecution for alleged mishandling of classified documents. Pool via REUTERS

Pictures of Merchan's daughter have featured regularly in broadsides by Trump supporters on Truth Social. Some mocked her physical appearance and called for her arrest. On one website, an avowed white supremacist published personal information about both Merchan and his daughter, including home addresses and the judge's phone number. Last June, the New York Advisory Committee on Judicial Ethics ruled that Merchan's "impartiality cannot reasonably be questioned" based on his daughter's work for Democratic campaigns.

A spokesperson for the New York courts, Al Baker, said both Merchan and Engoron have "been subjected to threats as have many other judges" and their safety is "the utmost priority." He declined to elaborate on security arrangements. Loren Merchan did not respond to a request for comment.



Former U.S. President Donald Trump, here consulting with his attorney Todd Blanche, has bitterly criticized Justice Juan Merchan and others on social media during breaks in his hush money trial. Trump has made his complaints about his legal troubles a central theme in his campaign. Courtroom sketch. REUTERS/Jane Rosenberg

## "Treasonous piece of trash"

Engoron, 74, has been bombarded with invective from Trump and threats from his supporters.

A New York court security officer reported in a sworn statement last year that Engoron and his staff had received hundreds of threatening and harassing messages, including some laced with profanity and anti-Semitic insults against the judge, who is Jewish.

The hostile communications spiked after Trump attacked the credibility of Engoron and his clerk on Truth Social, the statement said. "Resign now, you dirty, treasonous piece of trash snake," said one voicemail left at his chambers and included among a half-dozen quoted in the security officer's statement. "We are coming to remove you permanently."

> **"My chambers have been inundated with hundreds of harassing and threatening phone calls, voicemails, emails, letters and packages."**
>
> New York State Justice Arthur Engoron

A Democrat, Engoron was elected in 2015 to the state Supreme Court and has been a judge for two decades. He has drawn the former president's rage after repeatedly ruling against him in a civil business fraud suit filed by New York Attorney General Letitia James. Engoron ultimately ordered Trump to pay a $454 million fine in that case.

The judge issued a gag order last October after Trump shared on social media a photo of Engoron's law clerk posing with U.S. Senate Majority Leader Chuck Schumer, a Democrat, and falsely described her as "Schumer's girlfriend." Engoron barred Trump from making any statements disparaging court staff.



Followers of Trump have posted violent and anti-semitic comments about New York Justice Arthur Engoron on Trump-aligned websites in response to the former president's criticism of the jurist as "corrupt." In February, Engoron ordered Trump to pay a $454 million fine for inflating the value of his properties. REUTERS/Shannon Stapleton/Pool

The judge fined Trump twice for violating the order. "The threat of, and actual, violence resulting from heated political rhetoric is well-documented," Engoron wrote in a November court filing.

Engoron received a fake bomb threat at his home in January, and an unknown threatener sent an envelope containing white powder to his chambers the following month, said court and law enforcement officials.

In a March 22 post on Truth Social, Trump labeled him a "Corrupt, Radical Left Judge in New York, a Trump hater [at] the highest level." Calls by his supporters for the judge's death came quick. One poster on Truth Social said Engoron should be hanged. Another wanted him executed. Online rage thundered for days, accompanied by appeals for violence. "He should be skinned alive, bobbed in a vat of alcohol, then dipped in honey before being staked to an anthill," read a March 25 post about Engoron on Patriots.Win.

## "Rogue judges"

The threats aren't limited to New York. As state courts in Colorado, Illinois and Georgia have taken up Trump-related cases, at least four judges in those states have faced threats or harassment, according to interviews with court and law enforcement officials and a review of social media posts. State courts typically provide judges with far less protection than their counterparts receive on the federal bench, where some Trump-related cases have also landed.

Georgia Judge McAfee, presiding in an election interference case against Trump, is among the targets. Fulton County prosecutors charged Trump with illegally pressuring officials to overturn the state's 2020 presidential election.

McAfee has received less attention from Trump than the New York judges. Trump has repeatedly denounced Fulton County District Attorney Fani Willis, who brought the case, but has refrained from criticizing McAfee by name.

But after the judge denied his motion to dismiss Willis over her romantic relationship with a fellow prosecutor, Trump posted two Fox News videos from one of his spokespeople and a legal analyst assailing the decision.

Trump backers quickly turned on McAfee.

"Judge McAfee should be hanged," one commented in response to a Gateway Pundit post about the ruling.

After a subsequent decision again denying Trump's request for a dismissal, more violent comments followed. "These people need gutting like we do fish," one unidentified commenter wrote beneath another Gateway Pundit post about McAfee's decision.

McAfee and Willis did not respond to requests for comment.

Even when Trump himself does not single out judges for criticism, supporters often threaten and harass judges who rule against the former president's interests.

