# EXHIBIT 7A



← **Truth Details**  Trending
780 replies

**Donald J. Trump** ✓
@realDonaldTrump

The "Stormy" Fake Witch Hunt has been stop and go, on again, off again, for years, to the point where the whole thing has become Prosecutorial Misconduct. Missed Statute Big. The Fake News has been pushing the D.A., and all D.A.'s and Prosecutors, at a level that they have NEVER been pushed before. Just study D.A. Bragg's CNN interview from 2 months ago - Disgraceful! There's NO GUILT, just Trump Derangement Syndrome. GET this man, even if he's innocent. It's all WEAPONIZED POLITICS. So Sad!

4.57k ReTruths   17.2k Likes                Jan 31, 2023, 11:43 AM



← **Truth Details**  Trending
1188 replies

**Donald J. Trump** ✓
@realDonaldTrump

The Racist Manhattan District Attorney, Alvin Bragg, who is presiding over one of the most dangerous and violent cities in the U.S., and doing NOTHING about it, is being pushed relentlessly by the Radical Left Democrats, the Fake News Media, and the Department of "Injustice," to bring charges against me for the now ancient "no affair" story of Stormy "Horseface" Danials, where there is no crime and charges have NEVER been brought on such a case before. In the meantime, Hunter & Joe Biden skate!

5.21k ReTruths   18.4k Likes                Mar 03, 2023, 7:26 PM



**Truth Details**
693 replies
Trending

**Donald J. Trump**
@realDonaldTrump

Alvin Bragg, the Racist District Attorney in Manhattan, one of the worst murder & violent crime areas in the United States (and NOTHING is being done to change that, it is only getting worse!), is harassing and tormenting my 75 year old employee who they have thrown in jail, trying to force him to say something bad (lie!) about me. He plead guilty when given the choice of 90 days or 10 years (life) in jail for bull…. never prosecuted before in U.S. These are political "THUGS" RIGGING ELECTIONS!

5.51k ReTruths   19k Likes            Mar 06, 2023, 7:09 AM



**Truth Details**
1446 replies
Trending

**Donald J. Trump**
@realDonaldTrump

WHY WON'T BRAGG DROP THIS CASE? EVERYBODY SAYS THERE IS NO CRIME HERE. I DID NOTHING WRONG! IT WAS ALL MADE UP BY A CONVICTED NUT JOB WITH ZERO CREDIBILITY, WHO HAS BEEN DISPUTED BY HIGHLY RESPECTED PROFESSIONALS AT EVERY TURN. BRAGG REFUSES TO STOP DESPITE OVERWHELMING EVIDENCE TO THE CONTRARY. HE IS A SOROS BACKED ANIMAL WHO JUST DOESN'T CARE ABOUT RIGHT OR WRONG NO MATTER HOW MANY PEOPLE ARE HURT. THIS IS NO LEGAL SYSTEM, THIS IS THE GESTAPO, THIS IS RUSSIA AND CHINA, BUT WORSE. DISGRACEFUL!

5.87k ReTruths   19.6k Likes           Mar 23, 2023, 8:50 AM

← **Truth Details**
1460 replies

🔥 Trending ▾

**Donald J. Trump** ✓
@realDonaldTrump

EVERYBODY KNOWS I'M 100% INNOCENT, INCLUDING BRAGG, BUT HE DOESN'T CARE. HE IS JUST CARRYING OUT THE PLANS OF THE RADICAL LEFT LUNATICS. OUR COUNTRY IS BEING DESTROYED, AS THEY TELL US TO BE PEACEFUL!

5.63k ReTruths   19.6k Likes                Mar 23, 2023, 9:06 AM

← **Truth Details**
477 replies

🔥 Trending ▾

**Donald J. Trump** ✓
@realDonaldTrump

District Attorney Bragg is a danger to our Country, and should be removed immediately, along with Radical Lunatic Bombthrower Jack Smith, who is harassing and intimidating innocent people at levels not seen before, "Get Trump" Letitia James, the worst Attorney General in the United States, and Atlanta D.A. Fani Willis, who is trying to make PERFECT phone calls into a plot to destroy America, but reigns over the most violent Crime Scene in America, and does nothing about it!

3.89k ReTruths   12.9k Likes                Mar 23, 2023, 11:42 AM



← **Truth Details**  Trending
487 replies

**Donald J. Trump** ✓
@realDonaldTrump

The District Attorney's Office under Alvin Bragg is allowing Violent Crime to flourish in New York City, like never before, while he spends all of his time making his Office, which is in total chaos, trying to find anything on "Trump." He is doing the work of Anarchists and the Devil, who want our Country to fail. The "Horseface" agenda is dead, even by the most Radical Left Haters, but he doesn't care, he wants to go with it anyway.

