# EXHIBIT 10A

← **Truth Details**

Trending ⌄

1792 replies



**Donald J. Trump** ✓
@realDonaldTrump

All of the competitors to TRUTH SOCIAL, especially those in the Radical Left Democrats Party who are failing at every level, like to use their vaunted "disinformation machine" to try and convince people, and it is not easy to do, that TRUTH is not such a big deal and doesn't "get the word out" as well as various others, which they know to be false. I THINK TRUTH IS AMAZING! First of all, it is very solid, having over $200,000,000 in CASH and ZERO DEBT. More importantly, it is the primary way I get the word out and, for better or worse, people want to hear what I have to say, perhaps, according to experts, more than anyone else in the World. My TV ratings are by far the highest, and my Rallies are not equaled, even close, anywhere or by anyone. Look, I had hundreds of millions of followers on various platforms, and could have them back again, but was cancelled for largely political reasons. Those platforms all want me back…They need me back! On Truth I have 7,000,000 followers……

**5.83k** ReTruths   **20.5k** Likes          Apr 04, 2024, 6:57 AM



**Donald J. Trump** ✓
@realDonaldTrump

Page 2: Very good for a startup, and growing fast. But when I put out a statement or message, it is SPREAD all over the place, fast and furious. EVERYBODY SEEMS TO GET WHATEVER I HAVE TO SAY, AND QUICKLY. At press conferences I will sometimes ask, "who is on TRUTH." I have never had one reporter tell me they are not. They are all on TRUTH because the have to be. So don't believe the FAKE NEWS. Until I came along and exposed them, they were respected and believed. Now they are the exact opposite. With the Russia, Russia, Russia HOAX. and all of the others, people get it. Look, using TRUTH, I became the Republican Nominee for President of the United States, and in record time! When I ENDORSE a politician on TRUTH, they almost ALWAYS WIN. If it didn't work, or properly get the word out, I wouldn't use it - But it does work, and work really well - And the fun is just getting started!!!

5.35k ReTruths   19.2k Likes                Apr 04, 2024, 7:21 AM

Reply    ReTruth    Like

# EXHIBIT 10B

# READ: Transcript of CNN's town hall with former President Donald Trump

cnn.com/2023/05/11/politics/transcript-cnn-town-hall-trump/index.html

May 11, 2023



Read the full transcript of CNN's presidential town hall with former President Donald Trump moderated by CNN's Kaitlan Collins at Saint Anselm College in Goffstown, New Hampshire.

[***]

COLLINS: But when it was clear to you that they were not being peaceful – you saw them rushing the Capitol, breaking windows. They were hitting officers with flagpoles, Tasing them, beating them up.

When it was clear they weren't being peaceful, why did you wait three hours to tell them to leave the Capitol? They listen to you like no one else.

TRUMP: Yes.

COLLINS: You know that.

TRUMP: They do. I agree with that.

# EXHIBIT 10C

← **Truth Details**
1771 replies

 **Donald J. Trump** ✓
@realDonaldTrump

April is the biggest month of Traffic on TRUTH SOCIAL, by far. It has become one of the most important "Voices" in the Universe, because it is my Voice, but the Fake News, most of which is dying, or dead, refuses to report on it, or its relevance. WHEN I TRUTH, IT GOES ALL OVER THE PLACE. REMEMBER THAT, AND WATCH!

**9.27k** ReTruths   **38.8k** Likes                    Apr 29, 2023, 2:07 PM

Reply    ReTruth    Like    ⬆    ···