UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80101-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WALTINE NAUTA,

    Defendant.

_____

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Richard C. Klugh appears as co-counsel for defendant Waltine Nauta for purposes of district court representation.

    Respectfully submitted,
    KLUGH WILSON LLC
    40 N.W. 3rd Street, PH1
    Miami, Florida 33128

    By: s/ Richard C. Klugh
    Richard C. Klugh, Esq.
    Fla. Bar No. 305294
    Tel. (305) 536-1191
    Fax (305) 536-2170
    E-Mail klughlaw@gmail.com
    www.klughwilson.com