UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WALTINE NAUTA and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

**GOVERNMENT'S SECOND NOTICE IN RESPONSE TO DEFENDANTS' EMERGENCY MOTION**

In light of this Court's order (ECF No. 682), the Government will respond to Defendants Waltine Nauta and Carlos De Oliveira's motion for emergency relief in the Eleventh Circuit and will not otherwise respond to the related motion in this Court (ECF No. 679) absent further direction from this Court or from the Eleventh Circuit.

    Respectfully submitted,

    JACK SMITH
    Special Counsel
    N.Y. Bar No. 2678084

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General
    Civil Division

By:    /s/ *Elizabeth J. Shapiro*
    Elizabeth J. Shapiro
    Special Bar ID #A5502352
    Deputy Branch Director
    Federal Programs Branch, Civil Division

January 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

/s/ *Elizabeth J. Shapiro*
Elizabeth J. Shapiro