**Thursday, January 9, 2025 at 17:40:30 Eastern Standard Time**

**Subject:** Re: FW: [EXTERNAL] Jeffrey Clark
**Date:** Thursday, January 9, 2025 at 3:02:28 PM Eastern Standard Time
**From:** Charles Burnham
**To:** Boynton, Brian M. (CIV)
**CC:** JPC (JSPT), Harry MacDougald, TPW (JSPT)

We're trying to file sometime today.

On Thu, Jan 9, 2025 at 2:56 PM Boynton, Brian M. (CIV) <Brian.M.Boynton@usdoj.gov> wrote:

> Dear Mr. Burnham,
>
> Thank you for your email. I assume this would be an amicus brief in support of the emergency motion filed by Mr. Nauta and Mr. De Oliveira in the Eleventh Circuit in case number 24-12311? When would you be filing?
>
> Regards,
>
> Brian
>
> **From:** Charles Burnham <charles@burnhamgorokhov.com>
> **Sent:** Thursday, January 9, 2025 2:49 PM
> **To:** JPC (JSPT) <JPC@usdoj.gov>
> **Cc:** hmacdougald@ccedlaw.com; TPW (JSPT) <TPW@usdoj.gov>; Boynton, Brian M. (CIV) <Brian.M.Boynton@usdoj.gov>
> **Subject:** Re: FW: [EXTERNAL] Jeffrey Clark
>
> Thank you and nice to meet you Mr. Boynton. Please let me know if you have any questions.
>
> On Thu, Jan 9, 2025 at 2:47 PM JPC (JSPT) <JPC@usdoj.gov> wrote:
>
>> Mr. Burnham:

> With respect to your amicus inquiry, I am connecting you with Brian Boynton, the head of the Department's Civil Division.
>
> J.P. Cooney
>
> ---
>
> **From:** Charles Burnham <charles@burnhamgorokhov.com>
> **Sent:** Thursday, January 9, 2025 1:59 PM
> **To:** JPC (JSPT) <JPC@usdoj.gov>
> **Cc:** hmacdougald@ccedlaw.com; TPW (JSPT) <TPW@usdoj.gov>
> **Subject:** Re: FW: [EXTERNAL] Jeffrey Clark
>
> Thank you Mr. Cooney.  We would like to file an amicus brief in support of the contentions of Mr. Nauta and Mr. De Oliveira on behalf of Mr. Clark.  Do you consent to us filing the brief?
>
> On Thu, Jan 9, 2025 at 1:34 PM JPC (JSPT) <JPC@usdoj.gov> wrote:
>
>> Mr. Burnham and Mr. MacDougald:
>>
>> The Department of Justice is in receipt of Mr. MacDougald's letter of December 13 and it is being given due consideration.
>>
>> J.P. Cooney
>>
>> Deputy Special Counsel
>>
>> ---
>>
>> **From:** Charles Burnham <charles@burnhamgorokhov.com>
>> **Sent:** Wednesday, January 8, 2025 1:28 PM
>> **To:** Windom, Thomas (USADC) <twindom@usa.doj.gov>; Duree, Timothy (CRM) <Timothy.Duree2@usdoj.gov>; Duree, Timothy (USASPC) <Timothy.Duree@usdoj.gov>; Bernstein, Gregory (USACAC) <GBernstein2@usa.doj.gov>; TAD (JSPT) <TAD@usdoj.gov>; MET (JSPT) <MET@usdoj.gov>; Harry MacDougald <hmacdougald@ccedlaw.com>; Robert Destro

<Robert.Destro@protonmail.com>
**Subject:** [EXTERNAL] Jeffrey Clark

Members of OSC,

We sent you a letter by certified mail on December 13 raising serious legal objections to the report I understand your office to be preparing to release to the public.

Also, we are aware that several directly implicated individuals have reviewed the report, but for some reason Mr. Clark has not been given that opportunity. As ucc # 4 in your indictment and one of the individuals most directly affected by Trump v. United States, Mr. Clark cannot be excluded from the review process.

I have tried every phone number I've collected for any of you over these past few years but they all have a recording saying they're not accepting calls. Please contact us to discuss this important matter. Thank you.

--

Charles Burnham
Burnham & Gorokhov PLLC
1634 I St. NW # 575
Washington, DC 20006
phone 202-386-6920
fax 202-765-2173

--

Charles Burnham
Burnham & Gorokhov PLLC
1634 I St. NW # 575
Washington, DC 20006
phone 202-386-6920
fax 202-765-2173

--
Charles Burnham
Burnham & Gorokhov PLLC
1634 I St. NW # 575
Washington, DC 20006
phone 202-386-6920
fax 202-765-2173

--
Charles Burnham
Burnham & Gorokhov PLLC
1634 I St. NW # 575
Washington, DC 20006
phone 202-386-6920
fax 202-765-2173