UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) |
| WALTINE NAUTA, and | ) |
| CARLOS DE OLIVEIRA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE**

This Court's January 13, 2025, Order (Dkt. 697) temporarily enjoins the Department of Justice "from (a) releasing, sharing, or transmitting Volume II of the Final Report or any drafts of Volume II outside the Department of Justice, or (b) otherwise releasing, distributing, conveying, or sharing with anyone outside the Department of Justice any information or conclusions in Volume II or in drafts thereof." The United States files this Notice to inform the Court and the parties that the Department of Justice does not construe this order to prevent disclosure of the Special Counsel's transmittal letter, a letter from counsel for President Trump, and a letter from the Special Counsel in response. These documents were described in the United States' January 12, 2025, filing, were provided under seal to the Court and Defendants' counsel the morning of January 12, 2025, and are separate from Volume Two of the Final Report. *See* United States' Supplement in Response to the Court's January 11, 2025, Order at 2, Dkt. 692. When the Department of Justice publicly discloses Volume One of the Special Counsel's Final

1

Report following the expiration of this Court's temporary injunction (assuming it is permitted to do so), the Department intends to also publicly disclose the transmittal letter from the Special Counsel, the letter from counsel for President Trump, and the letter from the Special Counsel in response.

Dated:  January 13, 2025  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARKENZY LAPOINTE
United States Attorney

 *s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
Special Bar ID #A5502352
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-5302 / Fax: (202) 616-8460
E-mail: elizabeth.shapiro@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which sends notice to all counsel of record.

*/s/ Elizabeth J. Shapiro*
Elizabeth J. Shapiro