UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| WALTINE NAUTA, and | ) |
| CARLOS DE OLIVEIRA, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF COMPLIANCE**

The Court has directed the government to provide it Volume Two of Special Counsel Jack Smith's Final Report "to facilitate the Court's review of Defendants' Joint Emergency Motion." ECF No. 705. As the government has indicated, the Attorney General has decided that Volume Two will not be made available to the public while this criminal case remains pending because releasing its contents to the public would risk prejudice to the defendants. The only remaining issue before the Court is therefore whether making Volume Two available to the Chairmen and Ranking Members of the House and Senate Judiciary Committees for in camera inspection upon their request under the conditions identified by the government in its previous filings would risk prejudice to the defendants. A review of the contents of Volume Two is not necessary to make that determination.

As directed, *see* ECF No. 705, the government has provided to the Court for in camera review two hard copies of Volume Two: (1) an unredacted copy, stamped on the first page as "UNREDACTED"; and (2) a redacted copy representing what the Attorney

General would make available to the Chairmen and Ranking Members of the House and Senate Judiciary Committees absent an order from the Court foreclosing those procedures. The redacted copy protects the secrecy of matters occurring before the grand jury, subject to Federal Rule of Criminal Procedure 6(e), as well as information sealed by court order. Neither the redacted nor unredacted copies of Volume Two contain any classified information. The government is arranging for defense counsel to inspect unredacted and redacted copies of Volume Two, identical to those provided to the Court, before tomorrow's hearing.

Dated: January 16, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARKENZY LAPOINTE
United States Attorney

 _s/ Elizabeth J. Shapiro_
ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
Special Bar ID #A5502352
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-5302 / Fax: (202) 616-8460
E-mail: elizabeth.shapiro@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which sends notice to counsel of record.

/s/ *Elizabeth J. Shapiro*
Elizabeth J. Shapiro