# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 15, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

**FILED BY_____JG_____D.C.**

**Jan 15, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number:  25-10076-U
Case Style:  USA v. Waltine Nauta, et al
District Court Docket No:  9:23-cr-80101-AMC-2
Secondary Case Number:  9:23-cr-80101-AMC-3

The enclosed copy of this Court's Order of Dismissal(**January 14, 2025**) is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

General Information:    404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135      Capital Cases:               404-335-6200
CM/ECF Help Desk:    404-335-6125      Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

Nos. 24-12311; 25-10076

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

*versus*

WALTINE NAUTA,
CARLOS DE OLIVEIRA,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

_____

2                      Order of the Court                      24-12311

ORDER:

The district court's January 7, 2025, order on appeal in no. 25-10076 temporarily enjoined Appellant. Because the order has expired, no. 25-10076 is DISMISSED AS MOOT.

Appellant's "Emergency Motion for Summary Reversal of District Court Injunction and for Consolidation with Case No. 24-12311," filed in both no. 24-12311 and no. 25-10076, is DENIED AS MOOT.

"Motion for Leave to File Brief of Jeffrey B. Clark as *Amicus Curiae* in Support of the Emergency Motion for Injunctive Relief of Appellees Waltine Nauta and Carlos de Oliveira," filed in no. 24-12311, is DENIED AS MOOT.

"Appellees' Motion to Strike [and] Notice of Response to Government's Notice as to Notice of Appeal," filed in no. 24-12311, is DENIED AS MOOT.

"Motion to Withdraw Appearances," filed in no. 24-12311, is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION