UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

**THIS CAUSE** comes before the Court upon Stanley E. Woodward, Jr.'s Unopposed Motion to Withdraw as Counsel for Defendant Waltine Nauta (the "Motion"), filed on February 19, 2025 [ECF No. 719].

Upon review of the Motion, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 719] is **GRANTED**.

2. Stanley E. Woodward, Jr. shall be **DISCHARGED** of all further responsibilities for Defendant Waltine Nauta.

3. Defendant Waltine Nauta shall continue to be represented by attorney Richard C. Klugh and Sasha Dadan.[1]

**ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of February 2025.

_[signature]_
**AILEEN M. CANNON**

---

[1] Ms. Dadan remains counsel of record for Mr. Nauta on the docket.

CASE NO. 21-80013-CIV-CANNON

**UNITED STATES DISTRICT JUDGE**

cc: counsel of record