UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.23-80101-CR-CANNON

UNITED STATES OF AMERICA

v.

CARLOS DE OLIVEIRA
          Defendant.
_____/

**DEFENDANT CARLOS DE OLIVEIRA'S
NOTICE OF JOINING WALTINE NAUTA'S MOTION
TO EXTEND DATE FOR RESPONSES TO INTERVENTION MOTION**

Carlos De Oliveira, through undersigned counsel, hereby joins in Waltine Nauta's Motion to Extend Date for Responses to Intervention Motion filed by American Oversight [ECF No. 723]. Counsel for Mr. De Oliveira agree that a combined reply to the similar motions by American Oversight (ECF No. 717) and the Knight Institute at Columbia University (ECF No. 721) would best serve the interests of justice and judicial economy. That is particularly so in light of this Court's February 18, 2025, Order (ECF No. 718) finding an insufficient basis to expedite consideration of American Oversight's Motion before the parties file a joint status report in this matter, as well as the fact that the purported emergency basis for American Oversight's demand was overtaken by events with the February 20, 2025,

confirmation by the United States Senate of Kash Patel as the Director of the Federal Bureau of Investigation.

Dated: February 27, 2025

Respectfully Submitted

/s/ Larry Donald Murrell, Jr.
LARRY DONALD MURRELL, JR.
FLORIDA BAR NO: 326641
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL 33401
Telephone: 561.686.2700
Facsimile: 561.686.4567
Email: ldmpa@bellsouth.net

/s/ John S. Irving, IV
JOHN S. IRVING, IV
D.C. Bar No 460068 (Admitted Pro Hac Vice)
E&W Law
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
Telephone: 301-807-5670
Email: john.irving@earthandwatergroup.com

Attorneys for Defendant Carlos De Oliveira

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.