UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-80101-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

FILED BY MC D.C.
MAR 13 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATION OF ELIZABETH HADDIX

Elizabeth Haddix, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the North Carolina State Bar and the United States District Court for the District of Columbia, and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Elizabeth Haddix
_____
Elizabeth Haddix
N.C. Bar No. 25818
D.C. Bar No. 90019750
elizabeth.haddix@americanoversight.org
American Oversight
1030 15th Street, NW, B255
Washington, D.C. 20005
Telephone: (252) 359-7424 ext. 1031

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-80101-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

_____/

ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Elizabeth Haddix, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Elizabeth Haddix may appear and participate in this action on behalf of non-party American Oversight. The Clerk shall provide electronic notification of all electronic filings to Elizabeth Haddix, at elizabeth.haddix@americanoversight.org.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of March, 2025.

                                                                             HONORABLE AILEEN M. CANNON
                                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record