UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-80101-CANNON

**UNITED STATES OF AMERICA**

v.

**WALTINE NAUTA, and**
**CARLOS DE OLIVEIRA,**

       **Defendants.**
_____/

**NOTICE OF APPEARANCE**

    COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned will appear as counsel on the above captioned matter.

                                    Respectfully submitted,

                                    JASON A. REDING QUIÑONES
                                  UNITED STATES ATTORNEY

            By:  */s/ Manolo Reboso*
                  Manolo Reboso
                  Assistant United States Attorney
                  Florida Bar No. 75397
                  99 Northeast 4th Street
                  Miami, Florida 33132-2111
                  Tel: (305) 961-9091
                  Email: Manolo.Reboso@usdoj.gov