UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**DONALD J. TRUMP, WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

        Defendants.
_____/

## ORDER DENYING NON-PARTY JOINT MOTION TO INTERVENE TO SEEK STAY

**THIS CAUSE** comes before the Court upon the "Joint Expedited Motion of the Knight First Amendment Institute at Columbia University and American Oversight to Intervene for the Purposes of Seeking a Stay of Proceedings" [ECF No. 775]. In this latest Motion, referred to herein as the "Joint Expedited Motion to Intervene," Non-Parties Knight First Amendment Institute and American Oversight "respectfully move to intervene in this case to seek a stay of proceedings pending the Eleventh Circuit's resolution of their appeals filed on December 23 and 29" [ECF No. 775 p. 1 (referring to Notices of Appeal at ECF Nos. 762 and 763)]. Those appeals, the record reflects, concern the Court's Order Denying Prospective Intervenors' Prior Motion to Intervene to Seek Rescission of the Court's January 21, 2025, Order [ECF No. 760 (finding no basis to permit the requested intervention in this criminal action, either on prospective intervenors' unprecedented and unsupported theory of FOIA access or on the flawed assumption that Volume

II qualifies as a judicial record triggering the common law or First Amendment right of access)].[1] Former Defendants Trump, Nauta, and De Oliveira oppose this latest attempt to intervene and "register their opposition to any stay of proceedings that would prohibit this Court from ruling on the motions pending before it" [ECF No. 778 p. 3].

Upon review of the Joint Expedited Motion to Intervene, and following full consideration of all of prospective intervenors' arguments as raised in the Joint Motion, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion by First Knight Institute and American Oversight to Intervene to Seek Stay of Proceedings [ECF No. 775] is **DENIED**.

**ORDERED** in Chambers in Fort Pierce, Florida, this 23rd day of February 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] Prospective intervenors did not seek a stay of that order.