## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISON

### CASE NO.: 23-CR-80101-AMC

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**DONALD J. TRUMP, WAULTINE NAUTA,**
**and CARLOS DE OLIVEIRA**

                                           /

### NOTICE OF APPEAL

Notice is hereby given that the Knight First Amendment Institute at Columbia University, Prospective Intervenor in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Joint Motion to Intervene to Seek Stay, entered on February 23, 2026 (Docket Entry 780).

| | |
|---|---|
| Date: March 2, 2026 | Respectfully submitted, |
| | /s/ |
| | David M. Buckner Esq. |
| | Florida Bar No.: 60550 |
| | Buckner + Miles |
| | 2020 Salzedo Street |
| | Suite 302 |
| | Coral Gables FL 33134 |
| | Phone: (305) 964-8003 |
| | david@bucknermiles.com |

Scott Wilkens*
Jameel Jaffer*
Alexander Abdo*
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
scott.wilkens@knightcolumbia.org
(646) 745-8500

*admitted pro hac vice

*Counsel for Prospective Intervenor*

## **CERTIFICATE OF SERVICE**

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Appeal electronically with the Clerk of the Court using CM/ECF for the United States District Court for the Southern District of Florida on March 2, 2026.

Respectfully submitted,

/s/
David M. Buckner Esq.
Florida Bar No.: 60550
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
Phone: (305) 964-8003
david@bucknermiles.com