# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISON

### CASE NO.: 23-CR-80101-AMC

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**DONALD J. TRUMP, WAULTINE NAUTA,
and CARLOS DE OLIVEIRA**

_____/

FILED BY_____AP_____D.C.

Apr 15, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEAL

Notice is hereby given that the Knight First Amendment Institute at Columbia University,

Prospective Intervenor in the above-captioned matter, appeals to the United States Court of

Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Joint Motion to

Intervene to Seek Stay, entered on February 23, 2026 (Docket Entry 780).

[Signature on the next page}