UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-CR-080101-CANNON

UNITED STATES OF AMERICA,

Plaintiff,

v.

WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.

_____/

## NOTICE OF ALLEGED VIOLATION OF COURT ORDER

The United States of America, by and through the undersigned United States

Attorney, respectfully provides notice of an alleged violation by a now-former

Department of Justice employee of this Honorable Court's Order Granting

Defendant's Emergency Motion to Preclude Release of Volume II of Special

Counsel's Report (hereinafter "Order" ECF Doc. 714), entered in the above-

referenced matter on January 21, 2025, which directed:

> Attorney General Garland or his successor(s), the
> Department of Justice, its officers, agents, officials, and
> employees, and all persons acting in active concert or
> participation with such individuals, are enjoined from (a)
> releasing, sharing, or transmitting Volume II of the Final
> Report or any drafts of Volume II outside the Department
> of Justice, or (b) otherwise releasing, distributing,
> conveying, or sharing with anyone outside the Department

of justice any information or conclusions in Volume II or in drafts thereof.

(ECF Doc. 714, pg. 13)

An Assistant United States Attorney of the undersigned has been designated as a Special Attorney pursuant to 28 U.S.C. §515 to oversee the investigation and prosecution of this matter following the recusal of the United States Attorney's Office for the Southern District of Florida.

On May 19, 2026, the Grand Jury returned an indictment, which has been assigned Case No. 9:26-cr-80097-EA (ECF Doc. 3). A copy of the returned indictment is attached hereto.

It is alleged in the attached indictment that on or about December 1, 2025, Carmen Mercedes Lineberger altered and concealed the true identity of an electronic copy of the Volume II Report to which she had access as the Managing Assistant United States Attorney of the Fort Pierce branch of the United States Attorney's Office for the Southern District of Florida, and thereafter took steps to transmit that record outside the Department of Justice via electronic messages to her personal email account.

This Notice is provided to disclose this alleged violation of the Order by a now-former Department of Justice employee to enable this Honorable Court to consider further action and sanction as deemed appropriate.

Respectfully submitted,

_____
JOHN P. HEEKIN
United States Attorney
Northern District of Florida
Florida Bar No. 94658
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430
John.Heekin@usdoj.gov

Attachment:
Indictment of Carmen Mercedes Lineberger, Case No. 26-CR-80097-Artau

3

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**UNITED STATES OF AMERICA**

**SEALED**

v.                                                                  **INDICTMENT**

**CARMEN MERCEDES LINEBERGER**

_____/                **2026-CR-80097 Artau/Reinhart**

FILED BY_____**SW**_____D.C.

**THE GRAND JURY CHARGES:**

**May 19, 2026**

At all times material to the Indictment:          ANGELA E. NOBLE
                                                                   CLERK U.S. DIST. CT.
                                                                   S. D. OF FLA. - WPB

1. **CARMEN MERCEDES LINEBERGER (LINEBERGER)** served as the Managing Assistant United States Attorney (MAUSA) of the Fort Pierce branch of the United States Attorney's Office for the Southern District of Florida.

2. As the MAUSA of the Fort Pierce branch, on or about January 16, 2025, **LINEBERGER** received via an electronic message on her Department of Justice (DOJ) email account copies of a report entitled Volume II Report (Report) that was subsequently filed with the United States District Court for the Southern District of Florida related to a pending federal criminal prosecution.

3. On January 21, 2025, United States District Judge Aileen M. Cannon, presiding over the related federal criminal prosecution, issued an order regarding the Report, which prohibited "the Department of Justice, its officers, agents, officials, and employees from [] releasing, sharing, or transmitting [the Report] outside the Department of Justice, or [] otherwise releasing, distributing,

conveying, or sharing with anyone outside the Department of Justice any information or conclusions in [the Report] or in drafts thereof."

4. The order issued by United States District Judge Cannon has remained in full force and effect since issued on January 21, 2025.

5. On or about September 22, 2025, **LINEBERGER** created an electronic document on her government-issued computer consisting of portions of internal DOJ electronic messages **LINEBERGER** had received on her DOJ email account, as well as portions of an internal DOJ memorandum containing header and footer markings "FOR OFFICIAL USE ONLY – INTERNAL DOJ USE ONLY" and saved the compiled document with the file name "Chocolate_cake_recipe.pdf".

6. On or about September 22, 2025, **LINEBERGER** transmitted an electronic message from her DOJ email account to her personal Hotmail email account, with the subject line of the message "chocolate cake recipe," which included the compiled document titled "Chocolate_cake_recipe.pdf" as an attachment.

7. On or about December 1, 2025, **LINEBERGER** accessed the electronic message she previously received on January 16, 2025, which contained the Report and downloaded an electronic copy of the Report to her government-issued computer, altered the original file name of the Report to "Bundt_Cake_Recipe.pdf" and saved the re-named file to the desktop of her government-issued computer.

