UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA

v.

WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

       **Defendants.**

_____/

## NON-PARTY MOTION FOR LEAVE TO FILE JOINT NOTICE OF INADVERTENT DISCOVERY DISCLOSURE

Come now the undersigned counsel for the Government and Defendant Carmen Mercedes Lineberger in the matter of *USA v. Lineberger*, Southern District of Florida Case No. 26-CR-80097, and respectfully move this Honorable Court, pursuant to Rule 49(c) of the Rules of Criminal Procedure, to grant leave to file the attached Joint Notice of Inadvertent Discovery Disclosure.  This filing is made in fulfillment of the duty of candor to this Honorable Court required by Rule 11.1(c) of the Local Rules of the United States District Court for the Southern District of Florida and Rule 4-3.3 of the Rules Regulating the Florida Bar. It is not intended to

serve as a notice of appearance by the undersigned in this matter.

Respectfully submitted,

JOHN P. HEEKIN
UNITED STATES ATTORNEY
Northern District of Florida

By: *s/ Christie S. Utt*
CHRISTIE S. UTT
Special Attorney to the United States
Attorney
Acting Under Authority Conferred by 28
U.S.C. § 515
300 E. University Avenue, Suite 310
Gainesville, FL   32601
Tel: (352) 378-7365
Email: Christie.Utt@usdoj.gov

**KUDMAN TRACHTEN
ALOE POSNER, LLP**
Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811;
Facsimile: (561) 828-0210
Florida Bar No. 637432
tkudman@kudmanlaw.com
By:*/s/ Tama Kudman*

**RICHARDSON, P.A.**
Scott N. Richardson, Esq.
1401 Forum Way, Suite 720
West Palm Beach, FL 33401-2322
Tel: (561) 471-9600
Facsimile: (561) 471-9655
Florida Bar No. 266515
snr@scottnrichardsonlaw.com
By: */s/ Scott Richardson*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

<div style="margin-left:auto">

*s/ Christie S. Utt*
CHRISTIE S. UTT
Special Attorney to the United States
Attorney
Acting Under Authority Conferred by 28
U.S.C. § 515

</div>