# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-80101-CR-CANNON

**UNITED STATES OF AMERICA**

**v.**

**WALTINE NAUTA, and**
**CARLOS DE OLIVEIRA,**

     **Defendants.**

_____/

## <u>JOINT NOTICE OF INADVERTENT DISCOVERY DISCLOSURE</u>

Undersigned counsel for the Government and Non-Party Carmen Mercedes Lineberger respectfully provide this joint notice of inadvertent discovery disclosure in a separate criminal prosecution, which implicates the Order (ECF Doc. 714) entered by this Honorable Court addressing control of the Volume II Report.

1. On May 19, 2026, the Grand Jury returned an indictment in Case No. 9:26-cr-80097-EA (ECF Doc. 3) against Ms. Lineberger.

2. Access to the Report as part of criminal discovery in the separate matter remains a contested issue that may be addressed at a future date. On May 29, 2026, the Government filed its Unopposed Motion for Protective Order to preemptively limit the further dissemination by defense counsel of other sensitive

materials and information disclosed and furnished in fulfillment of the Government's discovery obligations under Rule 16.

3. On June 3, 2026, the Government fulfilled its Rule 16 discovery obligations by furnishing electronic evidence and materials in its possession related to this criminal prosecution on flash drives to defense counsel. On June 9, 2026, defense counsel promptly notified the Government that, upon reviewing the electronic discovery that same day, defense counsel identified three documents embedded within the materials and contacted the Government to determine if those documents were intended to be produced in discovery. Upon review, the Government confirmed the documents in question were copies of the Volume II Report that were embedded within electronic messages required to be produced in discovery. Upon confirmation by the Government, defense counsel voluntarily ceased review of the discovery material, affirmed they had not examined the documents in question, deleted all discovery materials already downloaded to their server, and cooperated with the Government's efforts to recover the flash drives that same day.

The Government acknowledges the professionalism and candor of defense counsel in remedying this inadvertent inclusion in discovery materials furnished by

the Government.

Respectfully submitted,

JOHN P. HEEKIN
UNITED STATES ATTORNEY
Northern District of Florida

By: *s/ Christie S. Utt*
CHRISTIE S. UTT
Special Attorney to the United States
Attorney
Acting Under Authority Conferred by 28
U.S.C. § 515
300 E. University Avenue, Suite 310
Gainesville, FL   32601
Tel: (352) 378-7365
Email: Christie.Utt@usdoj.gov

**KUDMAN TRACHTEN
ALOE POSNER, LLP**
Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811;
Facsimile: (561) 828-0210
Florida Bar No. 637432
tkudman@kudmanlaw.com
By:*/s/ Tama Kudman*

**RICHARDSON, P.A.**
Scott N. Richardson, Esq.
1401 Forum Way, Suite 720
West Palm Beach, FL 33401-2322
Tel: (561) 471-9600
Facsimile: (561) 471-9655
Florida Bar No. 266515
snr@scottnrichardsonlaw.com
By: */s/ Scott Richardson*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

_s/ Christie S. Utt_
CHRISTIE S. UTT
Special Attorney to the United States
Attorney
Acting Under Authority Conferred by 28
U.S.C. § 515