In late February, an Illinois circuit court judge in Chicago, Tracie Porter, ruled that Trump should be unable to stand on the state's primary ballot because of his role in the 2021 Capitol attack. Furious at the decision, Trump supporters targeted Porter with violent online messages and menacing calls to her office, said Illinois Supreme Court Marshal Jim Cimarossa.

As head of the state marshal program, Cimarossa oversees security for Illinois' highest-ranking judges and maintains a statewide database on threats against the local judiciary and courts. The threats against Porter haven't been previously reported.



Illinois Judge Tracie Porter, who sits on Cook County Circuit Court, was targeted with violent rhetoric  online and threatening messages to her office after she ruled in late February that Trump could not stand on the ballot in her state. Her decision was later nullified by the U.S. Supreme Court. Handout via REUTERS

In the days after Porter's ruling, the Illinois Marshals program saw a rise in threats against other state judges, Cimarossa said, describing it as a "copycat bump." Threats against the judiciary often climb when another judge is attacked in a high-profile case, he said. Porter's ruling was later nullified by the U.S. Supreme Court.

Trump didn't mention Porter by name. But in a March 4 speech he criticized states that "didn't want" him and "rogue judges." A Cook County Circuit Court spokesperson said Porter could not comment due to aspects of the case that continue to be litigated. He said the judiciary and law enforcement "give high priority to protecting judges."

"We have a lot, a lot of threats," Cimarossa said,  citing a nearly 18% increase in threats to his state's courts so far in 2024. "It's escalating."

At least 25 states have state-run court security programs that provide services such as threat assessment and physical protection for high-ranking judges. But most state and local judges across the country rely on sheriffs or police to respond to requests for protection, Cimarossa said.

In a survey of nearly 400 mostly state judges by the National Judicial College, an education group, nearly eight out of 10 agreed that it is becoming more dangerous to be a judge. The survey, completed in 2022 and made available to Reuters in advance of publication later this year, also found that more than 70% of respondents had received harassing or menacing communications.

New Mexico Judge Francis Mathew told Reuters he received dozens of threatening messages after ruling that Couy Griffin, an Otero County commissioner who founded Cowboys for Trump, a political advocacy group, was ineligible to hold public office because he participated in the 2021 Capitol riot.

> **"Trump's behavior is teaching people that they can do these things."**
> New Mexico Judge Francis Mathew

On the day of his ruling in September 2022, Mathew received one email calling for his execution and another that included his home address, according to communications shared with Reuters.

Griffin said in an interview that he and his family also have received threats and that he never called for violence against Mathew. "As far as threats and stuff goes, that's something that's out of my control," he said.

Although Trump has not criticized him on social media, Mathew blames Trump for "orchestrating" the deluge of threats targeting judges. "Trump's behavior is teaching people that they can do these things," Mathew said in an interview.

Cheung, Trump's spokesperson, did not respond to that claim.

## "A face only a fist could love"

Much of the violent rhetoric documented by Reuters illustrates a phenomenon identified by social scientists: Online communities catering to specific political views can create an echo chamber, where participants spur each other to increasingly extreme posts.

In pro-Trump forums, when someone "pushes the norm of what is considered acceptable speech" by posting a call to execute judges or other public officials, "and no one questions it, then the norm of what is acceptable may shift," said Cathy Buerger, who studies inflammatory rhetoric at the nonpartisan Dangerous Speech Project in Washington. Buerger reviewed the violent posts identified by Reuters.



On pro-Trump sites, one violent comment often leads to escalating calls to kill or harm Trump's perceived enemies.

That pattern emerged in a series of Gateway Pundit comments posted April 2. In response to an article criticizing "far-left judge Juan Merchan," one reader referred to a photo of the jurist by saying, "A face only a fist could love."

"Or a steel toed boot," another reader replied.

"Or an aluminum bat," a third wrote.

Another poster upped the ante: "Colt Combat Commander 45" – a popular semi-automatic handgun.

### How a Trump post can trigger calls for violence



REUTERS INVESTIGATES

 More Reuters investigations and long-form narratives

 Got a confidential news tip? Reuters Investigates offers several ways to securely contact our reporters

**Hanging Judges**
By Peter Eisler, Ned Parker and Joseph Tanfani
Art direction and graphics: John Emerson
Edited by Jason Szep

Follow Reuters Investigates

OTHER REUTERS INVESTIGATIONS

Latest
Home
Authors
Topic sitemap

Media
Videos
Pictures
Graphics

About Reuters
About Reuters
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed
Download the App (iOS)
Download the App (Android)
Newsletters

Browse
World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports
Science
Lifestyle

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Advertise With Us    Advertising Guidelines    Coupons    Purchase Licensing Rights

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms of Use    Privacy    Digital Accessibility    Corrections    Site Feedback

© 2024 Reuters. All rights reserved