3.36k ReTruths   11.8k Likes              Mar 23, 2023, 11:50 AM



← **Truth Details**  Trending
1687 replies

**Donald J. Trump** ✓
@realDonaldTrump

Isn't it terrible that D.A. Bragg refuses to do the right thing and "call it a day?" He would rather indict an innocent man and create years of hatred, chaos, and turmoil, than give him his well deserved "freedom." The whole Country sees what is going on, and they're not going to take it anymore. They've had enough! There was no Error made, No Misdemeanor, No Crime and, above all, NO CASE. They spied on my campaign, Rigged the Election, falsely Impeached, cheated and lied. They are HUMAN SCUM!

6.03k ReTruths   19.6k Likes              Mar 23, 2023, 3:12 PM



**Truth Details**
2484 replies

Trending

**Donald J. Trump** ✓
@realDonaldTrump

What kind of person can charge another person, in this case a former President of the United States, who got more votes than any sitting President in history, and leading candidate (by far!) for the Republican Party nomination, with a Crime, when it is known by all that NO Crime has been committed, & also known that potential death & destruction in such a false charge could be catastrophic for our Country? Why & who would do such a thing? Only a degenerate psychopath that truely hates the USA!

**6.54k** ReTruths   **25k** Likes                              Mar 24, 2023, 1:08 AM

# EXHIBIT 7B

← **Truth Details**  🔥 Trending ⌄
477 replies



**Donald J. Trump** ✓
@realDonaldTrump

District Attorney Bragg is a danger to our Country, and should be removed immediately, along with Radical Lunatic Bombthrower Jack Smith, who is harassing and intimidating innocent people at levels not seen before, "Get Trump" Letitia James, the worst Attorney General in the United States, and Atlanta D.A. Fani Willis, who is trying to make PERFECT phone calls into a plot to destroy America, but reigns over the most violent Crime Scene in America, and does nothing about it!

**3.89k** ReTruths   **12.9k** Likes                  Mar 23, 2023, 11:42 AM



**Donald J. Trump** ✓
@realDonaldTrump

WHY DIDN'T THE CORRUPT MARXIST PROSECUTORS BRING THESE RADICAL & UNJUSTIFIED CHARGES AGAINST ME 2.5 YEARS AGO, LONG BEFORE MY PRESIDENTIAL CAMPAIGN HAD BEGUN. NOW DERANGED JACK SMITH WILL PROBABLY BRING ANOTHER CASE, ALONG WITH THE RACIST D.A. IN CRIME RIDDEN ATLANTA, WHO HAS BEEN WAITING FOR THE PERFECT TIME DURING MY CAMPAIGN TO FILE. THIS IS ELECTION INTERFERENCE & PROSECUTORIAL MISCONDUCT! THEY ARE ALL, IN A COORDINATED ATTACK, TRYING TO STEAL ANOTHER ELECTION, BUT WE WON'T LET THEM!!!

**6.31k** ReTruths   **20.5k** Likes                  Jul 29, 2023, 3:16 PM

← **Truth Details**
3529 replies

Trending ˅




**Donald J. Trump** ✓
@realDonaldTrump

I hear that RACIST Fulton County (Atlanta) District Attorney "Phoney" Fani Willis, who weakly presides over one of the deadliest communities in the U.S., with thousands of murderers, violent criminals & gang members roaming the streets while going untried, free, & are treated with "kid gloves," is using a potential Indictment of me, and other innocent people, as a campaign and fundraising CON JOB, all based on a PERFECT PHONE CALL, AS PRESIDENT, CHALLENGING ELECTION FRAUD - MY DUTY & RIGHT!

8.85k ReTruths   29.4k Likes                     Aug 12, 2023, 8:02 AM

---

← **Truth Details**
8497 replies

Trending ˅




**Donald J. Trump** ✓
@realDonaldTrump

Can you believe it? I'll be going to Atlanta, Georgia, on Thursday to be ARRESTED by a Radical Left District Attorney, Fani Willis, who is overseeing one of the greatest Murder and Violent Crime DISASTERS in American History. In my case, the trip to Atlanta is not for "Murder," but for making a PERFECT PHONE CALL! She campaigned, and is continuing to campaign, and raise money on, this WITCH HUNT. This is in strict coordination with Crooked Joe Biden's DOJ. It is all about ELECTION INTERFERENCE!

14.4k ReTruths   44.8k Likes                     Aug 21, 2023, 7:55 PM

← **Truth Details**
7913 replies

🔥 Trending ⌄


**Donald J. Trump** ✓
@realDonaldTrump

231,000,000 Views, and still counting. The Biggest Video on Social Media, EVER, more than double the Super Bowl! But please excuse me, I have to start getting ready to head down to Atlanta, Georgia, where Murder and other Violent Crimes have reached levels never seen before, to get ARRESTED by a Radical Left, Lowlife District Attorney, Fani Willis, for A PERFECT PHONE CALL, and having the audacity to challenge a RIGGED & STOLEN ELECTION. THE EVIDENCE IS IRREFUTABLE! ARREST TIME: 7:30 P.M.

**17.6k** ReTruths   **56.8k** Likes         Aug 24, 2023, 2:49 PM