8. On or about December 1, 2025, **LINEBERGER** transmitted an electronic message from her DOJ email account to her personal Gmail email account, with the subject line of the message "Bundt_Cake_Recipe.pdf", which included the Report with the altered file name "Bundt_Cake_Recipe.pdf" as an attachment.

9. On or about December 1, 2025, **LINEBERGER** transmitted a second electronic message from her DOJ email account to her personal Gmail email account, with the subject line of the message "Fw: Bundt_Cake _Recipe.pdf", which included the Report with the altered file name "Bundt_Cake_Recipe.pdf" as an attachment.

## COUNT ONE

The allegations contained in paragraphs one through nine of this Indictment are realleged and incorporated by reference as if fully set forth herein.

On or about September 22, 2025, in the Southern District of Florida, the defendant,

**CARMEN MERCEDES LINEBERGER,**

did willfully and knowingly embezzle, steal, and convert to her own use, and without authority to convey and dispose of any record and property of the Department of Justice, a department and agency of the United States, to wit:

3

portions of an internal DOJ memorandum containing header and footer markings

"FOR OFFICIAL USE ONLY – INTERNAL DOJ USE ONLY."

In violation of Title 18, United States Code, Section 641.

## COUNT TWO

The allegations contained in paragraphs one through nine of this Indictment are realleged and incorporated by reference as if fully set forth herein.

On or about December 1, 2025, in the Southern District of Florida, the defendant,

**CARMEN MERCEDES LINEBERGER,**

did knowingly alter, conceal, and cover up a record and document with the intent to impede, obstruct, and influence the proper administration of compliance with the order entered on January 21, 2025, by the Honorable United States District Judge Aileen M. Cannon, in Case No. 9:23-cr-80101-AMC, a matter that the defendant knew was within the jurisdiction of the Department of Justice, a department and agency of the United States.

In violation of Title 18, United States Code, Section 1519.

## COUNT THREE

The allegations contained in paragraphs one through nine of this Indictment are realleged and incorporated by reference as if fully set forth herein.

On or about December 1, 2025, in the Southern District of Florida,

4

**CARMEN MERCEDES LINEBERGER,**

willfully and unlawfully concealed and removed and attempted to conceal and remove with intent to take and carry away a record and document filed and deposited with a clerk and officer of a court of the United States, and in any public office, and with any judicial and public officer of the United States, that is, did change the file name of the Report and thereafter attempted to remove the Report via electronic transmission outside the Department of Justice.

In violation of violation of Title 18, United States Code, Section 2071(a).

## COUNT FOUR

The allegations contained in paragraphs one through nine of this Indictment are realleged and incorporated by reference as if fully set forth herein.

On or about December 1, 2025, in the Southern District of Florida, the defendant,

**CARMEN MERCEDES LINEBERGER,**

did willfully and knowingly embezzle, steal, and convert to her own use, and without authority to convey and dispose of any record and property of the Department of Justice, a department and agency of the United States, to wit: a copy of the Report.

In violation of Title 18, United States Code, Section 641.

5

A TRUE BILL:

FOREPERSON

_19 May 2026_
DATE

TODD BLANCHE
Acting United States Attorney General

JOHN P. HEEKIN
United States Attorney
Northern District of Florida

CHRISTIE S. UTT
Special Attorney to the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO.: 2026-CR-80097 Artau/Reinhart

v.

**CERTIFICATE OF TRIAL ATTORNEY**

CARMEN MERCEDES LINEBERGER

_____ /
Defendant.

**Court Division** (select one)
- ☐ Miami      ☐ Key West      ☒ FTP
- ☐ FTL        ☒ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    ☒ 0 to 5 days
   - II   ☐ 6 to 10 days
   - III  ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V    ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? Yes

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____

CHRISTIE S. UTT
Special Assistant United States Attorney
FL Bar No.          84759
Special Attorney to the United States Attorney, Acting
Under Authority Conferred by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CARMEN MERCEDES LINEBERGER

**Case No**: 2026-CR-80097 Artau/Reinhart

Count #: 1

Theft of Government Money or Property, Valued less than $1,000.00

Title 18, United States Code, Section 641
* **Max. Term of Imprisonment:** One Year
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 Years
* **Max. Fine:** $100,000.00

Count #: 2

Destruction, Alteration, or Falsification of Records in Federal Investigations

Title 18, United States Code, Section 1519
* **Max. Term of Imprisonment:** 20 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years
* **Max. Fine:** $250,000.00

Count #: 3

Concealment, Removal, or Mutilation of Public Records

Title 18, United States Code, Section 2071(a)
* **Max. Term of Imprisonment:** Three Years
* **Mandatory Min. Term of Imprisonment:**
* **Max. Supervised Release:** 1 Year
* **Max. Fine:** $250,000.00

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CARMEN MERCEDES LINEBERGER

**Case No**: 2026-CR-80097 Artau/Reinhart

Count #: 4

Theft of Government Money or Property, Valued less than $1,000.00

Title 18, United States Code, Section 641
* **Max. Term of Imprisonment:** 1 Year
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 Year
* **Max. Fine:** $100,000.00

*Refers only to possible term of incarceration, supervised release, and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.